# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Rocio Ramirez | 2a. Contact Phone Number: (213) 615 1975 | 3a. Contact E-mail Address: RERamirez@winston.com |
| 1b. Attorney Name (if different): Angela Machala | 2b. Attorney Phone Number: (213) 615 1997 | 3b. Attorney E-mail Address: AMachala@winston.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Winston & Strawn LLP
333 South Grand Ave., 38th Floor
Los Angeles, CA 90071

5. Name & Role of Party Represented: Defendant, Robert Hunter Biden

6. Case Name: United States of America v. Robert Hunter Biden

7a. District Court Case Number: 2:23-cr-00599-MCS

7b. Appeals Court Case Number: N/A

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: April Lassiter Benson

9. THIS TRANSCRIPT ORDER IS FOR:
- [ ] Appeal
- [ ] Non Appeal
- [x] Criminal
- [ ] Civil
- [ ] CJA
- [ ] USA
- [ ] FPD
- [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Dockets (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2024 | | M.C. Scarsi | Arraignment on Indictment and Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 12, 2024       Signature: *Angela Machala*

G-120 (06/18)