1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,            **Case No. 2:23-cr-00599-MCS**

12            Plaintiff,                   **ORDER RE JOINT STIPULATION TO EXCEED PAGE LIMITATIONS (ECF NO. 23)**

13        v.

14   ROBERT HUNTER BIDEN

15            Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the parties may extend the page limitations for pretrial motions to no more than a total of twenty (20) pages with respect to supporting memoranda and responses, and no more than a total of ten (10) pages for any reply briefs filed.

IT IS SO ORDERED.


February 14, 2024
DATE

_____
THE HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1

ORDER RE JOINT STIPULATION TO EXCEED PAGE LIMITATIONS
CASE NO. 2:23-CR-00599-MCS