# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS THE INDICTMENT BECAUSE SPECIAL COUNSEL WEISS WAS UNLAWFULLY APPOINTED AND THIS PROSECUTION VIOLATES THE APPROPRIATIONS CLAUSE** |

The Court having considered the motion to dismiss submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment Because Special Counsel Weiss was Unlawfully Appointed and this Prosecution Violates the Appropriations Clause* is GRANTED.

IT IS SO ORDERED.

_____   _____
DATE                             THE HONORABLE MARK C. SCARSI
                                 UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Re Defendant's Motion To Dismiss The Indictment Because Special Counsel Weiss Was Unlawfully Appointed And This Prosecution Violates Appropriations Clause - Case No. 2:23-cr-00599-MCS