1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNT I AS UNTIMELY OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM, LACK OF SPECIFICITY, AND/OR IMPROPER VENUE** |

The Court having considered the motion to dismiss submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Count 1 as Untimely or, in the Alternative, for Failure to State a Claim, Lack of Specificity, and/or Improper Venue* is GRANTED.

IT IS SO ORDERED.

_____          _____
DATE                                 THE HONORABLE MARK C. SCARSI
                                     UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Re Defendant's Motion To Dismiss Count I As Untimely Or, In The Alternative, For Failure To State A Claim, Lack Of Specificity, And/Or Improper Venue - Case No. 2:23-Cr-00599-MCS