# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT HUNTER BIDEN<br><br>        Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNTS 2, 4, AND 6 OF THE INDICTMENT IN PART FOR DUPLICITY** |

1  The Court having considered the motion to dismiss submitted herewith, hereby
2  enters the following Order:
3  IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Counts 2, 4, and*
4  *6 In Part For Duplicity* is GRANTED.
5  IT IS SO ORDERED.

_____   _____
DATE                                           THE HONORABLE MARK C. SCARSI
                                               UNITED STATES DISTRICT JUDGE