1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNT 9 OF THE INDICTMENT FOR SPECIFIC SELECTIVE PROSECUTION** |
| v. | |
| ROBERT HUNTER BIDEN | |
| Defendant. | |

1    The Court having considered the motion to dismiss submitted herewith, hereby

2 enters the following Order:

3    IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Count 9 of*

4 *Indictment for Specific Selective Prosecution* is GRANTED.

5    IT IS SO ORDERED.

6

7

8 _____         _____

  DATE                                   THE HONORABLE MARK C. SCARSI

9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1