# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN<br><br>        Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 1 – 4 FOR IMPROPER VENUE** |

1    The Court having considered the motion to dismiss submitted herewith, hereby

2  enters the following Order:

3    IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Counts 1 – 4 for*

4  *Improper Venue* is GRANTED.

5    IT IS SO ORDERED.

6

7

8  _____     _____

   DATE                          THE HONORABLE MARK C. SCARSI

9                                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1