1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT'S MOTION TO STRIKE SURPLUSAGE** |
| v. | |
| ROBERT HUNTER BIDEN | |
| Defendant. | |

1  The Court having considered the motion to strike surplusage submitted herewith,
2  hereby enters the following Order:
3  IT IS HEREBY ORDERED that *Mr. Biden's Motion to Strike Surplusage* is
4  GRANTED.
5  IT IS SO ORDERED.

_____           _____
DATE                                                              THE HONORABLE MARK C. SCARSI
                                                                          UNITED STATES DISTRICT JUDGE