# Exhibit 1

1. I, Benjamin L. Wallace, am an Assistant United States Attorney in the District of Delaware.

2. I appeared at the initial appearance and change-of-plea hearing in *United States v. Robert Hunter Biden*, Criminal Action Nos. 23-cr-61 and 23-mj-274 (D. Del.), held on July 26, 2023.

3. Before the District Judge took the bench, the parties signed the draft plea agreement in No. 23-mj-274 and the draft diversion agreement in No. 23-cr-61. Leo J. Wise, Special Assistant United States Attorney, signed on behalf of the government. Mr. Biden and his attorney, Christopher J. Clark, signed on behalf of Mr. Biden.

4. While Mr. Biden, Mr. Clark, and Mr. Wise were signing the two agreements, I approached the Chief United States Probation Officer for the District of Delaware, Margaret M. Bray, to tell her that the draft diversion agreement would be ready for her signature shortly. Ms. Bray expressly declined to sign the draft diversion agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 8, 2024
Executed

Benjamin L. Wallace
Assistant United States Attorney