UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS<br><br>[PROPOSED] ORDER SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT AND THREE EXHIBITS |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), the government's unredacted opposition to defendant's motion to dismiss the indictment for due process violations based on outrageous government conduct and three exhibits (Exhibits 2, 4 and 6) shall be kept under seal.

_____
DATE

_____
The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

1

1    **OR IN CASE OF DENIAL:**

2        The government's application for sealed filing is DENIED.  The underlying

3    document(s) shall be returned to the government, without filing of the documents or

4    reflection of the name or nature of the documents on the clerk's public docket.

5

6

7    _____          _____
     DATE                                       The Honorable Mark C. Scarsi
8                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2