1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
| Plaintiff, | ORDER ON APPLICATION SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT AND THREE EXHIBITS (ECF No. 43) |
| v. | |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), the government's unredacted opposition to defendant's motion to dismiss the indictment for due process violations based on outrageous government conduct and three exhibits (Exhibits 2, 4 and 5) shall be kept under seal.

*Mark C. Scarsi*

March 15, 2024
DATE

The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE