Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
Kyllan J. Gilmore
KGilmore@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | *Hon. Mark C. Scarsi* |
| vs. | **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | Date:  March 27, 2024<br>Time:  1:00 PM<br>Place: Courtroom 7C |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Robert Hunter Biden requests that the Court take judicial notice of the following documents cited in his Reply in Support of his Motion to Dismiss Counts 1–4 for Improper Venue:

- **Exhibit 1:** A true and correct copy of the Misdemeanor Information as to Robert Hunter Biden, filed on June 20, 2023 in the District of Delaware (No. 1:23-mj-00274-MN-1) (Docket Entry 1).
- **Exhibit 2:** A true and correct copy of the Felony Information as to Robert Hunter Biden, filed on June 20, 2023 in the District of Delaware (No. 1:23-cr-00061-MN-1) (Docket Entry 2).

**The Documents Are Judicially Noticeable Court Filings.** Rule 201 permits a court to notice a fact "if it is not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). This includes proceedings and filings in other courts if those proceedings or filings are related to the matters at issue. *See Grivas v. Metagenics, Inc.*, 2018 WL 6185977, at *2 (C.D. Cal. Jan. 4, 2018). The Informations filed in the District of Delaware were brought by the same prosecutors in a related proceeding against Mr. Biden.

The Court may therefore appropriately take judicial notice of these documents.

Dated: March 18, 2024                           Respectfully submitted,

                                                By: /s/ Angela M. Machala
                                                Angela Machala (SBN: 224496)
                                                AMachala@winston.com
                                                WINSTON & STRAWN LLP
                                                333 South Grand Avenue
                                                Los Angeles, CA 90071
                                                Tel.: (213) 615-1924
                                                Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
Kyllan J. Gilmore
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com
KGilmore@winston.com

*Attorneys for Robert Hunter Biden*