1    Angela M. Machala (State Bar No. 224496)
     AMachala@winston.com
2    WINSTON & STRAWN LLP
     333 S. Grand Avenue, 38th Fl.
3    Los Angeles, CA 90071-1543
     Telephone:   (213) 615-1700
4    Facsimile:   (213) 615-1750

5    Abbe David Lowell (*pro hac vice*)
     AbbeLowellPublicOutreach@winston.com
6    Christopher D. Man
     CMan@winston.com
7    WINSTON & STRAWN LLP
     1901 L Street NW
8    Washington, DC 20036-3508
     Telephone:   (202) 282-5000
9    Facsimile:   (202) 282-5100

10   *Attorneys for Robert Hunter Biden*

11

12

13              **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15   UNITED STATES                    | **Case No. 2:23-cr-00599-MCS**

16                      Plaintiff,    | *Hon. Mark C. Scarsi*

17          vs.                       | **DEFENDANT'S SUPPLEMENTAL
                                        EXHIBITS IN SUPPORT OF HIS
18   ROBERT HUNTER BIDEN,              REPLY TO THE MOTION TO
                                        DISMISS FOR SELECTIVE AND
19                      Defendant.     VINDICTIVE PROSECUTION
                                        AND BREACH OF SEPARATION
20                                      OF POWERS**

21                                     Hearing Date:   March 27, 2024
                                       Time:           1:00 PM
22                                     Place:          Courtroom 7C

23

24

25

26

27

28

1    Pursuant to the Court's Order dated March 19, 2024 (ECF 54), Defendant Robert

2    Hunter Biden submits the following supplemental exhibits in support of the chronology

3    of events (Lowell Decl. Ex. A, ECF 48-2) attached to Defendant's Reply in support of

4    his Motion to Dismiss for Selective and Vindictive Prosecution and Breach of

5    Separation of Powers.  (ECF 48).

6    Date: March 21, 2024                    Respectfully submitted,

7                                            By: */s/ Angela M. Machala*

8                                            Angela M. Machala (SBN: 224496)
                                             AMachala@winston.com
9                                            WINSTON & STRAWN LLP

10                                           333 S. Grand Avenue, 38th Fl.
                                             Los Angeles, CA 90071-1543
11                                           Telephone: (213) 615-1700
                                             Facsimile:  (213) 615-1750
12

13                                           Abbe David Lowell (*admitted pro hac vice*)

14                                           AbbeLowellPublicOutreach@winston.com
                                             Christopher D. Man
15                                           CMan@winston.com
16                                           WINSTON & STRAWN LLP
                                             1901 L Street NW
17                                           Washington, DC 20036
18                                           Telephone:  (202) 282-5000
                                             Facsimile:   (202) 282-5100
19
20                                           *Attorneys for Robert Hunter Biden*

21

22

23

24

25

26

27

28