1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>ROBERT HUNTER BIDEN<br><br>     Defendant. | **Case No. 2:23-cr-00599-MCS-1**<br><br>**ORDER ON APPLICATION SEALING DEFENDANT'S UNREDACTED REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT (ECF NO. 59)** |

[PROPOSED] ORDER SEALING DEFENDANT'S UNREDACTED REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT
CASE no. 2:23-cr-00599-MCS

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), Defendant's Unredacted Reply to Defendant's Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct shall be kept under seal.

IT IS SO ORDERED.

*/s/ Mark C. Scarsi*

March 22, 2024
DATE

THE HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER SEALING DEFENDANT'S UNREDACTED REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT
CASE NO. 2:23-CR-00599-MCS