# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Gwen Montoya | 2a. Contact Phone Number: (213) 615-1716 | 3a. Contact E-mail Address: Gmontoya@winston.com |
| 1b. Attorney Name (if different): Angela Machala | 2b. Attorney Phone Number: (213) 615-1997 | 3b. Attorney E-mail Address: Amachala@winston.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Winston & Strawn LLP
333 South Grand Ave, 38th Floor
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** Defendant, Robert Biden
**6. Case Name:** United States of America v. Robert Hunter Biden
**7a. District Court Case Number:** 2:23-cr-00599-MCS
**7b. Appeals Court Case Number:** n/a

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: April Lassiter Benson

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☐ Non-Appeal  ☒ Criminal  ☐ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/2024 | | M.C. Scarci | Hearing on Defendants Motion to Strike Surplage | ● | ○ | ○ | ○ | ○ | ○ | ● ____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 28, 2024    Signature: /s/ Angela Machala

G-120 (06/18)