# **EXHIBIT N**

3/29/24, 3:13 PM
Congress dangerously wields its oversight power in Russia probe | The Hill
Case 2:23-cr-00599-MCS   Document 66-16   Filed 04/01/24   Page 2 of 14   Page ID #:1233

TRENDING:   MARYLAND SENATE PRIMARY      DONALD TRUMP      JAMES CARVILLE      KEN BUCK

OPINION  >  JUDICIARY

THE VIEWS EXPRESSED BY CONTRIBUTORS ARE THEIR OWN AND NOT THE VIEW OF THE HILL

# Congress dangerously wields its oversight power in Russia probe

BY FORMER SEN. CARL LEVIN (D-MICH.), OPINION CONTRIBUTOR - 05/15/18 7:00 AM ET

Share         Post         •••   More

The authority of Congress to investigate and conduct oversight is an essential part of our constitutional separation of powers. It is far reaching, but it has its limits. It must be done in conjunction with a legislative purpose, and it cannot engage in or seek to influence the prosecutorial process. That is fundamental to our government.

Only the executive branch has the constitutional authority to prosecute. Congress can, when it comes across what it thinks is criminal activity, refer a matter to the Justice Department for possible prosecution, but its role and authority stops there. Should it seek to try to influence the discretionary authority of the executive branch in a prosecutorial matter, the third branch of government, the judiciary, could throw out the prosecution based on political influence.

{mosads}House Republicans are now seeking "documents about the conduct of law enforcement officials involved in the Russia probe" according to the Washington Post, while the investigation is ongoing. That assault by House Republicans on the Justice Department in the name of congressional oversight is simply wrong and jeopardizes the foundational elements of our three-branch system of government.

who is right. But Congress has always avoided seeking documents from ongoing criminal investigations. That was my experience, and that's the way it should be. That is a bright red line that should not be crossed.

How dangerous is the assault by House Republicans on the special counsel investigation by Robert Mueller? In terms of the operation of our system of government, it is very dangerous indeed. There is an ongoing investigation into Russian influence in the 2016 election. While Donald Trump is apparently not a target, his campaign and some of his top campaign officials are. This is a criminal investigation in which President Trump has a deep and personal interest.

If Congress hounds the Justice Department, and particularly Deputy Attorney Rod Rosenstein in this case, to the point that in protecting longstanding and fundamental policy, Rosenstein feels obligated to refuse to cooperate in the face of possible contempt, then our nation will have a constitutional crisis of significant proportion.

What saved the country during Watergate, when we were faced with a belligerent and, as it turned out, criminal president in Richard Nixon, was the counterforce of a strong, bipartisan Congress committed to getting the facts. We all remember how President Nixon and his administration denied any knowledge of the Watergate break-in and claimed it was politically motivated, not dissimilar from what we are experiencing now.

Denigrating and working to end the probe into the Russian involvement in our election before it concludes upends values we cherish of due process and equality under the law. Were the president and House Republicans to succeed in quashing the Mueller investigation, it would result in the impunity from the operation of law that the best dictators achieve.

I have both fought for and experienced the power of congressional oversight. It is an essential tool in our constitutional system. But it must be wielded lawfully. It must never be used as a tool to interfere with a criminal investigation whether of an ordinary citizen or someone in high office. A strong and bipartisan Congress with backbone, fully committed to fairness and the facts, is essential to our democracy.

✕

3/29/24, 3:13 PM
Congress dangerously wields its oversight power in Russia probe | The Hill
Case 2:23-cr-00599-MCS   Document 66-16   Filed 04/01/24   Page 5 of 14   Page ID #:1236

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE          POST          •••  MORE

## SPONSORED CONTENT

Privacy Policy

### District Of Columbia Drivers Enraged Over New Road Rule
Otto Quotes | Sponsored

Learn More

### Prime Is Now $179, But Few Know This Free Savings Hack
Online Shopping Tools | Sponsored

### Shocking 2024 Dental Implant Price Revealed
Suggest-me | Sponsored

### Here is the real cost of full mouth dental implants in 2024
Seekify | Sponsored

### PGA Teaching Pro Says Fixing Poor Contact Comes Down To This
Performance Golf | Sponsored

Learn More

### 'Say Bye Bye To Prime'—Why 20,000 Users Prefer This Shopping Secret
Online Shopping Tools | Sponsored

Learn More

### Here is the real cost of full mouth dental implants in 2023
Seekify | Sponsored

### The Horrifying Truth About CBD

3/29/24, 3:13 PM
Congress dangerously wields its oversight power in Russia probe | The Hill
Case 2:23-cr-00599-MCS Document 66-16 Filed 04/01/24 Page 6 of 14 Page ID #:1237

## More Judiciary News



### Will the Supreme Court give Trump the absolute immunity he claims to have?

**JUDICIARY** / 1 DAY AGO

---



### The Supreme Court heard arguments to outlaw access to the abortion pill today — here's what happened

**JUDICIARY** / 3 DAYS AGO

---



### The Supreme Court's friendships are not above the law

**JUDICIARY** / 4 DAYS AGO

---



### The Supreme Court is playing grammar games with people's lives

3/29/24, 3:13 PM
Case 2:23-cr-00599-MCS    Document 66-16    Filed 04/01/24    Page 7 of 14    Page ID #:1238
Congress dangerously wields its oversight power in Russia probe | The Hill



### Rising: March 29, 2024

RISING / 2 HOURS AGO



RISING  /  1 DAY AGO



# Rising: March 27, 2024

RISING  /  2 DAYS AGO

See all Hill.TV

See all Video

# Top Stories

3/29/24, 3:13 PM
Case 2:23-cr-00599-MCS Document 66-16 Filed 04/01/24 Page 9 of 14 Page ID #:1240
Congress dangerously wields its oversight power in Russia probe | The Hill



**Biden takes press to task over coverage of his polls**

CAMPAIGN / 9 HOURS AGO

See All



| 2 | **GOP Biden impeachment witness sues Fox News co-host Tarlov** |
|---|---|
| 3 | **Trump aims his ire at spouses, children of judges at heart of legal troubles** |
| 4 | **Biden takes press to task over coverage of his polls** |
| 5 | **Buck: Boebert makes Santos 'look like a saint'** |

## DON'T MISS A BRIEF.
## SIGN UP FOR OUR DAILY EMAIL.

Your Email

Send



### Resources

**THE HILL APPS**

**PEOPLE**

**RSS**

### Other Areas

**GALLERIES**

**THE HILL JOBS**

**NATIONAL JOBS**

### Contributors

**SUBMIT OPINION CONTENT**

**Get the App**

**SUBSCRIPTIONS**

**PRIVACY POLICY**

**TERMS & CONDITIONS**

**CONTACT**

**ADVERTISE**

**SUBSCRIBE TO PUSH NOTIFICATIONS**

**NEWSNATION**

**BESTREVIEWS**

**NEXSTAR DIGITAL**

**JOURNALISTIC INTEGRITY**

**DO NOT SELL OR SHARE MY PERSONAL INFORMATION**