# EXHIBIT P

**TRENDING:**    MARYLAND SENATE PRIMARY    DONALD TRUMP    JAMES CARVILLE    KEN BUCK

CAMPAIGN

# Trump compares Hunter Biden charges to 'traffic ticket'

BY BRETT SAMUELS - 06/20/23 10:28 AM ET

Share    Post    ...    More

Former President Trump and his allies on Tuesday bemoaned a plea deal struck between Hunter Biden and federal prosecutors over tax and firearm crimes, comparing it unfavorably to the charges Trump is facing over his retention of classified documents after leaving office.

Biden, the president's son, reached a deal with prosecutors to plead guilty to two minor tax crimes and separately admit to the facts of a gun charge through a pretrial diversion program. The agreement will likely keep Biden out of jail, and it resolves a roughly five-year investigation that began during the Trump administration.

ADVERTISEMENT

A spokesperson for MAGA Inc., a Trump-aligned super PAC, ripped the agreement as a "sweetheart deal" intended to "make their bogus case to 'get Trump' appear fair."

"The American people need President Trump back in office to appoint a truly independent special prosecutor that will finally bring justice," spokesperson Karoline Leavitt said in a statement.

Leavitt's statement linked to a post from earlier this month in which Trump predicted prosecutors will "hit Hunter with something small to make their strike on me look 'fair.'"

Trump himself was arraigned last week on 37 federal counts following a Department of Justice indictment alleging he violated both the Espionage Act and obstructed justice in taking classified records from his White House and refusing to return them. He is also facing charges for concealing documents and misleading investigators.

The former president and his team have repeatedly attacked Hunter Biden and suggested he is corrupt dating back to the 2020 presidential campaign.

ADVERTISEMENT

House Republicans have launched an investigation into the foreign business dealings of Biden and other family members of President Biden and their associates, raising alarm

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE    POST    ⋯ MORE

## SPONSORED CONTENT

Privacy Policy

### District Of Columbia Drivers Enraged Over New Road Rule
Otto Quotes | Sponsored

Learn More

### Prime Is Now $179, But Few Know This Free Savings Hack
Online Shopping Tools | Sponsored

### 'Say Bye Bye To Prime'—Why 20,000 Users Prefer This Shopping Secret
Online Shopping Tools | Sponsored

Learn More

### Seniors on SS Are Now Entitled To These 12 "Kickbacks" In March (Tap For Full List)
YourPennySaver | Sponsored

Learn More

### 12 "Ridiculous" Benefits Seniors Are Entitled To In March That Have Republicans Furious
YourPennySaver | Sponsored

Learn More

### Shocking 2024 Dental Implant Price Revealed
Suggest-me | Sponsored

### Empty Alaska Cruises Departing From District Of Columbia That Seniors Can Book For Dirt Cheap
Favorite Searches | Sponsored

**Johnny Was** | Sponsored                                                                 Shop Now

### District Of Columbia Residents Get Huge Home Insurance Reduction
**ExpertsInSavings.co | Home** | Sponsored                                                 Learn More

### Cozy At Home | Johnny Was
**Johnny Was** | Sponsored                                                                 Shop Now

### People Born Before 1975 in District Of Columbia Are Eligible For Hearing Aids In March
**Hear Clear** | Sponsored

### Big Change Leaves District Of Columbia Drivers Furious
**Otto Quotes** | Sponsored                                                                Learn More

### PGA Teaching Pro Says Fixing Poor Contact Comes Down To This
**Performance Golf** | Sponsored                                                           Learn More

### Don't Pay $179/Year for Amazon Prime - Use This Trick Instead
**Coupon Code Finder** | Sponsored

### Why Some Women Over 50 Have Ageless Energy
**Health Headlines** | Sponsored                                                           Learn More

## More Campaign News



### New Jersey ballot design scrapped by judge in win for Andy Kim

CAMPAIGN



### Biden campaign woos Haley voters in new ad: 'Join us'

CAMPAIGN



### Trump aims to beat Biden's haul with $33M fundraiser

CAMPAIGN



### Attorney for Lizzo's former backup dancers: 'Shameful' that singer performed at Biden fundraiser

IN THE KNOW

3/29/24, 3:15 PM
Case 2:23-cr-00599-MCS   Document 66-18   Filed 04/01/24   Page 8 of 14   Page ID #:1258
Trump compares Hunter Biden charges to 'traffic ticket' | The Hill



### Rising: March 29, 2024
RISING



3/29/24, 3:15 PM
Case 2:23-cr-00599-MCS Document 66-18 Filed 04/01/24 Page 9 of 14 Page ID #:1259
Trump compares Hunter Biden charges to 'traffic ticket' | The Hill



# Rising: March 27, 2024

RISING

# Top Stories

3/29/24, 8:15 PM
Trump compares Hunter Biden charges to traffic ticket | The Hill
Case 2:23-cr-00599-MCS   Document 66-18   Filed 04/01/24   Page 10 of 14   Page ID #:1260



# Biden takes press to task over coverage of his polls

**CAMPAIGN**



Most Popular

1  **Fears grow over Comstock Act, Justices Thomas, Alito**

2  **GOP Biden impeachment witness sues Fox News co-host Tarlov**

3/29/24, 6:15 PM
Trump compares Hunter Biden charges to traffic ticket | The Hill
Case 2:23-cr-00599-MCS   Document 66-18   Filed 04/01/24   Page 12 of 14   Page ID #:1262

5    Buck: Boebert makes Santos 'look like a saint'

## What Do You Think?

Loading survey...

3/29/24, 8:15 PM
Case 2:23-cr-00599-MCS    Document 66-18    Filed 04/01/24    Page 13 of 14    Page ID #:1263
Trump compares Hunter Biden charges to traffic ticket | The Hill



**Resources**

**Other Areas**

**Contributors**

3/29/24, 6:15 PM
Trump compares Hunter Biden charges to traffic ticket | The Hill
Case 2:23-cr-00599-MCS   Document 66-18   Filed 04/01/24   Page 14 of 14   Page ID #:1264

SUBSCRIBE TO PUSH NOTIFICATIONS

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2024 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.