# EXHIBIT S

Learn more about LSEG

REUTERS®

My View Following Saved

April 6, 2023 4:58 AM EDT · Updated a year ago

Aa

WASHINGTON, April 5 (Reuters) - Former President Donald Trump on Wednesday called on his fellow Republicans in Congress to slash funding for the U.S. Justice Department and the FBI, one day after pleading not guilty in New York to 34 felony counts of falsifying business records.

Trump, who is seeking to regain the presidency in 2024, took aim at federal law enforcement authorities even though the criminal charges against him - the first brought against any former or sitting president - were pursued not by them but by the Manhattan district attorney.

Advertisement · Scroll to continue

But Trump faces two Justice Department criminal investigations led by Special Counsel Jack Smith, who was appointed by U.S. Attorney General Merrick Garland. Both have seemed to accelerate in recent months.

"REPUBLICANS IN CONGRESS SHOULD DEFUND THE DOJ AND FBI UNTIL THEY COME TO THEIR SENSES," Trump wrote on his social media platform. DOJ stands for the Department of Justice.

Trump's proposal is unlikely to be heeded by Congress, with Democrats controlling the Senate and Republicans leading the House of Representatives. It would also be a sharp turn for Republicans, who in the past have supported robust funding for law enforcement and have criticized proposals from some on the left in recent years to "defund" local police departments.

Advertisement · Scroll to continue

Congressional Republicans have called for sharp federal spending cuts in return for voting to raise the U.S. debt ceiling but have yet to put forward specific proposals.

The FBI, part of the Justice Department, is the U.S. domestic intelligence and security agency. Trump himself appointed the current FBI director, Christopher Wray, after firing its previous chief, James Comey, in 2017.

Trump backed spending increases for the Justice Department while serving as president from 2017 to 2021. Its budget increased 4% during that span to $38.7 billion, White House figures showed.

Advertisement · Scroll to continue

One of the special counsel's investigations focuses on efforts by Trump and his allies to overturn the results of the 2020 election he lost to Democratic President Joe Biden.

Former Vice President Mike Pence has decided not to appeal a judge's ruling requiring him to testify to a grand jury in that investigation about conversations he had with Trump ahead of the Jan. 6, 2021, attack on the U.S. Capitol by Trump supporters, a Pence spokesperson said on Wednesday.

Advertisement · Scroll to continue

Smith's other investigation focuses on classified documents that Trump retained after leaving office.

The FBI on Wednesday declined to comment on Trump's remarks. The Justice Department did not respond to a request for comment.

Reduced funding for federal law enforcement also would not affect another criminal investigation involving Trump led by a county prosecutor in Georgia, focusing on whether he unlawfully sought to overturn his 2020 election loss in that state.

Former U.S. President Donald Trump delivers remarks on the day of his court appearance in New York after being indicted by a Manhattan grand jury following a probe into hush money paid to porn...
*Purchase Licensing Rights* **Read more**

**PAYMENTS TO TWO WOMEN**

The office of Alvin Bragg, the Manhattan district attorney, charged Trump on Tuesday with 34 felony counts of falsifying business records over allegations that he orchestrated payments to two women before the 2016 election to suppress publication of their sexual encounters with him.

Prosecutors said the payments to adult film actress Stormy Daniels and former Playboy model Karen McDougal constituted an attempt to conceal a violation of election law.

Opinion polls show Trump as the front-runner for the 2024 Republican presidential nomination as he seeks to deny Biden a second term in office.

Trump over the years has complained that law enforcement at the national and state level were targeting him for political purposes, and his fellow Republicans in Congress have held hearings to examine what they describe as the "weaponization" of government.

He and his allies have accused Bragg, a Democrat, of bringing the charges for political reasons. Bragg in comments after the charges were brought on Tuesday said he has a responsibility to ensure everyone stands equal before the law.

Trump appeared at an arraignment in New York on Tuesday before flying back to his home in Florida to make public remarks. He declared himself the victim of election interference, without offering evidence.

The judge in the Manhattan case, Juan Merchan, has set the next hearing for Dec. 4, when campaigning for the Republican presidential nomination will be intensifying. Legal experts have said a trial may not start for a year.

Indictment or even conviction does not legally prevent a person from running for president.

In court on Tuesday, prosecutors raised concerns about Trump's social media posts, which have included a warning he made last month that the United States could face "death & destruction" if he were charged, and posting a photograph of him holding a baseball bat next to a picture of Bragg.

Merchan asked Trump's lawyers to remind the former president to refrain from making statements likely to incite violence or civil unrest, or jeopardize the safety of individuals.

Mexican President Andres Manuel Lopez Obrador said he does not agree with the charges brought against Trump.

"Supposedly legal issues should not be used for electoral, political purposes," Lopez Obrador told a news conference in Mexico City.

Lopez Obrador, who took office in 2018, developed a friendly working relationship with then-counterpart Trump, despite the U.S. president launching his 2016 election campaign by calling Mexican migrants rapists and drug runners and promising to make Mexico pay for a border wall.

> Get weekly news and analysis on the U.S. elections and how it matters to the world with the newsletter On the Campaign Trail. Sign up here.

Reporting by Rami Ayyub; Additional reporting by Sarah N. Lynch and David Morgan in Washington and Karen Freifeld in New York; Writing by Alistair Bell; Editing by Will Dunham and Andy Sullivan

Our Standards: **The Thomson Reuters Trust Principles.**

Purchase Licensing Rights

## Read Next

United States
**Kamala Harris pushes the envelope as Biden struggles with some Democrats**
7:36 PM UTC

World
**Biden threatens Russia with costs on Evan Gershkovich arrest anniversary**
9:00 PM UTC

United States
**Haley voters, Trump doesn't want you, new Biden ad says**
ago

United States
**Protesters interrupt Biden, Obama, Clinton at $25 million New York fundraiser**
5:19 PM UTC



Sponsored Content

Dianomi

American flock to the best cash back credit card of 2024

Sponsored by
The Motley Fool

7 Retirement Income Strategies Once Your Portfolio Reaches $500k

Sponsored by
Fisher Investments

The 5 Dumbest Things We Keep Spending Too Much Money On

Sponsored by
The Penny Hoarder

Sponsored Content

Dianomi

The Top 5 Things Americans Overspend On
Sponsored by The Penny Hoarder

50-Year Wall Street Legend: “You Have Just Weeks To Move Your Money”
Sponsored by Chaikin Analytics

The Tiny, Fast-Growing Company Flying Under the Radar. Don't Miss Out.
Sponsored by The Motley Fool

Experts are calling AI a "$15.7 trillion game-changer"
Sponsored by Banyan Hill

Need Better Internet? Compare Providers in Your Area Now.
Sponsored by HighSpeedInternet.com

Don't Borrow From The Bank If You Own A Home, Borrow From Yourself
Sponsored by Lendgo

World >

## Ultra-Orthodox Israelis resist push for military service

Middle East · March 29, 2024 · 3:13 PM EDT · 6 min ago

Ultra-Orthodox Jewish parties are resisting pressure to lift exemptions of religious students from military duty, as Prime Minister Benjamin Netanyahu struggles to preserve his coalition and spread the wartime burden across society fairly.

---

Middle East

**US has signed off on more bombs and warplanes for Israel, Washington Post reports**

15 min ago

---

Middle East

**Israel hits Syria in heaviest raid on Iran proxies in months**

15 min ago

---

Europe

**Italy intercepts Russian planes over Baltic Sea, defence sources say**

16 min ago

---

World

**US to impose new visa curbs on Hong Kong officials over rights crackdown**

21 min ago

3/29/24, 3:19 PM Case 2:23-cr-00599-MCS Document 66-21 Filed 04/01/24 Page 8 of 13 Page ID #:1294
Trump, newly charged, urges defunding Justice Department and FBI | Reuters

## Sponsored Content

Dianomi

7 Retirement Income Strategies Once Your Portfolio Reaches $500k
Sponsored by Fisher Investments

The Dark Side of AI [Shocking]
Sponsored by Banyan Hill

Team that recommended Nvidia in 2005, issues "All In" Buy Alert.
Sponsored by The Motley Fool

Is This Gold's Final Bull Market? Ex-Goldman VP Says Yes.
Sponsored by Stansberry Research

Hands Down One of the Best Cards for Good Credit
Sponsored by The Motley Fool

Wall Street Predicts Massive Financial Shift in 2024
Sponsored by Chaikin Analytics

## Sponsored Content

Dianomi

7 Ways To Earn Cash Without A Second Job
Sponsored by The Penny Hoarder

Need Better Internet? Compare Providers in Your Area Now.
Sponsored by HighSpeedInternet.com

10 Lucrative Dividend Stocks With Double Digit Dividend Yields
Sponsored by Liberty Through Wealth

Help Pay Down Balances Instead Of Interest
Sponsored by Credit Karma

Say Bye To Bank Loans If You Own A Home In These Zip Codes
Sponsored by Lendgo

9 Ways To Get Money Without Getting A Job
Sponsored by FinanceBuzz

Latest

Home
Authors
Topic sitemap

Media

Videos
Pictures
Graphics

Browse

World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

About Reuters

About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App (iOS)
Download the App (Android)
Newsletters

https://www.reuters.com/world/us/trump-facing-criminal-charges-calls-defunding-fbi-2023-04-05/ 7/12

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** **Advertising Guidelines** **Coupons** **Purchase Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** **Terms of Use** **Privacy** **Digital Accessibility** **Corrections** **Site Feedback**

© 2024 Reuters. All rights reserved

3/29/24, 3:19 PM Case 2:23-cr-00599-MCS Document 66-21 Filed 04/01/24 Page 10 of 13 Page ID #:1296
Trump, newly charged, urges defunding Justice Department and FBI | Reuters

https://www.reuters.com/world/us/trump-facing-criminal-charges-calls-defunding-fbi-2023-04-05/ 9/12

