# EXHIBIT T

3/29/24, 3:20 PM
Case 2:23-cr-00599-MCS   Document 66-22   Filed 04/01/24   Page 2 of 14   Page ID #:1301
Trump vows to appoint special prosecutor to 'go after' Biden if former president wins in 2024 | The Hill

**TRENDING:**    **MARYLAND SENATE PRIMARY**    **DONALD TRUMP**    **JAMES CARVILLE**    **KEN BUCK**

CAMPAIGN

# Trump vows to appoint special prosecutor to 'go after' Biden if former president wins in 2024

BY BRETT SAMUELS - 06/12/23 1:56 PM ET

Share     Post     •••    More



ADVERTISEMENT

In a post on Truth Social written in all capital letters, Trump wrote: "Now that the 'seal' is broken, in addition to closing the border & removing all of the 'criminal' elements that have illegally invaded our country, making America energy independent & even dominant again, & immediately ending the war between Russia & Ukraine, I will appoint a real special 'prosecutor' to go after the most corrupt president in the history of the USA, Joe Biden, the entire Biden crime family, & all others involved with the destruction of our elections, borders, & country itself!"

The former president lashing out at Biden comes days after the Justice Department unsealed a 37-count indictment that includes 31 counts under the Espionage Act after Trump refused to return classified materials he took with him upon leaving the White House in 2021.

A breakdown of the documents Trump is accused of keeping alleges they dealt with intelligence collected on foreign countries or American military capabilities.

The filing also alleges Trump weighed methods to avoid returning the documents, asking his attorney to "hide or destroy" those in his possession following a June subpoena last year. It also says he tried to obstruct the FBI and grand jury investigations and conceal his

3/29/24, 3:20 PM
Trump vows to appoint special prosecutor to go after Biden if former president wins in 2024 | The Hill
Case 2:23-cr-00599-MCS   Document 66-22   Filed 04/01/24   Page 4 of 14   Page ID #:1303

Justice Department under the Biden administration of targeting a political rival, with Trump leading in most 2024 GOP primary polls.

ADVERTISEMENT

But Biden has repeatedly declined to weigh in on the investigation into his predecessor, and a special counsel was appointed in Trump's case to maintain independence.

Trump, meanwhile, has for years pushed to investigate or target his political rivals. He led chants of "lock her up" directed at Hillary Clinton throughout his 2016 campaign and time in the White House.

Trump's one-time chief of staff, John Kelly, alleged that Trump pushed for the IRS to investigate FBI officials like former Director James Comey and his deputy, Andrew McCabe.

ADVERTISEMENT

Trump in 2020 called on his then-Attorney General Bill Barr to appoint a special counsel to investigate the Biden family amid allegations of corruption that have not been proven.

TAGS   2024 PRESIDENTIAL ELECTION   CLASSIFIED DOCUMENTS   DONALD TRUMP INDICTMENT   JOE BIDEN   JUSTICE DEPARTMENT   PRESIDENT BIDEN

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE         POST         MORE

## SPONSORED CONTENT

Privacy Policy

### Seniors on SS Are Now Entitled To These 12 "Kickbacks" In March (Tap For Full List)
YourPennySaver | Sponsored                                                    Learn More

### District Of Columbia Drivers Enraged Over New Road Rule
Otto Quotes | Sponsored                                                       Learn More

### PGA Teaching Pro Says Fixing Poor Contact Comes Down To This
Performance Golf | Sponsored                                                  Learn More

### 'Say Bye Bye To Prime'—Why 20,000 Users Prefer This Shopping Secret



YourPennySaver | Sponsored                                    Learn More

### Empty Alaska Cruises Departing From District Of Columbia That Seniors Can Book For Dirt Cheap

Favorite Searches | Sponsored

### Amazon Hates When Prime Members Do This, But They Can't Stop You (It's Genius)

Online Shopping Tools | Sponsored                             Learn More

### District Of Columbia Residents Get Huge Home Insurance Reduction

ExpertsInSavings.co | Home | Sponsored                        Learn More

### This Is The Highest Rated Hearing Aid In The US

hear.com | Sponsored

## More Campaign News



**CAMPAIGN**  /  48 MINS AGO



### New Hampshire House passes AI election rules after Biden deepfake

**TECHNOLOGY** / 60 MINS AGO



### New Jersey ballot design scrapped by judge in win for Andy Kim

**CAMPAIGN** / 2 HOURS AGO



### Biden campaign woos Haley voters in new ad: 'Join us'

**CAMPAIGN** / 4 HOURS AGO

See All

## Video/Hill.TV



3/29/24, 3:20 PM
Case 2:23-cr-00599-MCS   Document 66-22   Filed 04/01/24   Page 8 of 14   Page ID #:1307
Trump vows to appoint special prosecutor to go after Biden if former president wins in 2024 | The Hill



# Rising: March 28, 2024

RISING / 1 DAY AGO

3/29/24, 3:20 PM
Case 2:23-cr-00599-MCS   Document 66-22   Filed 04/01/24   Page 9 of 14   Page ID #:1308
Trump vows to appoint special prosecutor to go after Biden if former president wins in 2024 | The Hill



# Rising: March 27, 2024

RISING / 2 DAYS AGO

See all Hill.TV

See all Video

# Top Stories



## Biden takes press to task over coverage of his polls

**CAMPAIGN** / 9 HOURS AGO

See All

## Most Popular

**1**  **Fears grow over Comstock Act, Justices Thomas, Alito**

**2**  **GOP Biden impeachment witness sues Fox News co-host Tarlov**

5  **Buck: Boebert makes Santos 'look like a saint'**

## What Do You Think?

Loading survey...

#### SIGN UP FOR OUR DAILY EMAIL!

Your Email

Send



### Resources

**THE HILL APPS**

**PEOPLE**

**RSS**

### Other Areas

**GALLERIES**

**THE HILL JOBS**

**NATIONAL JOBS**

### Contributors

**SUBMIT OPINION CONTENT**



SUBSCRIPTIONS

PRIVACY POLICY

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

JOURNALISTIC INTEGRITY

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2024 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.