# EXHIBIT JJ



POLITICS

# Top GOP Rep Calls On More Whistleblowers To Come Forward, Pledges 'Zero Tolerance' For Retaliation

Screenshot/YouTube/House Oversight Committee



ARJUN SINGH                                      July 19, 2023                                      3:09 PM ET

CONTRIBUTOR

FONT SIZE:

Republican Rep. Jason Smith of Missouri has encouraged more employees of the Internal Revenue Service (IRS) and Department of Justice (DOJ) to approach the committee with information of misconduct and vowed to attack those retaliating against them, in a high-profile congressional hearing on Wednesday.

Smith, who chairs the House Ways and Means Committee, delivered opening remarks at a hearing of the House of Representatives Oversight Committee regarding the IRS' investigation into the tax history of Hunter Biden, the son of President Joe Biden, with IRS whistleblowers Gary Shapley and Joseph Ziegler as witnesses. Amid reports that Shapley and Ziegler had been targeted within the agency for retaliation, Smith said that "[t]here will be zero tolerance for any retaliation against whistleblowers by DOJ or the IRS."

**(RELATED: DOJ Attorneys Agreed With IRS Call To Charge Hunter Biden With Felonies, Whistleblowers To Testify)**

"These two courageous whistleblowers provided my committee with devastating testimony showing that the government is not treating all taxpayers equally and the DOJ and IRS gave preferential treatment to the President's son during a criminal investigation into his taxes," Smith said, referring to the House Ways and Means Committee, which he chairs. "They bravely reported wrongdoing to us and what the president's allies, including Hunter's lawyers, had done."

> *Criminal Investigator Joseph Ziegler (Whistleblower X) risks his career and reputation to blow the whistle after the investigation into Hunter Biden was "hamstrung, limited, and marginalized by DOJ officials as well as other U.S. Attorneys."*
>
> *Listen to his powerful testimony  pic.twitter.com/UrFNLNd2Y3*
>
> *— Oversight Committee (@GOPoversight) July 19, 2023*

Smith followed his praise with encouragement to more IRS employees to approach his committee with information about Hunter Biden or official misconduct of any kind.

"I urge every IRS employee today. If you know of misconduct, please come to the committee so we can hold those responsible," he said.

Shapley, an IRS Supervisory Special Agent who was investigating tax fraud by Hunter Biden, told the Ways and Means Committee on May 26 in an interview that Hunter Biden had misreported several items on his tax returns, and revealed evidence of Joe Biden's alleged involvement in his business deals. He also said that the IRS and DOJ had declined to prosecute Biden fairly and let the statute of limitations on his offenses, dating back to 2014, expire, per his testimony to the Oversight Committee.

Ziegler, an IRS Criminal Investigator whose identity was revealed to the public first at Wednesday's hearing, told the Oversight Committee that U.S. Attorney for Delaware David Weiss, a Trump appointee who has remained in office during his investigation of Hunter Biden, had his requests to charge Biden in California denied by the DOJ. He also testified that Hunter Biden was not charged with a felony for his tax misreporting, per official guidelines.

Hunter Biden pled guilty to misdemeanor tax charges, as well as a felony gun possession charge, on June 20.

"After raising their concerns internally at the IRS, these whistleblowers were discouraged and demoralized and turned to Congress as a last resort," Smith said, while noting that Biden allies had "responded with a vicious campaign to smear these whistleblowers. They have even coordinated with the White House on this effort. This is a disgrace."

The White House, IRS, DOJ and Biden campaign did not immediately respond to a request for comment.

*All content created by the Daily Caller News Foundation, an independent and nonpartisan newswire service, is available without charge to any legitimate news publisher that can provide a large audience. All republished articles must include our logo, our reporter's byline and their DCNF affiliation. For any questions about our guidelines or partnering with us, please contact licensing@dailycallernewsfoundation.org.*

Tags : department of justice gary shapley house oversight committee hunter biden irs jason smith joseph ziegler whistleblowers

ARJUN SINGH

| | | |
|---|---|---|
| About Us | Stream our Documentaries | Politics |
| FAQ | Download our iOS App | US |
| Newsletters | Download our Android App | Opinion |
| Journalistic and Ethical Standards | | Entertainment |
| Advertise With Us | | World |
| Emails and Notifications | | Business |
| Become A Paid Contributor | | Sports |
| Employment | | Tech |
| Terms Of Use | | Satire |
| Privacy Policy | | |
| Contact Us | | |

Send a Tip

CA: Do Not Sell My Info

Copyright Info



©2024 The Daily Caller, Inc.

The Daily Caller | 1775 Eye Street NW | Suite 1150-290 | Washington, DC 20006