# EXHIBIT NN

# TAX RETURN ROUTING

**CLIENT NAME:** R. Hunter Biden  
**CLIENT ID:** ███  
**ENTITY TYPE:** Individual  
**FORM NAME:** Return  
**PREPARATION BUDGET:** ___

**TAX YEAR:** 2019  
**YEAR END:** 12/31/19  
**DUE DATE:** 4/15/20  
**FORM #:** 1040/540/0104/1040/ IT 540B/M1/1040NRI  
**NUMBER OF STATES:** 7

| STAFF | DATE | DESCRIPTION | HOURS |
|---|---|---|---|
| RJ | 3/11/20 | Prepare Return & W/P | 2 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL TIME SPENT** |  |  |  |

**MANAGER/SUPERVISOR REVIEW:** Initial: _/_  Date: 10/12/2020  
**PARTNER REVIEW:** Initial: _____  Date: _____  
**RETURN SIGNED:** Initial: ~JRS~  Date: 10-15-20

Bind:  Initial: _____  Date: _____

**Method of Delivery**  *(Check one)*

☐ Pending E-File        ☐ FedEx              ☐ Mailed to Client  
☒ E-Filed               ☐ FedEx (OPT-OUT)    ☐ Certified Mail to Gov  
☐ E-Mailed to Client

**DATE:** 10/15/20

CONFIDENTIAL TREATMENT REQUESTED

DOJ-03-00271381

# MR. ROBERT H. BIDEN

## FEDERAL AND MULTI-STATE INDIVIDUAL INCOME TAX RETURNS FOR THE YEAR ENDED DECEMBER 31, 2019

EDWARD WHITE & CO, LLP CERTIFIED PUBLIC ACCOUNTANTS · WOODLAND HILLS, CALIFORNIA

CONFIDENTIAL TREATMENT REQUESTED

DOJ-03-00271394


**EDWARD WHITE & CO, LLP**
CERTIFIED PUBLIC ACCOUNTANTS

WARNER CENTER TOWERS

21700 OXNARD STREET, SUITE 400
WOODLAND HILLS, CALIFORNIA 91367
(818) 716-1120 · FAX (818) 716-2670

October 15, 2020

Mr. Robert H. Biden
c/o 21700 Oxnard Street, Suite 400
Woodland Hills, California 91367

Dear Mr. Biden:

As you requested and based on all the information we have received to date, we have prepared your federal and multi-state individual income tax returns for the calendar year 2019. These returns were prepared utilizing the information and documentation provided by you and other parties. We have not audited or otherwise verified all of the information included in these returns as that would be beyond the scope of our engagement. Please note that the taxing agencies have the authority to request documents supporting these returns. Therefore, the tax records should be retained for a minimum of four years.

These returns have been prepared for electronic filing. In this regard, the federal and six states each require a signed e-file authorization form; the other states accept the federal authorization form. Therefore, we must receive your signed e-file authorization forms before we can electronically file these returns with the respective government agencies. Accordingly, please sign, date and provide to us the following e-file authorization forms. Lastly, please note that these returns have been provided to your legal counsel for review; however, since you have the final responsibility for these returns, you should carefully review these returns before you sign them.

1. FORM 8879 - IRS E-FILE SIGNATURE AUTHORIZATION

2. FORM 8879 - CALIFORNIA E-FILE SIGNATURE AUTHORIZATION FOR INDIVIDUALS

3. FORM DR 8453 - COLORADO INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING

4. FORM DE 8453 - DELAWARE INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING

5. FORM IL-8453 - ILLINOIS INDIVIDUAL INCOME TAX ELECTRONIC FILING DECLARATION

6. FORM LA-8453 - LOUISIANA INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING

7. FORM M-8453 - MASSACHUSETTS INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING

Mr. Robert H. Biden
October 15, 2020
Page Two

## THE FOLLOWING TAX RETURNS WILL BE ELECTRONICALLY FILED FROM OUR OFFICE UPON RECEIPT OF THE SIGNED AUTHORIZATION FORMS.

1. FORM 1040 - U.S. INDIVIDUAL INCOME TAX RETURN

    PAYMENT REQUIRED                                           $197,372

2. FORM 540 - CALIFORNIA RESIDENT INCOME TAX RETURN

    PAYMENT REQUIRED                                           $  2,843

3. FORM 104 - COLORADO INDIVIDUAL INCOME TAX RETURN

    PAYMENT REQUIRED                                           $    665

4. FORM 200-02 - DELAWARE INDIVIDUAL NON-RESIDENT INCOME TAX RETURN

    PAYMENT REQUIRED                                           $ 55,140

5. FORM IL-1040 – ILLINOIS INDIVIDUAL INCOME TAX RETURN

    PAYMENT REQUIRED                                           $  3,250

6. FORM IT-540B - LOUISIANA NONRESIDENT OR PART-YEAR RESIDENT INCOME TAX RETURN

    PAYMENT REQUIRED                                           $  2,158

7. FORM 1-NR/PY - MASSACHUSETTS NONRESIDENT INCOME TAX RETURN

    PAYMENT REQUIRED                                           $    600

8. FORM M1- MINNESOTA INDIVIDUAL INCOME TAX RETURN

    PAYMENT REQUIRED                                           $     20

9. FORM MO-1040 – MISSOURI INDIVIDUAL INCOME TAX RETURN

    PAYMENT REQUIRED                                           $     38

10. FORM 2 - MONTANA INDIVIDUAL INCOME TAX RETURN

    REFUND                                                     $     18

Mr. Robert H. Biden
October 15, 2020
Page Three

11. <u>FORM NJ-1040NR – NEW JERSEY NONRESIDENT INCOME TAX RETURN</u>

    PAYMENT REQUIRED                                $    151

You should enclose checks made payable to each of the taxing agencies for the balances noted above. Please note that your tax liabilities do not include late filing and late payment penalties and interest, which will be substantial. In this regard, the taxing agencies will send you a bill for the additional penalties and interest that are due.

If you have any questions regarding these tax returns, or any other tax or accounting matters, please do not hesitate to contact Troy Schmidt or Jeffrey Gelfound in our office.

                                                       Very truly yours,

                                                       *Edward White & Co., LLP*
                                                       EDWARD WHITE & CO., LLP

JTS:nv
Enclosures

# 2019 Tax Return(s)

**Prepared for**         ROBERT H. BIDEN
                         CLIENT CODE: ███

**Account Number**       ███
**Release Number**       2019.04030

**Prepared by**          EDWARD WHITE & CO., LLP
                         21700 OXNARD STREET, SUITE 400
                         WOODLAND HILLS, CA
                         91367

                         818-716-1120

**Processing**           Date:  10/15/2020
                         Time:  20:41:34

**Special Instructions**

**Messages**

900071 04-01-19

ProSystem *fx*

CONFIDENTIAL TREATMENT REQUESTED