# EXHIBIT OO



## Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

| | | |
|---|---|---|
| Request Date: | | 04-24-2022 |
| Response Date: | | 04-24-2022 |
| Tracking Number: | | 101965302380 |

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2016


TAXPAYER IDENTIFICATION NUMBER:      ███████

SPOUSE TAXPAYER IDENTIFICATION NUMBER:      ███████


ROBE H BIDE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---


ACCOUNT BALANCE:                           -45.10

ACCRUED INTEREST:                            0.00   AS OF: Nov. 29, 2021

ACCRUED PENALTY:                             0.00   AS OF: Nov. 29, 2021



ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             -45.10


** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                  01

FILING STATUS:                    Married Filing Separate

ADJUSTED GROSS INCOME:               1,562,695.00

TAXABLE INCOME:                      1,276,499.00

TAX PER RETURN:                        492,895.00

SE TAXABLE INCOME TAXPAYER:                  0.00

SE TAXABLE INCOME SPOUSE:                    0.00

TOTAL SELF EMPLOYMENT TAX:                 614.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Jun. 12, 2020

PROCESSING DATE                                                  Aug. 02, 2021

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20212805 | 08-02-2021 | $492,895.00 |
| n/a | 89221-059-14046-1 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$409,887.00 |
| 430 | Estimated tax payment | | 04-21-2016 | -$30,000.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 07-18-2018 | $0.00 |
| 971 | Notice issued CP 0059 | | 08-06-2018 | $0.00 |
| 960 | Appointed representative | | 01-28-2020 | $0.00 |
| 599 | Tax return secured | | 09-02-2020 | $0.00 |
| 592 | Tax return not filed | | 07-12-2021 | $0.00 |
| 766 | Credit to your account | | 04-15-2017 | -$7,347.00 |
| 166 | Penalty for filing tax return after the due date 08-02-2031 | 20212805 | 08-02-2021 | $10,273.72 |
| 276 | Penalty for late payment of tax | 20212805 | 08-02-2021 | $11,415.25 |
| 196 | Interest charged for late payment | 20212805 | 08-02-2021 | $11,357.25 |
| 971 | Notice issued CP 0014 | | 08-02-2021 | $0.00 |
| 470 | Claim pending | | 07-08-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$79,252.00 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $499.68 |
| 472 | Resolved claim | | 11-29-2021 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

| |
|---|
| This Product Contains Sensitive Taxpayer Data |

# Account Transcript

Request Date:     04-24-2022
Response Date:    04-24-2022
Tracking Number:  101965302380

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER: ███████████

ROBE H BIDE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                     -531.19
ACCRUED INTEREST:           0.00     AS OF: Nov. 29, 2021
ACCRUED PENALTY:            0.00     AS OF: Nov. 29, 2021


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       -531.19


** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                              01
FILING STATUS:                       Single
ADJUSTED GROSS INCOME:            1,995,739.00
TAXABLE INCOME:                   1,956,003.00
TAX PER RETURN:                     710,598.00
SE TAXABLE INCOME TAXPAYER:              0.00
SE TAXABLE INCOME SPOUSE:                0.00
TOTAL SELF EMPLOYMENT TAX:           37,648.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Feb. 18, 2020
PROCESSING DATE                                                Dec. 14, 2020

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20204804 | 12-14-2020 | $710,598.00 |
| n/a | 09221-235-30003-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$125,909.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-15-2018 | $0.00 |
| 960 | Appointed representative | | 01-14-2020 | $0.00 |
| 599 | Tax return secured | | 03-06-2020 | $0.00 |
| 766 | Credit to your account | | 04-15-2018 | -$2,976.00 |
| 166 | Penalty for filing tax return after the due date 12-14-2030 | 20204804 | 12-14-2020 | $130,885.42 |
| 276 | Penalty for late payment of tax | 20204804 | 12-14-2020 | $93,074.08 |
| 196 | Interest charged for late payment | 20204804 | 12-14-2020 | $94,527.08 |
| 971 | Notice issued CP 0014 | | 12-14-2020 | $0.00 |
| 470 | Claim pending | | 11-18-2020 | $0.00 |
| 472 | Resolved claim | | 06-07-2021 | $0.00 |
| 472 | Resolved claim | | 06-07-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$955,800.00 |
| 276 | Penalty for late payment of tax | 20214504 | 11-29-2021 | $31,994.21 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $23,075.02 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

```
                This Product Contains Sensitive Taxpayer Data
```

# **Account Transcript**

|                          |              |
|--------------------------|--------------|
| Request Date:            | 04-24-2022   |
| Response Date:           | 04-24-2022   |
| Tracking Number:         | 101965302380 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2019


TAXPAYER IDENTIFICATION NUMBER:        ██████████

SPOUSE TAXPAYER IDENTIFICATION NUMBER:  ██████████


ROBE H BIDE

% HOWA KITT AN COMP CPA

10417


**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          -124.60

ACCRUED INTEREST:                            0.00   AS OF: Nov. 29, 2021

ACCRUED PENALTY:                             0.00   AS OF: Nov. 29, 2021


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            -124.60


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                    01

FILING STATUS:                Married Filing Separate

ADJUSTED GROSS INCOME:                   855,777.00

TAXABLE INCOME:                          843,577.00

TAX PER RETURN:                          197,372.00

SE TAXABLE INCOME TAXPAYER:               66,313.00

SE TAXABLE INCOME SPOUSE:                      0.00

TOTAL SELF EMPLOYMENT TAX:                10,146.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)                    Oct. 15, 2020

PROCESSING DATE                                                                 Jan. 04, 2021

---

```
┌──────────────────────────────────────────────────────────────────────────┐
│                            TRANSACTIONS                                    │
└──────────────────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|-----------------------------|---------|------------|----------------|
| 150 | Tax return filed | 20205105 | 01-04-2021 | $197,372.00 |
| n/a | 80221-690-02606-0 | | | |
| 960 | Appointed representative | | 01-28-2020 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2020 | | 06-23-2020 | $0.00 |
| 176 | Penalty for not pre-paying tax 01-04-2031 | 20205105 | 01-04-2021 | $6,035.21 |
| 276 | Penalty for late payment of tax | 20205105 | 01-04-2021 | $5,921.16 |
| 196 | Interest charged for late payment | 20205105 | 01-04-2021 | $2,826.40 |
| 971 | Notice issued CP 0014 | | 01-04-2021 | $0.00 |
| 470 | Claim pending | | 12-11-2020 | $0.00 |
| 472 | Resolved claim | | 06-28-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$227,204.00 |
| 276 | Penalty for late payment of tax | 20214504 | 11-29-2021 | $9,868.60 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $5,056.03 |

```
┌──────────────────────────────────────────────────────────────────────────┐
│                This Product Contains Sensitive Taxpayer Data               │
└──────────────────────────────────────────────────────────────────────────┘
```


## Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|                          |             |
|--------------------------|-------------|
| Request Date:            | 04-24-2022  |
| Response Date:           | 04-24-2022  |
| Tracking Number:         | 101965302380|

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2018

TAXPAYER IDENTIFICATION NUMBER:     █████████

ROBE H BIDE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | -530.14 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Nov. 29, 2021 |
| ACCRUED PENALTY: | 0.00 | AS OF: Nov. 29, 2021 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              -530.14

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 1,711,914.00 |
| TAXABLE INCOME: | 1,688,495.00 |
| TAX PER RETURN: | 659,366.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 54,032.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Feb. 18, 2020 |
| PROCESSING DATE | Dec. 14, 2020 |

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20204804 | 12-14-2020 | $659,366.00 |
| n/a | 09221-207-25246-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2019 | -$38,465.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2019 | | 04-15-2019 | $0.00 |
| 960 | Appointed representative | | 01-14-2020 | $0.00 |
| 599 | Tax return secured | | 03-06-2020 | $0.00 |
| 176 | Penalty for not pre-paying tax 12-14-2030 | 20204804 | 12-14-2020 | $19,993.93 |
| 166 | Penalty for filing tax return after the due date 12-14-2030 | 20204804 | 12-14-2020 | $139,702.72 |
| 276 | Penalty for late payment of tax | 20204804 | 12-14-2020 | $62,090.10 |
| 196 | Interest charged for late payment | 20204804 | 12-14-2020 | $56,222.59 |
| 971 | Notice issued CP 0014 | | 12-14-2020 | $0.00 |
| 470 | Claim pending | | 11-18-2020 | $0.00 |
| 472 | Resolved claim | | 06-21-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$956,632.00 |
| 276 | Penalty for late payment of tax | 20214504 | 11-29-2021 | $34,149.55 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $23,041.97 |

This Product Contains Sensitive Taxpayer Data