# EXHIBIT PP

3/29/24, 3:42 PM
Office of Public Affairs | Los Angeles Attorney Charged with Tax Evasion and Willful Failure to Pay Taxes | United States Departme…

Case 2:23-cr-00599-MCS   Document 66-4   Filed 04/01/24   Page 2 of 5   Page ID #:1852



PRESS RELEASE

# Los Angeles Attorney Charged with Tax Evasion and Willful Failure to Pay Taxes

Friday, March 22, 2024

**For Immediate Release**

Office of Public Affairs

A federal grand jury in Los Angeles indicted a California attorney yesterday with attempting to evade payment of his individual income taxes and willful failure to pay taxes.

According to the indictment, Milton C. Grimes, an attorney in Los Angeles, owed the IRS more than $1.7 million in taxes for tax years 2010 and 2014. The IRS allegedly tried to collect the unpaid taxes from Grimes by, among other things, levying his bank accounts. In response to the IRS' collection efforts, from 2014 through 2020, Grimes allegedly engaged in a scheme to thwart the IRS' levies by keeping his personal bank account balances low by routinely purchasing cashier's checks and withdrawing cash from his business bank accounts, often immediately after depositing funds to his business bank accounts, thereby avoiding funding his personal accounts. Grimes allegedly withdrew approximately $16 million in funds from the accounts in cashier's checks during those years.

In addition, Grimes allegedly filed individual income tax returns for tax years 2018 through 2021 reporting that he owed approximately $700,000 in taxes. Grimes allegedly did not, and has not, paid the taxes that he self-reported he owes.

In total, Grimes is alleged to have caused a tax loss of approximately $2,418,050 to the IRS.

If convicted, Grimes faces up to five years in prison for the tax evasion count and up to one year in prison for each count of willful failure to pay taxes. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Acting Deputy Assistant Attorney General Stuart M. Goldberg of the Justice Department's Tax Division and U.S. Attorney Martin Estrada for the Central District of California made the announcement.

IRS Criminal Investigation is investigating the case.

Trial Attorney Sara Henderson of the Justice Department's Tax Division and Assistant U.S. Attorney Valerie Makarewicz for the Central District of California are prosecuting the case.

*An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.*

Updated March 22, 2024

**Topic**

TAX

**Component**

Tax Division

Press Release Number: 24-337

# Related Content

**PRESS RELEASE**

3/29/24, 3:42 PM
Office of Public Affairs | Los Angeles Attorney Charged with Tax Evasion and Willful Failure to Pay Taxes | United States Departme…

Case 2:23-cr-00599-MCS   Document 66-44   Filed 04/01/24   Page 4 of 5   Page ID #:1854

### Federal Court Permanently Bars Michigan Women and Her Businesses Based on Fraudulent Conduct and Orders them to Disgorge Nearly $690,000

A federal court in Detroit, has permanently barred Annetta Powell and her seven tax preparation-related businesses, Alliance Tax Services Inc., Nationwide Tax Services Inc., Tax Expert Stores Inc., United Tax...

March 29, 2024

**PRESS RELEASE**

### Justice Department Seeks to Shut Down Broward County, Florida Tax Return Preparer

The Justice Department filed a civil injunction suit to permanently bar Dexter Bataille and his tax return preparation business, Capital Financial Holdings LLC, from preparing federal income tax returns for...

March 28, 2024

**PRESS RELEASE**

### Justice Department Continues Efforts to Stop Unlawful Tax Return Preparers

The Justice Department urged taxpayers to choose their return preparers wisely as the April 15 federal tax filing deadline approaches. Unscrupulous preparers who include errors or false information on a...

March 28, 2024

3/29/24, 3:42 PM Office of Public Affairs | Los Angeles Attorney Charged with Tax Evasion and Willful Failure to Pay Taxes | United States Departme…

Case 2:23-cr-00599-MCS Document 66-4 Filed 04/01/24 Page 5 of 5 Page ID #:1855

## ✉ Office of Public Affairs

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

## 📞 Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000