1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM AND DECLARATION IN SUPPORT OF HIS PRETRIAL MOTIONS** |
| v. | |
| ROBERT HUNTER BIDEN | |
| Defendant. | |

1 | The Court having considered the Notice of Motion and Motion for Leave submitted
2 | herewith, hereby enters the following Order:
3 |     IT IS HEREBY ORDERED that *Mr. Biden's Motion for Leave to File a*
4 | *Supplemental Memorandum and Declaration in Support of His Pretrial Motions* is
5 | GRANTED.
6 |     IT IS SO ORDERED.

_____       _____
DATE                           THE HONORABLE MARK C. SCARSI
                                     UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM
AND DECLARATION IN SUPPORT OF HIS PRETRIAL MOTIONS
CASE NO. 2:23-CR-00599-MCS-1