| | |
|---|---|
| Name | Angela Machala (State Bar No. 224496) |
| Address | 333 S. Grand Avenue, 38th Fl. |
| City, State, Zip | Los Angeles, CA 90071-1543 |
| Phone | (213) 615-1700 |
| Fax | (213) 615-1750 |
| E-Mail | AMachala@winston.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S),

v.

Robert Hunter Biden

DEFENDANT(S).

CASE NUMBER:

2:23-cr-00599-MCS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Robert Hunter Biden_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☒ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __April 1, 2024__. Entered on the docket in this action on __April 1, 2024__.

A copy of said judgment or order is attached hereto.

April 12, 2024                                /s/ Angela Machala
Date                                          Signature
                                              ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).