# Exhibit 1

| | |
|---|---|
| **From:** | Wise, Leo (USAMD) |
| **To:** | Lowell, Abbe; Machala, Angela M.; |
| **Cc:** | DEH (JWPT); |
| **Subject:** | RE: United States v. Robert Hunter Biden, Cr. No. 23-599-MCS |
| **Date:** | Thursday, May 2, 2024 8:33:48 PM |

Abbe,

In light of the position you're taking we don't think a call would accomplish anything.

Leo

**From:** Lowell, Abbe <ADLowell@winston.com>
**Sent:** Thursday, May 2, 2024 4:45 PM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>; Machala, Angela M. <AMachala@winston.com>;

**Cc:** DEH (JWPT) <DEH@usdoj.gov>;

**Subject:** [EXTERNAL] RE: United States v. Robert Hunter Biden, Cr. No. 23-599-MCS

Leo,

The Notice of Appeal is what was filed in the California action that immediately divested the district court of jurisdiction. You and we addressed this same issue in Delaware (D.E. 107 - 110). No court has rejected the merits of the appeal or otherwise found it to be improper, so the divestiture remains in place as the caselaw explains. You have sought expedition on the issue of appealability, and that is likely to be decided soon. If jurisdiction does return to the district court, the court can then set the schedule.

Again, we would set up a call to discuss the matter.

Abbe


**Abbe David Lowell**

**Partner**
**Co-Chair, Government Investigations,**
**Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875
F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

Case 2:23-cr-00599-MCS   Document 76-1   Filed 05/06/24   Page 3 of 5   Page ID #:2210

D: +1 212-294-3305
F: +1 212-294-4700

VCard | Email | winston.com



**From:** Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Sent:** Thursday, May 2, 2024 9:29 AM
**To:** Lowell, Abbe <ADLowell@winston.com>; Machala, Angela M. <AMachala@winston.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** DEH (JWPT) <DEH@usdoj.gov>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: United States v. Robert Hunter Biden, Cr. No. 23-599-MCS

Abbe,

We've already made clear in the litigation in Delaware that the district courts have not been divested of jurisdiction because the denials of all your motions to dismiss are not immediately appealable. Nothing has been filed, let alone ruled on, in the Central District of California that relieves you of complying with the Court's deadlines.

Leo

**From:** Lowell, Abbe <ADLowell@winston.com>
**Sent:** Wednesday, May 1, 2024 8:34 PM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>; Machala, Angela M. <AMachala@winston.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** DEH (JWPT) <DEH@usdoj.gov>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] RE: United States v. Robert Hunter Biden, Cr. No. 23-599-MCS

Leo,

I have been in back-to-back meetings since 9 AM (partially because of the two days of holiday this week). Your email came after I left the office, and I am just now getting a chance to respond. As we explained in Delaware, we believe the appeal has divested the district court of jurisdiction to move forward and that includes deadlines for exchanging or filing pretrial documents contemplated in a scheduling order. The law seems clear about that, but we would welcome getting on a call to discuss it tomorrow if you are of a different view.

Abbe

**Abbe David Lowell**

**Partner**
**Co-Chair, Government Investigations,**
**Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com



---

**From:** Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Sent:** Wednesday, May 1, 2024 5:20 PM
**To:** Lowell, Abbe <ADLowell@winston.com>; Machala, Angela M. <AMachala@winston.com>;
**Cc:** DEH (JWPT) <DEH@usdoj.gov>;

**Subject:** United States v. Robert Hunter Biden, Cr. No. 23-599-MCS

Attached please find the government's proposed jury instructions in the above captioned matter pursuant to the Court's standing order.  Standing Order Paragraph G(4) ("Counsel shall exchange proposed jury instructions (general and special) 28 calendar days prior to the Final Pretrial Conference.").  These are drafts and the Government reserves the right to revise them at any time prior to the Court's final determination of the instructions it intends to give in this matter.

We await your proposed instructions.

The standing order also requires the parties to meet and confer by May 8, 2024, regarding the statement of the case, Standing Order Paragraph G(1), and exhibit lists, Standing Order Paragraph G(6)(a).  The Government proposes May 8, 2024 at 2 pm.

Please confirm your availability at that day and time or propose an alternative.  We propose holding the meet-and-confer virtually.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.