UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS<br><br>[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR ORDER REQUIRING DEFENDANT TO COMPLY WITH COURT'S STANDING ORDER AND PROVIDE PROPOSED JURY INSTRUCTIONS TO GOVERNMENT |

IT IS HEREBY ORDERED THAT:

The defendant shall provide proposed jury instructions to the government by _____ and shall meet all pretrial deadlines in the Court's Standing Order.

_____
DATE

_____
The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

    The government's application is DENIED.

_____         _____
DATE                                                   The Honorable Mark C. Scarsi
                                                                         UNITED STATES DISTRICT JUDGE