# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER REQUIRING DEFENDANT TO COMPLY WITH COURT'S STANDING ORDER AND EXCHANGE PROPOSED JURY INSTRUCTIONS WITH THE GOVERNMENT** |

The Court having considered the Ex Parte Application and Memorandum submitted, hereby enters the following Order:

IT IS HEREBY ORDERED that the *Government's Ex Parte Application For Order Requiring Defendant To Comply With Court's Standing Order And Exchange Proposed Jury Instructions With The Government* is DENIED.

IT IS SO ORDERED.

_____      _____
DATE                                                         THE HONORABLE MARK C. SCARSI
                                                                    UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Re Government's *Ex Parte* Application For Order Requiring Defendant To Comply With Court's Standing Order And Exchange Proposed Jury Instructions
Case No. 2:23-CR-00599-MCS-1