Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　　　Defendant. | **Case No. 2:23-cr-00599-MCS-1**<br><br>*Hon. Mark C. Scarsi*<br><br>**DECLARATION OF ANGELA M. MACHALA IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY PENDING APPEAL**<br><br>Hearing Date:　June 3, 2024<br>Time:　　　　　3:00 PM<br>Place:　　　　　Courtroom 7C |

---

DECLARATION OF ANGELA M. MACHALA IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION
AND MOTION TO STAY PENDING APPEAL
CASE NO. 2:23-CR-00599-MCS-1

# DECLARATION OF ANGELA M. MACHALA

I, Angela M. Machala, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and am the attorney of record for Mr. Robert Hunter Biden. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I am a partner at Winston & Strawn LLP, located at 333 South Grand Avenue, Los Angeles, CA 90071.

3. In the course of preparing for Mr. Biden's trial, I have spoken with numerous prospective expert witnesses. Multiple prospective expert witnesses have declined to participate in this case, either due to expressed fear for their careers and safety or because the organizations with which they are associated would not permit them to work on what is perceived as a high-profile and divisive case.

4. If the Court requires additional information about the concerns or identities of these individuals, I can provide such information through an in camera or under seal filing.

5. Additionally, attached as **Exhibit 1** is a true and correct copy of the docket sheet for the case of *United States v. Biden*, No. 24-02333 (9th Cir. filed Apr. 15, 2024), current as of the time of this filing on May 10, 2024.

6. Attached as **Exhibit 2** is a true and correct copy of the docket sheet for the case of *United States v. Biden*, No. 24-01703 (3d Cir. filed Apr. 17, 2024), current as of the time of this filing on May 10, 2024.

7. Attached as **Exhibit 3** is a true and correct copy of the docket sheet in the case of *United States v. Biden*, No. 1:23-cr-00061-MN-1 (D. Del. Filed June 20, 2023), current as of the time of this filing on May 10, 2024.

1

DECLARATION OF ANGELA M. MACHALA IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY PENDING APPEAL
CASE NO. 2:23-CR-00599-MCS-1

Executed on this 10th day of May, 2024 in Los Angeles, California.

Respectfully submitted,

*/s/ Angela M. Machala*
ANGELA M. MACHALA

---

1

DECLARATION OF ANGELA M. MACHALA IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION
AND MOTION TO STAY PENDING APPEAL
CASE NO. 2:23-CR-00599-MCS-1