Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HUNTER BIDEN <br><br> Defendant. | **Case No. 2:23-cr-00599-MCS** <br><br> *Hon. Mark C. Scarsi* <br><br> **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** <br><br> Date: June 3, 2024 <br> Time: 3:00 PM <br> Place: Courtroom 7C |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Robert Hunter Biden requests that the Court take judicial notice of the following documents cited in his Reply in Support of his Motion to Stay Pending Appeal:

- **Exhibit 1:** A true and correct copy of the docket sheet in the case of *United States v. Biden*, No. 24-02333 (9th Cir. filed Apr. 15, 2024), current as of the time of this filing on May 10, 2024.

- **Exhibit 2:** A true and correct copy of the docket sheet in the case of *United States v. Biden*, No. 24-01703 (3d Cir. filed Apr. 17, 2024), current as of the time of this filing on May 10, 2024.

- **Exhibit 3:** A true and correct copy of the docket sheet in the case of *United States v. Biden*, No. 1:23-cr-00061-MN-1 (D. Del. Filed June 20, 2023), current as of the time of this filing on May 10, 2024.

**The Documents Are Judicially Noticeable Court Filings.** Rule 201 permits a court to notice a fact "if it is not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). This includes proceedings and filings in other courts if those proceedings or filings are related to the matters at issue. *See Grivas v. Metagenics, Inc.*, 2018 WL 6185977, at *2 (C.D. Cal. Jan. 4, 2018). The aforementioned cases involve the same parties and related issues of fact and law.

The Court may therefore appropriately take judicial notice of these documents.

Dated: May 10, 2024

Respectfully submitted,
By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Attorneys for Robert Hunter Biden*