# EXHIBIT 1

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

ROBERT HUNTER BIDEN,

  Defendant - Appellant.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff - Appellee | Leo Wise, Princiapl Senior Assistant Special Counsel<br>Direct: 410-725-6725<br>Email: leo.wise@usdoj.gov<br>[Government]<br>DOJ - U.S. Department of Justice<br>Office of Special Counsel David C. Weiss<br>Firm: 771-217-6091<br>950 Pennsylvania Avenue, NW<br>Room B-200<br>Room B-200<br>Washington, DC 20530<br><br>Mr. Derek E. Hines, Senior Counsel<br>Direct: 215-861-8632<br>Email: derek.hines@usdoj.gov<br>[Government]<br>OFFICE OF THE U.S. ATTORNEY<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106-4476<br><br>Mr. Bram M. Alden<br>**Terminated:** 04/15/2024<br>Email: usacac.crimappeals@usdoj.gov<br>[Government]<br>DOJ - Office of the U.S. Attorney<br>312 N Spring Street<br>Suite 1200<br>Los Angeles, CA 90012 |
| ROBERT HUNTER BIDEN<br>Defendant - Appellant | Abbe David Lowell, Attorney<br>Direct: 202-282-5875<br>Email: adlowell@winston.com<br>[Retained]<br>Winston & Strawn, LLP<br>1901 L Street, NW<br>Washington, DC 20036<br><br>Mrs. Angela Machala, Attorney<br>Direct: 213-615-1997<br>Email: amachala@winston.com<br>[Retained]<br>Winston & Strawn, LLP<br>333 S Grand Avenue<br>38th Floor<br>Los Angeles, CA 90071<br><br>Christopher Dowden Man, Attorney<br>Direct: 202-282-5000<br>Email: cman@winston.com<br>[Retained]<br>Winston & Strawn, LLP<br>1901 L Street, NW<br>Washington, DC 20036 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | CASE OPENED. A copy of your notice of appeal / petition filed in 2:23-cr-00599-MCS-1 has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number 24-2333 has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes. Resources Available For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Counsel should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 04/15/2024 07:43 AM] | 04/15/2024 |
| 2 | SCHEDULE NOTICE. Sentence Imposed: [N/A]. Appeal Transcript Order Due (Appellant) 4/26/2024, Appeal Transcript Due (Appellant) 5/28/2024, Appeal Opening Brief Due (Appellant) 7/5/2024, Appeal Answering Brief Due (Appellee) 8/5/2024. All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1 [Entered: 04/15/2024 07:46 AM] | 04/15/2024 |
| 3 | NOTICE of Withdrawal as Counsel as counsel filed by Bram M. Alden. Counsel withdrawing on behalf of other attorney(s): No [[-]]. Party proceeding without counsel: No. [-]. [Entered: 04/15/2024 10:58 AM] | 04/15/2024 |
| 4 | TERMINATED participation of Counsel for Appellee Bram M. Alden representing Appellee United States of America. [Entered: 04/15/2024 11:13 AM] | 04/15/2024 |
| 5 | NOTICE OF APPEARANCE by Leo Wise for Appellee United States of America. [Entered: 04/22/2024 12:59 PM] | 04/22/2024 |
| 6 | MOTION to Dismiss filed by Appellee United States of America. [Entered: 04/22/2024 01:03 PM] | 04/22/2024 |
| 7 | NOTICE OF APPEARANCE by Derek E. Hines for Appellee United States of America. [Entered: 04/22/2024 01:16 PM] | 04/22/2024 |
| 8 | NOTICE OF APPEARANCE by Christopher Dowden Man for Appellant Robert Hunter Biden. [Entered: 04/29/2024 07:16 PM] | 04/30/2024 |
| 9 | RESPONSE to Motion to Dismiss (DE 6) filed by Appellant Robert Hunter Biden. [Entered: 04/29/2024 08:13 PM] | 04/29/2024 |
| 10 | ADDED Counsel for Appellant Christopher Dowden Man. [Entered: 04/30/2024 09:18 AM] | 04/30/2024 |
| 11 | NOTICE OF APPEARANCE by Abbe David Lowell for Appellant Robert Hunter Biden. [Entered: 04/30/2024 11:18 AM] | 04/30/2024 |
| 12 | ADDED Counsel for Appellant Abbe David Lowell. [Entered: 04/30/2024 11:57 AM] | 04/30/2024 |
| 13 | REPLY to Response to Motion to Dismiss (DE 9) filed by Appellee United States of America. [Entered: 05/06/2024 07:56 AM] | 05/06/2024 |
| 14 | CITATION of Supplemental Authorities (28j Letter) filed by Appellee United States of America. [Entered: 05/09/2024 12:47 PM] | 05/09/2024 |
| 15 | RESPONSE to Citation of Supplemental Authorities (28j Letter) (DE 14) filed by Appellant Robert Hunter Biden. [Entered: 05/09/2024 03:23 PM] | 05/09/2024 |