# EXHIBIT 2

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1703 | **Docketed:** 04/17/2024 |
| USA v. Robert Hunter Biden | **Termed:** 05/09/2024 |

**Appeal From:** United States District Court for the District of Delaware

**Fee Status:** Paid

**Case Type Information:**

    1) criminal

    2) Sen & Cnv appeal

    3) null

**Originating Court Information:**

    **District:** 0311-1 : 1-23-cr-00061-001

    **Trial Judge:** Maryellen Noreika, District Judge

    **Date Filed:** 06/20/2023

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** |
|---|---|---|
| 04/12/2024 | 04/12/2024 | 04/17/2024 |

**Prior Cases:**

    None

**Current Cases:**

    None

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Derek E. Hines, Esq.<br>Direct: 215-861-8632<br>Email: deh@usdoj.gov<br>[COR NTC Federal government]<br>Office of United States Attorney<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106<br><br>Leo Wise, Esq.<br>Direct: 410-209-4800<br>Email: leo.wise@usdoj.gov<br>[COR NTC Federal government]<br>Office of United States Attorney<br>36 S Charles Street<br>4th Floor<br>Baltimore, MD 21201 |

v.

| ROBERT HUNTER BIDEN<br>Defendant - Appellant | Bartholomew J. Dalton, Esq.<br>Direct: 302-652-2050<br>Email: bdalton@bdaltonlaw.com<br>Fax: 305-652-0687<br>[COR NTC Retained]<br>Dalton & Associates<br>1106 W 10th Street<br>Cool Spring Meeting House<br>Wilmington, DE 19806<br><br>Abbe D. Lowell, Esq.<br>Direct: 202-282-5875<br>Email: adlowell@winston.com<br>Fax: 202-282-5100<br>[COR NTC Retained]<br>Winston & Strawn<br>1901 L Street NW<br>Washington, DC 20036<br><br>Christopher D. Man, Esq.<br>Direct: 202-282-5000<br>Email: cman@winston.com<br>Fax: 202-282-5100<br>[COR NTC Retained]<br>Winston & Strawn<br>1901 L Street NW<br>Washington, DC 20036 |
|---|---|

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | CRIMINAL CASE DOCKETED. Notice filed by Robert Hunter Biden in District Court No. 1-23-cr-00061-001. (TMM) [Entered: 04/17/2024 03:06 PM] | 04/17/2024 |
| 2 | ORDER (Clerk) Appellant seeks review of the District Court orders entered April 12, 2024, denying three motions to dismiss the indictment. The orders on appeal may not be final and may not otherwise be appealable at this time. See Flanagan v. United States, 465 U.S. 259, 263 (1984); United States v. Soriano Nunez, 928 F. 3d 240, 243 (3d Cir. 2019) ("An order denying dismissal of an indictment is not a "final judgment of the district court."). See also United States v. Hollywood Motor Car Co., Inc., 458 U.S. 263 (1982); Midland Asphalt Corp. v. United States, 489 U.S. 794 (1989). All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order. (TMM) [Entered: 04/17/2024 03:18 PM] | 04/17/2024 |
| 3 | RECORD available on District Court CM/ECF. (TMM) [Entered: 04/17/2024 03:18 PM] | 04/17/2024 |
| 4 | NOTICE Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by 5:00 p.m. ET on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1 (TMM) [Entered: 04/17/2024 03:18 PM] | 04/17/2024 |
| 5 | ECF FILER: ENTRY OF APPEARANCE from Derek E. Hines on behalf of Appellee(s) United States of America. [24-1703] (DEH) [Entered: 04/19/2024 07:32 AM] | 04/19/2024 |
| 6 | ECF FILER: ENTRY OF APPEARANCE from Abbe David Lowell, Bartholomew J. Dalton, Christopher D. Man on behalf of Appellant(s) Robert Hunter Biden. [24-1703] (BJD) [Entered: 04/19/2024 02:22 PM] | 04/19/2024 |
| 7 | ECF FILER: CRIMINAL INFORMATION STATEMENT on behalf of Appellant Robert Hunter Biden. [24-1703] (BJD) [Entered: 04/19/2024 02:24 PM] | 04/19/2024 |
| 8 | ECF FILER: Transcript Purchase Order Form (Part 1) filed by Appellant Robert Hunter Biden advising this court that no transcripts are available. [24-1703] (BJD) [Entered: 04/19/2024 02:26 PM] | 04/19/2024 |
| 9 | ECF FILER: Motion filed by Appellee USA to dismiss case for lack of jurisdiction. Certificate of Service dated 04/19/2024. Service made by ECF. [24-1703] (DEH) [Entered: 04/19/2024 03:58 PM] | 04/19/2024 |
| 10 | ECF FILER: Motion filed by Appellee USA to Expedite briefing and ruling on the pending motion to dismiss. Certificate of Service dated 04/19/2024. Service made by ECF. [24-1703] (DEH) [Entered: 04/19/2024 05:19 PM] | 04/19/2024 |
| 11 | ECF FILER: Response filed by Appellant Robert Hunter Biden to motion to Expedite. Certificate of Service dated 04/22/2024. [24-1703] (ADL) [Entered: 04/22/2024 08:28 AM] | 04/22/2024 |
| 12 | ECF FILER: ENTRY OF APPEARANCE from Leo J. Wise on behalf of Appellee(s) United States of America. [24-1703] (LW) [Entered: 04/22/2024 01:32 PM] | 04/22/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 13 | ORDER (CHUNG, Circuit Judge) The motion to expedite is denied. The Court is mindful of the current trial schedule and will resolve the matter before this Court in a timely manner. To move this matter forward, all responses to the issue of jurisdiction and the Appellee's motion to dismiss must be filed on or before April 29, 2024 by 5:00 p.m. E.T. Panel No.: ECO-025-E. Chung, Authoring Judge. (TMM) [Entered: 04/22/2024 02:42 PM] | 04/22/2024 |
| 14 | ECF FILER: Response filed by Appellee USA to clerk order. Certificate of Service dated 04/29/2024. [24-1703] (DEH) [Entered: 04/29/2024 03:58 PM] | 04/29/2024 |
| 15 | ECF FILER: Response filed by Appellant Robert Hunter Biden to clerk order. Certificate of Service dated 04/29/2024. [24-1703] (ADL) [Entered: 04/29/2024 04:33 PM] | 04/29/2024 |
| 16 | ECF FILER: Reply by Appellee USA In Support of Motion to Dismiss. Certificate of Service dated 05/06/2024. Service made by ECF [24-1703]--[Edited 05/06/2024 by TMM] (LW) [Entered: 05/06/2024 04:36 PM] | 05/06/2024 |
| 17 | PER CURIAM ORDER (SHWARTZ, CHUNG and SMITH, Circuit Judges) The defendant's appeal is DISMISSED for lack of appellate jurisdiction and his alternative request for a writ of mandamus is DENIED. Panel No.: BCO-103. (SEE ATTACHED ORDER FOR FULL TEXT)--[Edited 05/09/2024 by TMM] (TMM) [Entered: 05/09/2024 11:50 AM] | 05/09/2024 |