# EXHIBIT 3

# U.S. District Court
## District of Delaware (Wilmington)
### CRIMINAL DOCKET FOR CASE #: 1:23-cr-00061-MN-1

Case title: USA v. Biden

Date Filed: 06/20/2023

Assigned to: Judge Maryellen Noreika

Appeals court case number: 24-1703 Third Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Robert Hunter Biden** | represented by | **Abbe David Lowell**<br>Winston & Strawn LLP<br>1901 L Street NW<br>Washington, DC 20036<br>202-282-5000<br>Fax: 202-282-5100<br>Email: adlowell@winston.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Bartholomew J. Dalton**<br>Dalton & Associates, P.A.<br>1106 W. 10th Street<br>Wilmington, DE 19806<br>302-652-2050<br>Email: bdalton@dalton.law<br>*ATTORNEY TO BE NOTICED* |
| | | **Brian C. McManus**<br>Latham & Watkins<br>200 Clarendon Street<br>Boston, MA 02116<br>617-948-6000<br>Fax: 617-948-6001<br>Email: brian.mcmanus@lw.com<br>*TERMINATED: 08/21/2023*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Christopher J. Clark**<br>Clark Smith Villazor LLP<br>666 Third Avenue, 21st Floor<br>New York, NY 10017<br>212-377-0850<br>Fax: 212-377-0868<br>Email: clark@csvllp.com<br>*TERMINATED: 08/17/2023*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Matthew S. Salerno**<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212-906-1200<br>Fax: 212-751-4864<br>Email: matthew.salerno@lw.com<br>*TERMINATED: 08/21/2023*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Richard I.G. Jones , Jr.**<br>Berger McDermott LLP<br>1105 N. Market Street<br>Ste 11th Floor<br>Wilmington, DE 19801<br>302-655-1140<br>Email: rjones@bergermcdermott.com<br>*TERMINATED: 10/10/2023*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Timothy H. McCarten**<br>Latham & Watkins LLP<br>555 Eleventh Street, NW -Suite 1000<br>Washington, D.C. 20004<br>202-637-2200<br>Fax: 202-637-2201<br>Email: timothy.mccarten@lw.com<br>*TERMINATED: 08/21/2023* |

ATTORNEY TO BE NOTICED
Designation: Retained

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(a)(6) and 924(a)(2) - FALSE STATEMENT IN THE PURCHASE OF A FIREARM - ( COUNT I - 10/12/2018 ) (1s) | |
| 18:924(a)(1)(A) - FALSE STATEMENT RELATED TO INFORMATION REQUIRED TO BE KEPT BY A FEDERAL FIREARMS LICENSED DEALER - ( COUNT II - 10/12/2018 ) (2) | |
| 18:922(g)(3) and 924(a)(2) - POSSESSION OF A FIREARM BY A PERSON WHO IS AN UNLAWFUL USER OF OR ADDICTED TO A CONTROLLED SUBSTANCE - ( COUNT III - 10/12/2018 THRU 8/23/2018 ) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(3) and 924(a)(2) - POSSESSION OF A FIREARM BY A PERSON WHO IS AN UNLAWFUL USER OF OR ADDICTED TO CONTROLLED SUBSTANCE - ( COUNT I - 2018 ) (1) | DISMISSED PER GOVERNMENT'S MOTION |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Derek E. Hines**<br>1313 N. Market Street<br>Wilmington, DE 19801<br>302-573-6277<br>Email: deh@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Leo Wise**<br>Office of the Special Counsel<br>1313 North Market Street<br>Wilmington, DE 19801<br>443-819-7443<br>Email: leo.wise@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Benjamin L. Wallace**<br>U.S. Attorney's Office, District of Delaware<br>1313 N. Market Street<br>Wilmington, DE 19801<br>302-573-6118<br>Email: benjamin.wallace2@usdoj.gov<br>*TERMINATED: 03/08/2024*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | Letter to Deputy Clerk from United States Attorney's Office for the District of Delaware regarding filing of Informations. (kjk) (Entered: 06/20/2023) | 06/20/2023 |
| 2 | FELONY INFORMATION as to Robert Hunter Biden (1) count 1. (Attachments: # 1 Defendant Information Sheet) (kjk) (Entered: 06/20/2023) | 06/20/2023 |
| | Case assigned to Judge Maryellen Noreika, as to Robert Hunter Biden. Please include the initials of the Judge (MN) after the case number on all documents filed. (rjb) (Entered: 06/21/2023) | 06/21/2023 |
| 3 | ORDER SCHEDULING HEARING as to Robert Hunter Biden: An Initial Appearance is set for 7/26/2023 at 10:00 AM in Courtroom 4A before Judge Maryellen Noreika. Signed by Judge Maryellen Noreika on 6/21/2023. (as) (Entered: 06/21/2023) | 06/21/2023 |
| 4 | Summons Returned Executed on 6/23/23 as to Robert Hunter Biden (SEALED) (kjk) (Entered: 06/26/2023) | 06/26/2023 |
| 5 | NOTICE OF ATTORNEY APPEARANCE: Richard I.G. Jones, Jr appearing for Robert Hunter Biden (Jones, Richard) (Entered: 07/07/2023) | 07/07/2023 |
| 6 | Certificate of Good Standing as to Attorney Christopher J. Clark. (as) (Entered: 07/10/2023) | 07/10/2023 |
| 7 | NOTICE OF ATTORNEY APPEARANCE: Matthew S. Salerno appearing for Robert Hunter Biden. (as) (Entered: 07/20/2023) | 07/20/2023 |
| 8 | Certificate of Good Standing as to Attorney Matthew S. Salerno. (as) (Entered: 07/20/2023) | 07/20/2023 |
| 9 | NOTICE OF ATTORNEY APPEARANCE: Attorney Brian C. McManus appearing for Robert Hunter Biden. (as) (Entered: 07/20/2023) | 07/20/2023 |
| 10 | Certificate of Good Standing as to Attorney Brian C. McManus. (as) (Entered: 07/20/2023) | 07/20/2023 |
| 11 | NOTICE OF ATTORNEY APPEARANCE: Timothy H. McCarten appearing for Robert Hunter Biden. (as) (Entered: 07/20/2023) | 07/20/2023 |
| 12 | Certificate of Good Standing as to Attorney Timothy H. McCarten. (as) (Entered: 07/20/2023) | 07/20/2023 |
| 13 | Letter to The Honorable Maryellen Noreika from Julianne E. Murray regarding Motion for Leave to File Amicus Brief with Accompanying Amicus Brief. (Attachments: # 1 Motion for Leave to File Amicus Brief, # 2 Amicus Brief with Mike Howell Declaration, # 3 Amicus Brief Exhibits 1-12, # 4 Amicus Brief Exhibits 13-23)(Murray, Julianne) (Entered: 07/25/2023) | 07/25/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | Minute Entry for proceedings held before Judge Maryellen Noreika - Initial Appearance as to Robert Hunter Biden on (1) Count 1 held on 7/26/2023., Defendant was present with counsel. The Court advised Defendant of rights and granted release with conditions. Defendant waived the preliminary hearing. The Court advised counsel of their Brady obligations under Rule 5(f). The Court deferred a decision on the plea and pretrial diversion agreement. The parties shall submit briefs as ordered within 30 days; Not Guilty Plea entered. Time is excluded from the Speedy Trial Act between today and 9/1/2023 in the interests of justice. Appearances: B. Wallace, Esq., L. Wise, Esq., & D. Hines, Esq. for USA; C. Clark, Esq. & R. Jones, Esq. for DEFT; M. Bray & B. Williams for USPO; M. Buckson DEPUTY; (Court Reporter Dale Hawkins.) (mdb) (Entered: 07/26/2023) | 07/26/2023 |
| 14 | ORDER pursuant to Fed. R. Crim. P. 5(f) as to Robert Hunter Biden. Signed by Judge Maryellen Noreika on 7/26/2023. (mdb) (Entered: 07/26/2023) | 07/26/2023 |
| 15 | ORDER Setting Conditions of Release as to Robert Hunter Biden (1) O/R with conditions. Signed by Judge Maryellen Noreika on 7/26/2023. (mdb) (Entered: 07/26/2023) | 07/26/2023 |
| 16 | OFFICIAL TRANSCRIPT of Initial Appearance held on 07/26/2023 before Judge Maryellen Noreika. Court Reporter: Dale C. Hawkins,Email: Dale_Hawkins@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 8/17/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/25/2023. (dh) (Entered: 07/27/2023) | 07/27/2023 |
| 17 | ORDER - IT IS HEREBY ORDERED that, going forward, any issues or inquiries in the above-captioned cases shall be brought to my attention and not to the Clerk's Office. Any such issues and inquiries shall be submitted in writing and placed on the docket. To the extent that the rare instance arises in which a writing is not practicable, a phone call may be made to my Chambers by an attorney who represents one of the parties in these cases or an interested third party. Signed by Judge Maryellen Noreika on 7/28/2023. (dlw) (Entered: 07/28/2023) | 07/28/2023 |
| 18 | ORAL ORDER: The Court has received the attached request. On or before close of business on August 1, 2023, the parties shall provide their respective positions on the request to docket the proposed agreements. ORDERED by Judge Maryellen Noreika on 7/28/2023. (mdb) (Entered: 07/28/2023) | 07/28/2023 |
| 19 | MOTION for Authorization to File Electronically Using the CM/ECF System filed PRO SE by Christopher J. Tigani. (Attachments: # 1 Exhibit A - Pacer Invoice, # 2 Exhibit B - Certificate of Service Email)(as) (Entered: 08/01/2023) | 08/01/2023 |
| 20 | Letter to The Honorable Maryellen Noreika from Benjamin L. Wallace, Assistant United States Attorney regarding Response to NBC News Request - re 18 Order,. (Wallace, Benjamin) (Entered: 08/01/2023) | 08/01/2023 |
| 21 | Letter to The Honorable Maryellen Noreika from Christopher J. Clark, Esq. regarding Defendant's position on the request to docket the Memorandum of Plea Agreement and Diversion Agreement. - re 18 Order,. (Jones, Richard) (Entered: 08/01/2023) | 08/01/2023 |
| 22 | ORAL ORDER: On July 28, 2023, the Court received a letter from a reporter at NBC News requesting that the agreements discussed at the July 26, 2023 hearing be docketed. [D.I. 18 in Cr. A. No. 23-61; D.I. 21 in Cr. A. No. 23-274]. The parties do not object to the request. [D.I. 20, 21 in Cr. A. No. 23-61; D.I. 24, 25 in Cr. A. No. 23-274]. THEREFORE IT IS HEREBY ORDERED that the request is GRANTED. Additionally, at the July 26, 2023 hearing, the parties provided the Court with the Memorandum of Plea Agreement, but did not provide the Court with the Pretrial Diversion Agreement. The Court will docket the signed Memorandum of Plea Agreement and IT IS HEREBY FURTHER ORDERED that the parties shall docket the Pretrial Diversion Agreement discussed at the hearing by NOON today. ORDERED by Judge Maryellen Noreika on 8/2/2023. (mdb) (Entered: 08/02/2023) | 08/02/2023 |
| 23 | Letter to The Honorable Maryellen Noreika from Julianne E. Murray regarding Motion for Leave to Intervene and Memorandum in Opposition of Defendants Motion for Leave to File Under Seal. (Attachments: # 1 Motion for Leave to Intervene, # 2 Declaration of Julianne E. Murray with Exhibits, # 3 Proposed Order, # 4 Memorandum of Opposition to Defendants Motion for Leave to File Under Seal)(Murray, Julianne) (Entered: 08/02/2023) | 08/02/2023 |
| 24 | Letter to The Honorable Maryellen Noreika from Christopher J. Clark, Esq. regarding Filing the Executed copy of the Diversion Agreement - re 22 Oral Order,,,. (Attachments: # 1 Diversion Agreement)(Jones, Richard) (Entered: 08/02/2023) | 08/02/2023 |
| 25 | MOTION to Vacate the Court's Briefing Order by USA as to Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Hines, Derek) (Entered: 08/11/2023) | 08/11/2023 |
| 26 | ORAL ORDER - IT IS HEREBY ORDERED that, by no later that NOON on Monday, August 14, 2023, Defendant shall file a response to the United States' 25 Motion to Vacate the Court's Briefing Order. ORDERED by Judge Maryellen Noreika on 8/11/2023. (dlw) (Entered: 08/11/2023) | 08/11/2023 |
| 27 | RESPONSE to Motion by Robert Hunter Biden re 25 MOTION to Vacate the Court's Briefing Order Defendant's Response To The United States' Motion To Vacate The Court's Briefing Order (Jones, Richard) (Entered: 08/13/2023) | 08/13/2023 |
| 28 | NOTICE OF ATTORNEY APPEARANCE: Abbe David Lowell, Esq. appearing for Robert Hunter Biden. (as) (Entered: 08/14/2023) | 08/14/2023 |
| 29 | Certificate of Good Standing as to Attorney Abbe David Lowell. (as) (Entered: 08/14/2023) | 08/14/2023 |
| 30 | ORAL ORDER - IT IS HEREBY ORDERED that, by no later than NOON on Tuesday, August 15, 2023, the Government shall file a reply to Defendant's 27 Response. ORDERED by Judge Maryellen Noreika on 8/14/2023. (dlw) (Entered: 08/14/2023) | 08/14/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 31 | MOTION for Christopher J. Clark to Withdraw as Attorney by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Jones, Richard) (Entered: 08/15/2023) | 08/15/2023 |
| 32 | REPLY TO RESPONSE to Motion by USA as to Robert Hunter Biden re 27 Response to Motion to Vacate the Court's Briefing Order (Hines, Derek) (Entered: 08/15/2023) | 08/15/2023 |
| 33 | RESPONSE to Motion by Robert Hunter Biden re 31 MOTION for Christopher J. Clark to Withdraw as Attorney Defendant's Response to Motion to Withdraw (Jones, Richard) (Entered: 08/16/2023) | 08/16/2023 |
| 34 | ORDER granting 25 Motion to Vacate the Court's briefing order of July 26, 2023 as to Robert Hunter Biden. Signed by Judge Maryellen Noreika on 8/17/2023. (as) (Entered: 08/17/2023) | 08/17/2023 |
|  | ORAL ORDER as to Robert Hunter Biden GRANTING 31 MOTION for Christopher J. Clark to Withdraw as Attorney . Signed by Judge Maryellen Noreika on 8/17/2023. (as) (Entered: 08/17/2023) | 08/17/2023 |
| 35 | MOTION for Brian C. McManus, Matthew S. Salerno, and Timothy H. McCarten of Latham & Watkins LLP to Withdraw as Attorney by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Jones, Richard) (Entered: 08/18/2023) | 08/18/2023 |
|  | SO ORDERED re 35 MOTION for Brian C. McManus, Matthew S. Salerno, and Timothy H. McCarten of Latham & Watkins LLP to Withdraw as Attorney filed by Robert Hunter Biden. Attorney Matthew S. Salerno; Timothy H. McCarten and Brian C. McManus terminated in case as to Robert Hunter Biden. ORDERED by Judge Maryellen Noreika on 8/21/2023. (mdb) (Entered: 08/21/2023) | 08/21/2023 |
| 36 | ORAL ORDER: In view of the Speedy Trial Act, IT IS HEREBY ORDERED that, on or before Wednesday, September 6, 2023, the parties are directed to provide the Court with an update on the status of this case, including any steps that they believe the Court needs to take. ORDERED by Judge Maryellen Noreika on 8/31/2023. (mdb) (Entered: 08/31/2023) | 08/31/2023 |
| 37 | STATUS REPORT by USA as to Robert Hunter Biden (Wise, Leo) (Entered: 09/06/2023) | 09/06/2023 |
| 38 | STATUS REPORT by Robert Hunter Biden (Jones, Richard) (Entered: 09/06/2023) | 09/06/2023 |
| 39 | INDICTMENT as to Robert Hunter Biden (1) count(s) 1s, 2, 3. ( Original SEALED - to be maintained in the Clerk's Office ). (kjk) (Entered: 09/14/2023) | 09/14/2023 |
| 40 | REDACTED VERSION of 39 Indictment by USA as to Robert Hunter Biden (Attachments: # 1 Defendant Information Sheet)(kjk) (Entered: 09/14/2023) | 09/14/2023 |
| 41 | ORAL ORDER: The Court, understanding that Defendant seeks to have the initial appearance on the Indictment in this matter held via video conference, and understanding that the Government opposes that request, hereby ORDERS as follows: (1) By no later than September 19, 2023, Defendant shall make any such request to the Court in writing by filing a one-page motion to that effect, along with an accompanying letter brief not to exceed two single-spaced pages.; and (2) By no later than September 20, 2023, the Government may file an answering letter brief of no more than two single-spaced pages. Ordered by Judge Christopher J. Burke on 9/18/23. (kjk) (Entered: 09/18/2023) | 09/18/2023 |
| 42 | MOTION for Leave to Appear Defendants Motion for Leave to Attend Initial Appearance by Video Conference re by Robert Hunter Biden. (Attachments: # 1 Letter Brief in Support, # 2 Text of Proposed Order)(Jones, Richard) (Entered: 09/19/2023) | 09/19/2023 |
| 43 | RESPONSE to Motion by USA as to Robert Hunter Biden re 42 MOTION for Leave to Appear Defendants Motion for Leave to Attend Initial Appearance by Video Conference re (Hines, Derek) (Entered: 09/20/2023) | 09/20/2023 |
| 44 | ORDER as to Robert Hunter Biden re 42 DENYING the MOTION for Leave to Attend Initial Appearance by Video Conference filed by Robert Hunter Biden. The Initial Appearance and Arraignment are set for 9/26/2023 at 10:00 AM in Courtroom 2A before Judge Christopher J. Burke. Signed by Judge Christopher J. Burke on 9/20/23. (kjk) (Entered: 09/20/2023) | 09/20/2023 |
| 45 | Oral Order: The Court, having considered an unopposed request from Defendants counsel to reschedule the hearing previously set for September 26, 2023 at 10:00 a.m., hereby ORDERS that the Initial Appearance and Arraignment will be continued until October 3, 2023 at 10:00 a.m. in Courtroom 2A. Ordered by Judge Christopher J. Burke on 9/20/23. (kjk) (Entered: 09/20/2023) | 09/20/2023 |
| 46 | ORDER: The Motion for Leave to File Electronically by third-party Christopher J. Tigani ( 19 ) is DENIED without prejudice. *Copy mailed to Mr. Tigani at address listed in motion*. Signed by Judge Maryellen Noreika on 9/29/2023. (mdb) (Entered: 09/29/2023) | 09/29/2023 |
|  | Minute Entry for proceedings held before Judge Christopher J. Burke - Initial Appearance as to Robert Hunter Biden held on 10/3/2023; Deft. appeared with retained counsel; Deft. ordered released on his Own Recognizance with special conditions. ATTENDEES: AUSA - L. Wise, Esq.; D. Hines, Esq.; DEFT - A. Lowell, Esq.; R. Jones, Esq,; USPO - M. Bray; CLERK - Kincaid. ( Ct. Reporter - D. Hawkins ) (kjk) Modified on 10/3/2023 (kjk). (Entered: 10/03/2023) | 10/03/2023 |
| 47 | ORDER Setting Conditions of Release as to Robert Hunter Biden (1) Own Recognizance with special conditions. Signed by Judge Christopher J. Burke on 10/3/23. (kjk) (Entered: 10/03/2023) | 10/03/2023 |
|  | Minute Entry for proceedings held before Judge Christopher J. Burke - Defendant was present with counsel; Defendant waived reading of the Indictment Arraignment as to Robert Hunter Biden (1) Count 1s,2,3 held. Not Guilty Plea Entered. Pretrial Motions due by 11/3/2023. ATTENDEES: AUSA - L. Wise, Esq.; D. Hines, Esq.; DEFT - A. Lowell, Esq.; R. Jones, Esq.; USPO - M. Bray; CLERK - Kincaid. ( Ct. Reporter - D. Hawkins ) (kjk) Modified on 10/3/2023 (kjk). (Entered: 10/03/2023) | 10/03/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 48 | ORDER TO CONTINUE in the Interests of Justice in order to file pretrial motions as to Robert Hunter Biden. Time excluded from 10/3/23 until 11/3/23. Pretrial Motions due by 11/3/2023. Signed by Judge Christopher J. Burke on 11/3/23. (kjk) (Entered: 10/03/2023) | 10/03/2023 |
| 49 | OFFICIAL TRANSCRIPT of Initial Appearance/Arraignment held on 10/03/2023 before Judge Christopher J. Burke. Court Reporter: Dale C. Hawkins,Email: Dale_Hawkins@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 10/24/2023. Redacted Transcript Deadline set for 11/3/2023. Release of Transcript Restriction set for 1/2/2024. (dh) (Entered: 10/03/2023) | 10/03/2023 |
| 50 | NOTICE OF ATTORNEY APPEARANCE: Bartholomew J. Dalton appearing for Robert Hunter Biden (Dalton, Bartholomew) (Entered: 10/04/2023) | 10/04/2023 |
| 51 | MOTION to Dismiss Firearm Information Because An Indictment Was Returned by USA as to Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Wise, Leo) (Entered: 10/04/2023) | 10/04/2023 |
| 52 | Amended MOTION to Dismiss Firearm Information Because An Indictment Was Returned by USA as to Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Wise, Leo) (Entered: 10/04/2023) | 10/04/2023 |
| 53 | RESPONSE to Motion by Robert Hunter Biden re 52 Amended MOTION to Dismiss Firearm Information Because An Indictment Was Returned, 51 MOTION to Dismiss Firearm Information Because An Indictment Was Returned (Dalton, Bartholomew) (Entered: 10/05/2023) | 10/05/2023 |
| 54 | MOTION for Richard I. G. Jones, Jr. to Withdraw as Attorney by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Jones, Richard) (Entered: 10/06/2023) | 10/06/2023 |
| 55 | ORDER granting 52 Amended Motion to Dismiss Felony Information as to Robert Hunter Biden. Signed by Judge Maryellen Noreika on 10/11/2023. (as) (Entered: 10/11/2023) | 10/11/2023 |
| 56 | MOTION to Amend/Correct 48 Order to Continue - Pretrial Motion Filing by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Dalton, Bartholomew) (Entered: 10/13/2023) | 10/13/2023 |
| 57 | ORDER as to Robert Hunter Biden GRANTING 56 MOTION to Amend/Correct 48 Order to Continue - Pretrial Motion Filing. Pretrial Motions due by 12/11/2023; Government's responses due by 1/16/2024; and Defendant's replies due by 1/30/2024. Time is excluded from 10/19/2023 until 12/11/2023. Signed by Judge Maryellen Noreika on 10/19/2023. (as) (Entered: 10/19/2023) | 10/19/2023 |
| 58 | MOTION for Issuance of Rule 17(c) Subpoenas and Memorandum In Support by Robert Hunter Biden. (Attachments: # 1 Subpoena to Donald John Trump, # 2 Subpoena to Jeffrey A Rosen, # 3 Subpoena to Richard Donoghue, # 4 Subpoena to William Barr)(Dalton, Bartholomew) (Entered: 11/15/2023) | 11/15/2023 |
| 59 | RESPONSE to Motion by USA as to Robert Hunter Biden re 58 MOTION for Issuance of Rule 17(c) Subpoenas and Memorandum In Support (Attachments: # 1 Text of Proposed Order)(Hines, Derek) (Entered: 12/04/2023) | 12/04/2023 |
| 60 | MOTION to Dismiss the Indictment Based on Immunity Conferred by his Diversion Agreement by Robert Hunter Biden. (Attachments: # 1 Exhibit 1 Executed Diversion Agreement, # 2 Exhibit 2 Declaration of Christopher J. Clark (with Exhibits), # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit 3 Hunter Bidens Pretrial Diversion Report, dated July 19, 2023, # 24 Proposed Order Granting Mr. Bidens Motion to Dismiss the Indictment based on Immunity Conferred by His Diversion Agreement)(Dalton, Bartholomew) (Entered: 12/11/2023) | 12/11/2023 |
| 61 | MOTION to Dismiss the Indictment for Failure to Charge a Constitutionally Permissible Offense by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Dalton, Bartholomew) (Entered: 12/11/2023) | 12/11/2023 |
| 62 | MOTION to Dismiss the Indictment Based on the Appointment and Appropriation of Special Counsel Weiss by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Dalton, Bartholomew) (Entered: 12/11/2023) | 12/11/2023 |
| 63 | MOTION to Dismiss for Selective and Vindictive Prosecution by Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Dalton, Bartholomew) (Entered: 12/11/2023) | 12/11/2023 |
| 64 | MOTION for Hearing for Discovery, with Proposed Order by Robert Hunter Biden. (Dalton, Bartholomew) (Entered: 12/11/2023) | 12/11/2023 |
| 65 | EXHIBIT re 64 MOTION for Hearing for Discovery, with Proposed Order Exhibit 1: Letter from A. Lowell to L. Wise and D. Hines, dated October 8, 2023 by Robert Hunter Biden (Dalton, Bartholomew) (Entered: 12/12/2023) | 12/12/2023 |
| 66 | EXHIBIT re 64 MOTION for Hearing for Discovery, with Proposed Order Exhibit 2: Letter from A. Lowell to L. Wise and D. Hines, dated November 15, 2023 by Robert Hunter Biden (Dalton, Bartholomew) (Entered: 12/12/2023) | 12/12/2023 |
| 67 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 58 MOTION for Issuance of Rule 17(c) Subpoenas and Memorandum In Support , 59 Response to Motion (Dalton, Bartholomew) (Entered: 12/12/2023) | 12/12/2023 |
| 68 | RESPONSE to Motion by USA as to Robert Hunter Biden re 63 MOTION to Dismiss for Selective and Vindictive Prosecution (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hines, Derek) (Entered: 01/16/2024) | 01/16/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 69 | RESPONSE to Motion by USA as to Robert Hunter Biden re 60 MOTION to Dismiss the Indictment Based on Immunity Conferred by his Diversion Agreement (Attachments: # 1 Text of Proposed Order)(Wise, Leo) (Entered: 01/16/2024) | 01/16/2024 |
| 70 | RESPONSE to Motion by USA as to Robert Hunter Biden re 64 MOTION for Hearing for Discovery, with Proposed Order (Attachments: # 1 Text of Proposed Order)(Hines, Derek) (Entered: 01/16/2024) | 01/16/2024 |
| 71 | RESPONSE to Motion by USA as to Robert Hunter Biden re 61 MOTION to Dismiss the Indictment for Failure to Charge a Constitutionally Permissible Offense (Attachments: # 1 Text of Proposed Order)(Hines, Derek) (Entered: 01/16/2024) | 01/16/2024 |
| 72 | RESPONSE to Motion by USA as to Robert Hunter Biden re 62 MOTION to Dismiss the Indictment Based on the Appointment and Appropriation of Special Counsel Weiss (Attachments: # 1 Text of Proposed Order)(Wise, Leo) (Entered: 01/16/2024) | 01/16/2024 |
| 73 | Letter to Judge Noreika from Marcy Wheeler regarding request for unsealing of dockets and warrants identified in Docket 68 at 7-8. (mdb) (Entered: 01/25/2024) | 01/25/2024 |
| 74 | ORAL ORDER re 73 Letter: IT IS HEREBY ORDERED that, on or before close of business on January 26, 2024, the parties shall provide the Court with their respective positions on the request to unseal the dockets and warrants referenced in the letter 73 . ORDERED by Judge Maryellen Noreika on 1/25/2024. (mdb) (Entered: 01/25/2024) | 01/25/2024 |
| 75 | Letter to United States District Court from Robert Biden regarding Mr. Biden's Response to the Request to Unseal Dockets and Warrants - re 73 Letter, 74 Oral Order,. (Dalton, Connor) (Entered: 01/25/2024) | 01/25/2024 |
| 76 | Letter to Judge Noreika from United States regarding Response to Request to Unseal Dockets and Warrants - re 74 Oral Order,. (Hines, Derek) (Entered: 01/26/2024) | 01/26/2024 |
| 77 | ORAL ORDER re 73 Letter: Having received no opposition (D.I. 75 , 76 ), IT IS HEREBY ORDERED that the request to unseal (D.I. 73 ) is GRANTED, and the dockets, warrants, and Attachments A & B to those warrants shall be unsealed. ORDERED by Judge Maryellen Noreika on 1/26/2024. (mdb) (Entered: 01/26/2024) | 01/26/2024 |
| 78 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 60 MOTION to Dismiss the Indictment Based on Immunity Conferred by his Diversion Agreement (Dalton, Bartholomew) (Entered: 01/30/2024) | 01/30/2024 |
| 79 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 61 MOTION to Dismiss the Indictment for Failure to Charge a Constitutionally Permissible Offense (Dalton, Bartholomew) (Entered: 01/30/2024) | 01/30/2024 |
| 80 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 62 MOTION to Dismiss the Indictment Based on the Appointment and Appropriation of Special Counsel Weiss (Dalton, Bartholomew) (Entered: 01/30/2024) | 01/30/2024 |
| 81 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 63 MOTION to Dismiss for Selective and Vindictive Prosecution and Breach of Separation of Powers (Dalton, Bartholomew) (Entered: 01/30/2024) | 01/30/2024 |
| 82 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 64 MOTION for Hearing for Discovery, with Proposed Order and an Evidentiary Hearing Regarding His Motions to Dismiss the Indictment (Dalton, Bartholomew) (Entered: 01/30/2024) | 01/30/2024 |
| 83 | MOTION to Compel Discovery and Set Discovery Deadlines by Robert Hunter Biden. (Attachments: # 1 Exhibit Nov 15, 2023 Discovery Letter, # 2 Text of Proposed Order)(Dalton, Bartholomew) (Entered: 01/30/2024) | 01/30/2024 |
| 84 | STATUS REPORT by Robert Hunter Biden (Dalton, Bartholomew) (Entered: 02/12/2024) | 02/12/2024 |
| 85 | ORAL ORDER re 84 Status Report - Having reviewed Defendant's status report, which states that his motions to dismiss are fully briefed but is silent as to his most recently filed motion to compel discovery (D.I. 83), IT IS HEREBY ORDERED that, on or before February 14, 2024, the parties shall notify the Court whether the parties have reached an agreed-upon briefing schedule for the recent motion to compel or whether briefing will proceed pursuant to the Court's Standing Order Regarding Responses to Defense Motions in Criminal Cases. ORDERED by Judge Maryellen Noreika on 2/13/2024. (dlw) (Entered: 02/13/2024) | 02/13/2024 |
| 86 | RESPONSE to Motion by USA as to Robert Hunter Biden re 83 MOTION to Compel Discovery and Set Discovery Deadlines (Response in Opposition) (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hines, Derek) (Entered: 02/13/2024) | 02/13/2024 |
| 87 | Unopposed MOTION for Leave to File a Reply in Support of His Motion to Compel Discovery and Set Discovery Deadlines by Robert Hunter Biden. (Dalton, Bartholomew) (Entered: 02/14/2024) | 02/14/2024 |
| 88 | ORAL ORDER: IT IS HEREBY ORDERED that the defendant's Unopposed Motion for Leave to File a Reply in Support of His Motion to Compel Discovery and Set Discovery Deadlines ( 87 ) is GRANTED. ORDERED by Judge Maryellen Noreika on 2/15/2024. (mdb) (Entered: 02/15/2024) | 02/15/2024 |
| 89 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 86 Response to Motion, 83 MOTION to Compel Discovery and Set Discovery Deadlines (Dalton, Bartholomew) (Entered: 02/20/2024) | 02/20/2024 |
| 90 | ORDER as to Robert Hunter Biden: A status telephone conference is set for Wednesday, March 13, 2024 at 4:30 PM. Counsel should be prepared to discuss a trial schedule should the Court deny the pending motions to dismiss the indictment. Dial-in credentials will be docketed prior to the call. Signed by Judge Maryellen Noreika on 3/7/2024. (mdb) (Entered: 03/07/2024) | 03/07/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 91 | NOTICE of Withdrawal of Counsel by USA as to Robert Hunter Biden (Wallace, Benjamin) Modified on 3/8/2024 (mdb). (Entered: 03/07/2024) | 03/07/2024 |
| 92 | NOTICE of Supplemental Authority: United States v. Cruz (3d Cir. 2024) by Robert Hunter Biden re 60 MOTION to Dismiss the Indictment Based on Immunity Conferred by his Diversion Agreement (Attachments: # 1 Exhibit United States v. Cruz (Mar 8, 2024))(Dalton, Bartholomew) Modified on 3/12/2024 (mdb). (Entered: 03/11/2024) | 03/11/2024 |
| 93 | NOTICE of Supplemental Authority: The Smirnov Indictment by Robert Hunter Biden re 64 MOTION for Hearing for Discovery, with Proposed Order, 63 MOTION to Dismiss for Selective and Vindictive Prosecution (Attachments: # 1 Exhibit USA v Smirnov Hearing Transcript (Feb 20, 2024), # 2 Exhibit USA v Smirnov (D. Nevada) - Govt's Memorandum ISO Detention, # 3 Exhibit USA v. Smirnov (C.D. Cal.) - Govt's App. for Review of Nevada Bail Order)(Dalton, Bartholomew) Modified on 3/12/2024 (mdb). (Entered: 03/11/2024) | 03/11/2024 |
|  | Remark - The public may access the March 13, 2024 status telephone conference by dialing 302-592-6868 and entering phone conference ID: 643 599 804# (mdb) (Entered: 03/12/2024) | 03/12/2024 |
|  | Minute Entry for proceedings held before Judge Maryellen Noreika - Status Telephone Conference as to Robert Hunter Biden held on 3/13/2024. Discussion on the case schedule; the Court sets aside the weeks of June 3, 2024 and June 10, 2024 for a jury trial. The actual trial days and length of trial will be determined at a later date. The parties shall confer and submit a proposed scheduling order. Appearances: D. Hines, Esq. for USA; A. Lowell, Esq., B. Dalton, Esq., and D. Kolansky, Esq. for DEFT; M. Buckson DEPUTY; (Court Reporter Dale Hawkins.) (mdb) (Entered: 03/13/2024) | 03/13/2024 |
| 94 | OFFICIAL TRANSCRIPT of Teleconference held on 03/13/2024 before Judge Maryellen Noreika. Court Reporter/Transcriber: Dale C. Hawkins,Email: Dale_Hawkins@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 4/10/2024. Redacted Transcript Deadline set for 4/22/2024. Release of Transcript Restriction set for 6/18/2024. (dh) (Entered: 03/20/2024) | 03/20/2024 |
| 95 | Joint MOTION Set Pretrial Schedule by USA as to Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Hines, Derek) (Entered: 04/11/2024) | 04/11/2024 |
| 96 | ORAL ORDER as to Robert Hunter Biden re 95 Joint MOTION to Set Pretrial Schedule: IT IS HEREBY ORDERED that the Pretrial Conference is set for 5/24/2024 at 2:00 PM before Judge Maryellen Noreika. IT IS FURTHER ORDERED that the parties shall submit a REVISED proposed schedule by 4/18/2024 using this Court's form of order (attached here). The revised order shall include a deadline of 12:00 PM on 5/22/2024 for reply briefs to motions in limine. The page limits assigned to the motions in limine shall not be changed. Ordered by Judge Maryellen Noreika on 4/11/2024. (as) (Entered: 04/11/2024) | 04/11/2024 |
| 97 | MEMORANDUM OPINION as to Robert Hunter Biden. Signed by Judge Maryellen Noreika on 4/12/2024. (dlw) (Entered: 04/12/2024) | 04/12/2024 |
| 98 | ORDER as to Robert Hunter Biden re 97 Memorandum Opinion DENYING 60 MOTION to Dismiss the Indictment Based on Immunity Conferred by his Diversion Agreement. Signed by Judge Maryellen Noreika on 4/12/2024. (dlw) (Entered: 04/12/2024) | 04/12/2024 |
| 99 | MEMORANDUM OPINION as to Robert Hunter Biden. Signed by Judge Maryellen Noreika on 4/12/2024. (dlw) (Entered: 04/12/2024) | 04/12/2024 |
| 100 | ORDER as to Robert Hunter Biden re 99 Memorandum Opinion DENYING 58 MOTION for Issuance of Rule 17(c) Subpoenas and Memorandum In Support, DENYING 63 MOTION to Dismiss for Selective and Vindictive Prosecution; DENYING 64 MOTION for Hearing for Discovery, with Proposed Order. Signed by Judge Maryellen Noreika on 4/12/2024. (dlw) (Entered: 04/12/2024) | 04/12/2024 |
| 101 | MEMORANDUM ORDER as to Robert Hunter Biden DENYING 62 MOTION to Dismiss the Indictment Based on the Appointment and Appropriation of Special Counsel Weiss. Signed by Judge Maryellen Noreika on 4/12/2024. (dlw) (Entered: 04/12/2024) | 04/12/2024 |
| 102 | MOTION to Set Pretrial Schedule Pursuant to Court Order (see Doc. No. 96) by USA as to Robert Hunter Biden. (Attachments: # 1 Text of Proposed Order)(Hines, Derek) (Entered: 04/17/2024) | 04/17/2024 |
| 103 | NOTICE OF INTERLOCUTORY APPEAL of 98 Order, 101 Memorandum and Order, 99 Memorandum Opinion, 97 Memorandum Opinion . Appeal filed by Robert Hunter Biden. (Dalton, Bartholomew) (Entered: 04/17/2024) | 04/17/2024 |
| 104 | STATUS REPORT by Robert Hunter Biden (Dalton, Bartholomew) (Entered: 04/17/2024) | 04/17/2024 |
|  | USCA Appeal Fees received: $605, receipt number 2516 as to Robert Hunter Biden regarding 103 Notice of Interlocutory Appeal. (apk) (Entered: 04/17/2024) | 04/17/2024 |
| 105 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 103 Notice of Interlocutory Appeal filed by Robert Hunter Biden. USCA Case Number 24-1703. USCA Case Manager: Tim McIntyre. (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (tm, ) (Entered: 04/17/2024) | 04/17/2024 |
| 106 | STATUS REPORT (Response to Defendant's Status Report) by USA as to Robert Hunter Biden (Hines, Derek) (Entered: 04/17/2024) | 04/17/2024 |
| 107 | STATUS REPORT Reply in Further Support by Robert Hunter Biden (Dalton, Bartholomew) (Entered: 04/17/2024) | 04/17/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 108 | BRIEF/MEMORANDUM in Support by USA as to Robert Hunter Biden re 102 MOTION to Set Pretrial Schedule Pursuant to Court Order (see Doc. No. 96) (Opposition to Defendant's Motion to Stay Proceedings at Doc. No.107) (Hines, Derek) (Entered: 04/19/2024) | 04/19/2024 |
| 109 | REPLY TO RESPONSE to Motion by Robert Hunter Biden re 108 Brief/Memorandum in Support, Mr. Biden's Response to the Special Counsel's Opposition to a Motion to Stay That Was Never Filed (Dalton, Bartholomew) (Entered: 04/22/2024) | 04/22/2024 |
| 110 | REPLY BRIEF/MEMORANDUM by USA as to Robert Hunter Biden re 102 MOTION to Set Pretrial Schedule Pursuant to Court Order (see Doc. No. 96) (Reply to Defendant's Response at Doc. No. 109) (Hines, Derek) (Entered: 04/22/2024) | 04/22/2024 |
| 111 | USCA Order defendants appeal is DISMISSED for lack of appellate jurisdiction and his alternative request for a writ of mandamus is DENIED.(tm, ) (Entered: 05/09/2024) | 05/09/2024 |
| 112 | SCHEDULING ORDER as to Robert Hunter Biden re ( 95 , 102 ): A 3-6 day Jury Trial is set for 6/3/2024 at 8:30 AM in Courtroom 4A before Judge Maryellen Noreika; a Pretrial Conference is set for 5/24/2024 at 02:00 PM in Courtroom 4A before Judge Maryellen Noreika; Expert Disclosures and defendant's reciprocal discovery due by 4/24/2024; Motions in Limine due by 5/13/2024, responses due by 5/20/2024, and replies due by NOON on 5/22/2024; Proposed Jury Instructions and Voir Dire due by 5/17/2024. To the extent that the parties have not met deadlines that have passed, the Court will hold an in-person status conference on May 10, 2024 at 4:30 p.m. in Courtroom 4B. Signed by Judge Maryellen Noreika on 5/9/2024. (mdb) (Entered: 05/09/2024) | 05/09/2024 |
| 113 | MEMORANDUM ORDER as to Robert Hunter Biden: Defendant's motion to compel discovery and set discovery deadlines (DI 83 ) is DENIED. Signed by Judge Maryellen Noreika on 5/9/2024. (mdb) (Entered: 05/09/2024) | 05/09/2024 |
| 114 | MEMORANDUM ORDER as to Robert Hunter Biden: Defendant's motion to dismiss the indictment based on the Second Amendment ( 61 ) is DENIED. Signed by Judge Maryellen Noreika on 5/9/2024. (mdb) (Entered: 05/09/2024) | 05/09/2024 |
| 115 | ORAL ORDER: Defendant's counsel has represented that he is unavailable to appear at the in-person May 10, 2024 status conference set in the Court's Scheduling Order ( 112 ). Although the government objects to moving the conference, IT IS HEREBY ORDERED that the status conference is rescheduled for Tuesday May 14, 2024 at 11:00 am in Courtroom 4B. Defendant is not required to attend. ORDERED by Judge Maryellen Noreika on 5/9/2024. (mdb) (Entered: 05/09/2024) | 05/09/2024 |
| 116 | MOTION to Continue Pretrial Deadline for Motions in Limine until the May 14, 2024 Status Conference by Robert Hunter Biden. (Dalton, Bartholomew) (Entered: 05/10/2024) | 05/10/2024 |