# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR STAY PENDING APPEAL** |
| v. | |
| ROBERT HUNTER BIDEN | |
| Defendant. | |

The Court having considered the Motion for Stay Pending Appeal submitted herein, hereby enters the following Order:

IT IS HEREBY ORDERED that *Defendant's Motion for Stay Pending Appeal* is GRANTED.

IT IS SO ORDERED.

_____          _____
DATE                             THE HONORABLE MARK C. SCARSI
                                 UNITED STATES DISTRICT JUDGE