Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HUNTER BIDEN, <br><br> Defendant. | **Case No. 2:23-cr-00599-MCS-1** <br><br> *Hon. Mark C. Scarsi* <br><br> **DECLARATION OF ANGELA M. MACHALA IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR EXPEDITED HEARING** |

# DECLARATION OF ANGELA M. MACHALA

I, Angela M. Machala, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and am the attorney of record for Mr. Robert Hunter Biden. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I am a partner at Winston & Strawn LLP, located at 333 South Grand Avenue, Los Angeles, CA 90071.

3. On May 10, 2024, I informed the Special Counsel via email that Mr. Biden intended to seek expedited hearing of his Motion to Stay Pending Appeal and requested a teleconference to discuss whether they would oppose such an *ex parte* motion or, alternatively, would agree on an expedited schedule for briefing and hearing the motion. *See* Ex. 1.

4. During a teleconference on May 10, 2024, the Special Counsel informed Mr. Biden's counsel they intended to oppose the Motion to Stay Pending Appeal and that they would wait to see the motion before deciding whether to oppose this *ex parte* application.

5. On May 12, 2024, I emailed the Special Counsel asking for their position on Mr. Biden's *ex parte* application, but the Special Counsel did not respond. *See* Ex. 1.

6. On May 14, 2024, I advised the Special Counsel that Mr. Biden intended to file his *ex parte* application that day, thus making the deadline to oppose the application 24 hours later, on May 15, 2024. The Special Counsel promptly responded, stating it does not oppose expedited resolution of Mr. Biden's Motion to Stay Pending Appeal. *See* Ex. 1.

Executed on this 14th day of May, 2024 in Los Angeles, California.

Respectfully submitted,

*/s/ Angela M. Machala*
ANGELA M. MACHALA