# EXHIBIT 1

| | |
|---|---|
| **From:** | Machala, Angela M. |
| **To:** | Wise, Leo (USAMD) |
| **Cc:** | Lowell, Abbe; Kolansky, David A.; Salvaty, Paul B.; DEH (JWPT) |
| **Subject:** | RE: Scheduling brief call to discuss ex parte application |
| **Date:** | Tuesday, May 14, 2024 4:55:00 PM |
| **Attachments:** | image009.png |

Leo and Derek, we are filing our ex parte application today.  The government's deadline for responding will be 24 hours after our filing, which is tomorrow.

-Angela

### Angela M. Machala
**Partner**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1997

F: +1 213-615-1750

winston.com



**From:** Machala, Angela M.
**Sent:** Sunday, May 12, 2024 8:53 PM
**To:** 'Wise, Leo (USAMD)' <Leo.Wise@usdoj.gov>
**Cc:** Lowell, Abbe <ADLowell@winston.com>; Kolansky, David A. <DKolansky@winston.com>; Salvaty, Paul B. <PSalvaty@winston.com>; 'DEH (JWPT)' <DEH@usdoj.gov>
**Subject:** RE: Scheduling brief call to discuss ex parte application

Leo and Derek, as discussed Friday, please advise what the government's position is on our planned ex parte motion to expedite the hearing date on the motion to stay proceedings that we filed Friday. Thank you,

Angela

### Angela M. Machala
**Partner**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1997

F: +1 213-615-1750

winston.com



**From:** Machala, Angela M.
**Sent:** Friday, May 10, 2024 4:18 PM
**To:** Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>

**Cc:** Lowell, Abbe <ADLowell@winston.com>; Kolansky, David A. <DKolansky@winston.com>; Salvaty, Paul B. <PSalvaty@winston.com>; DEH (JWPT) <DEH@usdoj.gov>
**Subject:** RE: Scheduling brief call to discuss ex parte application

That works, will send a calendar invite

### Angela M. Machala
**Partner**
Winston & Strawn LLP
T: +1 213-615-1700
D: +1 213-615-1997
F: +1 213-615-1750

winston.com



**From:** Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Sent:** Friday, May 10, 2024 4:12 PM
**To:** Machala, Angela M. <AMachala@winston.com>
**Cc:** Lowell, Abbe <ADLowell@winston.com>; Kolansky, David A. <DKolansky@winston.com>; Salvaty, Paul B. <PSalvaty@winston.com>; DEH (JWPT) <DEH@usdoj.gov>
**Subject:** RE: Scheduling brief call to discuss ex parte application

How about 7:30 EDT?

**From:** Machala, Angela M. <AMachala@winston.com>
**Sent:** Friday, May 10, 2024 7:07 PM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>
**Cc:** Lowell, Abbe <ADLowell@winston.com>; Kolansky, David A. <DKolansky@winston.com>; Salvaty, Paul B. <PSalvaty@winston.com>; DEH (JWPT) <DEH@usdoj.gov>
**Subject:** [EXTERNAL] RE: Scheduling brief call to discuss ex parte application

Are you available now or later this evening?

### Angela M. Machala
**Partner**
Winston & Strawn LLP
T: +1 213-615-1700
D: +1 213-615-1997
F: +1 213-615-1750

winston.com



**From:** Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Sent:** Friday, May 10, 2024 4:05 PM
**To:** Machala, Angela M. <AMachala@winston.com>
**Cc:** Lowell, Abbe <ADLowell@winston.com>; Kolansky, David A. <DKolansky@winston.com>; Salvaty, Paul B. <PSalvaty@winston.com>; DEH (JWPT) <DEH@usdoj.gov>
**Subject:** RE: Scheduling brief call to discuss ex parte application

When?

---

**From:** Machala, Angela M. <AMachala@winston.com>
**Sent:** Friday, May 10, 2024 6:53 PM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>; DEH (JWPT) <DEH@usdoj.gov>
**Cc:** Lowell, Abbe <ADLowell@winston.com>; Kolansky, David A. <DKolansky@winston.com>; Salvaty, Paul B. <PSalvaty@winston.com>
**Subject:** [EXTERNAL] Scheduling brief call to discuss ex parte application
**Importance:** High

Leo and Derek
Leo and Derek,
As Abbe mentioned during your call earlier today, we are filing today a motion in CDCAL to stay proceedings pending the appeal.  Per Judge Scarsi's rules, the first day we can notice for the hearing on the motion is June 3.  Because that date is after the final pretrial conference on May 29, we plan to apply ex parte early next week to advance the hearing date.  We would like to speak with you to see if you will oppose our ex parte application or, alternatively, if we can agree on an expedited schedule for briefing and hearing the motion to stay.  Please let us know if you have 5 minutes to discuss by phone.
Thank you,
Angela

### Angela M. Machala

**Los Angeles Managing Partner**
**West Coast Chair, Government Investigations, Enforcement, and Compliance**

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

D: +1 213-615-1997

F: +1 213-615-1750

VCard | Email | winston.com

*Pronouns: She, Her, Hers*



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without

reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.