# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00599-MCS<br><br>*Hon. Mark C. Scarsi*<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO STAY PENDING APPEAL** |

1  The Court, having considered the *ex parte* application to expedite hearing on
2  Defendant Robert Hunter Biden's Motion to Stay Pending Appeal, hereby enters the
3  following order:
4  IT IS HEREBY ORDERED that the hearing on the Motion to Stay Pending
5  Appeal is expedited from June 3, 2024 at 3:00 p.m. to _____.
6  In the alternative, IT IS HEREBY ORDERED that the Court will take the matter under
7  submission without oral argument.

**IT IS SO ORDERED.**

DATED: _____                 _____
                                          HON. MARK C. SCARSI
                                          U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO
STAY PENDING APPEAL
CASE NO. 2:23-CR-00599-MCS-1

**OR IN CASE OF DENIAL:**

    Mr. Biden's application is DENIED.

DATED: _____

                                                                        HON. MARK C. SCARSI
                                                                         U.S. DISTRICT COURT JUDGE

2

[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO STAY PENDING APPEAL
CASE NO. 2:23-CR-00599-MCS-1