1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        | Case No. 2:23-cr-00599-MCS

11                                    |
                     Plaintiff,       | **ORDER RE: MOTION FOR STAY**
12                                    | **PENDING APPEAL AND EX PARTE**
                                      | **APPLICATION TO EXPEDITE**
13              v.                    | **HEARING (ECF NOS. 81, 83)**

14   ROBERT HUNTER BIDEN,

15
                     Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Defendant Robert Hunter Biden moves for an order staying proceedings in this

2    Court while his interlocutory appeal is pending in the Ninth Circuit Court of Appeals.

3    (Mot., ECF No. 81.) The Government opposes the motion. (Opp'n, ECF No. 82.) Mr.

4    Biden applies ex parte for an order advancing the hearing on his motion to stay or taking

5    his motion under submission without oral argument. He represents that the Government

6    does not oppose the application. (Appl., ECF No. 83.)

7    After the parties filed these briefs, a Ninth Circuit panel granted the

8    Government's motion to dismiss the appeal. Order, *United States v. Biden*, No. 24-2333

9    (9th Cir. May 14, 2024), ECF No. 16. Because the panel's order moots Mr. Biden's

10   motion, the Court grants the application to rule on shortened time and denies the motion.

11   The Court's orders and trial schedule remain in place. The Court will hear any

12   further request to modify the schedule at the May 29th pretrial conference.

13

14   **IT IS SO ORDERED.**

15

16   Dated: May 15, 2024

17                                                 MARK C. SCARSI
                                                   UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                              2