Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | Case No. 2:23-cr-00599-MCS-1<br><br>*Hon. Mark C. Scarsi*<br><br>**DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ENJOIN FUTURE APPROPRIATIONS CLAUSE VIOLATIONS** |

# DECLARATION OF ABBE DAVID LOWELL

I, Abbe David Lowell, declare as follows:

1. I am a partner at Winston & Strawn LLP and am an attorney of record for Defendant Robert Hunter Biden in the above-captioned case. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them. This declaration is offered in support of Defendant's *ex parte* application for temporary restraining order as to enjoin future appropriations clause violations.

2. I am a member in good standing of the Bars of the District of Columbia, the state of Maryland, and the state of New York. I was admitted pro hac vice in this Court on January 2, 2024. (ECF 10).

3. During a teleconference on May 15, 2024, I informed the Special Counsel that Mr. Biden intended to file the accompanying *Ex Parte* Application for Temporary Restraining Order as to Enjoin Future Appropriations Clause Violations.

4. At 2:11 p.m. EST on May 15, 2024, I informed the Special Counsel via email that Mr. Biden intended to file this *ex parte* application later that day, so the anticipated deadline to oppose such application would be 24 hours from the time of filing.

5. The Special Counsel promptly responded, stating they will oppose this *ex parte* filing.

6. Additionally, attached as **Exhibit 1** is a true and correct copy of my email correspondence with the Special Counsel regarding the filing of this *ex parte* application.

Executed on this 15th day of May, 2024 in Washington, DC.

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell

1