1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ENJOIN FUTURE APPROPRIATIONS CLAUSE VIOLATIONS** |

The Court, having considered Mr. Biden's *Ex Parte* Application for Temporary Restraining Order as to Enjoin Future Appropriations Clause Violations, hereby enters the following order:

IT IS HEREBY ORDERED that *Defendant's* Ex Parte *Application for Temporary Restraining Order as to Enjoin Future Appropriations Clause Violations* is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
HON. MARK C. SCARSI
U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER DEFENDANT'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ENJOIN FUTURE APPROPRIATIONS CLAUSE VIOLATIONS
CASE NO. 2:23-CR-00599-MCS-1

**OR IN CASE OF DENIAL:**
    Mr. Biden's application is DENIED.

DATED: _____

                                         HON. MARK C. SCARSI
                                         U.S. DISTRICT COURT JUDGE