DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
     950 Pennsylvania Avenue NW, Room B-200
     Washington, D.C. 20530
     Telephone:    (771) 217-6091
     E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | **GOVERNMENT'S EXHIBIT LIST** |
| v. | Trial Date:    June 20, 2024 |
| ROBERT HUNTER BIDEN, | Trial Time:    9:00 a.m. |
| Defendant. | Location:    Courtroom of the Hon. Mark Scarsi |

| No. of Exhibit | Description | Stip. to Authen | Stip. to Admiss | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 001 | COA Wells Fargo | | | | |
| 002 | Jordan Lehua money transfer $4000.08 | | | | |
| 003 | Email from Wells Fargo to rhb@rspdc.com re: Zelle money transfer | | | | |
| 004 | COA Chase | | | | |
| 005 | Multiple Chase wires | | | | |

| 006 | Email from Google Travel to droidhunter88@gmail.com re: flight from Los Angeles to Honolulu | | | | |
| --- | --- | --- | --- | --- | --- |
| 007 | Email from Wells Fargo to rhb@rspdc.com | | | | |
| 008 | Text Messages | | | | |
| 009 | Text Messages | | | | |
| 010 | Text Messages | | | | |
| 011 | Text Messages | | | | |
| 012 | Hallie Biden 2018 W-4 Tax Form | | | | |
| 013 | Hallie Biden 2018 Earnings Record | | | | |
| 014 | Copy of James Biden Email Messages | | | | |
| 015 | Hunter Biden Whats App Messages | | | | |
| 016 | Certificate of Cancellation of Hudson West III LLC | | | | |
| 017 | Amended and Restated Limited Liability Company Agreement of Hudson West III, LLC | | | | |
| 018 | Email from James Biden to nmh@integraba.com.ar re: Citgo | | | | |
| 019 | Letter from Trade Group, LLC to Hunter Biden, Managing Partner Hudson West, LLC | | | | |
| 020 | Email from Mervyn Yan to Fang Zheng re: Trade Group | | | | |
| 021 | Email from James Biden to Hunter Biden re: "c" | | | | |
| 022 | Email from Hunter to Jim Biden and Sara Biden re: two wires and our first major launch that will set us free | | | | |
| 023 | HWIII Meeting Minutes #6 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 024 | Email from Charles Fenet to Multiple People re: Port Cameron Executive Summary | | | | |
| 025 | Email from Bob Fenet to James Biden and rhdbc@icloud.com re: LNG-Chad Whiteside Email | | | | |
| 026 | Email from Greg.M@mkyisland.com to rhbdc@icloud.com and jbiden@lionhallgp.com | | | | |
| 027 | Hunter Biden Whats App Messages | | | | |
| 028 | Email from Robert Biden to Multiple People re: Meeting of the Board of Requested | | | | |
| 029 | Email from Robert Hunter to Multiple People re: RSA Expenses June-Dec 2017 Numbers | | | | |
| 030 | Email from Jim Biden to Multiple People re: Payment Agency Letter Attached | | | | |
| 031 | Hudson west III Second Amended and Restated Limited Liability Company Agreement | | | | |
| 032 | Hunter Biden Whats App Messages | | | | |
| 033 | Email from jbiden@lionhallgp.com to Mervyn Yan re: MI LING Sources | | | | |
| 034 | Lion Hall Group, HWIII Expense - The Hollywood Rosevelt | | | | |
| 035 | Email from Mervyn Yan to Hunter Biden CC Jim Biden re: Mervyn please wire- | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 036 | Email from Sara Biden to Mervyn Yan re: Invoice 1264 from Lion Hall Group, LLC | | | | |
| 037 | Email from Mervyn Yan to Hunter Biden CC Jim and Sara Biden re: HW III | | | | |
| 038 | Robert Biden Text Messages | | | | |
| 039 | Robert Biden Text Messages | | | | |
| 040 | U.S. District Court, Southern District of New York Criminal Docket 17CR00779-LAP, Untied States v. Chi Ping Patrick Ho | | | | |
| 041 | Kathleen Buhle Biden v. Robert Hunter Biden - Complaint for Absolute Divorce and Other Relief | | | | |
| 042 | Kathleen Buhle Biden v. Robert Hunter Biden - Court Docket | | | | |
| 043 | Kathleen Biden and Robert Hunter Biden Marital Settlement Agreement | | | | |
| 044 | Kathleen Buhle Biden v. Robert Hunter Biden Findings of Fact, Conclusion of Law and Judgment of Absolute Divorce | | | | |
| 045 | Letter from The Law Office Rebekah Sullivan (attorney for Kathleen Biden) to Hunter Biden | | | | |
| 046 | Email from Kathleen Biden to Chris D'Amato and Amy D'Amato re: Call with George | | | | |
| 047 | Email from Kathleen Biden to Chris D'Amato and Amy D'Amato re: Biden Matter | | | | |

| 048 | Email from Rebekah Sullivan (attorney for Kathleen Biden) to George Mesires and Sarah Mancinelli re: Biden Matter | | | | |
| 049 | Email from Rebekah Sullivan (attorney for Kathleen Biden) to George Mesires and Sarah Mancinelli re: Biden Matter | | | | |
| 050 | Kathleen Buhle Biden v. Robert Hunter Biden Motin to Enforce Marital Settlement Agreement | | | | |
| 051 | Email from Kathleen Biden to Hunter Biden re: Medical Bills | | | | |
| 052 | Email from Kathleen Biden to Hunter Biden re: Medical Bills | | | | |
| 053 | Text Messages between Hunter Biden's Old Phone and Kathleen Biden | | | | |
| 054 | Text Messages with Katie Dodge | | | | |
| 055 | Email from Kathleen Biden to edward.e.prewitt@wellsfargo.com re: Alimony | | | | |
| 056 | AT&T Wireless Subscriber Information | | | | |
| 057 | Text messages | | | | |
| 058 | Text Messages | | | | |
| 059 | Email from Kathleen Biden to bmorgan@morganwingate.com re: Taxes | | | | |
| 060 | Email from Kathleen Biden to Hunter Biden re: Tax Lien | | | | |
| 061 | Letter from The Law Office of Rebekah Sullivan to Sarah Mancinelli. | | | | |
| 062 | Email from Katie Dodge to Robert Biden re: Quit Claim Deet - To Be Signed | | | | |

| 063 | Email from Kathleen Biden to rhbdc@icloud.com re: Taxes, Mortgage and Loan from My Parents | | | | |
| 064 | Email from Kathleen Biden to edward.e.prewitt@wellsfargo.com re: Refinancing | | | | |
| 065 | Letter from The Law Office of Rebekah Sullivan to George Mesires and Sarah Mancinelli re: Notice of Default - Marital Settlement Agreement Dated 3/27/2017 | | | | |
| 066 | Text Messages | | | | |
| 067 | Kathleen Buhle Biden v. Robert Hunter Biden Order re: Status Hearing 2/26/2020 | | | | |
| 068 | Kathleen Buhle (formerly Kathleen Buhle Biden) v. Robert Hunter Biden re: Second Motion to Enforce Marital Settlement Agreement and Enforcement of January 2, 2020 Order | | | | |
| 069 | Email from Kathleen Biden to Amy D'Amato and Chris D'Amato re: Biden 2016 Tax Return | | | | |
| 070 | Kathleen Buhle v. Robert Hunter Biden - Third Motion to Enforce Marital Settlement Agreement and Enforcement of January 2, 2020 Order | | | | |
| 071 | Email from Katheleen Biden to Rhbla@protonmail.com, BCC Wendy Schwartz, Amy D'Amato and Chris D'Amato re: Proposal | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 072 | Kathleen Buhle v. Robert Hunter Biden - Fifth Motion to Enforce Marital Settlement Agreement | | | | |
| 073 | Text Messages | | | | |
| 074 | Booking Details for Car Rental for Robert Biden | | | | |
| 075 | Emarald Fantasy Girls, Inc. Recent Filings | | | | |
| 076 | Articles of Incorporation - Emarald Fantasy Girls, Inc. | | | | |
| 077 | Corporation Statement of Information - Emerald Fantasy Girls, Inc. | | | | |
| 078 | Wells Fargo Transaction Report | | | | |
| 079 | Email from Katie Dodge to Hunter Biden CC Eric Schwerin and Joan Peugh re: Year End | | | | |
| 080 | Email from Katie Dodge to Rachel Parkhurst re: 2017 1099 Owsco PC | | | | |
| 081 | Email from Katie Dodge to jmayer@rosemontseneca.com and Eric Schwerin re: Moving | | | | |
| 082 | Email from Katie Dodge to Eric Schwerin, CC Joan Mayer re: Health Insurance | | | | |
| 083 | Tax Form W-4 (2018) Lunden Roberts | | | | |
| 084 | Screen Shot of Messages | | | | |
| 085 | Screen Shot of Messages | | | | |
| 086 | Email from Katie Dodge to Multiple People re: Friday | | | | |
| 087 | Email from Katie Dodge to Multiple People re: Friday | | | | |
| 088 | Screen Shot of Messages | | | | |

7

| 089 | Email from Rachel Silverman to dodgekatie13@gmail.com re: Tax Information Need for Mr. Biden's 2017 Extensions | | | | |
|---|---|---|---|---|---|
| 090 | Email from Katie Dodge to Rachel Siverman re: Tax Information Need for Mr. Biden's 2017 Extensions | | | | |
| 091 | Email from Kathleen Macpeak to Katie Dodge re: Biden Mail (?) - I am Hunter's assistant | | | | |
| 092 | Email from Katie Dodge to Rachel Silverman re: Tax Information Need for Mr. Biden's 2017 Extensions | | | | |
| 093 | Email from Katie Dodge to dodgekatie13@gmail.com re: Thank you! Lmk if anything else | | | | |
| 094 | Tax Form W-4 (2018) Hallie Biden | | | | |
| 095 | Email from Lourdes Dominguez to dodgekatie13@gmail.com | | | | |
| 096 | Email from Katie Dodge to Lourdes Dominguez re: Tax Info for Mr. Biden's 2017 Extensions | | | | |
| 097 | Email from Katie Dodge to Rachel Silverman re: Tax Information Need for Mr. Biden's 2017 Extensions | | | | |
| 098 | Email from Bill Morgan to dodgekatie13@gmail.com | | | | |
| 099 | Email from Katie Dodge to Bill Morgan re: Hunter's 2017 Taxes | | | | |
| 100 | Email from Katie Dodge to Christian Saveri re: Owasco Docs | | | | |

8

| | | | | | |
|---|---|---|---|---|---|
| 101 | Email from Katie Dodge to Patricia Maguire re: Motorized Wage Letter | | | | |
| 102 | Owasco PC Employee Election Form - Hallie Biden | | | | |
| 103 | Tax Form W-4 (2018) Lunden Roberts | | | | |
| 104 | Tax Form W-4 (2018) Elizabeth Secundy | | | | |
| 105 | Owasco PC Employee Election Form - Hallie Biden | | | | |
| 106 | Email from Katie Dodge to Multiple People re: Funds | | | | |
| 107 | Email from Katie Dodge to Joan Mayer re: RHB Things | | | | |
| 108 | Email from cynthia.duncan@wellsfargoadvisors.com to dodgekatie13@gmail.com re: Incoming | | | | |
| 109 | Email from Hunter Biden to Katie Dodge re: filename-1.pdf | | | | |
| 110 | Email from Katie Dodge to Hunter Biden re: filename-1.pdf | | | | |
| 111 | Email from cynthia.duncan@wellsfargoadvisors.com to dodgekatie13@gmail.com re: Wire | | | | |
| 112 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Monday Morning | | | | |
| 113 | Email from Katie Dodge to Patricia Maguire re: Termination | | | | |

| 114 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Incoming Funds | | | | |
|---|---|---|---|---|---|
| 115 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: KB | | | | |
| 116 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Wire | | | | |
| 117 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Please wire | | | | |
| 118 | Email from Katie Dodge to Lourdes Dominguez re: 2017 Tax Information | | | | |
| 119 | Email from Katie Dodge to Erin Straughter re: Enrollment Forms | | | | |
| 120 | Email from Lourdes Dominguez to Katie Dodge re: Porsche Statement | | | | |
| 121 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.comre: Funds | | | | |
| 122 | Email from Katie Dodge to Joan Mayer re: 2017 Individual Income Tax Returns for Mr. Biden | | | | |
| 123 | Email from Katie Dodge to Lourdes Dominguez re: Owasco PC 2017 Activity | | | | |
| 124 | Email from Katie Dodge to multiple people re: Funds | | | | |
| 125 | Screen Shot of Messages | | | | |
| 126 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Funds | | | | |

| 127 | Email from Katie Dodge to Lourdes Domingues re: Spreadsheet 2017 | | | | |
|---|---|---|---|---|---|
| 128 | Email from Lourdes Dominguez to Catherine Dodge re: Owasco, PC | | | | |
| 129 | Email from Catherine Dodge to Hallie Biden re: CareFirst Letter | | | | |
| 130 | Email from Katie Dodge to Kathleen Biden re: Question | | | | |
| 131 | Email from Katie Dodge to Hunter Biden re: Question | | | | |
| 132 | Second Amended and Restated  Limited Liability Company Agreement of Hudson West III LLC | | | | |
| 133 | Screen Shot of Messages | | | | |
| 134 | Email from Kathleen Biden to Katie Dodge re: Quitclaims Deed - To Be Signed | | | | |
| 135 | Email from Kathleen Biden to Katie Dodge re: Tax Lien | | | | |
| 136 | Email from Katie Dodge to Kathleen Biden re: Following Up | | | | |
| 137 | Email from Katie Dodge to Kathleen Biden re: Following Up | | | | |
| 138 | Email from Lourdes Dominguez to Katie Dodge CC Bill Morgan re: Change of Address | | | | |
| 139 | Email from Bill Morgan to Kaite Dodge re: RHB Letter | | | | |
| 140 | Screen Shot of Messages | | | | |
| 141 | Screen Shot of Messages | | | | |
| 142 | Email from Kathleen Biden to Katie Dodge re: Letter for Hunter | | | | |

| 143 | Email from Katie Dodge to Kathleen Biden re: Letter from Hunter | | | | |
|-----|------------------------------------------------------------------|--|--|--|--|
| 144 | Lunden Roberts Text to Katie Dodge | | | | |
| 145 | Email from Katie Dodge to Edward Prewitt re: ACH etc | | | | |
| 146 | Email from Katie Dodge to Robert  Biden re: Please Respond | | | | |
| 147 | Email from Robert Hunter to Katie Dodge re: Please Respond | | | | |
| 148 | Email from Katie Dodge to edward.e.prewitt@wellsfargo.com CC Robert Biden re: Maisy's 529 Plan | | | | |
| 149 | Email from Katie Dodge to Rachel Parkhurst re: Owasco 2018 1099s | | | | |
| 150 | Email from Katie Dodge to Multiple People re: Consolidating Accounts to 5858 | | | | |
| 151 | Email from Kathleen Biden to Katie Dodge re: Tax Lien | | | | |
| 152 | Robert Hunter Biden Expenses | | | | |
| 153 | Email from Katie Dodge to Robert Biden re: | | | | |
| 154 | Email from Katie Dodge to Bmorgan@morganwingate.com re: IRS Totals | | | | |
| 155 | Email from Robert Hunter to Katie Dodge CC cynthia.duncan@wellsfargoadvisors.com re: Payment Scheduled for Tomorrow | | | | |

12

| 156 | Email from Katie Dodge to Bmorgan@morganwingate.com re: Numbers. | | | | |
| --- | --- | --- | --- | --- | --- |
| 157 | Email from Katie Dodge to Hunter Biden CC George Mesires re: Bills - Due Late-April & Early-May | | | | |
| 158 | Email from Katie Dodge to Multiple People re: NSF | | | | |
| 159 | Email from Katie Dodge to Hunter Biden and George Mesires re: Bills List | | | | |
| 160 | Email from Catherine Dodge to Multiple People re: August 2019 - Bills List | | | | |
| 161 | Email from Catherine Dodge to Multiple People re: Bills List **Attention Needed Please** | | | | |
| 162 | Email from Catherine Dodge to Hunter Biden and George Mesires re: Bills List | | | | |
| 163 | Email from Catherine Dodge to Hunter Biden and George Mesires re: Current Bills (Added Skaneateles Insurance Bill) | | | | |
| 164 | Letter IRS to Owasco PC, C/O Robert Hunter Biden | | | | |
| 165 | Text Messages from Robert Biden to Katie Dodge | | | | |
| 166 | COA GJ 187 | | | | |
| 167 | Billing Schedules - Jeffrey Gelfound | | | | |
| 168 | Owasco, PC 2017 Tax Returns Notes as of December 12, 2019 | | | | |

| 169 | Email from George Mesires to Jeffrey Gelfound CC Troy Schmidt re: Attorney Work Product - RE: RHB 2017 Tax Returns | | | | |
| 170 | Working Papers | | | | |
| 171 | Email from George Mesires to Jeffrey Gelfound re: 2017 & 2018 Tax Returns | | | | |
| 172 | Email from George Mesires to Multiple People re: Privileged and Confidential | | | | |
| 173 | Email from Troy Schmidt to George Mesires CC Jeffrey Gelfound re: 2018 Draft Corporate Schedules | | | | |
| 174 | Email from rhbla@protonmail.com to Troy Schmidt re: Meeting | | | | |
| 175 | Email from rhbla@protonmail.com to Multiple People re: Progress | | | | |
| 176 | Owasco PC Working Papers | | | | |
| 177 | Meeting Noted January 28, 2020 | | | | |
| 178 | COA GJ 002 | | | | |
| 179 | Chase Consulting Fee Wires Acct# 5142 | | | | |
| 180 | Beautiful Things, A Memoir by Hunter Biden - Chapter 9 | | | | |
| 181 | Robert Hunter Biden and Edward White & Co., LLC Executed Engagement Letter | | | | |
| 182 | Owasco Open Items 2017 Tax Returns | | | | |
| 183 | Owasco LLC Wells Fargo Bank Account | | | | |
| 184 | Robert Hunter Biden 2018 Wells Fargo Bank Acct# 4929 | | | | |

14

| 185 | Owasco Line of Credit with Wells Fargo | | | | |
| 186 | Email from Sara Biden to Jeffrey Gelfound re: 2018 Consulting Fees | | | | |
| 187 | Owasco PC 2018 Tax Return Open Items | | | | |
| 188 | Troy Schmidt's Billing Diary | | | | |
| 189 | Jeffrey Gelfound Billing Schedules | | | | |
| 190 | Owasco PC 2017 Tax Returns Notes as of December 12, 2019 | | | | |
| 191 | Email from George Mesires to Jeffrey Gelfound CC Troy Schmidt and RHB LA re: Attorney Work Product - RE: RHB 2017 Tax Returns | | | | |
| 192 | Working Papers | | | | |
| 193 | Email from George Mesires to Jeffrey Gelfound re: 2017 & 2018 Tax Returns | | | | |
| 194 | Email from George Mesires to Multiple People re: Privileged and Confidential | | | | |
| 195 | Email from Troy Schmidt to George Mesires CC Jeffrey Gelfound re: 2018 Draft Corporate Schedules | | | | |
| 196 | Email from RHB LA to Troy Schmidt re: Meeting | | | | |
| 197 | Email from RHB LA to Troy Schmidt re: Progress | | | | |
| 198 | Owasco PC Working Papers | | | | |
| 199 | Meeting Noted January 28, 2020 | | | | |
| 200 | Wire Request Acct# 5142 | | | | |
| 201 | Owasco Line of Credit with Wells Fargo | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 202 | Second Amended and Restated  Limited Liability Company Agreement of Hudson West III LLC with Markups | | | | |
| 203 | Email from George Mesires to Jeffrey Gelfound and Troy Schmidt CC Hunter Biden re: Biden | | | | |
| 204 | 2018 Tax Returns - Hudson West III | | | | |
| 205 | Email from George Mesires to Jeffrey Gelfound CC R. Hunter Biden re: Hudson West | | | | |
| 206 | Individual Tax Return Index - Hunter Biden | | | | |
| 207 | Tax Forms 1096 and1099-Misc  for Owasco PC and Employees | | | | |
| 208 | Letter from Edward White & Co, LLP Certified Public Accountants to Hunter Biden C/O Owasco PC re 2018 Tax Documents | | | | |
| 209 | Miscellaneous Tax Documents - Robert and Kathleen Biden | | | | |
| 210 | Edward White & Co., LLP Billing Statements | | | | |
| 211 | Summary of Estimated Tax Liabilities 2015-2019 | | | | |
| 212 | JPMC Bank Acct# 8626 Bank Statements - Zoe Kestan | | | | |
| 213 | Credit Card Photos | | | | |
| 214 | Text Message re Booking Presidential Suite | | | | |
| 215 | Apple Notes of Expenses | | | | |
| 216 | Instagram Message from Hunter re Fraud Alert | | | | |
| 217 | Test Message to Finnegan Biden | | | | |

| 218 | Venmo Response of Robert Hunter Biden User Activity | | | |
| 219 | 2018 Tax Form W-4 - Lunden Roberts | | | |
| 220 | COA ADP | | | |
| 221 | 2018 Earnings Record | | | |
| 222 | COA GJS 315 CareFirst | | | |
| 223 | Owasco Employee Election Form - Lunden Roberts | | | |
| 224 | Lunden Roberts Text to Katie Dodge | | | |
| 225 | Multiple Emails Between Eric Schwerin and Others | | | |
| 226 | Owasco PC - Robert Hunter Biden Personal Expenses | | | |
| 227 | Eric Schwerin Letter to Robert Hunter Biden | | | |
| 228 | Email from Eric Schwerin to Hunter Biden re: Dashboard | | | |
| 229 | Robert Hunter Biden Income Flor 2014 | | | |
| 230 | IRS Filed Tax Return 2014- Robert Biden | | | |
| 231 | Email from Eric Schwerin to Hunter Biden re: Spreadsheet | | | |
| 232 | IRS Filed Tax Return 2014 - Owasco PC | | | |
| 233 | IRA Filed Tax Return 2014 - Skaneteles LLC | | | |
| 234 | COA SW 19-310M | | | |
| 235 | Email from Eric Schwerin to Joan Mayer re: Reconciliation | | | |
| 236 | Spreadsheet Revenue Received by RSB on Behalf of Robert Hunter Biden and Payments Received by Robert Hunter Biden from RSB | | | |

| 237 | Spreadsheet of Payments from RSB to Robert Hunter Biden and Incoming to RSB | | | | |
|---|---|---|---|---|---|
| 238 | Email from Eric Schwerin to Devon Archer CC Joan Mayer re: BHR/Skaneateles/Ulysses Side Agreement | | | | |
| 239 | IRS Filed 2015 Tax Return Robert H. Biden and Kathleen B. Biden Form 1040 | | | | |
| 240 | Email from hbiden@rosemontseneca.com to Eric Schwerin CC Joan Mayer re: Taxes - Final Numbers | | | | |
| 241 | Email from Eric Schering to Hunter Biden CC Joan Mayer re: Monthly Income Expenses | | | | |
| 242 | Email from Eric Schwerin to Hunter Biden re: Income | | | | |
| 243 | Email from Eric Schwerin to Hunter Biden re: Proposal | | | | |
| 244 | Email from Eric Schwerin to Hunter Biden re: Outstanding Debts | | | | |
| 245 | Email from Eric Schwerin to cynthia.duncan@wellsfargoadvisors.com re: Owasco PC | | | | |
| 246 | Email from cynthia.duncan@wellsfargoadvisors.com to Multiple People re: Owasco PC | | | | |
| 247 | Email from Erick Schwerin to Hunter Biden CC Joan Mayer re: 2016 Taxes | | | | |
| 248 | Email from Eric Schwerin to Hunter Biden and Joan Mayer re: 2016 Taxes | | | | |

| 249 | Email from Hunter Biden to Eric Schwerin CC Joan Peugh re: Bills | | | | |
|---|---|---|---|---|---|
| 250 | Email from Eric Schwerin to Bill Morgan re: 2014 Amendment | | | | |
| 251 | Marital Settlement Agreement between Kathleen B. Biden and Robert Hunter Biden | | | | |
| 252 | Email from Sebastian Momtazi to Multiple People re: Thank You | | | | |
| 253 | Email from Eric Schwerin to darcher@burnhamfinancial.com re: Official Statements 2015 - Kviv, Ukraine - Embassy of the United States | | | | |
| 254 | Email from Devon Archer to Eric Schwerin re: Crisis Communication Plan and Beyond | | | | |
| 255 | Email from Devon Archer to Vadim CC Hunter Biden and Eric Schwerin re: Revised Burisma Proposal, Contract and Invoice | | | | |
| 256 | Email from Devon Archer to Eric Schwerin CC Hunter Biden re: Revised Burisma Proposal, Contract and Invoice | | | | |
| 257 | Email from Eric Schwerin to Hunter Biden re: Revised Burisma Proposal, Contract and Invoice | | | | |
| 258 | Email from Joan Mayer to Eric Schwerin re: Revised Burisma Proposal, Contract and Invoice | | | | |
| 259 | COA GJS 176-179 | | | | |

| 260 | Email from Eric Schwerin to Vadym Pozharskyi CC Hunter Biden re: Follow Up | | | | |
|-----|-----|-----|-----|-----|-----|
| 261 | Email from Hunter Biden to Hunter Biden, jmayer@rosemontseneca.com and escherwin@rosemontseneca.com | | | | |
| 262 | Email from Eric Schwerin to Sally Painter re: Amos Hochstein | | | | |
| 263 | Email from Eric Schwerin to David Wade re: When We Talk | | | | |
| 264 | Email from Ryan Toohey to Multiple People re: Draft Answers to NYT Inquiry | | | | |
| 265 | Email from Eric Schwerin to Sally Painter re: Is There a Call in Number for 245 | | | | |
| 266 | Email from Eric Schwerin to Antony Blinken re: Call | | | | |
| 267 | Email from Eric Schwerin to Antony Blinken re: My Remarks In Latvia | | | | |
| 268 | Email from Sally Painter to Eric Scherwin re: We Need to Meet As Soon As Possible Off Campus. Can U do 5pm Today | | | | |
| 269 | Email from Karen Tramontano to Eric Scherwin CC Sally Painter re: Burisma Board of Directors' Letter to GP | | | | |
| 270 | Letter from Burisma to The Honorable Yurity Lutsenko | | | | |

| 271 | Email from Evan Ryan to hbiden@rosemontseneca.com Re: Time | | | | |
|---|---|---|---|---|---|
| 272 | Email from Eric Scherwin to Hunter Biden re: Update | | | | |
| 273 | Email from Sally Painter to Eric Scherwin re: Zlochevsky articke in URK press | | | | |
| 274 | Erin Straughter Spreadsheet - 2018 W2 and 1099 | | | | |
| 275 | Bank of America Wire Acct# 5142 | | | | |
| 276 | Email from United Airlines to rhb@rspdc.com re: Your United Reservation for Washington, DC, US (IAD - Dulles) is Processing | | | | |
| 277 | COA | | | | |
| 278 | Owasco PC 2018 Earnings Record | | | | |
| 279 | COA SW 20-30M | | | | |
| 280 | Email from Erin Straughter to Katie Dodge re: Insurance & Job Status Inquiries | | | | |
| 281 | Chase Bank Statement - Acct# 0168 - Erin Straughter | | | | |
| 282 | Text Messages from Hunter Biden | | | | |
| 283 | COA GJS 311 | | | | |
| 284 | Bank of America Acct# 2692 - Signature Card - Erin Straughter | | | | |
| 285 | Email from Katie Dodge to estraught@gmail.com re: Intro - This is Katie | | | | |
| 286 | Email from Erin Straughter to info@easlen.org | | | | |
| 287 | Kathleen Buhle Biden v. Robert Hunter Biden | | | | |

| | | Complaint for Absolute Divorce and Other Relief | | | | |
|---|---|---|---|---|---|---|
| | 288 | Kathleen Biden v. Robert Biden 2016 DRB 004433 Court Docket | | | | |
| | 289 | Kathleen Buhle Biden v. Robert Hunter Biden Motin to Enforce Marital Settlement Agreement | | | | |
| | 290 | Email from Rob Walker to James Gillar re: Our Agreement | | | | |
| | 291 | Management Services Agreement - Blandon Enterprises Limited and Robinson Walker LLC | | | | |
| | 292 | Email from Andreia Pislaru to rob@rstp.com re: RW Agreement | | | | |
| | 293 | Email from Rob Walker to Joan Mayer re: Hunter's Income | | | | |
| | 294 | Owasco Invoice to Robinson Walker LLC for Consulting Fee | | | | |
| | 295 | Rosemont Seneca AdvisorsLLC Invoice to Rob Walker/Robinson Walker LLC for Advisory Services | | | | |
| | 296 | Robert Walker Funds Analysis | | | | |
| | 297 | Email from Hunter to Multiple People re: Revised CEFC Framework Agreement | | | | |
| | 298 | Email from Tony Bobulinski to Robert Biden CC Rob Walker re: Expectations | | | | |
| | 299 | 2017 Robert Hunter Biden  Rob Walker Ledger | | | | |

| 300 | Email from Rob Walker to Joan Peugh re: RHB Ledger | | | | |
| 301 | Email from Joan Mayer to Eric Schwerin re: Updated Ledger and invoices | | | | |
| 302 | Rob Walker to Owasco 2017 Form 1099 | | | | |
| 303 | Framework Agreement | | | | |
| 304 | Robert Hunter Biden General Ledger | | | | |
| 305 | Robert Hunter Biden Form 1099 | | | | |
| 306 | Agreement Between Robinson Walker LLC and European Energy & Infrastructure Group Limited | | | | |
| 307 | Framework Agreement | | | | |
| 308 | Email from Robert Biden to Gongwen Dong re: | | | | |
| 309 | Email from Robert Biden to Sara Biden re: Revised Hudson West II LLC Agreement | | | | |
| 310 | Email from Hunter Biden to Mervyn Yan re: HW III | | | | |
| 311 | General Ledger - Hudson West III LLC | | | | |
| 312 | Email from Ke Sharon to Mervyn Yan re: HW III 2018 Tax Return | | | | |
| 313 | U.S. v. Chi Ping Patrick Ho, U.S. District Court, Southern District of New York Docket | | | | |
| 314 | Email from Mervyn Yan to gongwen.dong@kaiyuancapital.com | | | | |
| 315 | Email From Jeffrey Gelfound to George Mesires CC Troy Schmidt re: Owasco PC and Owasco LLC Financial Info | | | | |

| 316 | Email From Jeffrey Gelfound to George Mesires CC Troy Schmidt re: Owasco PC and Owasco LLC Financial Info | | | | |
| 317 | Email from Jeffrey Gelfound to George Mesires CC Troy Schmidt re: 2017 Tax Returns - Owasco PC | | | | |
| 318 | Notes | | | | |
| 319 | Email from Troy Schmidt to Multiple People re Follow Up on the Network Meeting Last Week - Urgent Matter | | | | |
| 320 | 2017 Individual Tax Return R. Hunter Biden | | | | |
| 321 | Summary of a Telephone Conversation with IRS Agent Mr. Turner | | | | |