DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | No. 23-cr-00599-MCS<br><br>**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date:   June 20, 2024<br>Trial Time:   9:00 a.m.<br>Location:    Courtroom of the<br>                 Hon. Mark Scarsi |

      Plaintiff United States of America, by and through its counsel of record, the Special Counsel David C. Weiss, Principal Senior Assistant Counsel Leo J. Wise, and Senior Assistant Special Counsel Assistant Derek E. Hines, respectfully requests the Court ask the jury panel the following voir dire questions in addition to the Court's usual voir dire questions. The United States respectfully reserves the right to submit additional questions as may become necessary.

1

Dated: May 15, 2024          Respectfully submitted,

DAVID WEISS
Special Counsel

/s/
_____
LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel

# UNITED STATES' REQUESTED VOIR DIRE QUESTIONS

## I. KNOWLEDGE OF THIS CASE

1. Other than what you have heard here in open court today, are you aware of this case or the underlying investigation from the news, social media, or any other source?
   a. If yes, please explain.
2. Have you formed any opinion about this case based on what you may have read, seen, or heard?
   a. If yes, please explain.

## II. TAX MATTERS

3. Have you been trained in bookkeeping, accounting, or tax preparation?
   a. If so, please elaborate.
4. Do you have any negative opinions about the tax laws of the United States?
   a. If yes, please explain.
5. Do you hold strong personal or philosophical feelings about the tax system of the United States of America or the Internal Revenue Service (IRS)?
   a. If so, what are those feelings?
6. Have you, a family member or relative, or close personal friend or acquaintance affiliated with or a member of any group or organization, formal or informal, that is engaged in the study of federal tax laws or policy or advocacy related to federal tax laws or policy?
   a. If so, what organization and for how long?
7. Have you, a family member or relative, or close personal friend or acquaintance engaged in protest against tax laws or tax policy in general or do you believe that the tax laws are unconstitutional?
   a. If yes, please describe the activity and/or your beliefs.
8. Have you, a family member or relative, or close personal friend or acquaintance been involved in any tax audit or judicial or administrative proceedings with the

IRS or any other agency of the United States Government, or of any state or local government, with regard to tax matters?

    a. If yes, please describe the proceeding.

9. Have you or a family member or relative, or close personal friend or acquaintance ever entered into a payment plan or offer in compromise with the IRS or been subject to a collection action by the IRS for unpaid taxes, such as having had the IRS place a federal tax lien against them their property, levied their bank account, garnished their wages, or seized their property."

    a. If yes, is there anything about that experience that would prevent you maintaining an open, impartial mind until all of the evidence is presented, and the instructions of the Court are given?

10. Have you used a tax preparer to help prepare your tax returns?

    a. Do you have any positive or negative feelings from using a tax preparer?

    b. If so, please explain.

III. **POLITICS**

11. Are you registered to vote?

    a. If yes, do you vote regularly?

12. Were you ever eligible to vote in any election in which Joseph R. Biden was a candidate?

    a. If so, how recently?

    b. If your answer is yes, would that fact prevent you from maintaining an open, impartial mind until all of the evidence is presented, and the instructions of the Court are given?

13. Have you ever donated money to a political campaign?

    a. If so, how recently.

    b. If your answer is yes, would that fact prevent you from maintaining an open, impartial mind until all of the evidence is presented, and the instructions of the Court are given?

14. Have you ever been actively involved in a political organization, or any organization that is associated with a political party? If yes,
    a. What organization or organizations and when?
    b. How long were you a member?
    c. Have you ever held any office in such organization or organizations?
        i. If yes, what office and for how long?
15. Have you ever been actively involved in any political campaign?
    a. If yes, which one and when?
16. Have you, or any member of your immediate family or household ever sought or held any elected or appointed political office?
    a. If yes, who, what office and when?
17. Do you believe the United States Department of Justice, the Federal Bureau of Investigation, the IRS or any other federal law enforcement agency investigates and prosecutes individuals because of politics?
    a. If yes, please explain.
18. Do you believe Hunter Biden is being prosecuted in this case because his father is the President of the United States and a candidate for President?
19. Do you believe Hunter Biden is *not* being prosecuted for other crimes because his father is the President of the United States and a candidate for President?

IV. **ADDICTION**

20. Do you believe someone who is addicted to drugs or alcohol should not be charged with a crime?
21. Do you have any opinions about addiction to drugs or alcohol that would prevent you from maintaining an open, impartial mind until all of the evidence is presented, and the instructions of the Court are given?

V. **ADDITIONAL INFORMATION ABOUT POTENTIAL JUROR**

22. Is there any matter not covered by the Court's questions that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
    a. If yes, please explain.
23. Is there anything about the subject matter of this case, or the questions I have asked, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?
    a. If yes, please explain.