```
1   DAVID C. WEISS
    Special Counsel
2   LEO J. WISE
    Principal Senior Assistant Special Counsel
3   DEREK E. HINES
    Senior Assistant Special Counsel
4        950 Pennsylvania Avenue NW, Room B-200
5        Washington, D.C. 20530
         Telephone:   (771) 217-6091
6        E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV
7
    Attorneys for Plaintiff
8   UNITED STATES OF AMERICA
9
10              UNITED STATES DISTRICT COURT
11            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,        No. CR 23-cr-00599-MCS
14          Plaintiff,                **GOVERNMENT'S PROPOSED**
                                      **VERDICT FORM**
15          v.
                                      Trial Date:  June 20, 2024
16  ROBERT HUNTER BIDEN,              Trial Time:  9:00 a.m.
                                      Location:    Courtroom of the
17          Defendant.                             Hon. Mark Scarsi
```

The United States of America, by and through its counsel of record, hereby files the Government's Proposed Verdict form.

//
//
//
//
//

1

The Government respectfully requests the opportunity to make modifications to the form as needed.

Dated: May 15, 2024	Respectfully submitted,

DAVID WEISS
Special Counsel

/s/
LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel

## COUNT ONE – FAILURE TO PAY 2016 FORM 1040

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count One of the Indictment

*(Please proceed to Count Two.)*

4

## **COUNT TWO – FAILURE TO PAY 2017 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

      \_\_\_\_\_ GUILTY

      \_\_\_\_\_ NOT GUILTY

of Count Two of the Indictment

*(Please proceed to Count Three.)*

## COUNT THREE – FAILURE TO FILE 2017 FORM 1040

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

   \_\_\_\_\_ GUILTY

   \_\_\_\_\_ NOT GUILTY

of Count Three of the Indictment

*(Please proceed to Count Four.)*

# **COUNT FOUR – FAILURE TO PAY 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

      \_\_\_\_\_ GUILTY

      \_\_\_\_\_ NOT GUILTY

of Count Four of the Indictment

*(Please proceed to Count Five.)*

## **COUNT FIVE – FAILURE TO FILE 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

      \_\_\_\_\_ GUILTY

      \_\_\_\_\_ NOT GUILTY

of Count Five of the Indictment

*(Please proceed to Count Six.)*

## **COUNT SIX – EVASION OF ASSESSMENT FOR 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

   \_\_\_\_\_ GUILTY

   \_\_\_\_\_ NOT GUILTY

of Count Six of the Indictment

*(Please proceed to Count Seven.)*

**COUNT SEVEN – FILING A FALSE AND FRAUDULENT 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Seven of the Indictment

*(Please proceed to Count Eight.)*

## **COUNT EIGHT – FILING A FALSE AND FRAUDULENT 2018 FORM 1120**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

      \_\_\_\_\_ GUILTY

      \_\_\_\_\_ NOT GUILTY

of Count Eight of the Indictment


*(Please proceed to Count Nine.)*

## COUNT NINE – FAILURE TO PAY 2019 FORM 1040

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

of Count Nine of the Indictment

Dated: July \_\_\_\_, 2024, at Los Angeles, California.

_____
FOREPERSON OF THE JURY