DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | No. 23-cr-00599-MCS<br><br>**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**<br><br>Trial Date:   June 20, 2024<br>Trial Time:   9:00 a.m.<br>Location:    Courtroom of the<br>                  Hon. Mark Scarsi |

    Plaintiff United States of America, by and through its counsel of record, the Special Counsel David C. Weiss, Principal Senior Assistant Counsel Leo J. Wise, and Senior Assistant Special Counsel Assistant Derek E. Hines, hereby files its Proposed Statement of the Case to be read to the jury.

    On May 1, 2024, the government requested a meet and confer conference with defense counsel to discuss impending filings with deadlines listed in the Court's Scheduling Order. Doc. No. 76-1. The defendant, through his counsel, declined to

participate in a meet and confer conference to discuss the existing filings and instead took the position that, "we believe the appeal has divested the district court of jurisdiction to move forward and that includes deadlines for exchanging or filing pretrial documents contemplated in a scheduling order." *Id*. The defendant's position was erroneous because the Ninth Circuit, yesterday, entered an order granting the government's motion to dismiss the defendant's appeal for lack of jurisdiction. *United States v. Robert Hunter Biden*, Case No. 240333, Dkt. 16.1 (9th Cir. May 14, 2024). As a result, this proposed statement of the case is submitted on behalf of the government.

      The government reserves the right to submit a revised statement if necessary.

Dated: May 15, 2024                    Respectfully submitted,

                                                DAVID WEISS  
                                                Special Counsel

                                                /s/  
                                                LEO J. WISE  
                                                Principal Senior Assistant Special Counsel

                                                DEREK E. HINES  
                                                Senior Assistant Special Counsel

# UNITED STATES' PROPOSED STATEMENT OF THE CASE

This is a criminal case against defendant Robert Hunter Biden. The grand jury alleges that the defendant engaged in a four-year scheme to not pay at least $1.4 million in self-assessed federal taxes he owed for tax years 2016 through 2019, from in or about January 2017 through in or about October 15, 2020, and to evade the assessment of taxes for tax year 2018 when he filed false returns in or about February 2020. In furtherance of that scheme, the grand jury alleges that the defendant:

a. subverted the payroll and tax withholding process of his own company, Owasco, PC by withdrawing millions from Owasco, PC outside of the payroll and tax withholding process that it was designed to perform;

b. spent millions of dollars on an extravagant lifestyle rather than paying his tax bills;

c. in 2018, stopped paying his outstanding and overdue taxes for tax year 2015;

d. willfully failed to pay his 2016, 2017, 2018, and 2019 taxes on time, despite having access to funds to pay some or all of these taxes;

e. willfully failed to file his 2017 and 2018 tax returns on time; and

f. when he did finally file his 2018 returns, included false business deductions in order to evade assessment of taxes to reduce the substantial tax liabilities he faced as of February 2020.

The defendant has pled not guilty to all of the charges, he denies the allegations, and he is presumed innocent until proven guilty beyond a reasonable doubt.