1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | Case No. 2:23-cr-00599-MCS<br><br>*Hon. Mark C. Scarsi*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER CONTINUING TRIAL DATE FROM JUNE 20, 2024 TO SEPTEMBER 5, 2024 OR, IN THE ALTERNATIVE, TO HOLD A STATUS CONFERENCE PRIOR TO THE SCHEDULED PRETRIAL CONFERENCE** |

|   |   |
|---|---|
| 1 | The Court, having considered the *ex parte* application for order continuing trial date from June 20, 2024 to September 5, 2024 or, in the alternative, to hold a status conference prior to the scheduled pretrial conference, hereby enters the following order: |

The Court, having considered the *ex parte* application for order continuing trial date from June 20, 2024 to September 5, 2024 or, in the alternative, to hold a status conference prior to the scheduled pretrial conference, hereby enters the following order:

    IT IS HEREBY ORDERED that the trial date is continued from June 20, 2024 to September 5, 2024. In the alternative, IT IS HEREBY ORDERED that a status conference is to be held on _____.

**IT IS SO ORDERED.**

DATED: _____                        _____
                                                                              HON. MARK C. SCARSI
                                                                              U.S. DISTRICT COURT JUDGE

1

[Proposed] Order re Defendant's *Ex Parte* Application for Order Continuing Trial Date or to Hold a Status Conference Prior to the Scheduled Pretrial Conference
Case No. 2:23-CR-00599-MCS-1

**OR IN CASE OF DENIAL:**

    Mr. Biden's application is DENIED.

DATED: _____

                                                   HON. MARK C. SCARSI
                                                 U.S. DISTRICT COURT JUDGE

2

[PROPOSED] ORDER RE DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER CONTINUING TRIAL DATE OR TO HOLD A STATUS CONFERENCE PRIOR TO THE SCHEDULED PRETRIAL CONFERENCE
CASE NO. 2:23-CR-00599-MCS-1