DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | **DECLARATION OF LEO J. WISE IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE FROM JUNE 20, 2024 TO SEPTEMBER 5, 2024 OR, IN THE ALTERNATIVE, TO HOLD A STATUS CONFERENCE PRIOR TO THE SCHEDULED PRETRIAL CONFERENCE** |
| v. | |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

1

**DECLARATION OF LEO J. WISE**

I, Leo J. Wise, declare as follows:

1. I am an attorney of record for the United States in the above-captioned case. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I would competently testify to them. This declaration is offered in support of the government's opposition to the defendant's *ex parte* application for an order continuing the trial date from June 20, 2024 to September 5, 2024.

2. The emails attached hereto as Ex. 1 are true and correct copies of the emails exchanged between the government and defense counsel on April 10, 2024 in which defense counsel agreed to a June 3, 2024 trial date in the defendant's Delaware firearms case.

3. The defendant has more than one attorney representing him, including:

    a. Winston & Strawn's west coast chair of the government investigations practice, attorney Angela Machala, who is entered on the docket in this case; and,

    b. Attorney Christopher Man, who, according to the Winston and Strawn website, is a partner with the firm and a highly regarded trial lawyer and is entered on the docket in the gun case; and,

    c. Bartholomew Dalton, of Dalton & Associates, P.A., a law firm in Wilmington, Delaware, who is entered on the docket in the gun case; and,

    d. it also appears that there are multiple teams of associates working on each matter, based on email exchanges I have had with counsel that have copied other lawyers at the Winston & Strawn law firm.

4. On April 15, 2024 the government began sending trial subpoenas to the more than 30 witnesses it intends to call at trial in this matter, many of whom are represented by counsel and most of whom do not reside in California.

5. The defendant's appellate filings consist only of the following:

    a. one response to the government's motion to dismiss (totaling 28 pages) in the Third Circuit Court of Appeals

    b. one response to the government's motion to dismiss (totaling 25 pages) in the Ninth Circuit Court of Appeals

Executed on this 17th day of May, 2024 in Baltimore, MD.

Respectfully submitted,

_____

Leo J. Wise

3