Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROBERT HUNTER BIDEN,<br><br>            Defendant. | **Case No. 2:23-CR-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**DEFENDANT ROBERT HUNTER BIDEN'S PROPOSED VOIR DIRE QUESTIONS** |

1  Defendant Robert Hunter Biden, by and through his counsel of record, respectfully submits the following Proposed Voir Dire Questions for the Court. Mr. Biden respectfully reserves the right to submit additional questions as may become necessary.

In addition, Mr. Biden requests leave of Court to consider using a written questionnaire to prospective jurors on the jury panel summoned to the Court to facilitate efficient jury selection and reduce potential prejudice to all parties. The Supreme Court has noted that the use of a jury questionnaire serves to "help[] to identify prospective jurors excusable for cause and serve[] as a springboard for further questions put to remaining members of the array." *Skilling v. United States*, 561 U.S. 358, 388 (2010). Given the heightened risk of juror bias in this case, the use of a juror questionnaire here will help streamline the Court's procedures, promote the flow of needed information, and assist the parties to more accurately determine a potential juror's ability to be fair and impartial in their assessment of the case. Further, the use of a juror questionnaire will provide a more confidential forum for potential jurors to share pertinent information that could impact their ability to sit on the panel.

Attached hereto as **Exhibit A** is a Draft Juror Questionnaire that can be given to prospective jurors before voir dire. The proposed questionnaire is designed to take prospective jurors approximately 30 minutes to complete and will supplement, not replace, the Court's voir dire of individual jurors and any attorney voir dire the Court may allow.

Date: May 17, 2024

Respectfully submitted,

By: */s/ Angela M. Machala*
Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543

Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

*Attorneys for Robert Hunter Biden*

# DEFENDANT ROBERT HUNTER BIDEN'S REQUESTED VOIR DIRE QUESTIONS

**DEMOGRAPHIC INFORMATION**

1. Where were you born and raised?
2. Where do you live now?
3. How old are you?
4. Did you attend high school?
   a. If yes, where?
5. Did you attend college?
   a. If yes, where?
   b. What did you study?
6. Did you attend any graduate schools?
   a. If yes, where?
   b. What did you study?
7. What is your marital status?
8. Do you have children?
   a. If yes, how old?
9. What do you do for a living?
   a. For how long?
   b. What does that job entail?
10. What did you do before that?
11. Did your spouse/partner go to high school?
    a. If yes, where?

12. Did they attend college?

    a. If yes, where?

    b. What did they study?

13. Did they attend any graduate schools?

    a. If yes, where?

    b. What did they study?

14. What does your spouse/partner do?

    a. For how long?

    b. What does that job entail?

    c. What did they do before that?

15. (If applicable) Are your children working or in school?

    a. If in school, where?

        i. What are they studying?

    b. If working, what do they do?

        i. For how long?

        ii. What does that job entail?

16. Do you have any education, training or work experience in any of these areas:

    a. Banking

    b. Accounting

    c. Tax Preparation

    d. Substance/Alcohol Abuse

17. What community, civic, social, union, professional, fraternal, political, religious, recreational organizations do you belong to, or are otherwise

affiliated with (for example, PTA, Rotary Club, political action committees, etc.)?

18. Have you ever held a leadership position in any of the organizations you are affiliated with?

19. Have you, a family member, or a very close friend ever worked in or for the federal government, state government, or local government?

20. Have you, a family member, or a very close friend ever worked in law enforcement (including California or other state or local police departments, the FBI, Alcohol, Tobacco & Firearms, the Secret Service, U.S. Marshals, Internal Revenue Service, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, the Bureau of Prisons, any state or federal prosecutor's office, or any state or local prison system)?

21. Are you, a family member, or a very close friend studying or planning to work in law enforcement?

22. Have you or anyone close to you served in the military?

23. How important is religion in your life?

**GENERAL EXPERIENCES WITH THE LEGAL SYSTEM**

24. Are you, a family member or very close friend studying, planning to, or currently working in a legal profession (e.g. lawyer, paralegal, legal secretary)?

25. Have you ever served on a trial or grand jury before?

    a. When?

    b. Which court?

    c. What kind of case?

    d. Were you the foreperson on such a jury?

    e. Was that jury experience a positive, negative or neutral one for you? Why?

26. Have you, a family member, or a very close friend been a witness in any civil or criminal matter?

    a. Was that experience in a case a positive, negative or neutral one for you?

    b. Why?

27. Have you, a family member, or a very close friend been a plaintiff or defendant in any case?

    a. If so, which ones and what was your role?

    b. Was that experience in a case a positive, negative or neutral one for you?

    c. Why?

28. Have you, a family member, or a very close friend ever been the victim of a crime? (follow up if needed)

29. Have you, a family member, or a very close friend ever been accused of or convicted of a crime?  (follow up if needed)

30. Have you ever filed a complaint against a lawyer, a judge or anybody else involved in the legal system?

**MEDIA AND THE INTERNET**

31. Have you ever followed any trial(s) closely on TV, the radio, newspapers or internet?

32. How often do you follow news in any format (multiple times a day, every day, less that every day)?

33. What newspapers do you read?

34. What magazines do you read?

35. What television news channels do you view?

36. What internet websites do you get any news from?

37. Do you listen to any podcasts?

    a. Which ones?

38. Are you a user of any social media platform?

    a. Which ones?

39. Have you ever written a letter to the editor or to any other news sources?

40. What television shows or streaming programs do you watch?

41. Do you follow crime stories in the media?

42. If you are chosen to be a juror in this case, you will be instructed that you will not be able to do Internet research on any issues in the case or communicate with others about your jury service.

    a. Is this an instruction that you will be able to follow?

**POLITICAL MATTERS**

43. Have you, a family member, or a very close friend ever run for any public office?

44. How closely do you follow politics on a day-to-day basis?

45. Have you or has anyone close to you ever worked for, volunteered for, or served in any capacity in the office of any elected official or legislature?

    a. If yes, in what capacity?

46. Have you or a family member ever worked or volunteered for a political party, political campaign, or political advocacy or lobbying firm?

    a. If yes, how often do you volunteer or work on political campaigns?

    b. Have you ever volunteered, advocated, campaigned, or worked for any of President Biden's <u>opponents</u> in his campaigns for elected office (Senate, VP, or President)?

47. Have you donated money to any political candidate(s) in the last 8 years?

    a. If yes, please identify the candidate(s) and affiliated political party.

48. What are your general feelings regarding President Joe Biden?

DEFENDANT ROBERT HUNTER BIDEN'S PROPOSED VOIR DIRE QUESTIONS
Case No. 2:23-cr-00599-MCS

49. Do you feel that President Biden has taken any actions that have strongly affected you positively or negatively?

50. How closely do you follow news about former President Donald J. Trump?

51. How closely are you following the campaign for the 2024 Presidential Election?

52. Have you ever participated in a protest, signed a petition or engaged in any other activity to express your opposition to President Biden or any of his policies?

53. Have you seen, read or heard any news stories, articles, books or social media posts about any of the following individuals? Dr. Jill Biden, Hallie Olivere Biden, James Biden, Naomi Biden, Kathleen Biden, Maisy Biden, Finnegan Biden, Ashley Biden, Melissa Cohen Biden

    a. If yes, have you formed any opinions about any of these individuals based on what you have seen, read, or heard?

**TAX MATTERS**

54. Have you or a family member, ever had a tax dispute with the Internal Revenue Service or any state or local tax authority?

55. Have you ever received a notice of any problem or issue from the Internal Revenue Services or any tax authority concerning your or a spouse or partner's taxes?

56. Have you ever been late in filing any tax returns or paying any taxes owed?

57. Do you think late filing or late paying taxes should be treated criminally?

58. Do you have any strong views about taxes in this country?

59. How familiar would you say you are in the requirements for compiling and filing tax returns?

60. Do you prepare and file your own tax returns, or do you use an accountant or tax preparer to help?

61. Have you, a family member, or a very close friend ever prepared or filed taxes on behalf of a business?

62. This case involves allegations about Hunter Biden's tax issues. Have you read, seen, or heard anything about Mr. Biden's tax issues?

**ADDICTION MATTERS**

63. Have you, a family member, a partner/spouse, or a very close friend ever suffered from drug or alcohol abuse, or been addicted to drugs or alcohol in any way?

64. Have you, a family member, a partner/spouse, or a very close friend ever sought treatment, professional counselling, entered a rehab program, gone to Alcoholics Anonymous, or tried other forms of addiction treatment or therapy?

65. Have you, a family member, a partner/spouse, or a very close friend been impacted by someone with an alcohol, drug, or other substance-abuse addiction?

66. Do you have any strong negative views about past users of controlled substances, narcotics, or alcohol?

**KNOWLEDGE OF THE CASE AND RELATED INDIVIDUALS**

67. The case for which you are summoned involves criminal charges against Hunter Biden. Before today, have you read, seen, or heard anything about Hunter Biden or the case? (This includes not only anything you may have seen or read in the media, but also anything you might have heard from relatives, friends or coworkers.)

    a. If yes, how closely have you been following the case brought against Mr. Biden?

    b. If yes, from what sources have you heard about the case?

    c. If yes, please describe what you recall reading, seeing, or hearing about the defendant, the alleged crime, the court proceedings, or the people or attorneys involved (regardless of whether you believe this information is accurate).

68. Do you personally know Hunter Biden, or any of his family members?

69. Do you personally know any of the people who are prosecuting this case?

70. Do you personally know any of the attorneys or law firms for the defense?

71. I will be the presiding judge in this case. Do you or does anyone close to you know me, my family or any of the court staff?

72. I will read the names of possible witnesses in this case and the names of some businesses. Let me know if you have heard of or know any of them?

73. Have you formed any opinions about this case?

    a. If yes, do you have an opinion as to the guilt or innocence of Hunter Biden?

74. Do you feel like Hunter Biden might start off even a little bit behind before this case begins because he has been charged with crimes or because of what you have read, heard, or seen about the case?

75. Is there anything that you have heard about this case that you feel would make it hard for you to be an impartial juror in this case?

76. Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case decides that his guilt has been proved beyond a reasonable doubt. Would you have any difficulty following this rule?

77. Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?

**OTHER**

78. Do you have any health issues (e.g., hearing, seeing, etc.) that would interfere with your ability to serve as a juror in this case?

79. Do you have any non-health issues (e.g., family obligations, work hours, etc.) that would interfere with your ability to serve as a juror in this case?

80. Is there any matter that you should call to the court's attention that may have any bearing on your qualifications to serve as a juror, or that may affect your ability to render an impartial verdict based solely on the evidence and the Court's instructions on the law?