# EXHIBIT A

Juror Name: _____          Juror #: _____

## JUROR QUESTIONNAIRE INSTRUCTIONS

TO THE PROSPECTIVE JUROR:

Welcome to the courthouse and thank you for participating in jury service.  This questionnaire is an important part of the jury selection process.  You are sworn to give complete and truthful answers – under penalty of perjury – to the questions that follow. All the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense team, including the defendant.

There are no "right" or "wrong" answers to these questions; just answer honestly and completely.  Please answer each question by placing a check next to the correct response and by providing the information requested.  Take your time and answer each question as fully as possible. Answer all questions.  If you cannot answer a question because you do not understand it, write "do not understand" next to the question.  If a question does not apply to you, fill in the space with an "N/A" for "not applicable."  If you request that your response to a particular question not be made public, write "PRIVATE" in the space next to the question. The Judge may ask you about the topic in a nonpublic session at a later date.  Do not leave any answer blank.

Write in dark ink and as legibly as possible.  Please do not write on the back of any page. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

It is very important that you not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else.  The answers that you provide must be yours and yours alone.  From this point forward, do not read or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, bios, or social media.  Do not discuss this case with anyone, including your family.  Do not research this case or the people involved: do not research any of the facts presented in this questionnaire, any prior court proceedings, the victims, the defendant, the lawyers and/or the Judge.  This includes research conducted on the internet or through any other source of information.

Jury service is one of the most important duties a citizen can be called on to perform. You will fulfill that civic duty by responding completely and honestly during jury selection.  The Court appreciates your participation and cooperation.

_____
U.S.D.J.

Juror Name: _____              Juror #: _____

## UNITED STATES v. ROBERT HUNTER BIDEN

### CASE SUMMARY

The criminal case about to be tried is the result of charges filed by the Special Counsel's Office against Robert Hunter Biden, the son of President Joseph R. Biden, Jr.  The indictment charges that Hunter Biden willfully failed to pay federal income taxes for tax years 2016 – 2019, willfully failed to file tax returns for tax years 2017 and 2018, willfully attempted to evade taxes for tax year 2018, and willfully filed false and fraudulent tax forms for tax year 2018.

Mr. Biden pled not guilty to the charges in the indictment, and asserts his innocence of all crimes charged.  The charges that have been filed are only a statement of the charges, are not evidence and do not mean that Mr. Biden is guilty.  You must presume the defendant's innocence and the jury must unanimously find Mr. Biden not guilty for each charge unless and until the government proves the defendant's guilt for each charge beyond a reasonable doubt.

This is just a summary of the charges to give you some background on the case.  The Court will instruct the jury on the elements of the crimes charged and the applicable law at a more appropriate time during trial.

Juror Name: _____                    Juror #: _____

## BACKGROUND INFORMATION

1.   What is your full name? _____

2.   Where were you born? _____

3.   Is English your first language?

        [ ] Yes      [ ] No

    a.  If No, what is your first language? _____

    b.  Do you have any difficulty reading or understanding English?

        [ ] Yes      [ ] No      [ ] Somewhat

    c.  If English is not your first language, what is your comfort level with *written* and *spoken* English?
    _____

4.   What is your current age? _____

5.   Are you [ ] Male   or   [ ] Female   or   [ ] non-binary?

6.   Where do you currently live (county or city of residence)?
    _____

7.   How long have you lived there?  _____ years.

8.   Where else have you lived in the last 8 years?
    _____

    _____

    _____

    _____

9.   Your current marital status:

    [ ] Single, never married   [ ] Married   [ ] Live with partner

    [ ] Widowed   [ ] Divorced __years   [ ] Other (specify): _____

10.  Regarding your residence:

    a.  Do you rent, own, or live with family/friends?
       [ ] Rent    [ ] Own    [ ] Live with family/friends

Juror Name: _____                     Juror #: _____

b.  With whom do you live?

[ ] Alone            [ ] Child(ren)          [ ] Sibling(s)

[ ] Spouse/partner  [ ] Parent(s)          [ ] Roommate(s)

[ ] Other: _____ (please specify)

11.   Do you have any children?      [ ] Yes      [ ] No

a.  If Yes, please list the following for each:

| Minor or over 18 | Gender | Living with you (Y/N) | Child's highest level of education | Type of occupation (do not list employer or school) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

12.   What is the highest level of education you have completed?

[ ] Grade School        [ ] Some High School      [ ] High School Graduate

[ ] Tech/Trade School  [ ] Some College          [ ] Associate Degree

[ ] College Graduate   Major/degree: _____(please specify)

[ ] Post Graduate   Major/degree: _____ (please specify)

13.   If you are currently pursuing or previously pursued an educational certificate or degree, what degree were/are you seeking and what was/is your major area of study?

_____

_____

14.   What is your current employment status? (Please check all that apply)

[ ] Working more than one job  [ ] Self Employed        [ ] Disabled

[ ] Working full time          [ ] Homemaker            [ ] Laid off

[ ] Working part time          [ ] Full-time student    [ ] Retired ____(year)

[ ] Unemployed                 [ ] Other: _____

Juror Name: _____          Juror #: _____

15.     Complete the following for your current job or, if not currently employed, your most recent job.  If you have more than one job, complete for all jobs.

Employer                              Job title

_____          _____

_____          _____

_____          _____

        a.      How long have you worked at your most recent job(s)? _____

                _____

        b.      What are/were your job duties and responsibilities? _____

                _____

                _____

16.     What other jobs have you had in in the last 10 years?

        _____

        _____

        _____

        _____

17.     Have you or any of your family members ever owned a business?

        [ ] Yes, me            [ ] Yes, family member       [ ] No

        a. If Yes, please explain, including the nature of the business, the number of
        employees and whether it's still in operation:

        _____

        _____

        _____

Juror Name: _____           Juror #: _____

18.    Have you ever had any education, training, or work experience in the following
areas? (*Please check all that apply*)

[ ] Tax Preparation/Advising       [ ] Financial or Business Accounting

[ ] Credit card company            [ ] Office Management

[ ] Auditing                       [ ] Corporate Bookkeeping

[ ] Investigation                  [ ] Records or Payroll Management

[ ] CPA (certified public accountant)

a.  If Yes to any of the above, please explain:

_____

_____

_____

19.    Have you ever had a job as a tax preparer, tax advisor, or accountant of any kind?

[ ] Yes        [ ] No

a.  If Yes, please explain including when, your job title, and relevant industry:

_____

_____

20.    If you are married or live with a partner, what is your spouse's or partner's highest
level of education, most recent employer, and most recent job title?

_____

_____

21.    What community, civic, social, union, professional, fraternal, political, religious,
recreational organizations do you belong to, or are otherwise affiliated with (for
example, PTA, Rotary Club, political action committees, etc.)?  Please identify the
organization(s).

_____

_____

_____

_____

Juror Name: _____       Juror #: _____

22.    Have you ever held a leadership position in any of the organizations you are affiliated with?

[ ] Yes      [ ] No

a.  If Yes, please explain, including the position, organization, and for how long:

_____

_____

23.    Have you, a family member, or a very close friend ever worked in or for the federal government, state government, or local government?

[ ] Yes, me    [ ] Yes (family or friend)      [ ] No

a.  If Yes, please explain and when that was: _____

_____

_____

24.    Have you, a family member, or a very close friend ever worked in law enforcement (including California or other state or local police departments, the FBI, Secret Service, U.S. Marshals, Internal Revenue Service, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, the Treasury Department, the Bureau of Prisons, any state or federal prosecutor's office, or any state or local prison system)?

[ ] Yes, me           [ ] Yes, someone close to me           [ ] No

a.  If Yes, please explain who worked in law enforcement, which law enforcement agency you/they worked at, and the position you/they held: _____

_____

_____

25.    Are you, a family member, or a very close friend studying or planning to work in law enforcement (*see examples in previous question*)?

[ ] Yes, me    [ ] Yes, someone close to me        [ ] No

Juror Name: _____          Juror #: _____

26.    Have you or anyone close to you served in the military?

      [ ] Yes, I have

      [ ] Yes, someone close to me: _____ (please specify who)

      [ ] No

    a.  What branch(es)?  _____

    b.  In what country/countries? _____

    c.  Did you/they ever serve in combat?  [ ] Yes [ ] No

    d.  Are you/they currently in active service or the reserves?

      [ ] Active     [ ] Reserves  [ ] Neither

27.    Are you, a family member or very close friend studying, planning to, or currently working in a legal profession (e.g. lawyer, paralegal, legal secretary)?

      [ ] Yes, me    [ ] Yes, someone close to me        [ ] No

28.    How important is religion in your life?

      [ ] Very important          [ ] Somewhat important

      [ ] Not very important       [ ] Not important at all

29.    Have you or any person in your family been impacted by someone with an alcohol, drug, or other substance-abuse addiction?

      [ ] Yes          [ ] No

    a.  If Yes, please explain:_____

      _____

      _____

## GENERAL EXPERIENCES WITH THE LEGAL SYSTEM

30.    Have you ever had any education, training or employment in any aspect of the law or legal field, including the courts?

      [ ] Yes          [ ] No

    a.  If Yes, please explain:_____

      _____

Juror Name: _____     Juror #: _____

_____

31.    On how many cases have you served as a trial juror?

[ ]  None          [ ] 1          [ ] 2          [ ] 3 or more

a.   Where was the jury service? _____

b.   What type of cases?

[ ]  Civil          [ ]  Criminal          [ ]  Both

c.   Did all of the juries reach a verdict?

[ ] Yes          [ ] No

d.   Did you ever serve as the jury foreperson?

[ ] Yes          [ ] No

e.   How would you describe your jury service?

[ ] Positive    [ ] Negative    [ ] Mixed

f.   If you have served on a jury, did anything happen that might have any bearing on your ability to be a juror in this case?

[ ] Yes          [ ] No

g.   If Yes, please explain: _____

_____

_____


32.    Have you ever served as a grand juror?

[ ] Yes          [ ] No

a.   If Yes, were you the foreperson of the grand jury? [ ] Yes [ ] No

b.   If you have ever served as a grand juror, did anything happen that might have any bearing on your ability to be a juror in this case?

[ ] Yes          [ ] No

c.   If Yes, please explain: _____

_____

_____

9

Juror Name: _____          Juror #: _____

33.   If you have served on a jury before, did you learn anything after your verdict was reached that caused you to question your verdict or vote?

[ ] Yes          [ ] No

a.  If Yes, please explain: _____

_____

_____

34.   Have you, a family member, or a very close friend ever (*check all that apply*):

| | Yourself | Family Member | Friend |
|---|---|---|---|
| a. Been a witness in a criminal matter? | | | |
| b. Been a witness in a civil matter? | | | |
| c. Been a plaintiff in a lawsuit/sued someone? | | | |
| d. Been a defendant in a lawsuit/sued by someone? | | | |

If none of these apply, please check here: [ ]

a.  If you checked Yes to any of the above, please explain, including who (relationship to you):

_____

_____

b.  If Yes, would this have any bearing on your ability to be a fair juror in this case?

[ ] Yes          [ ] No

c.  If Yes, please explain: _____

_____

_____

35.   Have you, a family member, or a very close friend ever been the victim of a crime?

[ ] Yes, me          [ ] Yes, someone close to me          [ ] No

a.   If Yes, please explain including who (relationship to you): _____

_____

_____

Juror Name: _____          Juror #: _____

   b.  If Yes to Question 35, did you or the person close to you report it to the police?

      [ ] Yes          [ ] No

   c.  If Yes to Question 35, would anything about the experience, including dealings with police or law enforcement, have any bearing on your ability to serve as a fair and impartial juror in this case?

      [ ] Yes          [ ] No

   d.  If Yes to Question 35(c), please explain: _____

      _____

      _____

36.   Have you, a family member, or a very close friend ever been accused of or convicted of a crime?

      [ ] Yes, me    [ ] Yes, someone close to me        [ ] No

   a.  If Yes, please describe what happened, including who was involved (relationship to you):_____

      _____

   b.  Were you/they satisfied with the way law enforcement handled the matter?

      [ ] Yes          [ ] No

   c.  Why or why not?_____

      _____

      _____

   d.  Do you feel you/they were treated well by your own attorney(s)? [ ] Yes   [ ] No

      Please explain:_____

      _____

      _____

37.   Have you ever filed a complaint against a lawyer, a judge or anybody else involved in the legal system?

      [ ] Yes          [ ] No

11

Juror Name: _____                Juror #: _____

    a.  If Yes, please describe the complaint: _____

_____

_____


38.   Have you ever followed any trial(s) closely on TV, the radio, newspapers or internet ?

    [ ] Yes          [ ] No

    a.  If Yes, please state which trial(s) you followed and why you were interested in it:

_____

_____


39.   Regardless of what the law may be, a defendant in a criminal trial should be required to produce evidence to prove that he or she is not guilty.

    [ ] Strongly agree
    [ ] Somewhat agree
    [ ] Somewhat disagree
    [ ] Strongly disagree


40.   If a federal prosecutor charges someone and then the case proceeds to trial, the accused person is very likely to be guilty.

    [ ] Strongly agree
    [ ] Somewhat agree
    [ ] Somewhat disagree
    [ ] Strongly disagree


41.   The testimony of a law enforcement person (trooper, police officer, agent) is more credible than the testimony of another witness.

    [ ] Strongly agree
    [ ] Somewhat agree
    [ ] Somewhat disagree
    [ ] Strongly disagree


## MEDIA AND THE INTERNET

42.   What publicly known person do you <u>most</u> admire and why?

_____

_____

Juror Name: _____                Juror #: _____

43.     What publicly known person do you <u>least</u> admire and why?

        _____

        _____

44.     How often do you follow the news?

        [ ] Every day            [ ] Almost every day          [ ] Several times a week

        [ ] Several times per month      [ ] Never

45.     Which sources do you regularly rely on for news?

        [ ] Television   [ ] Newspapers      [ ] Radio      [ ] Internet searches

        [ ] Magazines    [ ] Personal conversations [ ] Facebook   [ ] Twitter

        [ ] Other (list other sources): _____

46.     What are your main sources of news? (Please check all that apply.)

        [ ] ABC                    [ ] KTLA or other local news station
        [ ] CBS                    [ ] ABC 7 Los Angeles
        [ ] NBC                    [ ] New York Times
        [ ] Fox News               [ ] New York Post
        [ ] CNN                    [ ] Bloomberg
        [ ] MSNBC                  [ ] NPR
        [ ] CNBC                   [ ] Breitbart
        [ ] BBC                    [ ] Wall Street Journal
        [ ] Newsmax                [ ] Washington Post
        [ ] Huffington Post        [ ] Washington Times
        [ ] OAN                    [ ] Talk Radio
        [ ] USA Today
        [ ] Message/Chat Rooms (Telegram, WhatsApp, Discord, Reddit)
        [ ] Comedy current events shows (The Daily Show, Last Week Tonight)
        [ ] Social Media (Facebook, Twitter, Rumble, YouTube, etc.)
        [ ] Podcasts/Internet streams (NYT Daily, Tucker Carlson, Real America's Voice,
            The StoneZone, etc.)
        [ ] Family/Friends
        [ ] Other: _____

        _____

47.     What magazines or journals do you read?

        _____

        _____

13

Juror Name: _____        Juror #: _____

_____

48.    What Podcasts, Internet streams, or radio station(s) do you listen to most often?

_____

_____

_____

49.    Have you ever called in to a podcast or radio talk show, written a letter to the editor, participated in any webpages, Telegram/Discord channels, or chat rooms on the internet, or posted a comment online?

        [ ] Yes                        [ ] No

    a.  If Yes, what type:    [ ] Podcast/Radio Caller     [ ] Channel/Blog/Chat Room

                             [ ] Letter to the Editor      [ ] Posted a Comment

    b.  If Yes, what topics have you addressed?

_____

_____

_____

50.    What is your favorite book and why?

_____

_____

_____

51.    What are your favorite television shows?  Do any include law enforcement shows like CSI, Law & Order SVU, Criminal Minds, Chicago P.D., or NCIS?

_____

_____

_____

52.    Generally speaking, do you follow crime stories in the media?   [ ] Yes   [ ] No

Juror Name: _____          Juror #: _____

53.     What are your favorite Internet sites, pages, apps, social media sites, or message boards, including any that you visit for politics, news, and current events, celebrity news/gossip, or other sites or apps?

_____

_____

_____

54.     If you are chosen to be a juror in this case, you will be instructed that you will not be able to do Internet research on any issues in the case or communicate with others about your jury service. Is this an instruction that you will be able to follow?

        [ ]  Yes, I will be able to follow this instruction

        [ ]  No, I will not be able to follow this instruction – it is important to me to research information and to communicate online

## POLITICS

55.     Have you, a family member, or a very close friend ever run for any public office?

        [ ] Yes, me          [ ] Yes, someone close to me          [ ] No

        a.  If Yes, what was the office and when did you or the person close to you run?

        _____

        _____

        b.  If Yes, did you/they win?

        [ ] Yes              [ ] No

56.     How closely do you follow politics on a day-to-day basis?

        [ ] Very closely              [ ] Somewhat closely          [ ] Not closely at all

57.     Have you or has anyone close to you ever worked for, volunteered for, or served in any capacity in the office of any elected official or legislature?

        [ ] Yes                      [ ] No

        a.  If Yes, please explain: _____

        _____

        _____

15

Juror Name: _____          Juror #: _____

58.     Have you or a family member ever worked or volunteered for a political party, political campaign, or political advocacy or lobbying firm?

[ ] Yes, me        [ ] Yes, family member                [ ] No

a.   If Yes, please describe the group, party, or campaigns, dates, and activity you did:

_____

_____

_____

59.     How often do you volunteer or work on political campaigns?

[ ] Never      [ ] Rarely     [ ] Often     [ ] Every election cycle

60.     How often do you attend political rallies or political fundraisers?

[ ] Never      [ ] Rarely     [ ] Often     [ ] Every election cycle

61.     Have you donated money to any political candidate(s) in the last 8 years?

[ ] Yes         [ ] No

a.   If Yes, please identify the candidate(s) and affiliated political party: _____

_____

_____

62.     What are your general feelings regarding President Joe Biden?

_____

_____

_____

63.     Do you feel that President Biden has taken any actions that have strongly affected you positively or negatively?

[ ] Yes, positively              [ ] Yes, negatively          [ ] No

a.   If Yes, please explain: _____

_____

_____

16

Juror Name: _____          Juror #: _____

64.   How closely did you follow the 2020 Presidential Election?

    [ ] Very closely        [ ] Somewhat closely        [ ] Not closely at all

65.   How closely do you follow news about former President Donald J. Trump?

    [ ] Very closely        [ ] Somewhat closely        [ ] Not closely at all

66.   What are your general feelings regarding former President Donald J. Trump?

    _____

    _____

    _____

67.   How closely are you following the campaign for the 2024 Presidential Election?

    [ ] Very closely        [ ] Somewhat closely        [ ] Not closely at all

68.   Have you ever volunteered, advocated, campaigned, or worked for any of President Biden's opponents in his campaigns for elected office (Senate, VP, or President)?

    [ ] Yes      [ ] No      [ ] Unsure

    a.   If Yes, please explain: _____

    _____

    _____

69.   Have you ever participated in a protest, signed a petition or engaged in any other activity to express your support or opposition to President Biden or any of his policies?

    [ ] Yes        [ ] No

    a.   If Yes, please explain: _____

    _____

    _____

70.   It is possible that certain members of the Biden family may testify at trial. Have you seen, read or heard any news stories or social media posts about any of the following individuals? (Please check all that apply.)

    [ ]  Dr. Jill Biden        [ ]  Hallie Olivere Biden
    [ ]  James Biden          [ ]  Kathleen Biden
    [ ]  Naomi Biden          [ ]  Maisy Biden
    [ ]  Finnegan Biden      [ ]  Ashley Biden

Juror Name: _____          Juror #: _____

[ ]   Melissa Cohen Biden

a.  If Yes, have you formed any opinions about any of these individuals based on what you have seen, read, or heard?

[ ] Yes          [ ] No

b.  If Yes, please explain: _____

_____

_____

71.   Would you find it difficult to treat the testimony of someone associated with President Joe Biden or members of his family the same as you would any other witness?

[ ] Yes          [ ] No          [ ] Not Sure

a.  If Yes, please explain: _____

_____

_____

## **TAXES**

72.   Do you have any experience in preparing and/or filing your individual taxes?

[ ] Yes          [ ] No

a.  If Yes, please explain: _____

_____

_____

b.  If No to Question 72, please identify who generally assists or prepares your taxes:

[ ] Parent/Guardian          [ ] Professional tax preparer or accountant
[ ] Son/Daughter          [ ] Other
[ ] Close Friend

c.  If you answered 'Other' to Question 72(b), please explain: _____

_____

_____

18

Juror Name: _____          Juror #: _____

73.   Are you familiar with any laws, regulations, or requirements regarding preparing and filing your taxes (*beyond just the date taxes are generally due, e.g., April 15th*)?

      [ ] Yes, I am familiar      [ ] No, I am not familiar

    a.   If Yes, please explain: _____

        _____

        _____

74.   Have you, a family member, or a very close friend ever prepared or filed taxes on behalf of a business?

      [ ] Yes, me    [ ] Yes (family or friend)    [ ] No

    a.   If Yes, please explain: _____

        _____

        _____

    b.   If Yes, was this on behalf of a personal/small business or a larger corporation?

      [ ] Yes, personal/small business    [ ] Larger corporation    [ ] Other

75.   Have you, a family member, or a very close friend ever had a job that involved financial accounting, tax preparation, or filing taxes?

      [ ] Yes, me    [ ] Yes (family or friend)    [ ] No

    a.   If Yes, please explain: _____

        _____

        _____

76.   Have you or a family member ever failed to pay or file taxes due on a timely basis?

    a.   If Yes, please explain: _____

        _____

        _____

77.   Have you, a family member, or a very close friend ever received a Notice or Tax Lien from the IRS or your state about a tax delinquency or failure to file or pay?

      [ ] Yes, me   [ ] Yes (family or friend)    [ ] No

    a.   If Yes, please explain: _____

        _____

Juror Name: _____     Juror #: _____

_____

_____

78.     Do you have any strong views about taxes in this country?

          [ ] Yes          [ ] No

     a.  If Yes, please explain: _____

_____

_____

_____

79.     Have you, a family member, a partner/spouse, or very close friend ever been charged
        with any tax crime(s)?

          [ ] Yes, me     [ ] Yes (family, partner/spouse, friend)     [ ] No

     a.  If Yes, please explain: _____

_____

_____

_____

     b.  If Yes to Question 79, what was the result?

          [ ] Civil penalty/fine    [ ] Criminal conviction    [ ] Settlement    [ ] Other

80.     Have you ever contacted the IRS (via phone, e-mail, letter, or fax) regarding concerns
        or issues with your or a family member's taxes?

          [ ] Yes          [ ] No

     a.  If Yes, please explain: _____

_____

_____

81.     This case involves allegations about Hunter Biden's failure to file or pay taxes in
        certain years.  Have you read, seen, or heard anything about Mr. Biden's taxes?

          [ ] Yes               [ ] No               [ ] Not sure

Juror Name: _____          Juror #: _____

Please describe what you know about Hunter Biden and your views or feelings about that information.

_____

_____

_____

_____

_____

_____

82.   Do you have any strong <u>negative</u> views about individuals who file their taxes late or do not file their taxes at all? (*Please check all that apply*)

    [ ] Yes, individuals who file late or do not file should <u>always</u> be punished

    [ ] Yes, individuals who file late or do not file should <u>sometimes</u> be punished

    [ ] Yes, individuals who file late or do not file are usually criminals

    [ ] None of the above

a.   If you checked 'Yes' in the question above, please explain: _____

_____

_____

### <u>KNOWLEDGE OF THE CASE AND TRIAL PARTICIPANTS</u>

83.   The case for which you are summoned involves criminal tax charges against Hunter Biden.  Before today, have you read, seen, or heard anything about Hunter Biden or the case? (This includes not only anything you may have seen or read in the media, but also anything you might have heard from relatives, friends or coworkers.)

    [ ] Yes        [ ] No        [ ] Sounds familiar, but unsure

a.   If Yes, how closely have you been following the case brought against Mr. Biden?

    [ ]   Very closely
    [ ]   Somewhat closely
    [ ]   I have heard of the case, but I have not been following it
    [ ]   Not at all

b.   If Yes, from what sources have you heard about the case? _____

_____

_____

_____

Juror Name: _____          Juror #: _____

_____

    c. If Yes, please describe in detail what you recall reading, seeing, or hearing about the defendant, the alleged crime, the court proceedings, or the people or attorneys involved (regardless of whether you believe this information is accurate):

_____

_____

_____

_____

84. Do you <u>personally</u> know Hunter Biden, or any of his family members?

    [ ] Yes          [ ] No

    a. If Yes, please identify who you know and how you know them: _____

_____

_____

85. Have you formed any opinions about this case?

    [ ] Yes          [ ] No

    a. If Yes, please describe: _____

_____

_____

    b. If Yes, do you have an opinion as to the guilt or innocence of Hunter Biden?

    [ ] Yes          [ ] No

    c. Are you able to set aside anything you have read, heard, or seen, and consider only the evidence presented in this case and this Court's instructions on the law?

    [ ] Yes          [ ] No

86. Do you feel like Hunter Biden might start off even a little bit behind before this case begins because he has been charged with crimes or because of what you have read, heard, or seen about the case?

    [ ] Yes          [ ] No

87. Is there anything that you have heard about this case that you feel would make it hard for you to be an impartial juror in this case?

    [ ] Yes          [ ] No

Juror Name: _____                          Juror #: _____

    a.  If Yes, please explain: _____

_____

_____

_____

_____

88.     In general, would you view the evidence presented by the defense differently than you would the evidence presented by the prosecution?

              [ ] Yes              [ ] No

    a.  If Yes, how? _____

_____

_____

_____

_____

    b.  Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?

              [ ] Yes              [ ] No

    c.  If Yes, explain why: _____

_____

_____

_____

_____

89.     Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case decides that his guilt has been proved beyond a reasonable doubt. Would you have any difficulty following this rule?

              [ ] Yes    [ ] No

    a.  If Yes, explain why: _____

Juror Name: _____                Juror #: _____

_____

_____

_____

_____

90.    Do you personally know any of the people who are prosecuting this case?

    [ ] U.S. Attorney/Special Counsel David Weiss
    [ ] Leo J. Wise
    [ ] Derek E. Hines
    [ ] Mark Daly

    a.  If you checked any of the names above, please explain: _____

_____

_____

91.    Do you personally know any of the attorneys or law firms for the defense?

    [ ] Abbe D. Lowell
    [ ] Christopher Man
    [ ] Angela Machala
    [ ] Susan Seabrook
    [ ] David Kolansky
    [ ] Lara Markarian
    [ ] Isabella Oishi
    [ ] The Law Firm of Winston & Strawn LLP

92.    If you checked any of the names above, please explain: _____

_____

_____

93.    The judge presiding over this case is U.S. District Judge Mark C. Scarsi.  Do you or does anyone close to you know Judge Scarsi, or any judge or court personnel in California's federal or local courts?

        [ ] Yes                    [ ] No

    b.  If Yes, please explain: _____

_____

_____

Juror Name: _____          Juror #: _____

94.   During this trial, you may hear references to the following businesses or companies. Do you know anything about any of them or have you had any dealings with them?

      [  ]  Burisma Holdings
      [  ]  CEFC China Energy
      [  ]  Edward White & Co.
      [  ]  Hudson West III
      [  ]  Latham & Watkins LLP
      [  ]  Morgan Wingate PC
      [  ]  Owasco PC or LLC
      [  ]  Rosemont Seneca Bohai

a.   If you checked any of the names above, please explain: _____

_____

_____

_____

95.   Please review the list attached to this questionnaire (Attachment A) that provides the names of persons who you may hear about during the trial.  Do you, a family member, or a close friend know or have any connection with the individuals listed?

      [ ] Yes          [ ] No

a.   If Yes, please check the name on the attachment and explain, including who (their relation to you) knows them: _____

_____

_____

_____

_____

## **PERSONAL CONCERNS**

This trial is expected to begin on June 20, 2024 in this Courthouse and last approximately three - four weeks.  Court sessions will last from approximately 9:30 AM until 4:30 PM, Monday through Thursday or Friday, depending on the week.  There will be breaks in the morning and afternoon and a one-hour break for lunch.

The Court will not be in session on the following days: _____.

96.   Do you have any health issues (e.g., hearing, seeing, etc.) that would interfere with your ability to serve as a juror in this case?

      [ ] Yes                    [ ] No

Juror Name: _____          Juror #: _____

      a.  If Yes, please explain: _____

_____

_____

97.    Do you have any non-health issues (e.g., family obligations, work hours, etc.) that would interfere with your ability to serve as a juror in this case?

           [ ] Yes          [ ] No

      b.  If Yes, please explain: _____

_____

_____

98.    Do you have any difficulty with your eyesight or hearing?

           [ ] Yes          [ ] No

      a.  If Yes, please explain: _____

_____

_____

99.    Are you taking any medication(s) regularly that affect your memory, concentration, or stamina?

           [ ] Yes          [ ] No

100.  Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person or that will make it difficult to render a verdict in this case?

           [ ] Yes          [ ] No

      a.  If Yes, please explain: _____

_____

_____

101.  Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a serious hardship to you?

           [ ] Yes          [ ] No

      b.  If Yes, please explain: _____

_____

_____

Juror Name: _____          Juror #: _____

_____

_____

102.   Are there any questions that you would prefer to discuss privately? If so, please write down the number(s) of the question(s) here: _____

_____

_____

103.   Is there any matter that you should call to the court's attention that may have any bearing on your qualifications to serve as a juror, or that may affect your ability to render an impartial verdict based solely on the evidence and the Court's instructions on the law?

      [ ] Yes    [ ] No

      a.   If Yes, please explain: _____

_____

_____

_____

_____

Extra Space (Please put the question number in front of your answer):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Name: _____          Juror #: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Name: _____                    Juror #: _____

_____

_____


Thank you very much for your time and care in completing this questionnaire.

(*Signature Page on following page.*)


**I hereby certify under penalty of perjury that my answers in this questionnaire, are true, correct, and complete to the best of my knowledge.**

_____        _____

**Juror Signature**                                                                 **Date**

_____        _____

**Juror Name (Printed)**                                                          **Juror Number**

Juror Name: _____                    Juror #: _____

## **ATTACHMENT A**

Do you or does anyone close to you know or have any connection with the individuals listed below?