1   DAVID C. WEISS
    Special Counsel
2   Leo J. Wise
    Principal Senior Assistant Special Counsel
3   Derek E. Hines
    Senior Assistant Special Counsel
4   UNITED STATES DEPARTMENT OF JUSTICE
        950 Pennsylvania Avenue NW, Room B-200
5       Washington, D.C. 20530
        Telephone:    (771) 217-6091
6       E-mail:        DEH@usdoj.gov

7   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
8
                    UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,              No. CR 23-599-MCS
11
                    Plaintiff,             APPLICATION FOR ORDER
12                                         COMPELLING TESTIMONY OF
                    v.                     HALLIE BIDEN PURSUANT TO TITLE
13                                         18 U.S.C § 6001 *ET SEQ.*;
    ROBERT HUNTER BIDEN,                   MEMORANDUM OF POINTS AND
14                                         AUTHORITIES; DECLARATION OF
                    Defendant.             DAVID C. WEISS; EXHIBIT;
15                                         [PROPOSED] ORDER

16

17

18          The Special Counsel hereby applies to this Honorable Court for an order

19   compelling Hallie Biden to testify and produce evidence pursuant to the provisions of

20   Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

21          1.      Hallie Biden has been subpoenaed to testify before this Court during trial

22   beginning on June 20, 2024;

23          2.      Counsel for Hallie Biden has advised that if Hallie Biden is called to the

24   stand she will at that time refuse to answer questions, invoking the constitutional

25   privilege against self-incrimination;

26          3.      In the judgment of the Special Counsel, the testimony of Hallie Biden may

27   be necessary to the public interest; and

28

1        4.      Acting Deputy Assistant Attorney General Stuart M. Goldberg, an

2  authorized Deputy Assistant Attorney General of the United States, has approved this

3  application for an order instructing Hallie Biden to testify pursuant to 18 U.S.C. § 6002

4  and 28 C.F.R. § 0.175(a).

5        Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 et seq., the Special

6  Counsel requests that the Court order Hallie Biden to give testimony relating to all

7  matters within her knowledge about which she may be interrogated in this matter.

8        In support of this motion, the Special Counsel submits herewith the attached

9  declaration of DAVID C. WEISS, exhibit, and proposed order.

10  Dated: May 20, 2024               Respectfully submitted,

11

12                                 DAVID C. WEISS
                                  Special Counsel

13

14

15                               /s/
                                  Leo J. Wise

16                                  Principal Senior Assistant Special Counsel
                                  Derek E. Hines

17                                  Senior Assistant Special Counsel

18

19                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

20

21

22

23

24

25

26

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness before the Court in this matter.  Section 6003(b) provides that the Special Counsel may request such an order when in his judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.  The attached Declaration of DAVID C. WEISS, Special Counsel, establishes that in his judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of her privilege against self-incrimination. Section 6003(a) provides that "the United States district court . . . shall issue . . . an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination."  The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.