## DECLARATION OF DAVID C. WEISS

I, David C. Weiss, declare as follows:

1. I am the Special Counsel and am authorized to prosecute matters in the Central District of California.

2. I have been advised by Senior Assistant Special Counsel Derek E. Hines that Mike Ferrara, counsel for Hallie Biden, has advised that if Hallie Biden is called to the stand before the Court in this matter, she will refuse to answer certain questions, invoking the constitutional privilege against self-incrimination.

3. Senior Assistant Special Counsel Derek E. Hines has presented the facts of the investigation to me, and in my judgment, the testimony of Hallie Biden may be necessary to the public interest.

4. An authorized Deputy Assistant Attorney General of the United States has approved the application for an order instructing Hallie Biden to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a). A true copy of the letter from Stuart M. Goldberg, Acting Deputy Assistant Attorney General, Tax Division, Department of Justice, expressing said approval is attached as Exhibit 1.

5. Senior Assistant Special Counsel Derek E. Hines has advised me of the following matters:

    a. Trial is currently pending in this matter and the government will require the testimony of Hallie Biden.

//
//
//
//
//
//
//
//

4

b.  Senior Assistant Special Counsel Derek E. Hines and his co-counsel, Principal Senior Assistant Counsel Leo J. Wise, are available to consult with the court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  This 20th day of May, 2024.

**DAVID WEISS** *Digitally signed by DAVID WEISS Date: 2024.05.20 17:57:13 -04'00'*

DAVID C. WEISS
Special Counsel