DAVID C. WEISS
Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel
Derek E. Hines
Senior Assistant Special Counsel
UNITED STATES DEPARTMENT OF JUSTICE
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:     DEH@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-599-MCS |
|     Plaintiff, | [PROPOSED] ORDER |
|     v. | |
| ROBERT HUNTER BIDEN, | |
|     Defendant. | |

On motion of the Special Counsel, and it appearing to the satisfaction of the Court:

1.    That Hallie Biden has been subpoenaed as a witness to testify before the Court in this matter during the trial beginning June 20, 2024; and

2.    That Hallie Biden has refused or will refuse to testify or provide other information on the basis of her privilege against self-incrimination; and

3.    That in the judgment of the said Special Counsel, the testimony or other information from said Hallie Biden may be necessary to the public interest; and

4.    That the aforesaid motion filed herein has been made with the approval of the Deputy Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003, and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Hallie Biden give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which he may be interrogated in the course of these proceedings.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or information, shall be used against Hallie Biden in any criminal case, except that she shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

_____          _____
DATE                                                         HONORABLE MARK C. SCARSI
                                                                  UNITED STATES DISTRICT JUDGE


Presented by:


___/s/_____
Derek E. Hines
Senior Assistant Special Counsel