Angela M. Machala (SBN: 224496)
AMachala@winston.com
Winston & Strawn LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S SECOND MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF DELAWARE GUN CHARGES**<br><br>Hearing Date: May 29, 2024<br>Hearing Time: 1:00 p.m.<br>Courtroom: 7C |

1  Defendant Robert Hunter Biden, by and through his counsel of record, hereby
2  files this Motion *in Limine* to exclude any argument, reference, or questioning at trial
3  related to the charges and trial proceedings brought against Mr. Biden in the District of
4  Delaware as this should be excluded under Federal Rules of Evidence 403 and 404(b)
5  On May 17, 2024, Mr. Biden's counsel asked for the Special Counsel's position
6  on this proposed motion *in limine*. On May 20, 2024, the Special Counsel indicated he
7  does not intend to introduce evidence or testimony about the gun charges in Delaware
8  but reserves the right to cross-examine Mr. Biden on his alleged lack of truthfulness on
9  a Firearms Transaction Record (or ATF Form 4473) if he should testify in this case.

Dated: May 21, 2024                                    Respectfully submitted,

                                                       */s/ Angela M. Machala*
                                                       Angela M. Machala

                                                       Abbe David Lowell
                                                       Christopher D. Man

                                                       *Attorneys for Robert Hunter Biden*

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Biden moves to exclude any argument, reference, or questioning at trial of the charges and trial proceedings brought against Mr. Biden in the District of Delaware case (*United States v. Biden*, No. 23-cr-00061-MN-1 (D. Del.)). Mr. Biden was indicted in that case on September 14, 2023 by the same Special Counsel prosecutors. Because argument, reference to, or questioning about the Delaware charges has no proper purpose under Federal Rule of Evidence 404(b), poses a danger of unfair prejudice that significantly outweighs any probative value under Rule 403, and is irrelevant to the tax charges in California, Mr. Biden requests that the Court exclude the government from referencing or raising the issue at trial. *See United States v. Bettencourt*, 614 F.2d 214, 218 (9th Cir. 1980) (prior bad act evidence should have been excluded because of its minimal probative value compared to the risk of unfair prejudice).

The Special Counsel has indicated he does not oppose this motion, except to reserve the right to cross-examine Mr. Biden about his alleged lack of truthfulness on a Firearms Transaction Record (or ATF Form 4473) should he testify in this case. Mr. Biden reserves the right to object to such cross-examination if he decides to testify in this matter, pursuant to Federal Rule of Evidence 608(b)(1), 609(a)(1)(B), and any/all other related rules and statutes.

Accordingly, Mr. Biden respectfully requests that the Court exclude evidence or testimony regarding the charges and trial proceedings brought against Mr. Biden in the District of Delaware.

Date: May 21, 2024

Respectfully submitted,
By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1924
Fax: (213) 615-1750

|   |   |
|---|---|
| 1 | Abbe David Lowell (*admitted pro hac vice*) |
| 2 | Christopher D. Man |
| 3 | WINSTON & STRAWN LLP |
|   | 1901 L Street NW |
| 4 | Washington, DC 20036 |
| 5 | Tel.: (202) 282-5000 |
|   | Fax: (202) 282-5100 |
| 6 | AbbeLowellPublicOutreach@winston.com |
| 7 | CMan@winston.com |
| 8 | *Attorneys for Robert Hunter Biden* |