Angela M. Machala (SBN: 224496)
AMachala@winston.com
Winston & Strawn LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S THIRD MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO MR. BIDEN'S ADMINISTRATIVE DISCHARGE FROM THE NAVY**<br><br>Hearing Date: May 29, 2024<br>Hearing Time: 1:00 p.m.<br>Courtroom: 7C |

1  Defendant Robert Hunter Biden, by and through his counsel of record, hereby
2  files this Motion *in Limine* to exclude reference to his 2014 administrative discharge
3  from the Navy.  This evidence should be excluded under the Federal Rules of Evidence
4  403 balancing test, as the risk of unfair prejudice is significantly outweighed by any
5  marginal probative value.  On May 17, 2024, Mr. Biden's counsel asked for the Special
6  Counsel's position on this proposed motion *in limine*.  The Special Counsel indicated
7  he does not intend to introduce such evidence or testimony in his case-in-chief.

Dated: May 21, 2024                              Respectfully submitted,

                                                 */s/ Angela M. Machala*
                                                 Angela M. Machala

                                                 Abbe David Lowell
                                                 Christopher D. Man

                                                 *Attorneys for Robert Hunter Biden*

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Biden moves to exclude any reference to his administrative discharge from the Navy in 2014. Such "other bad acts" type of evidence could be offered for no permissible purpose and is plainly inadmissible under Federal Rules of Evidence 403 and 404(b). *See United States v. Bettencourt*, 614 F.2d 214, 218 (9th Cir. 1980) (prior bad act evidence should have been excluded because of its minimal probative value compared to the risk of unfair prejudice).

The Special Counsel has indicated that he will not raise this topic in his case-in-chief unless Mr. Biden testifies in this case or opens the door to it. Even then, it is unclear how the topic would be relevant to the tax charges in this prosecution, or how its probative value would outweigh its highly prejudicial effect. The administrative discharge occurred in 2014, two years prior to the relevant tax years (2016–2019) in the Indictment and is wholly unrelated to the charges brought against Mr. Biden, making its probative value marginal at best. *See United States v. Hitt*, 981 F.2d 422, 424 (9th Cir. 1992) ("Where the evidence is of very slight (if any) probative value, it's an abuse of discretion to admit it if there's even a modest likelihood of unfair prejudice or a small risk of misleading the jury.").

Accordingly, should he testify, Mr. Biden reserves the right to object to argument or questioning related to his 2014 Navy discharge. As to its case-in-chief, the Special Counsel should be precluded from raising the issue given its unfair prejudice to Mr. Biden beyond any probative value in this case. Accordingly, Mr. Biden respectfully requests that the Court exclude any reference at trial to Mr. Biden's administrative discharge from the Navy.

Date: May 21, 2024

Respectfully submitted,
By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071

Tel.: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Attorneys for Robert Hunter Biden*