Angela M. Machala (SBN: 224496)
AMachala@winston.com
Winston & Strawn LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S RESPONSE TO THE SPECIAL COUNSEL'S FIRST MOTION *IN LIMINE* TO EXCLUDE ALLEGED DEFECTS IN THE PROSECUTION**<br><br>Hearing Date:　May 29, 2024<br>Hearing Time:　1:00 p.m.<br>Courtroom:　　7C |

1  Defendant Robert Hunter Biden, by and through his counsel of record, hereby
2  opposes the Special Counsel's First Motion *in Limine* to exclude alleged defects in the
3  institution of the prosecution. (DE 92.)  The Special Counsel asked for Mr. Biden's
4  position on this proposed motion *in limine*.  On May 15, 2024, Mr. Biden's counsel
5  indicated that he does not intend to make such arguments to the jury, but the underlying
6  aspects of such claims may arise in the course of witness examination.

Dated: May 21, 2024                           Respectfully submitted,

                                              */s/ Angela M. Machala*
                                              Angela M. Machala

                                              Abbe David Lowell
                                              Christopher D. Man

                                              *Attorneys for Robert Hunter Biden*

## MEMORANDUM OF POINTS AND AUTHORITIES

The Special Counsel seeks to exclude argument or questioning related to alleged defects in the institution of the prosecution in this matter, including the following areas: (1) issues raised in Mr. Biden's pre-trial motion for vindictive and selective prosecution; (2) alleged outrageous government conduct with respect to the actions of two IRS agents; (3) suggesting this prosecution is somehow due to or part of a Russian malign influence campaign; (4) claiming Mr. Biden was singled out for prosecution in this matter or that other taxpayers were not or are not prosecuted for similar conduct; (5) suggesting Mr. Biden's conduct should have been subject to an audit or civil proceeding rather than criminal prosecution; and (6) selective prosecution claims on Count 9 in light of certain COVID-19 relief programs. (DE 92 at 1–2.)

As to categories (1), (2), and (6) that were the subject of certain of Mr. Biden's pretrial motions to dismiss, as Mr. Biden's counsel indicated to the Special Counsel on May 15, 2024, we agree not to argue or pursue questions on those legal arguments at trial. However, underlying aspects of these issues (for example, if a witness made an extrajudicial statement) may go to a witness's competence, credibility, or bias. As to (3) concerning claims that the prosecution is part of a Russian malign influence campaign, Mr. Biden also agrees not to argue or pursue questions on this issue at trial.

As to (4) that Mr. Biden was singled out for prosecution in this matter or that other taxpayers are not prosecuted for similar conduct, Mr. Biden does not plan to argue that other taxpayers have not been investigated or prosecuted, but the issue of what investigative work the government's witnesses or agents, or Mr. Biden's experts, have done to support this case (or their prior work) may come up during the course of examinations of those witnesses, and would be permissible subject to rules of relevance and probativeness.

Finally, as to (5) that Mr. Biden's conduct should have been subject to an audit or civil proceeding rather than criminal investigation and prosecution, Mr. Biden does not plan to argue this issue before the jury, but again the issue of the work the

government's witnesses or agents, or Mr. Biden's witnesses, have done to support this case (or their prior work) may come up during the course of examinations of those witnesses, and would be permissible subject to rules of relevance and probativeness.

Date: May 21, 2024

Respectfully submitted,

By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Attorneys for Robert Hunter Biden*