Angela M. Machala (SBN: 224496)
AMachala@winston.com
Winston & Strawn LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S RESPONSE TO THE SPECIAL COUNSEL'S SECOND MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO POTENTIAL PUNISHMENT, PLEA NEGOTIATIONS, THE DIVERSION AGREEMENT, OR THE JULY 26TH HEARING**<br><br>Hearing Date:   May 29, 2024<br>Hearing Time:   1:00 p.m.<br>Courtroom:      7C |

```
```
Case 2:23-cr-00599-MCS   Document 109   Filed 05/21/24   Page 2 of 4   Page ID #:2668

Defendant Robert Hunter Biden, by and through his counsel of record, does not oppose the Special Counsel's Second Motion *in Limine* to exclude reference to potential punishment, plea negotiations, the Diversion Agreement, or the July 26th hearing in Delaware (DE 93), but reserves the right to probe such matters only if the government opens the door to such questioning or should Mr. Biden testify in this case. On May 15, 2024, when asked for their position on this proposed motion, Mr. Biden's counsel indicated he does not oppose, unless the Special Counsel opens the door through a line of questioning or Mr. Biden testifies.

Dated: May 21, 2024

Respectfully submitted,

*/s/ Angela M. Machala*
Angela M. Machala
Abbe David Lowell
Christopher D. Man

*Attorneys for Robert Hunter Biden*

## MEMORANDUM OF POINTS AND AUTHORITIES

The Special Counsel seeks to exclude argument and questioning of any witness related to potential punishment, plea negotiations, the Diversion Agreement, and the July 26, 2023 hearing in Delaware. (DE 93 at 1.) As Mr. Biden's counsel indicated to the Special Counsel on May 15, 2024, we agree with this motion, unless the government opens the door to these issues through a line of questioning with a witness or if Mr. Biden testifies. Mr. Biden's counsel reserves the ability to revisit this issue should Mr. Biden testify in this case and the Special Counsel asks him questions about statements he made during the Delaware proceedings on July 26, 2023.[1]

For the foregoing reasons, Mr. Biden does not oppose the Special Counsel's *motion in limine*, but respectfully reserves the right to probe such matters only if the government opens the door to such questioning or should Mr. Biden testify in this case.

Date: May 21, 2024

Respectfully submitted,
By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000

---

[1] Defense counsel asked, for example, if the Special Counsel intended to seek the admission of any of Mr. Biden's statements from the July 26, 2023 Delaware hearing. While indicating that it would not seek the admission of such statements, and that such statements would be impermissible under Fed. R. Crim. P. 11(f) and Fed. R. Evid. 410, Special Counsel stated that such statements might be raised if Mr. Biden testifies in this case.

Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Attorneys for Robert Hunter Biden*