1  Angela M. Machala (SBN: 224496)
2  AMachala@winston.com
   WINSTON & STRAWN LLP
3  333 S. Grand Avenue, 38th Fl.
4  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
5  Facsimile: (213) 615-1750

6
7  Abbe David Lowell (admitted *pro hac vice*)
   AbbeLowellPublicOutreach@winston.com
8  Christopher D. Man
   CMan@winston.com
9  WINSTON & STRAWN LLP
10 1901 L Street NW
   Washington, DC 20036-3508
11 Telephone: (202) 282-5000
12 Facsimile: (202) 282-5100

13 *Attorneys for Robert Hunter Biden*

14
                    UNITED STATES DISTRICT COURT
15
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
16

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | **DEEFNDANT ROBERT HUNTER BIDEN'S PROPOSED VERDICT FORM** |
| v. | |
| ROBERT HUNTER BIDEN, | Trial Date:  June 20, 2024 |
| Defendant. | Trial Time   9:00 a.m.<br>Location:    Courtroom of the<br>             Hon. Mark Scarsi |

.

1

Defendant Robert Hunter Biden, by and through his counsel of record, hereby files the Defendant's Proposed Verdict form which includes proposed redlines of the government's verdict form. The government has not provided Mr. Biden its position on the proposed redlines. Mr. Biden respectfully requests the opportunity to make modifications to the form as needed.

Dated:  May 21, 2024

Respectfully submitted,

By: */s/ Angela M. Machala*
Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

*Attorneys for Robert Hunter Biden*

## **COUNT ONE – FAILURE TO PAY 2016 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count One of the Indictment

*(Please proceed to Count Two.)*

## COUNT TWO – FAILURE TO PAY 2017 FORM 1040

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Two of the Indictment

If you find ROBERT HUNTER BIDEN NOT GUILTY on this charge, please proceed to Count Three.

If you find ROBERT HUNTER BIDEN GUILTY on this charge, please check below the statement that reflects your unanimous findings:

ROBERT HUNTER BIDEN willfully failed to pay income taxes due on April 17, 2018.

    \_\_\_\_\_ PROVEN

    \_\_\_\_\_ NOT PROVEN

ROBERT HUNTER BIDEN willfully failed to pay income taxes due on February 18, 2020.

    \_\_\_\_\_ PROVEN

    \_\_\_\_\_ NOT PROVEN[1]

*(Please proceed to Count Three.)*

---

[1] In the Court's Order on Defendant's motion to dismiss Counts 2, 4, and 6 of the indictment in part for duplicity, the Court agreed that "Defendant's concerns regarding the possibility of a jury unanimity issue are reasonable." (DE 67 at 75.) The Court established that "Defendant's fear that a jury verdict may lack unanimity as to the conduct underlying a conviction can be quelled by the administration of an appropriate jury instruction." (Id.) The government has also indicated that the risk of a conviction despite a lack of unanimity is possible for Counts 2, 4 and 6 and "could potentially require that the court administer a specific unanimity instruction." (DE 39 at 3.) Mr. Biden thus proposes the above redlined language for the Court's approval.

# COUNT THREE – FAILURE TO FILE 2017 FORM 1040

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Three of the Indictment

*(Please proceed to Count Four.)*

**COUNT FOUR – FAILURE TO PAY 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

  \_\_\_\_\_ GUILTY

  \_\_\_\_\_ NOT GUILTY

of Count Four of the Indictment

If you find ROBERT HUNTER BIDEN NOT GUILTY on this charge, please proceed to Count Five.

If you find ROBERT HUNTER BIDEN GUILTY on this charge, please check below the statement that reflects your unanimous findings:

ROBERT HUNTER BIDEN willfully failed to pay income taxes due on April 15, 2019.

  \_\_\_\_\_ PROVEN

  \_\_\_\_\_ NOT PROVEN

ROBERT HUNTER BIDEN willfully failed to pay income taxes due on February 18, 2020.

  \_\_\_\_\_ PROVEN

  \_\_\_\_\_ NOT PROVEN[2]

*(Please proceed to Count Five.)*

---

[2] In the Court's Order on Defendant's motion to dismiss Counts 2, 4, and 6 of the indictment in part for duplicity, the Court agreed that "Defendant's concerns regarding the possibility of a jury unanimity issue are reasonable." (DE 67 at 75.) The Court established that "Defendant's fear that a jury verdict may lack unanimity as to the conduct underlying a conviction can be quelled by the administration of an appropriate jury instruction." (Id.) The government has also indicated that the risk of a conviction despite a lack of unanimity is possible for Counts 2, 4 and 6 and "could potentially require that the court administer a specific unanimity instruction." (DE 39 at 3.) Mr. Biden thus proposes the above redlined language for the Court's approval.

## **COUNT FIVE – FAILURE TO FILE 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Five of the Indictment

*(Please proceed to Count Six.)*

**COUNT SIX – EVASION OF ASSESSMENT FOR 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Six of the Indictment

If you find ROBERT HUNTER BIDEN NOT GUILTY on this charge, please proceed to Count Seven.

If you find ROBERT HUNTER BIDEN GUILTY on this charge, please check below the statement that reflects your unanimous findings:

ROBERT HUNTER BIDEN willfully submitted a false and fraudulent U.S. Individual Income Tax Return, Form 1040, to the Internal Revenue Service in calendar year 2018.

    \_\_\_\_\_ PROVEN

    \_\_\_\_\_ NOT PROVEN

ROBERT HUNTER BIDEN willfully deducted personal expenses as corporate expenses on the Owasco, PC tax return on Form 1120 in calendar year 2018.

    \_\_\_\_\_ PROVEN

    \_\_\_\_\_ NOT PROVEN[3]

*(Please proceed to Count Seven.)*

---

[3] In the Court's Order on Defendant's motion to dismiss Counts 2, 4, and 6 of the indictment in part for duplicity, the Court agreed that "Defendant's concerns regarding the possibility of a jury unanimity issue are reasonable." (DE 67 at 75.) The Court established that "Defendant's fear that a jury verdict may lack unanimity as to the conduct underlying a conviction can be quelled by the administration of an appropriate jury instruction." (Id.) The government has also indicated that the risk of a conviction despite a lack of unanimity is possible for Counts 2, 4 and 6 and "could potentially require that the court administer a specific unanimity instruction." (DE 39 at 3.) Mr. Biden thus proposes the above redlined language for the Court's approval.

## **COUNT SEVEN – FILING A FALSE AND FRAUDULENT 2018 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

of Count Seven of the Indictment

*(Please proceed to Count Eight.)*

# COUNT EIGHT – FILING A FALSE AND FRAUDULENT 2018 FORM 1120

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

  \_\_\_\_\_ GUILTY

  \_\_\_\_\_ NOT GUILTY

of Count Eight of the Indictment

*(Please proceed to Count Nine.)*

## **COUNT NINE – FAILURE TO PAY 2019 FORM 1040**

RESPONSE 1: We, the Jury, unanimously find the defendant ROBERT HUNTER BIDEN *(check one)*:

      \_\_\_\_\_ GUILTY

      \_\_\_\_\_ NOT GUILTY

of Count Nine of the Indictment

Dated: July \_\_\_\_, 2024, at Los Angeles, California.

                                                                      FOREPERSON OF THE JURY