UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | CR 23-00599-MCS | Date | May 22, 2024 |
|---|---|---|---|

| Present: The Honorable | Mark C. Scarsi, United States District Judge |
|---|---|
| Interpreter | Not Applicable |
| Probation Officer | Not Applicable |

| Wendy Hernandez | Amy Diaz | DOJ Leo Wise |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Hunter Biden (waiver on file) | Not | | X | Angela Machala | X | | X |
| | | | | Abbe Lowell | X | | X |

**Proceedings: Hearing on Ex Parte Application for Order for Temporary Restraining Order as to Enjoin Future Appropriations Clause Violation [86] and Ex Parte Application to Continue Trial Date from June 20, 2024 to September 5, 2024 [97]**

The Court hears oral argument on the ex parte application for a temporary restraining order and takes the matter under submission.

The Court proceeds to hear oral argument on the ex parte application to continue the trial date and grants the application. The trial date is continued to September 5, 2024. The Court notes that absent an order from the Ninth Circuit, the September 5th date is a firm date.

**IT IS SO ORDERED.**