# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Monica DiCocco | 2a. Contact Phone Number: 202-710-5305 | 3a. Contact E-mail Address: mcd2@usdoj.gov |
| 1b. Attorney Name (if different): Leo j. Wise | 2b. Attorney Phone Number: 771-217-6092 | 3b. Attorney E-mail Address: lwise@usdoj.gov |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of Special Counsel David C. Weiss
U.S. Department of Justice
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
Telephone: 771-217-6091

**5. Name & Role of Party Represented:** United States of America Plaintiff
**6. Case Name:** US v. Robert Hunter Biden
**7a. District Court Case Number:** 2:23-cr-00599-MCS
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [x] Non-Appeal   [x] Criminal  [ ] Civil   [ ] CJA  [x] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. Release of Trans. Restriction Date | d. Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2024 | 114 | Scarsi | Hearing on Ex parte for TRO and to Continue Trial | ● | ○ | ○ | ○ | ○ | ○ | ○ | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** April 3, 2024
**Signature:** /s/ Monica C. DiCocco SCO Weiss

G-120 (06/18)