1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ROBERT HUNTER BIDEN<br><br>      Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENJOIN FUTURE APPROPRIATIONS CLAUSE VIOLATIONS** |

The Court having considered the Motion to Enjoin Future Appropriations Clause Violations submitted herein, hereby enters the following Order:

IT IS HEREBY ORDERED that Defendant's Motion to Enjoin Future Appropriations Clause Violations is GRANTED.  The Special Counsel is ineligible to use the appropriation provided for Congress as a Note to 28 U.S.C. § 591: "[A] permanent indefinite appropriation is established within the Department of Justice to pay all necessary expenses of investigations and prosecutions by independent counsel appointed pursuant to the provisions of 28 U.S.C. 591 et seq. or other law." *See* Pub. L. 100–202, § 101(a) [title II], Dec. 22, 1987.  The Special Counsel is enjoined from continuing to rely upon that appropriation for the funding of its investigation and prosecution of Robert Hunter Biden and any funding used for that investigation or prosecution by the Special Counsel must be authorized by a valid appropriation by Congress.

IT IS SO ORDERED.

_____           _____
DATE                                                              THE HONORABLE MARK C. SCARSI
                                                                          UNITED STATES DISTRICT JUDGE