1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,            Case No. 2:23-cr-00599-MCS-1
11
                Plaintiff,                **ORDER RE: JURY**
12                                        **QUESTIONNAIRE**
13          v.
14   ROBERT HUNTER BIDEN,
15
                Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

In connection with his proposed voir dire questions, Defendant Robert Hunter Biden requested that the Court "consider using a written questionnaire to prospective jurors on the jury panel summoned to the Court to facilitate efficient jury selection and reduce potential prejudice to all parties." (Def.'s Proposed Voir Dire Questions 1, ECF No. 101.) The Court agrees with Mr. Biden that using "a juror questionnaire here will help streamline the Court's procedures, promote the flow of needed information, and assist the parties to more accurately determine a potential juror's ability to be fair and impartial in their assessment of the case." (*Id.*)

The Court abrogates Initial Standing Order for Criminal Cases § G(2). In lieu of separately proposed voir dire questions, the parties shall meet and confer and file a jointly proposed voir dire questionnaire no later than 14 days before the Final Pretrial Conference. Like the jury questionnaire used in Mr. Biden's case in the District of Delaware, the parties' proposed questionnaire must propose yes–no questions formatted such that an affirmative answer will prompt the Court to ask further individualized questions on the subject to a prospective juror. If the parties disagree over any proposed questions, the parties shall file (i) one set of questions to which they agree and (ii) one set of disputed questions, which shall include a "redline" of any disputed language as well as an explanation of the basis for each party's position on the dispute. The parties shall email a Word-formatted version of the proposed questionnaire to mcs_chambers@cacd.uscourts.gov on the day it is filed.

**IT IS SO ORDERED.**

Dated: July 1, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE