| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | JUL 3 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

ROBERT HUNTER BIDEN,

    Defendant - Appellant.

No. 24-2333

D.C. No.
2:23-cr-00599-MCS-1

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered May 14, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT