DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFRENCE FROM AUGUST 14, 2024 TO AUGUST 21, 2024** |
| v. | |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

The United States and the defendant, through undersigned counsel, hereby agree, subject to the Court's approval, to reschedule the pretrial conference from August 14, 2024 to August 21, 2024.  On May 29, 2024, the Court, on its own motion, reset the pretrial conference for August 14, 2024.  ECF 119.  Government counsel is unavailable the week of August 10, 2024.  Counsel for the government and counsel for the defendant are available on August 21, 2024, the following Wednesday, and ask that the Court reschedule the pretrial conference to that date.

Dated:   July 5, 2024

Respectfully submitted,

| | |
|---|---|
| DAVID C. WEISS<br>Special Counsel<br><br>/s/<br>LEO J. WISE<br>Principal Senior Assistant Special Counsel<br>DEREK E. HINES<br>Senior Assistant Special Counsel<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | /s/<br>Angela Machala (SBN:22496)<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 615-1924<br>Fax: (213) 615-1750<br><br>Abbe David Lowell (*admitted PHV*)<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC 20036<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br><br>Counsel for Robert Hunter Biden |