UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT HUNTER BIDEN,

    Defendant.

No. CR 23-cr-00599-MCS

**[PROPOSED] ORDER RE JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE FROM AUGUST 14, 2024 TO AUGUST 21, 2024**

    The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

    IT IS HEREBY ORDERED that the pretrial conference be rescheduled to August 21, 2024

    IT IS SO ORDERED.

_____

DATE

_____

THE HONORALBE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE