**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. 2:23-cr-00599-MCS-1<br><br>**ORDER RE JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE FROM AUGUST 14, 2024 TO AUGUST 21, 2024 (ECF No. 131)** |

The Court, having considered the joint stipulation submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the pretrial conference is rescheduled to August 21, 2024, at 1:00 p.m. **Motions in limine, the proposed voir dire questionnaire, and the filings required by Initial Standing Order for Criminal Cases § G remain due on July 31, 2024, and responses to motions in limine remain due on August 7, 2024.**

IT IS SO ORDERED.

Dated: July 8, 2024

HONORABLE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE