DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | No. CR 23-cr-00599-MCS<br><br>**JOINT STIPULATION TO NOT SIT FOR TRIAL ON FRIDAY, SEPTEMBER 13, 2024 AND TO SIT FOR TRIAL ON MONDAY, SEPTEMBER 9, 2024** |
|---|---|

      The United States and the defendant, through undersigned counsel, hereby agree, and respectfully request the Court's approval, to not sit for trial on Friday, September 13, 2024. One of the government's attorneys is in a wedding for an immediate family member on the East Coast that weekend, which was scheduled prior to the rescheduling of the trial date in this matter. Additionally, the parties respectfully request and are amenable to sitting for trial on Monday, September 9, 2024, if the Court is inclined to do so. This would permit the Court to hold 4 days of trial that week. Counsel for the government has conferred with counsel for the defendant who has indicated that this request can be filed as a joint stipulation.

1

Dated: July 18, 2024

Respectfully submitted,

DAVID C. WEISS
Special Counsel

| | |
|---|---|
| /s/ | /s/ |
| LEO J. WISE | MARK J. GERAGOS, ESQ. |
| Principal Senior Assistant Sp. Counsel | GERAGOS & GERAGOS, P.C. |
| DEREK E. HINES | Historic Engine Co. No. 28 |
| Senior Assistant Special Counsel | 644 South Figueroa Street |
| | Los Angeles, California 90017 |
| Attorneys for Plaintiff | Telephone (213) 625-3900 |
| UNITED STATES OF AMERICA | Facsimile (213) 232-3255 |
| | |
| | Angela Machala (SBN:22496) |
| | WINSTON & STRAWN LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| | Tel: (213) 615-1924 |
| | Fax: (213) 615-1750 |
| | |
| | Abbe David Lowell (*admitted PHV*) |
| | WINSTON & STRAWN LLP |
| | 1901 L Street NW |
| | Washington, DC 20036 |
| | Tel: (202) 282-5000 |
| | Fax: (202) 282-5100 |
| | |
| | Counsel for Robert Hunter Biden |

2