1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO NOT SIT FOR TRIAL ON FRIDAY, SEPTEMBER 13, 2024 AND TO SIT FOR TRIAL ON MONDAY, SEPTEMBER 9, 2024.** |

     The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

     IT IS HEREBY ORDERED that the Court will sit for trial on Monday September 9, 2024 and will not sit for trial on September 13, 2024.

     IT IS SO ORDERED.

_____
DATE

_____
THE HONORALBE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE