# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT HUNTER BIDEN<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cr–00599–MCS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/18/2024

Document No.:   133

Title of Document:   Notice (Other) by Defendant Robert Hunter Biden

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motion: To Dismiss for Lack of Jurisdiction.

Hearing information is missing, incorrect, or untimely.

The cited correct event corresponds to the document as entitled. Due to incorrect event NO motion set on Judge's Calendar for " August 5, 2024 3:00 PM", nor for ruling.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. Follow CM Prompts on Motion events to select date, time and Judge.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 19, 2024          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS