# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT HUNTER BIDEN<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cr−00599−MCS<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/18/2024 | 133 | Notice (Other) by Defendant Robert Hunter Biden |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The hearing date has been rescheduled to August 5, 2024 at 03:00 PM.

DATED: July 19, 2024

/s/ *Mark C. Scarsi*
United States District Judge

G–112B (08/22)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**