UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **2:23-cr-00599-MCS-1** |
| Plaintiff, | |
| v. | **ORDER RE JOINT STIPULATION TO NOT SIT FOR TRIAL ON FRIDAY, SEPTEMBER 13, 2024 AND TO SIT FOR TRIAL ON MONDAY, SEPTEMBER 9, 2024 (ECF No. 134)** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Court will sit for trial on Monday September 9, 2024 and will not sit for trial on September 13, 2024.

IT IS SO ORDERED.

Dated:  July 22, 2024

_____

HONORALBE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER RE JOINT STIPULATION
CASE NO. 2:23-CR-00599-MCS