# Exhibit "C"



ORDER NO. 5730-2023

APPOINTMENT OF DAVID C. WEISS AS SPECIAL COUNSEL

In 2019, United States Attorney David C. Weiss, along with federal law enforcement partners, began investigating allegations of certain criminal conduct by, among others, Robert Hunter Biden. That investigation includes the investigation and prosecutions referenced and described in *United States v. Robert Hunter Biden*, Criminal Action Nos. 23-mj-274 (MN) and 23-61 (MN) (D. Del.). By virtue of the authority vested in the Attorney General, including 28 U.S.C §§ 509, 510, 515, and 533, in order to discharge my responsibility to provide supervision and management of the Department of Justice, and to ensure a full and thorough investigation of certain matters, I hereby order as follows:

(a) David C. Weiss, United States Attorney for the District of Delaware, is appointed to serve as Special Counsel for the Department of Justice.

(b) The Special Counsel is authorized to conduct the ongoing investigation described above, as well as any matters that arose from that investigation or may arise from the Special Counsel's investigation or that are within the scope of 28 C.F.R. § 600.4(a).

(c)  The Special Counsel is authorized to prosecute federal crimes in any federal judicial district arising from the investigation of these matters.

(d)  Sections 600.4 to 600.10 of Title 28 of the Code of Federal Regulations are applicable to the Special Counsel.

_____8/11/23_____
Date

_____
Merrick B. Garland
Attorney General