DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:  (771) 217-6091
    E-mail:  LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | No. CR 23-cr-00599-MCS<br><br>**UNOPPOSED EX PARTE APPLICATION TO FILE AN OVERSIZED BRIEF IN OPPOSITION TO THE DEFENDANT'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION; DECLARATION OF LEO J. WISE** |

    The United States, by and through its counsel of record, hereby files this unopposed ex parte application for an order permitting the government to file an oversized brief in opposition to the defendant Robert Hunter Biden's motion to dismiss for lack of jurisdiction, ECF 133, and amended motion to dismiss for lack of jurisdiction, ECF 140. Specifically, the government requests permission to file a 15-page memorandum of points and authorities, exceeding the 10-page limit set by the Court's standing order. *See* Initial

1  Standing Order for Criminal Cases Assigned to Judge Mark C. Scarsi, Section F. The
2  government's application is based on the attached declaration of Principal Senior Assistant
3  Special Counsel Leo J. Wise. Pursuant to Local Rule 17-19, on July 29, 2024, government
4  counsel informed the defendant that it intended to file this ex parte application seeking
5  permission to file an oversize brief. Defense counsel has indicated that he has no
6  opposition to the relief sought herein.

8  Dated:   July 29, 2024              Respectfully submitted,

                                       DAVID C. WEISS
                                       Special Counsel

                                       /s/
                                       LEO J. WISE
                                       Principal Senior Assistant Special Counsel

                                       DEREK E. HINES
                                       Senior Assistant Special Counsel

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF LEO J. WISE**

I, Leo J. Wise, declare as follows:

1. I am Principal Senior Assistant Special Counsel, and have been assigned to prepare the government's response to the defendant's motion to dismiss for lack of jurisdiction, ECF 133, and amended motion to dismiss for lack of jurisdiction. The government is filing its response, an opposition, to the defendant's motions today, July 29, 2024.

2. I make this declaration in support of the government's application for an order permitting the government to file an oversized memorandum of points and authorities of 15 pages. The limit set by this Court's standing order is 10 pages. *See* Initial Standing Order for Criminal Cases Assigned to Judge Mark C. Scarsi, Section F.

3. The government's opposition is 15 pages. I believe that the modest increase over the 10-page limit is warranted by the circumstances. The defendant's motions—which each total more than 150 pages, including exhibits—raise complex legal issues that would benefit from thorough briefing. The government does not intend to burden the Court with unduly lengthy briefing, but rather believes that an opposition of the length requested herein is necessary to provide a comprehensive response to the defendant's motions and to aid the Court in its decisionmaking process. In addition, the brief is fewer than 7,000 words, the default limit specified in the local rules. *See* Local Rule 11-6.

4. Although I tried to reduce the length of the government's opposition as much as possible, I believe it cannot be any shorter without sacrificing the necessary legal analysis required by the defendant's motions. This application is not made for purposes of delay or tactical advantage, but merely to allow the government to adequately respond to the arguments set forth in defendant's motions.

5. On July 29, 2024, I contacted defense counsel regarding the defendant's position on the government's ex parte application for permission to file an oversized brief. *See* Local Rule 17-19. Defense counsel informed me that he does not oppose the government's application. *See* Exhibit 1.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct. Executed this 29th day of July, 2024, in Baltimore, M.D.

/s/ _____
LEO J. WISE
Principal Senior Assistant Special Counsel