UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HUNTER BIDEN, <br><br> Defendant. | No. CR 23-cr-00599-MCS <br><br> **[PROPOSED] ORDER** |

The Court having considered the United States' Unopposed Ex Parte Application to File Oversized Brief in Opposition to the Defendant's Motions to Dismiss for Lack of Jurisdiction submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application to File Oversized Brief is GRANTED. The United States may file an opposition to the defendant's Motions to Dismiss for Lack of Jurisdiction not to exceed 15 pages.

IT IS SO ORDERED.

_____   _____

DATE                                                                        THE HONORABLE MARK. C. SCARSI
                                                                                       UNITED STATES DISTRICT JUDGE