UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. LA CR 23-cr-00599-MCS-1<br><br>**ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE EXCESS PAGES AS TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (ECF No. 141)** |

The Court having considered the United States' Unopposed Ex Parte Application to File Oversized Brief in Opposition to the Defendant's Motions to Dismiss for Lack of Jurisdiction submitted herewith, hereby enters the following Order:

///

///

1  IT IS HEREBY ORDERED that the Unopposed Ex Parte Application to File
2  Oversized Brief is GRANTED. The United States may file an opposition to the
3  defendant's Motions to Dismiss for Lack of Jurisdiction not to exceed 15 pages.
4  IT IS SO ORDERED.

6  Dated: July 29, 2024

*Mark C. Scarsi*

THE HONORABLE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE