

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

1901 L Street, N.W.
Washington, D.C. 20036
+1 202-282-5000
+1 202-282-5100

**ABBE DAVID LOWELL**
Partner
202-282-5000

May 20, 2024

<u>**VIA E-MAIL**</u>

Leo J. Wise, Esq.
Derek E. Hines, Esq.
Special Assistant United States Attorneys
Office of the Special Counsel
1313 North Market Street
Wilmington, DE 19801

  **Re:**  <u>***United States v. Robert Hunter Biden***, **23-cr-00599-MCS-1 (C.D. Cal.)**</u>

Dear Counsel:

  Although not required by the rules of this Court, to assist in your preparation, Defense counsel is providing the following expert disclosure notice pursuant to Fed. R. Crim. P. 16(b)(1)(c). Defense counsel reserves the right to designate additional expert witnesses, as well as to substitute expert witnesses, in order to address the government's proffered testimony and evidence and will timely advise the government of any changes or additional disclosures. Nothing in this Notice is intended to constitute a waiver of Mr. Biden's ability to challenge or limit the scope of any of the government's expert witnesses—should you choose to designate any—prior to trial.

  1. <u>Dr. Joshua D. Lee</u>

  Dr. Lee is expected to provide, among other things, opinions and related testimony along the following lines:

  1. A description for the jury about the scope of substance use disorders.

  2. A description for the jury about how individuals with substance use disorders, especially during periods of heavy alcohol and drug use, plan for and view future obligations and how they may function in life in some ways but not others.

  3. An analysis of certain statements made by Mr. Biden in text message conversations and in his memoir, *Beautiful Things*, as to his following Dr. Lee's view of how persons with substance use disorders behave while in active addiction.



May 20, 2024
Page 2

4.  An analysis of rehabilitation, drug therapy, and other alcohol and substance use treatment programs that Mr. Biden enrolled in or attended between 2010 and 2019 as to his following Dr. Lee's view of the cycle of addiction.

5.  An analysis of the impact of substance use disorders on mental health, including the relationship between substance use disorders and depression.

Since 2005, Dr. Lee, MD, MSc, has served as a Professor of Population Health and Medicine/General Internal Medicine and Clinical Innovation at NYU's Grossman School of Medicine and Director of the ACGME-accredited Addiction Medicine Fellowship. He is a clinician–researcher focused on addiction pharmacotherapies in primary care and criminal justice populations. He has conducted multiple NIH clinical trials examining the use of naltrexone and buprenorphine opioid and alcohol treatments in community criminal justice involved adults, at release from jail, and within community primary care settings. In addition, Dr. Lee leads the NYU Langone 'Hub' of the National Institute on Drug Abuse Justice and Community Outcomes and Innovation Network. Dr. Lee's research focuses on, among other topics, medical treatments for opioid and alcohol use disorders in criminal justice populations, and addiction treatments in primary care and criminal justice settings. Dr. Lee has a BA from Princeton University, earned his MD from the University of Tennessee, did his residency training at NYU/Bellevue Hospital, Internal Medicine, and did his postdoctoral training at Weill Cornell Medicine, where he earned a fellowship in Health Service Research and Clinical Epidemiology.

Dr. Lee's qualifications as an expert as to the matters addressed herein are set forth further in his CV attached to this Notice as Exhibit A. Dr. Lee's testimony is expected to be based on his career of academic and clinical research in the field of addiction medicine, and treatment of patients for addiction and other drug, opioid, and alcohol abuse. This includes through standard academic research methods such as: (a) study of the relevant peer-reviewed academic literature; (b) clinical research trials; (c) secondary data research; and (d) medical education.

2.  <u>Thomas E. Bishop CFE, EA</u>

Mr. Bishop is expected to provide, among other things, opinions and related testimony along the following lines:

1.  The manner in which Mr. Biden's tax materials were prepared from tax year 2016 through 2019.

2.  The pattern of Mr. Biden's tax compliance prior to tax year 2016.

3.  Errors, discrepancies, and/or deductions erroneously applied in the course of preparing Mr. Biden's and/or Owasco's taxes from tax year 2016 through 2019.

4.  Income and other events that were or were not included in Mr. Biden's tax year 2016 through 2018 tax filings.



May 20, 2024
Page 3

5. Competence of accountants, tax consultants, preparers, and/or tax attorneys who prepared Mr. Biden's and/or Owasco's taxes from tax year 2016 through 2019.

6. The typical role of accountants, tax consultants, preparers, and/or tax attorneys in the preparation of an individual's and a corporation's taxes.

Mr. Bishop is a former (retired) IRS Special Agent, a Certified Fraud Examiner, an Enrolled Agent certified to practice before the IRS, and eligible to receive NYS Court appointments. Mr. Bishop focuses predominantly on tax advocacy and controversy and white-collar litigation consulting services to attorneys with clients involved in civil and criminal matters. Mr. Bishop has over 30 years of combined federal law enforcement and private sector experience and recently established his firm, Bishop, Muriel, & Weirauch, LLC. Mr. Bishop has a B.S., Accounting from Pennsylvania State University and is a graduate of the Federal Law Enforcement Training Center.

Mr. Bishop served in the Internal Revenue Service's Criminal Investigation unit for over two decades, including serving as the Assistant Special Agent in Charge of the New York field office, where he headed the IRS International Financial Fraud Task Force. Mr. Bishop's latest role in IRS Criminal Investigations division was as the Director of International Field Operations overseeing global investigations. Mr. Bishop frequently lectures and presents on federal criminal tax and white-collar investigative matters to industry organizations including the American Bar Association, New York Bar Associations, Nassau County Bar Association, Suffolk County Bar Association, New York State Society of CPAs, the Florida International Bankers Association, and the Practising Law Institute.

Mr. Bishop has been qualified to testify in, among others, the following matters:

- Trial Testimony for the Government
  - US District Court, Eastern District of NY & Southern District of NY
    - US v. Meneilly, et al
    - US v. Isernio, et al
    - US v. Friemann

- Trial Testimony for the Defense
  - US v. Wedd, et al (SDNY) – April 2017, August 2017 and November 2017
  - US v. Gyetvay (Middle District of Florida) – March 2023
  - US v. Khwaja (EDNY) – April 2023

Mr. Bishop's qualifications as an expert as to the matters addressed herein are set forth further in his CV attached to this Notice as Exhibit B. Mr. Bishop's testimony is expected to be based on his career in the tax, financial investigative, and law enforcement fields. Several cases Mr. Bishop has previously participated in are reflected in his CV (page 2).



May 20, 2024
Page 4

Sincerely,

Abbe David Lowell

cc:    Angela M. Machala, Esq.
        Lara Markarian, Esq.
        David Kolansky, Esq.

# Exhibit A

**Joshua D. Lee, MD, MSc**
Professor
New York University Grossman School of Medicine

**Contact Information**
Home address: 121 Ridgewood Rd, Kerhonkson, NY, 12446
Office address: 180 Madison Ave 17-14, New York, NY 10016
Work phone: 646.501.3552
Cell phone: 646.221.3171
Work email: joshua.lee@nyulangone.org
Personal email: jdlee72@gmail.com

**Additional Information**
Place of birth: Knoxville, TN, USA

---

## Current Appointments and Leadership Positions

**Faculty Appointment**
09/2014 Professor, Tenured (2017), Dept. Population Health and Division of General Internal Medicine and Clinical Innovation, NYU Grossman SOM, NY, New York

**Hospital Appointment**
10/2005 Attending Physician, Department of Medicine, Bellevue Hospital Center, New York, NY

**Administrative Leadership Positions**
07/2012 Departmental, Addiction Medicine Fellowship, Program Director, Dept. Medicine/DGIMCI, NYUGSOM, NY, NY
03/2020 Departmental, Section on Tobacco, Alcohol, and Drug Use, Co-Director, Dept. Population Health, NYUGSOM, NY, NY

## Education and Training

**Education**

| 1990 | Certificate | | Webb School | Knoxville, TN |
|------|-------------|--|-------------|---------------|
| 1994 | BA | Art History | Princeton University | Princeton, NJ |
| 1999 | MD | Medicine | University of Tennessee College of Medicine | Memphis, TN |
| 2005 | MSc | Clinical Epidemiology | Cornell University | New York, NY |

**Postdoctoral Training**

| 07/1999-06/2002 | Resident, Primary Care Internal Medicine, NYU SOM/Bellevue Hospital, New York, NY |
|-----------------|----------------------------------------------------------------------------------|
| 07/2002-06/2003 | Chief Resident, Primary Care Internal Medicine, NYU SOM/Bellevue Hospital, New York, NY |
| 07/2003-06/2005 | Fellow, T32 in Clinical Epidemiology and Health Service Research, Weill Cornell Graduate School in Medical Science, New York, NY |
| 07/2004-06/2005 | Research Fellow, Center for Urban Epidemiologic Studies, New York Academy of Medicine, New York, NY |

**Specialty Certification**

| 2002, 2012, 2022 | American Board of Internal Medicine Certificate #213327 |
|------------------|--------------------------------------------------------|
| 2006 | Buprenorphine DATA 2000 Waiver, DEA XL-7999759 |
| 2007 | American Society of Addiction Medicine, Certification #001168 |
| 2009, 2022 | American Board of Addiction Medicine, Certificate #001168 |
| 2023 | American Board of Preventive Medicine:Addiction Medicine, 01/01/2023 |

**Medical Licensure**

| 2001 | New York | #220463 |
|------|----------|---------|

## Previous Appointments and Leadership Positions

**Faculty Academic Appointments**

| 07/2002-06/2004 | Teaching Assistant, Department of Medicine, NYU SOM, New York, NY |
|-----------------|------------------------------------------------------------------|

1

| 07/2003-06/2005 | Instructor in Medicine, Weill Cornell Medical College, New York, NY |
| 07/2005-09/2007 | Instructor, Department of Medicine, NYU SOM, New York, NY |
| 09/2007-09/2014 | Assistant Professor, Department of Medicine, DGIM, NYU SOM, New York, NY |
| 09/2012-09/2014 | Assistant Professor, Department of Population Health, NYU SOM, New York, NY |
| 09/2014-02/2021 | Associate Professor, Department of Population Health, NYU Grossman SOM, New York, NY |
| 02/2021- | Professor, Department of Population Health, NYU Grossman SOM, New York, NY |

**Hospital Appointments**

| 07/2003-06/2005 | Assistant Attending Physician, Medicine, New York-Presbyterian Hospital, New York, NY |
| 10/2005-06/2012 | Attending Physician, Dept. Medicine, NYU Medical Center, New York, NY |

## <u>Awards, Honors, and Memberships in Honorary Societies</u>
**Internal**

| 06/2007 | NYU Department of Medicine, Award for Excellence in Research |
| 07/2008 | NYU Department of Medicine, Top Research Paper, July 2008 |
| 02/2009 | NYU Department of Medicine, Top Research Paper, Feb 2009 |
| 06/2010 | NYU Department of Medicine, Michael Saperstein Medical Scholar |
| 12/2015 | NYU School of Medicine, Dean's List (Research Incentive Program) |
| 12/2016 | NYU School of Medicine, Dean's List (Research Incentive Program) |
| 09/2017 | NYU School of Medicine, Award of Tenure |
| 11/2019 | NYU School of Medicine, Large Award Bonus Program |
| 07/2022 | NYU Grossman SOM, Large Award Bonus Program |

**External**

| 06/1994 | Princeton University, Dept. Art and Archeology, The Irma S. Seitz Prize in the Field of Modern Art |
| 07/1996 | Univ. Tennessee College of Medicine, NIH Summer Research Award |
| 11/2006 | Association of Medical Education and Research on Substance Abuse (AMERSA), Abstract Semi-Finalist, 2006 National Meeting, Washington DC |
| 04/2007 | Society of General Internal Medicine (SGIM), Finalist, Milton W. Hamolsky Junior Faculty Award, 2007 National Meeting, Toronto, ON |
| 04/2007 | Society of General Internal Medicine (SGIM), Outstanding Abstract, Interactive Resources in Medical Education, 2007 National Meeting, Toronto, ON |
| 11/2007 | Association of Medical Education and Research on Substance Abuse (AMERSA), Best Abstract, 2007 National Meeting, Washington DC |
| 11/2011 | NIDA-ISAM 2011 Travel Fellowships for Young Investigators |
| 11/2013 | Association of Medical Education and Research on Substance Abuse (AMERSA), Abstract Semi-Finalist, 2013 National Meeting, Washington DC |
| 06/2013 | National Judicial College | Distinguished Faculty |
| 07/2017 | Clinical Research Forum, Top Ten Clinical Research, Achievement Awards (LeeJD et al, NEJM 2016;PMID:27028913) |
| 07/2018 | Clinical Research Forum, Nominated, 2018 Top Ten Clinical Research Achievement Award (LeeJD et al, The Lancet 2017, PMID:29150198) |

## Research Activities

Major Research Interests include:
1. Opioid and alcohol use disorder pharmacotherapies
2. Addiction treatments in primary care and criminal justice settings

Work in both of these areas as led to wider adoption of simplified approaches to buprenorphine and naltrexone therpies.

## Grant History

### Grants and Clinical Trials

#### Current

| Agency | Role | FTE % | Project Title | NCE | Type | Grant # | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Total Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYS OASAS | PI/PD | 20% | Multidisciplinary Addiction Training Program | N | Contract | | 7/01/23 | 6/30/25 | 1,100,000 | 90,000 | 1,200,000 | 2,200,000 | 180,000 | 2,400,000 |
| HRSA | PI/PD | 10% | Addiction Medicine Fellowship | N | T25 | 1T25 HP37 605-0100 | 7/01/20 | 6/30/25 | | $600,000 | | | | $3,000,000 |
| NIDA | PI | 40% | Long-acting buprenorphine vs. naltrexone opioid treatments in CJS-involved adults | N | U01 | U01D A047 982-01 | 8/1/19 | 4/30/24 | | | | 13,867,400 | 3,894,274 | 17,761,674 |
| NIDA | PI | 20% | Impact of Jail-Based Methadone on Overdose, Recidivism, HIV and Health Outcomes, and Costs in New York City, 2011-2017 | Y | R01 | R01D A045 042-01A1 | 7/1/18 | 6/30/23 | $585,483 | $134,869 | $720,353 | 2,929,021 | 674,716 | 3,603,737 |
| NIDDK | MPI3 | 10% | Pain, Opioids, and ESRD Risk Reduction with Mindfulness and Buprenorphine (POEM-B): A 3-Arm Mulit-site Randomized Trial in HEIodialysis Patients | N | U01 | 1U01 DK12 3814-01 | 9/24/19 | 5/31/24 | | | | 1,702,682 | 1,180,569 | 2,883,251 |
| NIDA | Co-I | 10% | CHASE: An Innovative County-Level Public Health Response to the Opioid Epidemic in New York State | Y | UM1 | UM1 DA04 9415-01 | 4/17/19 | 3/31/23 | | | | 17,896,523 | 4,614,321 | 22,510,844 |
| NIDA | Co-I | IK | Effectiveness of the Consult for Addiction Treatment and Care in Hospitals (CATCH) model for engaging patients in opioid use disorder treatment: Pragmatic trial in a large municipal hospital system | N | R01 | R01D A045 669 | 3/15/18 | 12/31/21 | $515,633 | $165,665 | $681,298 | 2,009,142 | 742,091 | 2,751,233 |
| NIDA | Co-I | 5% | Clinical Trials Network: Greater New York Node | N | U10 | U10D A013 035 | 9/1/15 | 8/31/20 | | | | 59,467 | 172,101 | 587,366 |

#### Pending

None

#### Past

| Funding Agency | Role | Effort % | Project Title | Award Type | Grant # | Project ID | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Total Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIAAA | Co-I | 2% | TOPIRAMATE AS A TREATMENT FOR CO-OCCURRING AUD AND PTSD | N | P01 | 5P01AA027057-02 | 9/1/19 | 8/31/20 | $295,821 | $205,596 | $501,417 | $ 295,821.00 | $ 205,596.00 | $ 501,417.00 |
| NIDA | Co-I | IK | Effectiveness of the Consult for Addiction Treatment and Care in Hospitals (CATCH) model for engaging patients in opioid use disorder treatment: Pragmatic trial in a large municipal hospital system | N | R01 | R01DA045669 | | 3/15/18 | 12/31/21 | $515,633 | $165,665 | $681,298 | $ 2,009,142.00 | $ 742,091.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NIDA | Co-I | 20% | Hurricane Sandy Administrative Supplement Clinical Trials Network: Greater New York Node, CTN-0051 XR-Naltrexone vs. Buprenorphine Opioid Treatment (X:BOT) | U10/UG1 | UG1DA013035 | 15-A3-00-003671 | 9/1/15 | 5/31/20 | $ 8,920,226.00 | $ 2,137,000.00 | $ 11,057,226.00 |
| NIDA | Co-I | 20% | Clinical Trials Network: Greater New York Node, CTN-0058 Prescription Opioid Addiction Treatment Study (POATS) | U10 | U10DA013035 | 15-A3-00-003671 | 9/1/15 | 5/31/16 | $ 15,460,770.00 | $ 3,825,349.00 | $ 19,286,127.00 |
| NIDA | Co-I | 2% | Buprenorphine Maintenance for Opioid Addicted Persons in Jail and Post-Release | R21 | R21DA020583 | 4/1/06 | 3/31/08 | | | | $ 375,650.00 |
| NIDA | Co-I | 15% | Substance Abuse Research Education and Training (SARET) | R25 | R25DA022461-01A3 | 9/1/07 | 5/13/12 | | | | $ 1,840,117.00 |
| Univ. Pennsylvania Substance Abuse, Dana Foundation | PI | 5% | Depot Naltrexone Treatment of Opioid-Dependent Parolees an open label feasibility | Foundation | N/A | 08-0768 | 8/1/06 | 8/1/08 | $ 20,000.00 | | $ 20,000.00 |
| Alkermes, Inc | PI | 10% | Extended-Release Naltrexone for Opioid Relapse Prevention of Release from Jail | Industry | ALK9S5-LEE17 | 9/1/13 | 08/31/2015 | $ 60,000.00 | | $ 60,000.00 |
| NYU Center of Excellence Seed Grant | PI | 5K | Extended-Release Naltrexone for Opioid Relapse Prevention at Release from Jail | NYU | N/A | 4/7/09 | 4/6/10 | $ 25,000.00 | | $ 25,000.00 |
| NYU Dept. Medicine Michael Supervisin Scholar | PI | 5K | Extended-Release Naltrexone for Opioid Relapse Prevention at Release from Jail | NYU | N/A | 6/8/10 | 6/7/11 | $ 25,000.00 | | $ 25,000.00 |
| HRSA | Co-I | 10% | Academic Administrative Units in Primary Care | AHRQ | D54HP05446 | 9/1/05 | 8/31/08 | $ 1,034,867.00 | | $ 1,034,867.00 |
| Addiction Medicine Foundation | Mentor | 5K | Next Generation Fellowship in Addiction Medicine | Foundation | N/A | 16-A3-00-003715 | 7/1/16 | 6/31/2017 | $ 25,000.00 | | $ 25,000.00 |
| Research Foundation City University of New York | Director | 5K | Fellowship in Addiction Medicine | City of New York, SelfControl | N/A | 16-A3-00-003714 | 7/1/16 | 06/31/2019 | $ 96,126.00 | | $ 96,126.00 |
| NYU CTSI Seed Funding | PI | 5K | XR-Buprenorphine Pilot Proof of Concept RCT | NYU | N/A | 7/1/18 | 06/31/2019 | $ 25,000.00 | | $ 25,000.00 |
| Friends Research Institute Subaward, Indivior | Site PI | 10% | Buprenorphine Diversion in the Criminal Justice System Survey of Recently-Released Inmates | N | Industry | | 12/01/2018 | 10/31/2019 | $ 71,474.00 | $ 21,442.00 | $ 92,916.00 |

## Clinical Activity

I am a primary care internist and addiction medicine specialist who has treated underserved and correctional populations in NYC since internship at Bellevue/NYU in 1999. I served as a NYC jail per diem medical provider in NYC H+H's Correctional Health Service from 2002-2019. I co-founded the Addiction Medicine specialty clinic in Adult Primary Care at Bellevue Hospital Center, which has been a clinical model and leading center of office-based opioid and alcohol treatment in NYC H+H since 2006. I founded the Addiction Medicine Fellowship at NYUGSOM in 2011, now training three Fellows annually.

## Education Activity
### Teaching Activities

| | |
|---|---|
| 7/2002-6/2005 | Medical resident clinic, clinician educator, medical residents, Dept. of Medicine, Gouverneur DTC, 4 hours per week, 2002-2003; 2 hours per month, 2003-2005 |
| 7/2002-6/2007 | CDC-funded CME 1-day workshop on primary care responses to bioterrorism and disaster, Faculty Facilitator, Psychosocial Aspects of Bioterrorism, NYU School of Medicine (2005, 2003), SGIM National Meeting, Vancouver, BC (2003), Albany (2004), Rochester (2004), Troy, NY (2005), and West Palm Beach, FL (2007) |
| 7/2002-6/2005 | Seminar Leader, Patient and Society, medical students (MS1), NYU SOM, 40 hours |
| 7/2002-6/2003 | Section Instructor, Physical Diagnosis, medical students (MS1), NYU SOM, 10 hours |
| 7/2004-6/2008 | Annual Lecturer, Primary Care Residency Health Policy Seminar, medical residents (PGY3), 2 hours |
| 7/2006-6/2008 | Lecturer, Patient and Society, Alcohol Screening and Brief Intervention, MS1, NYU SOM, 2 hours |
| 7/2011- | Program Director, Fellowship in Addiction Medicine, DGIM and Dept. of Population Health, NYU SOM |
| 02/2015 | Lecturer, Addiction Fellowship Seminar, Addiction Medicine and Psychiatry Fellows, NYU SOM |
| 02/2015 | Lecturer, Bioethics Seminar, MS1-2, NYU SOM |
| 10/2016- | Certified Trainer and Lecturer, PCSS Buprenorphine 'Half-and-Half' X-waiver training of all PGY1-2 Internal Medicine and Primary Care residents, NYU, Annual, 20 hours (multiple sessions) |
| 10/2016- | Lecturer, Update on Addiction Medicine, Internal Medicine PGY3s, NYU SOM, 1 hour |

## Curriculum development and other innovative educational activities

| | |
|---|---|
| 05/2014 | Invited Webinar, "Extended-Release Naltrexone: Practical Consideration," ASAM-AAAP Physician Clinical Support System – Medication Assisted Treatment, Mentor Training. |
| 11/2015 | Invited National Faculty (Video Production), National Association of Drug Court Professionals, Medication Assisted Treatment |
| 03/2016 | SAMHSA/CSAT Provider Clinical Support System For Medication Assisted Therapy (PCSS-MAT) National Webinar, "Medication Assisted Treatment and the Criminal Justice System" |

## Invited Talks and Teaching of Peers
### Internal- Sponsored by NYU Langone Health

| | |
|---|---|
| 03/2008 | Invited Lecture, Grand Rounds, "Drug and Alcohol Problems in Criminal Justice Settings," NYU SOM/Bellevue Hospital Center Division of Alcohol and Drug Abuse, New York, NY. |
| 07/2008 | Invited Lecture, Grand Rounds, "Addiction Treatment Research at Bellevue: Buprenorphine and Naloxone," Bellevue Hospital Center Division of Virology, New York, NY. |
| 04/2009 | Invited Lecturer, NYU SOM Alumni Day, "Addiction Interventions in Primary Care and Criminal Justice Settings," NYU SOM, New York, NY. |
| 11/2009 | Invited Lecturer, Advances in Addiction Research and Practice Symposium (ARDIS), "Addiction Treatment in Primary Care and Criminal Justice Settings," NYU SOM, New York, NY. |
| 01/2010 | Invited Lecture, Grand Rounds, NYU Division of General Internal Medicine, "Primary Care Addiction Treatment and Research," NYU/Bellevue Hospital Center, New York, NY. |

| 08/2010 | Invited Lecturer, "Addiction Pharmacotherapies in Criminal Justice Settings," Translational Research in Progress, NYU SOM, New York, NY. |
| 03/2016 | Invited Lecturer, Grand Rounds, "Opioid Disorders and Criminal Justice: Policy, Research and Treatment Trends," NYU SOM, New York, NY. |
| 10/2016 | Seminar, "Update on Addiction Treatment," Disorders of the Nervous System, Neuroscience Doctoral Students, NYU Neuroscience Institute, New York, NY |
| 02/2019 | Invited Lecturer, Grand Rounds, "The X:BOT Trial and Updates in Medication for Opioid Use Disorders," Department of Psychiatry, NYU SOM, New York, NY. |
| 07/2020 | Research Spotlight, Faculty Meeting, Department of Population Health, NYU SOM, New York, NY |

**Internal-Sponsored by all other NYU Schools**

| 04/2017 | Invited Lecturer, "Low Threshold Treatment of OUD for Primary Care and CJS Populations," NYU Center for Drug Use and HIV Research, NYU School of Nursing, New York, NY. |
| 03/2018 | Invited Lecturer, "Opioid Pharmacotherapies," NYU Center for Drug Use and HIV Research 20th Anniversary Symposium, NYU School of Nursing, New York, NY |

**External to NYU Langone Health and all other NYU Schools**

| 3/2007, 8/2007 | Invited Lecturer, "Buprenorphine in the Safety Net Environment." NYC H+H, Cicatelli Associates, NY, NY; Kings County Hospital Department of Medicine, Brooklyn, NY. |
| 11/2007 | Invited Lecture, Grand Rounds, "Alcohol Screening and Treatment," Gouverneur DTC Department of Medicine, New York, NY |
| 01/2010 | Invited Lecture, Grand Rounds, "Opioid Pharmacotherapy: Review and Update," Mental Health Grand Rounds, Prison Health Service, DOHMH Correctional Health Services, NYC Dept. Corrections, Queens, NY |
| 03/2010 | Panelist, Fortune Society and John Jay College of Criminal Justice, Harlem Community Justice Center, 2010 Harlem Reentry & Public Safety Forum. The Fortune Society, New York, NY |
| 04/2010 | Invited Symposium Paper, American Society of Addiction Medicine 41st Annual medical-Scientific Conference, "The Multiple Seen and Unseen: Criminal Justice System to Addiction Services," National Institute of Drug Abuse, American Society of Addiction Medicine, San Francisco, CA. |
| 11/2010 | Invited Lecturer, "Emerging Opioid Pharmacotherapies," NY Drug Courts Annual Conference, Kingsboro CC, Brooklyn, NY |
| 12/2010 | Invited Plenary, American Association Addiction Psychiatry National Meeting, "Medical Update: Alcoholic Pancreatitis: Treatment and Prevention," Boca Raton, FL. |
| 02/2011 | Invited Plenary, New York Society of Addiction Medicine, 7th Annual Conference, "Extended-Release Naltrexone Clinical Trials," New York, NY. |
| 03/2011 | Invited Lecture, Grand Rounds, "Addiction Pharmacotherapies in General Care Settings: Current Evidence," Dept. Psychiatry, Maine Medical Center, Portland, ME. |
| 06/2011 | Invited Testimony, "Model Programs for Treating Opioid Dependent Offenders," Boston State Assembly, Boston, MA. |
| 08/2011 | Invited Plenary, "Opioid Dependence and Treatment," American Correctional Association, Orlando, FL. |
| 10/2011 | Invited Plenary, "Addiction Pharmacotherapies," National Judicial Training - Georgia Judicial Leaders Symposium, Atlanta, GA. |
| 03/2012 | Invited Plenary, "Addiction Pharmacotherapies and Criminal Justice Populations," International Community Corrections Association, Reno, NV. |
| 10/2012 | Invited Lecture, "Opioid Addiction in the Criminal Justice System," 2012 California Summit on Opioid Dependence: New Approaches, Treatment Options and Recovery," National Council on Alcoholism and Drug Dependence, Los Angeles, CA. |
| 09/2013 | Invited Lecture and Faculty, "Addiction Treatment Systems," "Brief Interventions and Motivational Interviewing for Alcohol," Physicians Addiction Training Program, R. Brinkley Smithers Foundation, Lenox Hill Hospital, New York, NY. |
| 09/2013 | Invited Plenary and Panelist, "Opioid Pharmacotherapies and Criminal Justice Populations," Northeast Drug Court Professionals Annual Meeting, Boston, MA. |
| 10/2013 | Invited Lecture and Panelist, "Making the Invisible Visible," St. Lukes-Roosevelt Conference on Incarceration and Health, New York, NY. |
| 10/2013 | Invited Lecturer, "Opioid Pharmacotherapies," Nebraska Judicial Leaders Symposium, Omaha, NE. |
| 11/2013 | Chair and Invited Lecturer, National Conference Pre-course, "Opioid Medication Assisted Therapies," American Association for the Treatment of Opioid Dependence, Philadelphia, PA. |
| 02/2014 | Invited Lecturer, "Jail and Prison Healthcare," Conference Public Health, Brooklyn College, New York, NY. |
| 3-5/2014 | Invited Lecturer, "Opioid Pharmacotherapies in CJS," National Judicial Training – National Justice College, Reno, NV; Boise, ID. |
| 11/2014 | Invited Lecture, "Enhancing Court Efficacy Through Emerging Addiction Science: A Systems Change Approach," National Association of Drug Court Professionals, Concord, NH. |

| | |
|---|---|
| 06/2015 | Invited Speaker and Panelist, "Medication Assisted Treatments and CJS Settings," Opioid Roundtable, US Bureau of Prisons, Washington DC. |
| 07/2015 | Invited Lecturer, US Congressional Briefing (Rep. Chakka (D-PA), sponsor), American Association for the Advancement of Science (AAAS, sponsor), Capital Hill, Washington DC. |
| 09/2015 | Invited Lecturer, "Enhancing Court Efficacy Through Emerging Addiction Science: A Systems Change Approach," Louisiana Justice Leaders Symposium, Lafayette, LA. |
| 09/2015 | Invited Workshop, "XR-Naltrexone in CJS," New England Association of Drug Court Professionals, Marlborough, MA. |
| 10/2015 | Invited Plenary, "Re-entry Addiction Treatments," American College of Correctional Physicians, Inaugural Annual Meeting, Dallas, TX. |
| 10/2015 | Invited Workshop, "Medication Treatments of OUD in CJS," New Jersey Association of Mental Health and Addiction Agencies (NJAMHAA) Fall Behavioral Healthcare Meeting, Mercerville, NJ. |
| 10/2015 | Invited Plenary, "Opioid Pharmacotherapies," Utah State Drug Court Conference, Midway, UT. |
| 11/2015 | Invited Lecture and Panelist, "Clinical Trials in CJS Settings,' NIDA Workshop on Stimulant Clinical Trials, Bethesda, MD. |
| 03/2016 | Invited Lecture, "Addiction Neurobiology and Treatments," Manhattan Veterans Treatment Court, New York, NY. |
| 03/2016 | Invited Lecture, "Addiction Pharmacotherapies," National Coordinator Training, National Drug Court Institute, Reno, NV. |
| 03/2016 | Invited Lecture, Research Seminar, "Opioid Disorders and Criminal Justice," Research Seminar in Public Health, Columbia School of Public Health, New York, NY. |
| 04/2016 | Invited Lecture, "Addiction Clinical Treatments and Re-entry," SAMHSA Re-Entry Institute Annual Conference, Chicago, IL. |
| 06/2016 | Invited Plenary, "Medication Assisted Treatment and Criminal Justice," National Association of Drug Court Professionals, National Veterans Treatment Court Professionals, Annual Conference, Anaheim, CA. |
| 03/2016 | Invited Lecture, "Opioid Disorders and Criminal Justice: Policy, Research and Treatment Trends," Kirby State/Manhattan State Psychiatric Center Grand Rounds, New York, NY. |
| 08/2016 | Invited Workshop, "Opioid Treatment Approaches," New York Southern Tier Drug Court Professionals, Binghamton, NY. |
| 08/2016 | Invited Plenary, "Science of Opioid Addiction in the Criminal Justice Population," Regional Judicial Opioid Initiative, Supreme Court of Ohio, Cincinnati, OH. |
| 12/2016 | Invited Faculty, "Addiction Treatment Neuroscience," Justice Leaders Symposium, Orlando, FL. |
| 12/2016 | Invited Faculty, "Opioid Pharmacotherapies Science and Effectiveness," National Judicial College Symposium, Reno, NV. |
| 01/2017 | Invited Lecturer, "Low Barrier Opioid Treatments in Primary Care," Greater New York Hospital Association, New York, NY. |
| 02/2017 | Invited Lecturer, "Office Based Buprenorphine Treatment," NYC H+H Ambulatory Care all hands retreat, New York, NY. |
| 09/2017 | Grand Rounds, "Opioid Pharmacotherapies and Treatments,"  Department of Orthopedics, Emory University School of Medicine, Atlanta, GA. |
| 05/2018 | Invited Plenary, "Opioid Clinical Trials in CJS," Community Courts and Public Safety National Conference, Birmingham, AL. |
| 10/2018 | Invited Lecturer, "Low Threshold Opioid Treatments," Frontiers in Medicine Series, Mt. Sinai School of Medicine, New York, NY. |
| 10/2018 | Invited Plenary, "Opioid Pharmacotherapies in CJS and Primary Care," Opioid Epidemic Research Summit, Medical University of South Carolina, Charleston, SC. |
| 03/2019 | Invited Plenary, "Opioid Pharmacotherapies in CJS and Primary Care," Opioid Court National Roundtable, Center for Court Innovation, New York, NY. |
| 04/2019 | Invited Plenary, "Extended-Release Naltrexone in CJS," Tuerek Annual Conference of the Maryland National Council on Alcoholism and Drug Dependence, Baltimore, MD. |
| 04/2019 | Invited Lecturer, "Buprenorphine Home Induction in Primary Care," NYC Health+Hospitals Buprenorphine ECHO, New York, NY. |
| 05/2019 | Invited Panelist, "Extended-Release Naltrexone," Physician Assistant Association National Conference, PA Student Forum, Denver, CO |
| 06/2019 | Invited Research Seminar, "X:BOT and XR-NTX Medical Management," Dartmouth/NIDA CTN Northeast Node, Hannover, NH |
| 10/2019 | Invited Press Conference, International Associate of Correspondents, New York, NY. |
| 10/2019 | Invited Plenary, "JCOIN and XR-Buprenorphine," Dartmouth/NIDA CTN Northeast Node Annual Meeting Dartmouth College, Hannover, NH. |
| 11/2019 | Invited Lecture, "X:BOT and XR-Naltrexone," Montefiore Project ECHO, New York, NY |
| 05/2020 | Invited National Webinar, "Opioid and Alcohol Pharmacotherapies: the biomedical approach," National Judicial College, Reno, NV |

| 10/2020 | Invited National Webinar, "Medications for OUD in Criminal Justice Systems," Provider Clinical Support System (PCSS), American Psychiatric Association. |
| 01/2022 | Touro College, School of Osteopathic Medicine, "Opioid Use Disorders: treatment and clinical research." |
| 02/2022 | George Washington U. Center for Criminal Justice and Health, "Updates on CJS-OUD treatment and research" |

## Mentoring and Advising
### Predoctoral Students supervised and/or mentored

| 07/2008-06/2009 | Judd Fastenberg, NYU Dept. of Population Health, SARET (Substance Abuse Research and Education Training) Program Pre-med |
| 06/2007-08/2008 | Benjamin Niver, NYU Dept. of Population Health, SARET MS1 |
| 06/2009-08/2008 | Nicole Rosendale, NYU Dept. of Population Health, SARET MS1 |
| 06/2010-08/208 | Valerie Singleton, NYU Dept. of Population Health, SARET SW Masters Candidate |
| 06/2011-08/2008 | Dylan Brock*, NYU Dept. of Population Health, SARET MS1 |
| 06/2013-08/2008 | Emily Buirkle, NYU Dept. of Population Health, SARET MS1 |
| 06/2013-06/2014 | Michelle Perna, NYU Dept. of Population Health, SARET Dental Student |
| 06/2016-07/2017 | Melissa Velasquez*, NYU Dept. of Population Health, SARET MS1-2 |
| 06/2017-06/2019 | Ryan Badolato*, NYU Dept. of Population Health, SARET MS1 and MS4 Research Elective |
| 07/2017-06/2019 | Alexandria Vittitow*, NYU Dept. of Population Health, Research Volunteer and Pre-Med |
| 07/2018-08/2019 | Mike Barry, NYU Dept. of Population Health, Research Volunteer and Pre-Med |
| 06/2019-08/2019 | Sally Martier, NYU Dept. of Population Health, SARET SW Masters Candidate |

### Postdoctoral Students supervised and/or mentored

| 07/2006-06/2007 | Marshall Fordyce MD*, NYU Dept. Medicine, PGY3 |
| 07/2006-06/2007 | Maria Raven MD*, NYU DGIM and EM, Fellow, Advisor |
| 07/2010-06/2012 | Babak Tofighi MD*, Lenox Hill Hospital, PGY2-3, Advisor |
| 07/2012-06/2014 | Babak Tofighi MD*, Addiction Medicine Fellow, Mentor |
| 07/2013-06/2014 | Elenore Patterson MD*, Addiction Medicine Fellow, Mentor |
| 07/2014-06/2016 | Andrea Kermack MD*, Addiction Medicine Fellow, Mentor |
| 07/2016-06/2018 | Daniel Schatz MD*, Addiction Medicine Fellow/ Masters Comparative Effectiveness, Mentor |
| 07/2018-06/2019 | Juliet Caldwell MD, Addiction Medicine Fellow, Mentor |
| 07/2019-06/2021 | Kumar Vasudevan MD, Addiction Medicine Fellow/ Masters Comparative Effectiveness, Mentor |
| 07/2020-06/2021 | James Zhou MD, Addiction Medicine Fellow |
| 07/2020-06/2021 | Diana Lee MD, Addiction Medicine Fellow |
| 07/2022-06/2024 | Eric Kutscher MD, NYU Addiction Medicine Fellow/ MSCI Research Mentor |

### Faculty mentored

| 07/2015- | Ryan McCormack MD, Assistant Professor, Emergency Medicine, NIAAA K23 Co-Mentor |
| 07/2016- | Babak Tofighi MD MS*, Assistant Professor, Population Health, NIDA K23 Primary Mentor |
| 09/2018- | Joey Palamar PhD, Associate Professor, Faculty Development Committee, Chair |
| 04/2019-06/2020 | Justin Feldman PhD, Instructor, Population Health, K-01 Application, Co-Mentor |
| 10/2019- | Noa Krawczyk PhD, Assistant Professor, Faculty Development Committe, Member |

## Institutional, Local/National Service and Related Activity
### Institutional Service

| 10/2005-07/2018 | Hospital, Attending Physician, Inpatient Emergency Detoxification Unit, Bellevue Hospital Center |
| 10/2005- | Hospital, Attending Physician, Ambulatory Care, Bellevue Hospital Center |
| 7/2011-06/2013 | Hospital, Attending Physician, Addiction Medicine, Internal Medicine Associates, NYUMC |
| 3/2020-4/2020 | COVID Army, Attending Physician, 14 East, Tisch Hospital, NYULH |

### Professional Service
#### Professional Service for Professional Organizations

| 11/2002-06/2005 | Executive Committee member, Weill Medical College of Cornell University, Rogers Health Policy Colloquium |
| 10/2004-06/2007 | Member, New York City Department of Corrections, Working Group on Benefits Continuity |
| 10/2005-06/2007 | Member, Public Health Association of New York City, Public Safety Committee |
| 10/2006-06/2010 | Hospital Wellness Committee member, Bellevue Hospital Center |

### Peer Review Groups, Grant Application Review Groups, and Study Sections

| 04/2009-03/2012 | Annual Review Committee member, NYU Center of Excellence Seed Grant Awards |
| 04/2011 | Reviewer, NIDA NO1DA 11-1147, Physician Outreach and Education on Prescription Drug Abuse |
| 09/2011 | Reviewer, OSR/NIGM Minority Biomedical Research Support |

| | |
|---|---|
| 03/2012 | Reviewer, NIDA ZDA1 NXR-B (13), Phased Services Research Studies of Drug Use Prevention, Addiction, Treatment and HIV |
| 02/2012 | Reviewer, State of Pennsylvania, Department of Health, ad hoc review Pennsylvania Interim Performance Review, Addiction Health Service Research |
| 06/2013 | Reviewer, NIH/NIAAA AA-3, Clinical, Treatment and Health Services Research Review |
| 07/2013 | Reviewer, NIH/NIAAA 2014/01 ZAA1 DD (03) 1, NIAAA Member Conflict Applications - Epidemiology and Clinical studies |
| 11/2013 | Reviewer, NIH/NIDA 2014/05 ZDA1 NXR-B (11), DA-14-012 Co-morbid HIV, Chronic Pain, and Substance Abuse Among Older Adults (R21) |
| 01/2014 | Reviewer, State of Pennsylvania, Department of Health, PA Final Performance Review - 13-14 Cycle B |
| 02/2014 | Reviewer, NIH/NIAAA 2014/10 ZAA1 DD (03) 1, Clinical, Treatment and Health Services Research, Members Conflict Special Emphasis Panel. |
| 03/2014 | Reviewer, NIH 2015/01 ZRG1 RPIA-W (02) S, Risk, Prevention and Interventions (RPIA) for Addictions. |
| 04/2014 | Reviewer, NIH SRG 2015/01 Risk, Prevention and Interventions (RPIA) for Addictions Study Section. |
| 05/2015 | Reviewer, NIH SRG 2015/10, Risk, Prevention and Intervention (RPIA) for Addictions Study Section. |
| 02/2016 | Reviewer, NIH/NIAAA ZAA1 DD (02), Clinical, Treatment and Health Services Research, Members Conflict Special Emphasis Panel. |
| 04/2016 | Reviewer, NIH/NIDA Risk, Prevention and Health Behavior IRG, Special Emphasis Panel. |
| 07/2016 | Reviewer, 2016/10 ZDA1 HXO-H (14) R, Services Planning Research in the Appalachian Region to Address Adverse Health Consequences Associated with Increased Opioid Injection Drug Use (R03) |
| 09/2016 | Reviewer, 2016/10 ZRG1 RPHB-V (02) M, Interventions and Mechanisms for Addictions |
| 03/2017 | Invited Member and Reviewer, Medication Assisted Treatment Promising Practices Guidelines Round Table, National Institute of Corrections, Department of Justice. |
| 09/2017 | Invited Reviewer, SAMHSA Treatment Improvement Protocol, Medications for Opioid Use Disorders. |
| 10/2017 | NIDA Special Emphasis Panel ZDA1 HXO-H (17), Hepatitis C Virus (HCV) Advanced Molecular Detection in Support of Systems for Prevention, Treatment and Control of HIV, HCV and Related Comorbidities in Rural Communities Affected by Opioid Injection Drug Epidemics |
| 10/2017 | Reviewer, NIH ZGM1 RCB-C(C1), P20 Centers of Biomedical Research Excellence |
| 10/2019 | Reviewer, NIH/NIDA BDCN-W(90) Special Emphasis Study Section |

## Advisory Boards and Consultant Positions

| | |
|---|---|
| 10/2010-06/2015 | Community Treatment Representative, NIDA Clinical Trials Network, Greater NY Node |
| 10/2012- | Medical Expert, NYS Office of Medical Conduct |
| 06/2012- | Member, New York State Office of Alcoholism and Substance Abuse Services, Commissioner's Medical Advisory Committee |
| 06/2015-06/2016 | Co-Chair of NIDA Clinical Trials Network Opioid Task Force and Steering Committee Panel |
| 05/2016 | Chair, SAMHSA/CSAT Clinical Advances in Non-Agonist Therapies Meeting and Report, Rockville, MD |
| 01/2017-06/2018 | Expert Witness, State Attorney Generals, Opioid Litigation |
| 08/2019- | Steering Committee Member, Justice and Community Opioid Innovation Network |
| 08/2019- | Co-Chair, Justice and Community Opioid Innovation Network, Medications for Opioid Use Disorder Working Group |
| 03/2020- | Science Advisor, Oar Health LLC |

## Organizing Roles in Scientific Meetings

| | |
|---|---|
| 04/2012- | Member, Program Committee, Medical-Scientific Annual Meeting, American Society of Addiction Medicine |
| 03/2013-04/2017 | Board of Directors and Research Co-Chair, Academic Consortium for Criminal Justice Health (ACCJH) |

## Editorial and Journal Positions

| | |
|---|---|
| 07/2005- | Ad hoc reviewer, Substance Abuse |
| 07/2005 | Ad hoc reviewer, Health Education Research |
| 10/2006- | Ad hoc reviewer, Addiction |
| 11/2006 | Ad hoc reviewer, AIDS Reader |
| 12/2006- | Ad hoc reviewer, Journal of Urban Health |
| 11/2007- | Ad hoc reviewer, Journal of General Internal Medicine |
| 07/2007- | Ad hoc reviewer, Annals of Internal Medicine |
| 06/2010- | Ad hoc reviewer, Drug and Alcohol Dependence |
| 07/2011- | Member, Editorial Board, Addiction Science & Clinical Practice |
| 08/2011- | Member, Editorial board, Journal of Substance Abuse Treatment |
| 06/2012- | Ad hoc reviewer, Journal of Addiction Medicine |
| 04/2013- | Member, Editorial Board, Substance Use and Misuse |
| 11/2014- | Ad hoc reviewer, Journal of Contemporary Clinical Trials |

06/2015-        Ad hoc reviewer, American Journal of Addiction
10/2017        Ad hoc reviewer, The Lancet HIV
09/2017        Ad hoc reviewer, American Journal of Drug and Alcohol Abuse
08/2019        Ad hoc reviewer, New England Journal of Medicine
03/2019-        Ad hoc reviewer, The Lancet

**Community Service, Volunteer Activities, and Teaching of Patients**
2008-2012        Board of Directors, Alcoholism Council of New York, New York, NY
2011-2012        Secretary of the Board, Alcoholism Council of New York, New York, NY

**Military Service**
None

### Bibliography
**Publications**
**Peer-reviewed publications**

1. **Lee JD**, Vlahov D, Freudenberg N. Factors Associated with Primary Care Utilization and Health Insurance Among Women Released from Jail. *J Health Care Poor Underserved* 17(1);2006:200-217.PMID:16520527

2. Mann D, **Lee J**, Liao Y, Natarajan S.  Independent effect and population impact of obesity on fatal coronary heart disease in adults. *Prev Med* 42(1);2006:66-72.PMID:16297443

3. **Lee JD**, Triola M, Gillespie C, Gourevitch MN, Truncali A, Hanley K, Zabar S, Kalet A. Working with patients with alcohol problems: a controlled trial of the impact of a rich media web module on medical student performance. *J Gen Intern Med* 23(7);2008:1006-1009.PMID:18612733

4. Magura S, **Lee JD**, Hershberger J, Joseph H, Marsch L, Shropshire C, Rosenblum A. Buprenorphine Maintenance in Jail and Post-Release: A Randomized Clinical Trial. *Drug Alcohol Depend* 99(1-3);2009:222-230.PMID:18930603

5. **Lee JD**, Grossman E, Dirocco D, Gourevitch MN. Home Buprenorphine Induction in Urban Primary Care. *J Gen Intern Med* 24(2);2009:226-32.PMID:19089508

6. Raven MC, Carrier ER, **Lee JD**, Billings JC, Marr M, Gourevitch MN. Substance Use Treatment Barriers For Patients with Frequent Hospital Admissions. *J Subst Abus Treat* 38(1);2009:22-30.PMID:19540700

7. **Lee JD**, Grossman E, DiRocco D, Truncali A, Hanley K, Stevens D, Rotrosen J, Gourevitch MN. Extended-Release Naltrexone for Treatment of Alcohol Dependence in Primary Care. *J Subst Abus Treat* 39(1);2010:14-21.PMID:20363090

8. Truncali A, **Lee JD**, Ark T, Gillespie C, Triola M, Hanley K, Gourevitch MN, Kalet AL. Teaching Physicians to Address Unhealthy Alcohol Use: A Randomized Controlled Trial Assessing the Effect of a Web-based Module on Medical Student Performance. *J Subst Abus Treat* 40(2);2011:203-13.PMID:21094015

9. **Lee JD**, Delbanco B, Wu E, Gourevitch MN. Substance Use Prevalence and Screening Instrument Comparisons in Urban Primary Care. *Subst Abus* 32(3);2011:128-134.PMID:21660872

10. Rich JD, McKenzie M, Dickman S, Bratberg J, **Lee JD**, Schwartz RP. An Adverse Reaction to Buprenorphine/Naloxone Induction in Prison: A Case Report. *Addict Disord Their Treat* 10(4);2011:199-200.PMID:22121339

11. **Lee JD**, Rich J. Opioid Pharmacotherapy in Criminal Justice Settings: Now Is the Time. *Subst Abus* 33(1);2012:1-4.PMID:22263707

12. Kothari D, Gourevitch MN, **Lee JD**, Grossman E, Truncali A, Ark T, Kalet AL. Undergraduate Medical Education in Substance Abuse: a Review of the Quality of the Literature. *Acad Med* 86(1);2011:98-105.PMID:21099395

13. **Lee JD**, Grossman E, Truncali AT, DiRocco D, Truncali A, Rotrosen J, Rosenblum A, Magura S, Gourevitch MN. Buprenorphine/Naloxone Maintenance following Release from Jail. *Subst Abus* 33(1);2012:40-47.PMID:22263712

14. Coviello DM, Cornish JW, Lynch KG, Boney TY, Clark CA, **Lee JD**, Friedmann PD, Nunes EV, Kinlock TW, Gordon MS, Schwartz RP, O'Brien CP. A Multisite Pilot Study of Depot Naltrexone Treatment for Opioid-Dependent Offenders. *Subst Abus* 33(1);2012:48-59.PMID:22263713

15. Harris A, Selling D, Luther C, Hershberger J, Brittain J, Dickenson S, Glick A, **Lee JD**. Rates of Community methadone Treatment Reporting at Jail Re-entry Following a Methadone Increased Dose Quality Improvement Effort. *Subs Abus* 33(1);2012:70-75.PMID:22263715

16. Truncali A, Kalet AL, Gillespie C, More F, Naegle M, **Lee JD**, Huben L, Kerr D, Gourevitch MN. Engaging Health Professional Students in Substance Abuse Research: Development and Early Evaluation of the SARET Program. *J Addict Med* 6(3);2012:196-204.PMID:22864401

17. Tofighi B, **Lee JD**. Internet Highs - seizures after consumption of synthetic cannabinoids purchased online. *J Addict Med* 6(3);2012:240-1.PMID:22824736

18. **Lee JD**, Grossman E, Huben L, Manseau M, McNeely J, Rotrosen J, Stevens D, Gourevitch MN. Extended-Release Naltrexone plus Medical Management Alcohol treatment in Primary Care: findings at 15 months. *J Subst Abus Treat* 43(4);2012:458-62.PMID:22985676

19. Nielsen S, Hillhouse M, Weiss R, Mooney L, Potter JS, **Lee JD**, Gourevitch MN, Ling W.  The relationship between primary prescription opioid and buprenorphine-naloxone induction outcomes in a prescription opioid dependent sample.  *Am J Addict* 2013.PMID:24112096.

20. Tofighi B, Grossman E, Williams AR, Biary R, Rotrosen J, **Lee JD**. Outcomes among Buprenorphine-naloxone primary care patients after hurricane Sandy. *Addict Sci Clin Pract* 9(1);2014:3.PMID:24467734.

21. McNeely J, Strauss SM, Wright S, Rotrosen J, Khan R, **Lee JD**, MD, Gourevitch MN. Test-retest reliability of a self-administered Alcohol, Smoking and Substance Involvement Screening Test (ASSIST) in primary care patients, *J Subst Abus Treat* 47(1);2014:93-101.PMID:24629887.

22. Williams AR, Tofighi B, Rotrosen J, **Lee JD**, Grossman E. Psychiatric Comorbidity, Red Flag Behaviors, and Associated Outcomes among Office-Based Buprenorphine Patients Following Hurricane Sandy, *J Urban Health* 91(2);2014:366-75.PMID:24619775.

23. **Lee JD**, VocciF, FiellinD. Unobserved "Home" Induction onto Buprenorphine. *J Addiction Med* 8(5);2014:299-308.PMID:25254667.

24. **Lee JD**, McNeelyJ, Grossman E, Vocci F, Fiellin D. Clinical Case: Unobserved "Home" Induction onto Buprenorphine. *J Addiction Med* 8(5);2014:309-14.PMID:25254668.

25. **Lee JD**, Friedmann PD, Boney TY, Hoskinson RA, McDonald R, Gordon M, Fishman M, Chen DT, Bonnie RJ, Kinlock TW, Nunes EV, Cornish JW, O'Brien CP. Extended-Release Naltrexone to Prevent Relapse Among Opioid Dependent, Criminal Justice System Involved Adults: Rationale and Design of a Randomized Controlled Effectiveness Trial. *J Cont Clin Trials* 41;2015:110-117.PMID:25602580

26. Tofighi B, Grossman E, Goldfeld K, Williams A, Rotrosen J, **Lee JD**.  Psychiatric Comorbidity and Substance Use Outcomes in an Office-Based Buprenorphine Program Six Months Following Hurricane Sandy. *Subs Use and Misuse* 50(12);2015:1571-8.PMID:26623697.

27. Tofighi B, Grossman E, McNeely J, Buirkle E, Gourevitch MN, **Lee JD**. Mobile phone use patterns and preferences in office-based buprenorphine patients. *J Add Med* 9(3);2015:217-21.PMID:25918966.

28. **Lee JD**, McDonald R, Grossman E, McNeely J, Rotrosen J, Gourevitch MN.  Opioid treatment at release from jail using extended-release naltrexone: a pilot proof-of-concept randomized effectiveness trial. *Addiction* 110;2015:1008–1014.PMID:25703440.

29. Tofighi B, Grossman E, Bereket S, **Lee JD**. Text message content preferences to improve buprenorphine maintenance treatment in primary care. *J Add Dis* 35(2);2016:92-100.PMID:26670868.

30. **Lee JD**, Friedmann PD, Kinlock TW, Nunes EV, Boney TY, Hoskinson R, Wilson D, McDonald R, Rotrosen J, Gourevitch MN, Gordon M, Fishman M, Chen DT, Bonnie RJ, Cornish JW, Murphy SM, O'Brien CP. Extended-Release Naltrexone to Prevent Opioid Relapse in Criminal Justice Offenders. *New England J Med* 374(13);2016:1232-42.PMID:27028913.

31. Tofighi B, Grossman E, Sherman S, Nunes EV, **Lee JD**. Mobile phone messaging during unobserved "home" induction to buprenorphine. *J Add* Med 10(5);2016;309-13.PMID:26933874.

32. Tofighi B, Perna M, Desai A, Grov C, **Lee JD**. Craigslist as a source of heroin: a report of two cases. *J Sub Use* 21(5);2016:543-546.

33. McDonald RD, Tofighi B, Laska E, Goldfeld K, Bonilla W, Flannery M,Santana-Correa N, Johnson CW, Leibowitz N, Rotrosen J, Gourevitch MN, **Lee JD**.Extended-release naltrexone opioid treatment at jail reentry (XOR). *Contemp Clin Trials* 49;2016:57-64.PMID:27178765.

34. ChandlerRK, FingerMS, FarabeeD, SchwartzRP, CondonT, DunlapLJ, ZarkinGA, McCollisterK, McDonaldRD, LaskaE, BennettD, KellySM, HillhouseM, MitchellSG, O'GradyKE, **LeeJD**. The SOMATICS collaborative: Introduction to a National Institute on Drug Abuse cooperative study of pharmacotherapy for opioid treatment in criminal justice settings. *Contemp Clin Trials* 48;2016:166-72.PMID:27180088.

35. **LeeJD**, NunesEV, NovoP, RotrosenJ, et al.  NIDA Clinical Trials Network CTN-0051, Extended-Release Naltrexone vs. Buprenorphine for Opioid Treatment (X:BOT): Study Design and Rationale. *Contemp Clin Trials* 50;2016:253-64.PMID:27521809.

36. NunesEV, **LeeJD**, SistiD, SegalA, NovoP, RotrosenJ. Ethical and Clinical Safety Considerations in the Design of an Effectiveness Trial: A Comparison of Buprenorphine versus Naltrexone Treatment for Opioid Dependence.  *Contemp Clinical Trials* 51;2016:34-43.PMID:27687743.

37. TofighiB, CampbellA, RotrosenJ, **LeeJD**, PavlicovaM, HuM, NunesEV. Recent internet use and associations with clinical outcomes among patients entering addiction treatment involved in a web-delivered psychosocial intervention study. *J Urban Health* 93(5);2016:871-883.PMID:27653383.

38. KermackA, FlanneryM, McNeelyJ, TofighiB, **LeeJD**. Buprenorphine Prescribing Trends among Public Sector Providers in New York City. *J Sub Abuse Treat* 74;2017:1-6.PMID:28132694.

39. **LeeJD**, TofighiB, McDonaldR, CampbellA, HuMC, NunesEV. Acceptability and Effectiveness of a Web-Based Psychosocial Intervention among Criminal Justice Involved Adults. *Health & Justice* 5(1);2017:3.PMID:28285466.

40. BhatrajuEP, GrossmanE, TofighiB, McNeelyJ, DiRoccoD, FlanneryM, GarmentA, GoldfeldK, GourevitchMN, **LeeJD**. Public Sector Low Threshold Office-Based Buprenorphine Treatment: Outcomes at Year 7. *Addiction Science and Clinical Practice* 12(1);2017 Feb:7.PMID:28245872.

41. MurphySM, PolskyD, **LeeJD**, FriedmannP, KinlockT, NunesEV, BonnyT, GordonM, ChenD, O'BrienC.  Cost-Effectiveness of Extended Release Naltrexone to Prevent Relapse Among Criminal-Justice-Involved Persons with a History of Opioid Use Disorder. *Addiction* 112;2017:1440–1450.PMID:28239984.

42. FriedmannPD, WilsonD, NunesEV, HoskinsonJrRA, **LeeJD**, GordonM, MurphySM, BonnieRJ, ChenD, BoneyTY, O'BrienCP. Do Patient Characteristics Moderate the Effect of Extended-Release Naltrexone (XR-NTX) for Opioid Use Disorder? *J Sub Abuse Treat* S0740-5472(16);2017:30504-9.PMID:28236511.

43. SoaresW, WilsonD, RathlevN, **LeeJD**, GordonM, NunesEV, O'BrienCP, FriedmannP. Healthcare Utilization in Adults with Opioid Dependence receiving Extended Release Naltrexone compared to Treatment as Usual.  *J Subst Abuse Treat* S0740-5472(16);2017:30374-9.PMID:28576389.

44. NunesEV, GordonM, FriedmannPD, FishmanM, **LeeJD**, ChenDT, HuMC, BoneyTY, WilsonD, O'BrienCP. Relapse to opioid dependence after inpatient treatment: Protective effect of injection naltrexone. *J Sub Abuse Treat* S0740-5472(16);2017:30513-X.PMID:28473233.

45. AllenAA, ChenDT, BonnieRJ, KoTM, SurattCE, **LeeJD**, FriedmannPD, GordonM, McDonaldR, MurphySM, BoneyTY, NunesEV, O'BrienCP.  Assessing Informed Consent in an Opioid Relapse Prevention Study with Adults under Current or Recent Criminal Justice Supervision. *J Sub Abuse Treat* 81;2017:66-72.PMID:28847457.

46. TofighiB, GrazioliF, BereketS, GrossmanE, AphinyanaphongsY, **LeeJD**. Text message reminders for improving patient appointment adherence in an office-based buprenorphine program: A feasibility study. *Am J Addict* 26(6);2017:581-586.PMID:28799677.

47. AccursoA, **LeeJD**, McNeelyJ. High Prevalence of Urine Tampering in an Office-Based Opioid Treatment Practice Detected by Evaluating the Norbuprenorphine to Buprenorphine Ratio.  *J Subt Abuse Treat* 83;2017:62-67.PMID:29129197.

48. Tofighi B, Nicholson JM, McNeely J, Muench F, **Lee JD**. Mobile phone messaging for illicit drug and alcohol dependence: a systematic review of the literature. *Drug and Alcohol Review* 36(4);2017:477-491.PMID:28474374.

49. **Lee JD**, Nunes EV Jr, Novo P, Bachrach K, Bailey GL, Bhatt S, Farkas S, Fishman M, Gauthier P, Hodgkins CC, King J, Lindblad R, Liu D, Matthews AG, May J, Peavy KM, Ross S, Salazar D, Schkolnik P, Shmueli-Blumberg D, Stablein D, Subramaniam G, Rotrosen J. Comparative effectiveness of extended-release naltrexone versus buprenorphine-naloxone for opioid relapse prevention (X:BOT): a multicentre, open-label, randomised controlled trial. *The Lancet*. 2018;391(10118):309-318.PMID: 29150198.

50. **Lee JD**, Schatz D, Hochman J. Cannabis and Heart Disease: Forward Into the Great Unknown? *J Am Coll Cardiol*. 2018;71(22):2552-2554.PMID:29535063.

51. Wightman RS, Nelson LS, **Lee JD**, Fox LM, Smith SW. Severe opioid withdrawal precipitated by Vivitrol®. *Am J Emerg Med* 36(6);2018:1128.e1-1128.e2.PMID: 29605483.

52. Tofighi B, Leonard N, Greco P, Hadavand A, Acosta MC, **Lee JD**. Technology Use Patterns Among Patients Enrolled in Inpatient Detoxification Treatment. *J Addict Med*. 2018.PMID:30589653.

53. Soares WE 3rd, Wilson D, Gordon MS, **Lee JD**, Nunes EV, O'Brien CP, Shroff M, Friedmann PD. Incidence of future arrests in adults involved in the criminal justice system with opioid use disorder receiving extended release naltrexone compared to treatment as usual. *Drug Alcohol Depend*. 2019:194:482-486.PMID:30522048

54. McNeely J, Troxel AB, Kunins HV, Shelley D, **Lee JD**, Walley A, Weinstein ZM, Billings J, Davis NJ, Marcello RK, Schackman BR, Barron C, Bergmann L. Study protocol for a pragmatic trial of the Consult for Addiction Treatment and Care in Hospitals (CATCH) model for engaging patients in opioid use disorder treatment. *Addict Sci Clin Pract*. 2019;14(1):5.PMID: 30777122.

55. Kunøe N, **Lee JD**. Opioid addiction: long-acting formulations for a long-term disorder. *The Lancet*. 2019;393(10173):723-724.PMID: 30792006.

56. **Lee JD**, McNeely J. Commentary on Jones & McCance-Katze (2019): Buprenorphine and the glass half full-why can't we prescribe more of it, and will nurse practitioners and physician assistants fulfill a chronic unmet need? *Addiction*. 2019;114(3):483-484.PMID: 30666748.

57. **Lee JD**, Kunoe N. Extended-release opioid antagonists and HIV treatment. *Lancet HIV*. 2019:e206-e207.PMID: 30880164.

58. Malone M, McDonald R, Vittitow A, Chen J, Obi R, Schatz D, Tofighi B, Garment A, Goldfeld K, Gold H, Laska E, Rotrosen J, **Lee JD**. Extended-release vs. oral naltrexone for alcohol dependence treatment in primary care (XON). *Contemp Clin Trials*. 2019;S1551-7144(18)30562-7.PMID:30986535.

59. Murphy S, McCollister KE, Jeng P, Leff J, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR. PDG72 Determinants of an Efficient Model of Extended-Release Naltrexone Initiation for the Treatment of Opioid Use Disorder. *Value in Health*, 2019-05-01, Volume 22, Pages S175-S175.

60. Tofighi B, Williams AR, Chemi C, Suhail-Sindhu S, Dickson V, **Lee JD**. Patient Barriers and Facilitators to Medications for Opioid Use Disorder in Primary Care. *Subst Use Misuse*. 2019 Aug 20:1-11. PMID: 31429351.

61. Tofighi B, Hein P, Carvalho AMS, **Lee JD**, Leonard NR. Technology preferences to enhance HIV and HCV care among patients with substance use disorders. *J Addict Dis*. 2019 Aug 5:1-3. PMID: 31380732.

62. Velasquez M, Flannery M, Badolato R, Vittitow A, McDonald RD, Tofighi B, Garment AR, Giftos J, **Lee JD**. Perceptions of extended-release naltrexone, methadone, and buprenorphine treatments following release from jail. *Addict Sci Clin Pract*. 2019 Oct 1;14(1):37. PMID:31570100.

63. Tofighi B, Sindhu SS, Chemi C, Lewis CF, Dickson VV, **Lee JD**. Perspectives on the HIV continuum of care among adult opioid users in New York City: a qualitative study. *Harm Reduct J*. 2019 Oct 12;16(1):58. PMID: 31606048.

64. Tofighi B, Isaacs N, Byrnes-Enoch H, Lakew R, **Lee JD**, Berry C, Schatz D. Expanding treatment for opioid use disorder in publicly funded primary care clinics: Exploratory evaluation of the NYC health + hospitals buprenorphine ECHO program. *J Subst Abuse Treat*. 2019 Nov;106:1-3. PMID:31540604.

65. Tofighi B, **Lee JD**, Sherman S, Schatz D, El-Shahawy O. Smoking patterns and preferences for technology assisted smoking cessation interventions among adults with opioid and alcohol use disorders. *J Substance Use*, 24:6, 660-665, DOI: 10.1080/14659891.2019.1642407.

66.  Murphy SM, McCollister KE, Leff JA, Yang X, Jeng PJ, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR. Cost-Effectiveness of Buprenorphine-Naloxone Versus Extended-Release Naltrexone to Prevent Opioid Relapse. *Ann Intern Med*. 2019 Jan 15;170(2):90-98. doi: 10.7326/M18-0227. Epub 2018 Dec 18. PMID: 30557443; PMCID: PMC6581635.

67.  Ryan DA, Jeng PJ, McCollister KE, Leff JA, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR, Murphy SM, Health-Related Quality of Life and Opioid Use Disorder Pharmacotherapy: Results from a Clinical Trial. *Drug Alcohol Depend*. 2020; 215:108221, doi:10.1016/j.drugalcdep.2020.108221.

68.  Fishman M, Wenzel K, Scodes J, Pavlicova M, **Lee JD**, Rotrosen J, Nunes EV. Young adults have worse outcomes than older adults: Secondary analysis of a medication trial for opioid use disorder. *J Adolesc Health*. 2020; S1054-139X(20)30458-4. doi:10.1016/j.jadohealth.2020.07.038.

69.  Randesi M, Rotrosen J, Nunes EV, **Lee JD**, Novo P, Levran O, Ott J, Pavlicova M, Scodes J, Kreek MJ. Variants of opioid genes and response to treatment of opioid use disorder with buprenorphine-naloxone versus extended-release naltrexone in Caucasians. *Am J Drug Alcohol Abuse*. 2020;1-8. doi:10.1080/00952990.2020.1797064.

70.  El-Shahawy O, Schatz D, Sherman S, Shelley D, **Lee JD**, Tofighi B. E-cigarette use and beliefs among adult smokers with substance use disorders. *Addict Behav Rep*. 2020 Dec 17;13:100329. doi: 10.1016/j.abrep.2020.100329. PMID: 33385062; PMCID: PMC7772361.

71.  Shulman M, Choo TH, Scodes J, Pavlicova M, Wai J, Haenlein P, Tofighi B, Campbell ANC, **Lee JD**, Rotrosen J, Nunes EV. Association between methadone or buprenorphine use during medically supervised opioid withdrawal and extended-release injectable naltrexone induction failure. *J Subst Abuse Treat*. 2021 May;124:108292. doi: 10.1016/j.jsat.2021.108292. Epub 2021 Jan 16. PMID: 33771287.

72.  Monico LB, Gryczynski J, **Lee JD**, Dusek K, McDonald R, Malone M, Sharma A, Cheng A, DeVeaugh-Geiss A, Chilcoat H. Exploring nonprescribed use of buprenorphine in the criminal justice system through qualitative interviews among individuals recently released from incarceration. *J Subst Abuse Treat*. 2021 Apr;123:108267. doi: 10.1016/j.jsat.2020.108267. Epub 2020 Dec 28. PMID: 33612198.

73.  Nunes EV Jr, Scodes JM, Pavlicova M, **Lee JD**, Novo P, Campbell ANC, Rotrosen J. Sublingual Buprenorphine-Naloxone Compared With Injection Naltrexone for Opioid Use Disorder: Potential Utility of Patient Characteristics in Guiding Choice of Treatment. *Am J Psychiatry*. 2021 Jul;178(7):660-671. doi: 10.1176/appi.ajp.2020.20060816. Epub 2021 Jun 25. PMID: 34170188.

74.  **Lee JD**, Malone M, McDonald R, Cheng A, Vasudevan K, Tofighi B, Garment A, Porter B, Goldfeld KS, Matteo M, Mangat J, Katyal M, Giftos J, MacDonald R. Comparison of Treatment Retention of Adults With Opioid Addiction Managed With Extended-Release Buprenorphine vs Daily Sublingual Buprenorphine-Naloxone at Time of Release From Jail. *JAMA Netw Open*. 2021 Sep 1;4(9):e2123032. doi: 10.1001/jamanetworkopen.2021.23032. PMID: 34495340.

75. Murphy SM, Jeng PJ, McCollister KE, Leff JA, Jalali A, Shulman M, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR. Cost-effectiveness implications of increasing the efficiency of the extended-release naltrexone induction process for the treatment of opioid use disorder: a secondary analysis. *Addiction*. 2021 Dec;116(12):3444-3453. doi: 10.1111/add.15531. Epub 2021 May 21. PMID: 33950535.

76. Cheng A, Badolato R, Segoshi A, McDonald R, Malone M, Vasudevan K, Badiei B, Sugarman A, Macdonald R, Mangat J, Giftos J, **Lee JD**, Tofighi B. Perceptions and experiences toward extended-release buprenorphine among persons leaving jail with opioid use disorders before and during COVID-19: an in-depth qualitative study. *Addict Sci Clin Pract*. 2022 Jan 29;17(1):4. doi: 10.1186/s13722-022-00288-4. PMID: 35093164.

77. Greiner MG, Shulman M, Scodes J, Choo TH, Pavlicova M, Opara O, Campbell ANC, Novo P, Fishman M, **Lee JD**, Rotrosen J, Nunes EV. Patient Characteristics Associated with Opioid Abstinence after Participation in a Trial of Buprenorphine versus Injectable Naltrexone. *Subst Use Misuse*. 2022;57(11):1732-1742. doi: 10.1080/10826084.2022.2112230. Epub 2022 Aug 17. PMID: 35975917.

78. **Lee JD**, Nunes EV, Novo P, May J, Matthews A, Van Veldhuisen P, Lindblad R, Liu D, Rotrosen J. Commentary on Ajazi et al (2021) Re-analysis of the X:BOT Trial. *J Addict Med*. 2022 Jul-Aug 01;16(4):382-385. PMID: 35960212.

79. Berk J, Del Pozo B, Rich JD, **Lee JD**. Injecting Opioid Use Disorder Treatment in Jails and Prisons: The Potential of Extended-release Buprenorphine in the Carceral Setting. J Addict Med. 2022 Jul-Aug 01;16(4):396-398. doi: 10.1097/ADM.0000000000000942. Epub 2021 Dec 23. PMID: 34954747.

80. Bunting AM, Krawczyk N, Choo TH, Pavlicova M, McNeely J, Tofighi B, Rotrosen J, Nunes E, **Lee JD**. Polysubstance use before and during treatment with medication for opioid use disorder: Prevalence and association with treatment outcomes. *J Subst Abuse Treat*. 2022 Dec;143:108830. doi: 10.1016/j.jsat.2022.108830. Epub 2022 Jun 22. PMID: 35773113.

81. Tsui JI, Campbell ANC, Pavlicova M, Choo TH, **Lee JD**, Cook RR, Shulman M, Nunes EV, Rotrosen J. Methamphetamine/amphetamine use over time among persons with opioid use disorders treated with buprenorphine/naloxone versus extended-release naltrexone. *Drug Alcohol Depend*. 2022 Jul 1;236:109469. doi: 10.1016/j.drugalcdep.2022.109469. Epub 2022 Apr 21. PMID: 35605529.

82. Greiner MG, Shulman M, Choo TH, Scodes J, Pavlicova M, Campbell ANC, Novo P, Fishman M, **Lee JD**, Rotrosen J, Nunes EV. Corrigendum to "Naturalistic follow-up after a trial of medications for opioid use disorder: Medication status, opioid use, and relapse" [Journal of Substance Abuse Treatment 131 (2021) 108447]. J Subst Abuse Treat. 2022 May;136:108566. doi: 10.1016/j.jsat.2021.108566. Epub 2021 Aug 6. Erratum for: *J Subst Abuse Treat*. 2021 Dec;131:108447. PMID: 34366203.

83. Greiner MG, Shulman M, Choo TH, Scodes J, Pavlicova M, Campbell ANC, Novo P, Fishman M, **Lee JD**, Rotrosen J, Nunes EV. Naturalistic follow-up after a trial of medications for opioid use disorder: Medication status, opioid use, and relapse. J Subst Abuse Treat. 2021 Dec;131:108447. doi: 10.1016/j.jsat.2021.108447. Epub 2021 Apr 30. Erratum in: *J Subst Abuse Treat*. 2021 Aug:108566. PMID: 34098301.

84. Lim S, Cherian T, Katyal M, Goldfeld KS, McDonald R, Wiewel E, Khan M, Krawczyk N, Braunstein S, Murphy SM, Jalali A, Jeng PJ, MacDonald R, **Lee JD**. Association between jail-based methadone or buprenorphine treatment for opioid use disorder and overdose mortality after release from New York City jails 2011-17. *Addiction*. 2022 Oct. doi: 10.1111/add.16071. Epub ahead of print. PMID: 36305669.

85. Sugarman A, Vittitow A, Cheng A, Malone M, McDonald R, Pace N, Williams O, Tofighi B, McNeely J, Schatz D, Roberts T, Hey SP, Garrity K, Lindquist K, **Lee JD**. Opioid Use Disorder Treatments: An Evidence Map. *Drug Alcohol Depend*. 2022 Dec;241:109657. doi: 10.1016/j.drugalcdep.2022.109657. Epub 2022 Oct 14. PMID: 36332588.

86. Saunders EC, Satcher MF, Monico LB, McDonald RD, Springer SA, Farabee D, Gryczynski J, Nyaku A, Reeves D, Kunkel LE, Schultheis AM, Schwartz RP, **Lee JD**, Marsch LA, Waddell EN. The impact of COVID-19 on the treatment of opioid use disorder in carceral facilities: a cross-sectional study. *Health Justice*. 2022 Dec 19;10(1):35. doi: 10.1186/s40352-022-00199-1. PMID: 36529829.

87. **Lee JD**, Nunes EV, Van Veldhuisen P, Lindblad R, Rotrosen J. Misclassification of overdose events in the X:BOT study - Authors' reply. Lancet. 2023 Aug 12;402(10401):527-528. doi: 10.1016/S0140-6736(23)00049-1. Epub 2023 Jul 19. PMID: 37480935.

88. Tofighi B, Marini C, **Lee JD**, Garland EL. Patient Perceptions of Integrating Meditation-based Interventions in Office-based Opioid Treatment with Buprenorphine: A Mixed-methods Survey. J Addict Med. 2023 Sep-Oct 01;17(5):517-520. doi: 10.1097/ADM.0000000000001160. Epub 2023 Mar 28. PMID: 37788602; PMCID: PMC10533745.

89. Tofighi B, Badiei B, Badolato R, Lewis CF, Nunes E, Thomas A, **Lee JD**. Integrating Text Messaging in a Low Threshold Telebuprenorphine Program for New York City Residents with Opioid Use Disorder during COVID-19: A Pilot Randomized Controlled Trial. J Addict Med. 2023 Sep-Oct 01;17(5):e281-e286. doi: 10.1097/ADM.0000000000001161. Epub 2023 Mar 31. PMID: 37788603; PMCID: PMC10544683.

90. Shulman M, Choo TH, Scodes J, Pavlicova M, Novo P, Campbell ANC, Greiner M, **Lee JD**, Rotrosen J, Nunes EV. Secondary Analysis of Agreement Between Negative Timeline Follow Back Report and Negative Urine Toxicology in a Large Trial of Individuals with Opioid Use Disorder. J Addict Med. 2023 Sep-Oct 01;17(5):618-620. doi: 10.1097/ADM.0000000000001173. Epub 2023 May 17. PMID: 37788622; PMCID: PMC10593984.

91. Lim S, Cherian T, Katyal M, Goldfeld KS, McDonald R, Wiewel E, Khan M, Krawczyk N, Braunstein S, Murphy SM, Jalali A, Jeng PJ, Rosner Z, MacDonald R, **Lee JD**. Jail-based medication for opioid use disorder and patterns of reincarceration and acute care use after release: A sequence analysis. J Subst Use Addict Treat. 2023 Dec 8:209254. doi: 10.1016/j.josat.2023.209254. Epub ahead of print. PMID: 38072387.

**Book Chapters, Books**

1. Mellow J, Hoge S, **Lee JD**, Natarajan M, Yu S, Belkin G, Greifinger B, Keegan S, "Mapping Health Readiness for Inmate Reentry in New York City." New York: Reentry Institute, John Jay College of Criminal Justice, 2007.

2. **Lee JD**, Fordyce M, Rich J, "Screening for public purpose: promoting an evidence-based approach to screening of inmates to improve the public health," In: Greifinger R, ed. Public Health is Public Safety, Improving Public health through Correctional Health Care. New York: Springer Publishing, 2007.

3. **Lee JD**, Grossman E, Gourevitch MN.  Addiction 2.0, Parts 1 & 2.  Clinical Correlations Weblog, NYU Internal Medicine Blog.  Aug 27 & Sept 4, 2008: www.clinicalcorrelations.org.

4. Lipkin M, Truncali A, **Lee JD**, "Alcoholism in Primary Care," In: Brizer, Castaneda R, eds. Clinical Addiction Psychiatry. Cambridge, UK: Cambridge University Press, 2010

5. **Lee JD**, McNeely J, Gourevitch MN, "Medical Complications of Drug Use," In: Lowinson JH, Ruiz P, Millman R, Langrod J, eds. Substance Abuse: A Comprehensive Textbook, 5th Edition.  Baltimore, MD: Williams & Wiklins, 2011.

6. Brock D, Tofighi B, **Lee JD**, Fastenberg J, "Alcohol Pharmacotherapies," In: Saitz R, ed. Addressing Unhealthy Alcohol Use: A Primary Care Guide.  New York: Springer, 2013.

7. McNeely J, **Lee JD**, Grossman E, "Other Drug Use," In: Saitz R, Ed.  Addressing Unhealthy Alcohol Use: A Primary Care Guide. New York: Springer, 2013.

8. Schatz D, **Lee JD**, "Prevention, Treatment, and Harm Reduction Approaches to Opioid Overdoses," In: Goldfrank's Toxicologic Emergencies, Tenth Edition.  New York: McGraw-Hill Medical, 2019.

9. Nagami E, Rich J, **Lee JD**, "Screening for public purpose: promoting an evidence-based approach to screening of inmates to improve the public health," In: Greifinger R, ed.  Public Health is Public Safety, Improving Public health through Correctional Health Care, 2nd Edition.  New York: Springer Publishing, 2021.

10.  Lee D, Schatz D, **Lee JD**, "Prevention, Treatment, and Harm Reduction Approaches to Opioid Overdoses," In: Goldfrank's Toxicologic Emergencies, 11th Edition.  New York: McGraw-Hill Medical, 2022.

11.  Wakeman SE, **Lee JD**, Alvanzo, AAH, Eds. Pocket Addiction Medicine (a Pocket Notebook). Wolters Kluwer, 2023.

12. Lee D, Schatz D, **Lee JD**, "Prevention, Treatment, and Harm Reduction Approaches to Opioid Overdoses," In: Goldfrank's Toxicologic Emergencies, 11th Edition.  New York: McGraw-Hill Medical, 2023.

### Meeting reports, consensus reports, practice guidelines and any other publication
1. McNeely J, Gourevitch MN, Heller D, Paone D, **Lee JD**. Improving the health of people who use drugs. *City Health Information*. 2009;28(3):21-28.

2. **Lee JD**, Extended-Release Naltrexone.  Drug Court Practitioner Fact Sheet, Sept 2013, 8(2).  National Drug Court Institute: http://ndci.org/sites/default/files/nadcp/NDCI%26SAMHSA-Naltrexone-FS%20%281%29%20%281%29.pdf.

3. Substance Abuse and Mental Health Service Administration. Clinical Advances in Non-agonist Therapies: Report of Proceedings (Chair: **Lee JD**), Rockville, MD, May 11, 2016: www.samhsa.gov/sites/default/files/programs_campaigns/ medication_assisted/advances-non-agonist-therapies.pdf
### Media appearances
Our studies and work, in particular publications in NEJM (2016) and The Lancet (2017-8) has been cover extensively in the NYT, WSJ, Washington Post, CNN, Boston Globe, NPR, PBS NewsHour, Pro Publica, STATNews, ADAWeekly, BU's Alcohol Drug Use and Health Newsletter, and many regional news outlets.  Dr. Lee is a frequent print, radio, and television interview on topics related to the opioid epidemic, OUD treatments, and CJS reforms. See likes and retweets at twitter/@DrJoshuaDLee

### Other media including research and analytic tools
**Lee JD**, Truncali A, Kalet A, Triola M, "Reducing High Risk Drinking: an Online Learning Module."  New York: Advanced Educational Services, NYUSOM, 2008: http://www.edinfo.med.nyu.edu/alcoholscreening/

### Abstracts
### Oral and poster presentations
Marienfeld C, **Lee JD**, Hurley B, Mini-Symposium "Addiction Psychiatry Annual REVIEW: 2023 Highest Impact Publications," American Academy of Addiction Psychiatry, Rancho Bernardo, CA (Dec 2023).

Wakeman S, **Lee JD**, Focused Session, "Annual Review of Principles of Addiction Medicine," American Society of Addiction Annual Medical-Scientific Meeting, Washington DC/National Harbor, MD (2023), Hollywood, FL (2022), Virtual (2021, 2020) Orlando, FL (April 2019), San Diego, CA (April 2018), New Orleans, LA (April 2017), Baltimore, MD (April 2016), Austin, TX (April 2015).

**Lee JD** (Chair), Tanum L, Nunes EV, Rotrosen J, "Extended-release naltrexone: comparative effectiveness trials and real-world implications," Symposium, International Society of Addiction Medicine (Nov 2019) Busan, KOR; ASAM (April 2018) San Diego CA, AAAP (Dec 2017) San Diego CA.

**Lee JD**, "X:BOT Trial and Extended-release Naltrexone Comparative Effectiveness," Invited Symposium Speaker, "NIDA Update on Opioid Use Disorders," American Psychiatric Association (May 2018), NY, NY.

Binswanger I, **Lee JD**, Strick L, Invited Plenary, "Realizing the Potential of Integrating Opioid Use Disorder Treatment into Correctional Systems," International Community Corrections Association (Oct 30, 3017), Seattle WA.

Lee JD (Invited Speaker and Panelist), "Predictors of Long-term Outcomes of Opioid Dependence: Implications for Treatment Planning (CTN)," American Academy of Addiction Psychiatry Annual Meeting, Bonita Springs, FL, Dec 10, 2016; Clinical Trials Network Steering Committee, Rockville, MD, March 24, 2017.

Lee **JD, et al.** Podium Presentation, "Low Threshold Office-Based Buprenorphine: Outcomes at Year 7," College of Problems of Drug Dependence, Palm Spring, CA, June 14, 2016.

Lee JD (chair). Substance Abuse and Mental Health Service Administration. Clinical Advances in Non-agonist Therapies, Rockville, MD, May 11, 2016: www.samhsa.gov/sites/default/files/programs_campaigns/medication_assisted/advances-non-agonist-therapies.pdf

**Lee JD, et al.** Symposium, "Beyond Cold Turkey: Medication Assisted Treatment in Criminal Justice," American Public Health Association, Chicago, IL, Nov 4, 2015.

**Lee JD, et al.** Podium Presentation, "Extended-Release Naltrexone Opioid Relapse Prevention in CJS-Involved Adults," College of Problems of Drug Dependence, Phoenix, AZ, June 14, 2015.

**Lee JD (co-chair),** ASAM Symposium, Principles in Addiction Medicine Review, ASAM Med-Sci National Meeting, Austin, TX, April 2015.

**Lee JD (chair),** symposium, "CJS and MAT", Academic and Health Policy Conference on Correctional Health, Boston, MA, March 2015

**Lee JD (co-chair)**, Reyes CD, Gustafson D, Marsch L, McNeely J, Rose G, "There's an App for That! Using Technology in Addiction Prevention and Treatment," Symposium, American Society of Addiction Medicine, Orlando, FL, April 11, 2014.

**Lee JD (chair)**, Chandler R, McDonald R, Farabee D, Schwartz R, "Opioid Treatment and CJS Settings: Jail-Based and CJ-DATS Interventions," Seminar, Academic and Health Policy Conference on Correctional Health, Houston, TX, Mar. 21, 2014.

**Lee JD (chair)**, Ling W, Crevecoeur-MacPhail D, Nunes E, Rotrosen J, "Extended-Release Naltrexone (XR-NTX): alcohol, opioid and cocaine treatment and adaptability to community treatment, criminal justice, and primary care populations," Workshop presentation, American Academy of Addiction Psychiatry, Scottsdale, AZ, Dec. 6, 2013.

**Lee JD (chair)**, Tofighi B (co-chair), Woody G, Gastfriend D, Bisaga A, Springer S, "Medication Assisted Treatment: Adaptability, Durability, and Optimization," Symposium, International Society of Addiction Medicine, Kuala Lumpur, Nov 23, 2013.

**Lee JD (chair)**, Siekel S, Labelle C, "Medication Assisted Therapy," Pre-Course, American Association for the Treatment of Opioid Dependence, Philadelphia, PA, Nov. 11, 2013.

**Lee JD**, McDonald R, Rotrosen J, Gourevitch MN, "Extended-Release Naltrexone Opioid Treatment at Release from Jail," Podium presentations, Academic Consortium for Criminal Justice Health, Chicago, IL, March 20, 2013; American Society of Addiction Medicine, Chicago, IL, April 20, 2013; College for Problems of Drug Dependence, San Diego, CA, June 20, 2013; Association for Medical Education and Research in Substance Abuse, Washington DC, Nov 9, 2013.

Nunes NV (chair), **Lee JD** (co-chair). Symposium: "Extending the data on XR-NTX in opioid dependence: Infectious disease, health professionals, justice systems and cost." College of Problems of Drug Dependence, Palm Springs, CA, June 14, 2012.

Bisaga A, Sullivan MA, **Lee JD**, Fishman MJ, Nunes E, "Role of Naltrexone in the Treatment of Opioid Dependence," American Association of Addiction Psychiatry (Boca Raton, FL), Dec 4, 2010; American Society of Addiction Medicine (Washington, DC), Apr. 2011; American Society of Addiction Medicine (Atlanta, GA), Apr. 2012.

**Lee JD**, D. Selling, R. McDonald, J.Rotrosen, M.N.Gourevitch, "Opioid Treatment at Release from Jail Using Extended-Release Naltrexone," U.Mass Correctional Health Conference (Boston, MA), Mar 9, 2011; International Society of Addiction Medicine (Oslo, Norway), Sept. 5, 2011; Cape Cod Symposium on Addictive Disorders (Hyannis, MA), Sept 7, 2011.

**Lee JD**, "Medical Update: Alcoholic Pancreatitis, Treatment and Prevention," American Association of Addiction Psychiatry (Boca Raton, FL), Dec 4, 2010.

**Lee JD** (chair), Batki S, Publicker M, Grossman E, Hanley K, Truncali A, Gourevitch MN, "Workshop: Extended-release naltrexone (XR-NTX) in general medical and psychiatric settings," Association of Medical Education and Research in Substance Abuse (Washington DC), Nov. 2009; American Association of Addiction Psychiatry (Los Angeles, CA), Dec. 2009; American Society of Addiction Medicine (San Francisco, CA), Apr. 2010.

**Lee JD** (chair), "Symposium:  Pharmacotherapies and Medical Management: Outcomes, Costs, and New Developments," Addiction Health Service Research Conference 2009 (San Francisco, CA), Oct. 2009.

**Lee JD**, "Medical Management in Alcohol Treatment," in "Symposium: Treating our Client's Health: Medical Monitoring and Management of the Addicted Patient," American Association of Addiction Psychiatry (Boca Raton, FL), Dec. 2008.

**Lee JD**, Grossman E, DiRocco D, Rotrosen J, Stevens D, Gourevitch MN, "Extended-release Naltrexone (Vivitrol) for Treatment of Alcohol Dependence in Urban Primary Care," Poster Presentation, American Society of Addiction Medicine 39th Annual Meeting (Toronto, ON), April 2008; Society of General Internal Medicine Annual Meeting (Pittsburg, PA), April 2008; College of Problems of Drug Dependence (San Juan, PR), June 2008; Research Studies on Alcoholism (Washington DC), July 2008; Addiction Health Services Research Conference (Boston, MA), Oct 2008; Podium Presentation, Association of Medical Education and Research in Substance Abuse (Washington DC), Nov 2008; Podium Presentation, American Society of Addiction Medicine 40th Annual Meeting (New Orleans, LA), May 2009; Society of General Internal Medicine Annual Meeting (Miami, FL), May 2009; College of Problems of Drug Dependence (Reno, NV), June 2009.

**Lee JD**, Magura S, Hershberger J, Rosenblum A, Joseph H, Santana N, Marsch L, Shropshire C, Glick A, Liautaud A, "Effectiveness of buprenorphine maintenance in jail: pilot results and comparisons to community-recruited buprenorphine patients," Poster Presentation, College of Problems of Drug Dependence Annual Meeting (Quebec City, ON), June 2007; Podium Presentation, Best Abstract Award, American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2007; Poster Presentation, Society of General Internal Medicine Annual Meeting (Pittsburg, PA), April 2008.

**Lee JD**, Grossman E, DiRocco D, Gourevitch MN, "Home buprenorphine induction in urban primary care," Podium Presentation, American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2007; Poster Presentation, American Society of Addiction Medicine 39th Annual Meeting (Toronto, ON); Society of General Internal Medicine Annual Meeting (Pittsburg, PA), April 2008

Rich J, Baxter J, **Lee JD**, et al, "Medication Assisted Treatment for Opiate Addiction in Correctional Settings," Workshop, Academic and Health Policy Correctional Health Conference, University of Massachusetts Medical School (Quincy, MA), March 2007; American Society of Addiction Medicine, National Meeting (Miami, FL), April 2007; Podium Presentation, National Roundtable Meeting on Medication Assisted Therapy and Harm Reduction in Correctional Settings, American Correctional Health Service Association (Reno, NV), June 5, 2007; Workshop, Academic and Health Policy Correctional Health Conference, University of Massachusetts Medical School (Quincy, MA), March 2008

**Lee JD**, Gillespie C, Gourevitch MN, Hanley K, Jay M, Paik S, Richter R, Triola M, Zabar S, Kalet A, "Impact of a web-based alcohol screening and brief intervention module," Abstract Semifinalist, Podium Presentation, American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2006; Outstanding Abstract, Interactive Resources in Medical Education, Podium Presentation, Society of General Internal Medicine Annual Meeting (Toronto, ON), April 2007; American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2007

**Lee JD**, Delbanco B, Gourevitch M, "Substance Abuse Screening Strategies and Prevalence in an Urban Safety Net Primary Care Population," Finalist, Milton W. Hamolsky Junior Faculty Award, Podium Presentation, Society of General Internal Medicine Annual Meeting (Toronto, ON), April 2007.

**Lee J**, Allegrante J, Ompad D, Vlahov D, "Attitudes toward Heroin and Cocaine Routes of Administration," National Research Service Award Trainees Research Conference,  Podium Presentation (Boston, MA), June 2005; Poster Presentation (Sand Diego, CA), June 2004.

**Lee JD**, Vlahov D, Freudenberg N, "Factors Associated with Primary Care Utilization and Health Insurance Among Women Released from Jail," Poster Presentation, Society of General Internal Medicine National (New Orleans, LA) and Mid-Atlantic Regional (New York, NY) Meeting, May 2005.

**Lee JD**, Allegrante J, Ompad D, Vlahov D, "Attitudes toward Hepatitis C Prevention and Jail-Based Interventions Among NYC Substance Users: Results from Qualitative Interviews," Poster Presentation, Society of General Internal Medicine Mid-Atlantic Regional Meeting (New York, NY), March 2005.

**Lee JD**, Mann D, Natarajan S, "Diet and Elevated C-Reactive Protein in U.S. Adults," Poster Presentation, Society of General Internal Medicine (Chicago, IL), May 2004.

Mann D, **Lee JD**, Y. Liao, Natarajan S, "Population Impact of Obesity on Fatal Coronary Heart Disease in U.S. Adults," Poster Presentation, Society of General Internal Medicine (Chicago, IL), May 2004.

Mann D, **Lee JD**, Natarajan S, "Independent Effect and population Impact of Obesity on Fatal Coronary Heart Disease in Adults," Poster Presentation, American Heart Association, Cardiovascular Disease Epidemiology and Prevention (San Francisco, CA), May 2004.

**Lee JD (chair)**, Finlay A (co-chair), "Creating the Resident Advocate: a Curriculum for Change: NYU Division of Primary Care Health Policy Curriculum," Workshop Presentation, Society of General Medicine (Vancouver, BC), April 2003.

**Patents**
None

Exhibit B

# THOMAS E. BISHOP, CFE, EA
# STATEMENT OF QUALIFICATIONS

Mr. Bishop is a former (retired) IRS Special Agent, a Certified Fraud Examiner, an Enrolled Agent certified to practice before the IRS, and eligible to receive NYS Court appointments. He specializes in investigative, forensic accounting, and litigation support, for public and private sector clients.  He focuses predominantly on tax advocacy and controversy and white-collar litigation consulting services to attorneys with clients involved in civil and criminal matters.  Mr. Bishop has over 30 years of combined federal law enforcement and private sector experience and recently established his firm, Tom Bishop & Associates LLC.

## *Industry Involvement*

Tom frequently lectures and presents on federal criminal tax and white-collar investigative matters, as well as international tax administration, offshore banking and the IRS Voluntary Disclosure Program to industry organizations.  These organizations include the American Bar Association; New York City Bar Association; Nassau County Bar Association; Suffolk County Bar Association; New York State Society of CPAs; the Florida International Bankers Association; and the Practising Law Institute.

## *Education*
- Bachelor of Science, Accounting – Penn State University 1990

## *Employment Background & Experience*
- President, Tom Bishop & Associates LLC, East Islip, NY, with a focus on tax controversy and advocacy, white collar litigation support and forensic accounting services. (Established December 2022)

- Managing Director, BDO USA, LLP, New York, NY, concentrating on forensic investigation, tax controversy, investigative and litigation support. (March 2021 to December 2022

- Director, Baker Tilly US, LLP, New York, NY, concentrating in tax controversy, investigative and litigation support. (January 2017- March 2021)

- Director, International Field Operations, IRS Criminal Investigation (IRS CI), Washington DC.  Senior IRS CI official responsible for the oversight of all IRS CI international investigative activities involving countries in the western hemisphere. (2016).  The IRS CI Executive in charge of the "Panama Papers" investigation. Retired in good standing on December 31, 2016.

- Assistant Special Agent in Charge, IRS Criminal Investigation, New York, NY Responsible for all regional field operations, including the investigative, administrative and HR matters for NYC, Long Island, and Western New York, covering four federal judicial districts. (2012 – 2016).  Headed the IRS International

Financial Fraud Task Force, responsible for the investigations of over a dozen Swiss, Lichtenstein, and Caribbean financial institutions, as well as the recovery of over $1 Billion in taxes, penalties and forfeitures to the US Government.

- Supervisory Special Agent, IRS Criminal Investigation, New York, NY.  Front line supervisor responsible for daily investigative activities ten IRS CI special agents.  Provide direct oversight and guidance to team members related to complex financial investigations including tax evasion/fraud, money laundering, public corruption and construction related financial frauds. (2005 – 2012)

- Special Agent, IRS Criminal Investigation, New York, NY.  Conducted complex financial investigations involving violations of the Internal Revenue Code and related financial crimes including money laundering and Bank Secrecy Act violations. Testified before grand jury and in jury trials.  Collaborated with the United States Attorney's office and the Department of Justice, Tax Division. (1991 – 2005)

### *Trial Testimony for the Government*

- US District Court, Eastern District of NY & Southern District of NY
    - US v. Meneilly, et al
    - US v. Isernio, et al
    - US v. Friemann

### *Trial Testimony for the Defense*

- US v. Wedd, et al (SDNY – April 2017, August 2017 and November 2017)
- US v. Gyetvay (Middle District of Florida, March 2023)
- US v. Khwaja (EDNY - April 2023)

### *Civil Testimony*

- Deposition, Superior Court, Mecklenburg, North Carolina
  Kixsports, LLC v. Ryan Munn, Tyler Vaughn (17-CVS-16373) (July 2019)

### *Professional Activities*

- Mr. Bishop is Certified Fraud Examiner (CFE) and a member of the Association of Certified Fraud Examiners.
- IRS Enrolled Agent (EA) (December 2016 – present)
- NYS Unified Court System Appointment Eligible – Accountant