DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:    (771) 217-6091
    E-mail:        LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | **GOVERNMENT'S AMENDED EXHIBIT LIST** |
| v. | |
| ROBERT HUNTER BIDEN, | Trial Date:      September 5, 2024 |
| Defendant. | Trial Time:     9:00 a.m. |
| | Location:       Courtroom of the |
| | Hon. Mark Scarsi |

        Plaintiff United States of America, by and through its counsel of record, hereby files this amended government exhibit list.

        On July 17, 2024, the government provided defense counsel with its exhibit list and with the exhibits referenced on that list, pursuant to paragraph G(4) of the Court's Initial Standing Order for Criminal Cases.  On July 31, 2024, the defendant provided the government with its position as to the authenticity and admissibility of the exhibits listed therein, as reflected in the list submitted with this filing.

1

Dated: July 31, 2024                          Respectfully submitted,

2

3                                             DAVID WEISS
                                              Special Counsel
4

5                                             /s/
                                              LEO J. WISE
6                                             Principal Senior Assistant Special Counsel

7                                             DEREK E. HINES
8                                             Senior Assistant Special Counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

| No. of Exhibit | Description | Stip. to Authen | Stip. to Admiss | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Multiple Emails Between Eric Scherwin and Others | Yes | No | | |
| 2 | Email from Eric Scherwin to Hunter Biden re: Dashboard | | No | | |
| 3 | Email from Eric Scherwin to Hunter Biden re: Spreadsheet | Yes | No | | |
| 4 | Robert Hunter Biden Income Flow 2014 | | No | | |
| 5 | Email from Eric Scherwin to Joan Mayer re: Reconciliation | Yes | No | | |
| 6 | Spreadsheet Revenue Received by RSB on Behalf of Robert Hunter Biden and Payments Received by Robert Hunter Biden from RSB | | No | | |
| 7 | Email from hbiden@rosemontseneca.com to Eric Scherwin CC Joan Mayer re: Taxes - Final Numbers | Yes | No | | |
| 8 | Email from Hunter Biden to Eric Scherwin CC Joan Peugh re: Bills | Yes | No | | |
| 9 | Email from Eric Scherwin to Bill Morgan re: 2014 Amendment | Yes | No | | |
| 10 | Email from Eric Schwerin to Hunter Biden CC Joan Mayer re: Monthly Income Expenses | Yes | No | | |
| 11 | Email from Eric Scherwin to Devon Archer CC Joan Mayer re: BHR/Skaneateles/Ulysses Side Agreement | | No | | |
| 12 | Email from Eric Scherwin to Hunter Biden re: Income | Yes | No | | |
| 13 | Email from Eric Scherwin to Hunter Biden re: Proposal | Yes | No | | |

| 14 | Email from Eric Scherwin to Hunter Biden re: Outstanding Debts | Yes | No | | |
|----|---|---|---|---|---|
| 16 | Email from Eric Schwerin to Hunter Biden cc Joan Mayer re: Hunter Taxes | | No | | |
| 17 | Email from Eric Scherwin to cynthia.duncan@wellsfargoadvisors.com re: Owasco PC | Yes | No | | |
| 18 | Email from cynthia.duncan@wellsfargoadvisors.com to Multiple People re: Owasco PC | Yes | No | | |
| 19 | Email from Erick Scherwin to Hunter Biden CC Joan Mayer re: 2016 Taxes | Yes | No | | |
| 20 | Email from Eric Schwerin to Hunter Biden cc Joan Mayer re 2016 Taxes | Yes | No | | |
| 21 | Email from Eric Scherwin to Hunter Biden and Joan Mayer re: 2016 Taxes | | No | | |
| 22 | Email from Joan Mayer to Eric Scherwin re: Updated Ledger and invoices | Yes | No | | |
| 23 | Email from Eric Schwerin to Joan Mayer re: Taxes | Yes | No | | |
| 24 | Email from hbiden@rosemontseneca.com to Joan Mayer re: Taxes - are they signed? They need to be postmarked TODAY | Yes | No | | |
| 25 | 1.16.2017 H. Biden email J. Mayer, re. Money Heads Up (Google-00190036) | Yes | No | | |
| 26 | 4.14.2017 J. Mayer email H. Biden, re. Weekly Bill Update (Google-00138045) | Yes | No | | |

| 27 | Email from Bill Morgan to Joan Mayer re: Biden IRS letter | Yes | No | | |
|---|---|---|---|---|---|
| 28 | 8.1.2017 J. Mayer email H. Biden, Re. Bills due (Laptop-00090426) | Yes | No | | |
| 29 | Agreement Between Robinson Walker LLC and European Energy & Infrastructure Group Limited | No | No | | |
| 30 | Email from Rob Walker to James Gillar re: Our Agreement | Yes | No | | |
| 31 | Email from Andreia Pislaru to rob@rstp.com re: RW Agreement | Yes | No | | |
| 32 | Email from Rob Walker to Joan Mayer re: Hunter's Income | Yes | No | | |
| 33 | Owasco Invoice to Robinson Walker LLC for Consulting Fee | Yes | No | | |
| 34 | Rosemont Seneca Advisors LLC Invoice to Rob Walker/Robinson Walker LLC for Advisory Services | Yes | No | | |
| 35 | Hunter Biden Whats App Messages | Yes | No | | |
| 36 | Email from Hunter to Multiple People re: Revised CEFC Framework Agreement | Yes | No | | |
| 37 | Email from Tony Bobulinski to Robert Biden CC Rob Walker re: Expectations | Yes | No | | |
| 38 | Email from Robert Biden to James Gilliar cc Tony Bobulinski and Rob Walker | | No | | |
| 39 | Email from Rob Walker to Joan Peugh re: RHB Ledger | Yes | No | | |

| 40 | Robert Hunter Biden Form 1099 | Yes | No | | |
|---|---|---|---|---|---|
| 40A | Robert Hunter Biden Form 1099 - REDACTED | Yes | No | | |
| 41 | Agreement between Hunter Biden and Drew Jubera regarding Biden's book | Yes | No | | |
| 42 | Amended and Restated Limited Liability Company Agreement of Hudson West III, LLC | Yes | No | | |
| 43 | Email from Robert Biden to Gongwen Dong re: | Yes | No | | |
| 44 | Email from Robert Biden to Sara Biden re: Revised Hudson West II LLC Agreement | Yes | No | | |
| 45 | HWIII Meeting Minutes #6 | Yes | No | | |
| 46 | Hunter Biden Whats App Messages | Yes | No | | |
| 47 | U.S. District Court, Southern District of New York Criminal Docket 17CR00779-LAP, Untied States v. Chi Ping Patrick Ho | Yes | No | | |
| 48 | Email from Robert Biden to Multiple People re: Meeting of the Board of Requested | Yes | No | | |
| 49 | Email from Robert Hunter to Multiple People re: RSA Expenses June-Dec 2017 Numbers | Yes | No | | |

| 50 | Email from Jim Biden to Multiple People re: Payment Agency Letter Attached | Yes | No | | |
| 51 | Emil from Meryn Yan to dongxiao.ke@kaiyuancapital.com re: Hudson West | Yes | No | | |
| 52 | Hudson west III Second Amended and Restated Limited Liability Company Agreement | Yes | No | | |
| 53 | Email from Mervyn Yan to Hunter Biden CC Jim Biden re: Mervyn please wire- | Yes | No | | |
| 54 | Email from Sara Biden to Mervyn Yan re: Invoice 1264 from Lion Hall Group, LLC | Yes | No | | |
| 54A | Email from Sara Biden to Mervyn Yan re: Invoice 1264 from Lion Hall Group, LLC - REDACTED | Yes | No | | |
| 55 | Certificate of Cancellation of Hudson West III LLC | Yes | No | | |
| 56 | General Ledger - Hudson West III LLC | Yes | No | | |
| 57 | Email from Mervyn Yan to Hunter Biden CC Jim and Sara Biden re: HW III | Yes | No | | |
| 58 | Email from Ke Sharon to Mervyn Yan re: HW III 2018 Tax Return | Yes | No | | |
| 59 | Email from Katie Dodge to Eric Scherwin, CC Joan Mayer re: Health Insurance | Yes | No | | |
| 60 | Email from Katie Dodge to Rachel Parkhurst re: 2017 1099 Owasco PC | Yes | No | | |
| 61 | Email from Katie Dodge to jmayer@rosemontseneca.com and Eric Scherwin re: Moving | Yes | No | | |

| 62 | Screen Shot of Messages between Hunter Biden and Katie Dodge | Yes | No | | |
|---|---|---|---|---|---|
| 63 | Email from Katie Dodge to Rachel Siverman re: Tax Information Need for Mr. Biden's 2017 Extensions | Yes | No | | |
| 64 | Email from Katie Dodge to Rachel Silverman re: Tax Information Need for Mr. Biden's 2017 Extensions | Yes | No | | |
| 65 | Email from Katie Dodge to dodgekatie13@gmail.com re: Thank you! Lmk if anything else | Yes | No | | |
| 65A | Email from Katie Dodge to dodgekatie13@gmail.com re: Thank you! Lmk if anything else - REDACTED | Yes | No | | |
| 66 | Email from Katie Dodge to Lourdes Dominguez re: Tax Info for Mr. Biden's 2017 Extensions | Yes | No | | |
| 67 | Email from Katie Dodge to Rachel Silverman re: Tax Information Need for Mr. Biden's 2017 Extensions | Yes | No | | |
| 68 | Email from Katie Dodge to Bill Morgan re: Hunter's 2017 Taxes | Yes | No | | |
| 69 | Email from Katie Dodge to Christian Saveri re: Owasco Docs | Yes | No | | |
| 69A | Email from Katie Dodge to Christian Saveri re: Owasco Docs - REDACTED | Yes | No | | |

| 70 | 2018 Earnings Record for Lunden Roberts | Yes | No | | |
| 71 | Email from Katie Dodge to Multiple People re: Funds | Yes | No | | |
| 72 | Email from Katie Dodge to Joan Mayer re: RHB Things | Yes | No | | |
| 73 | Email from cynthia.duncan@wellsfargoadvisors.com to dodgekatie13@gmail.com re: Incoming | Yes | No | | |
| 74 | Email from Katie Dodge to Hunter Biden re: filename-1.pdf | Yes | No | | |
| 75 | Email from cynthia.duncan@wellsfargoadvisors.com to dodgekatie13@gmail.com re: Wire | Yes | No | | |
| 76 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Monday Morning | Yes | No | | |
| 76A | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Monday Morning - REDACTED | Yes | No | | |
| 77 | Email from Katie Dodge to Patricia Maguire re: Termination | Yes | No | | |
| 78 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Incoming Funds | Yes | No | | |
| 79 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: KB | Yes | No | | |
| 80 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Wire | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 81 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Please wire | Yes | No | | |
| 82 | Email from Katie Dodge to Lourdes Dominguez re: 2017 Tax Information | Yes | No | | |
| 83 | Email from Katie Dodge to Erin Straughter re: Enrollment Forms | Yes | No | | |
| 83A | Email from Katie Dodge to Erin Straughter re: Enrollment Forms - REDACTED | Yes | No | | |
| 84 | Email from Lourdes Dominguez to Katie Dodge re: Porsche Statement | Yes | No | | |
| 85 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.comre: Funds | Yes | No | | |
| 86 | Email from Katie Dodge to Joan Mayer re: 2017 Individual Income Tax Returns for Mr. Biden | Yes | No | | |
| 87 | Email from Katie Dodge to Lourdes Dominguez re: Owasco PC 2017 Activity | Yes | No | | |
| 88 | Email from Katie Dodge to multiple people re: Funds | Yes | No | | |
| 89 | Email from Katie Dodge to cynthia.duncan@wellsfargoadvisors.com re: Funds | Yes | No | | |
| 90 | Email from Lourdes Dominguez to Catherine Dodge re: Owasco, PC | Yes | No | | |
| 91 | Email from Katie Dodge to Hunter Biden re: Question | Yes | No | | |
| 92 | Lunden Roberts Text to Katie Dodge | No | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 93 | Email from Katie Dodge to Robert Biden re: Quit Claim Deet - To Be Signed | Yes | No | | |
| 94 | Email from Kathleen Biden to Katie Dodge re: QuitClaim Deed - To Be Signed | Yes | No | | |
| 95 | Email from Katie Dodge to Kathleen Biden re: Following Up | Yes | No | | |
| 96 | Email from Lourdes Dominguez to Katie Dodge CC Bill Morgan re: Change of Address | Yes | No | | |
| 97 | Email from Katie Dodge to Kathleen Biden re: Following Up | Yes | No | | |
| 98 | Email from Bill Morgan to Kaite Dodge re: RHB Letter | Yes | No | | |
| 99 | Email from Kathleen Biden to Katie Dodge re: Letter for Hunter | Yes | No | | |
| 100 | Email from Katie Dodge to Kathleen Biden re: Letter from Hunter | Yes | No | | |
| 101 | Email from Katie Dodge to Edward Prewitt re: ACH etc. | Yes | No | | |
| 102 | Email from Robert Hunter to Katie Dodge re: Please Respond | Yes | No | | |
| 103 | Email from Katie Dodge to edward.e.prewitt@wellsfargo.com CC Robert Biden re: Maisy's 529 Plan | Yes | No | | |
| 104 | Email from Katie Dodge to Rachel Parkhurst re: Owasco 2018 1099s | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 105 | Email from Katie Dodge to Multiple People re: Consolidating Accounts to 5858 | Yes | No | | |
| 106 | Robert Hunter Biden Expenses | No | No | | |
| 107 | Email from Katie Dodge to Robert Biden re: | Yes | No | | |
| 108 | Email from Katie Dodge to Bmorgan@morganwingate.com re: IRS Totals | Yes | No | | |
| 109 | Email from Robert Hunter to Katie Dodge CC cynthia.duncan@wellsfargoadvisors.com re: Payment Scheduled for Tomorrow | Yes | No | | |
| 110 | Email from Katie Dodge to Bmorgan@morganwingate.com re:  Numbers. | Yes | No | | |
| 111 | Email from Katie Dodge to Hunter Biden CC George Mesires re: Bills - Due Late April & Early-May | Yes | No | | |
| 112 | Email from Katie Dodge to Multiple People re: NSF | Yes | No | | |
| 113 | Email from Katie Dodge to Hunter Biden and George Mesires re: Bills List | Yes | No | | |
| 114 | Email from Catherine Dodge to Multiple People re: August 2019 - Bills List | Yes | No | | |
| 115 | Email from Catherine Dodge to Multiple People re: Bills List **Attention Needed Please** | Yes | No | | |

| 116 | Email from Catherine Dodge to Hunter Biden and George Mesires re: Bills List | Yes | No | | |
|---|---|---|---|---|---|
| 117 | Email from Catherine Dodge to Hunter Biden and George Mesires re: Current Bills (Added Skaneateles Insurance Bill) | Yes | No | | |
| 118 | Text Message re Booking Presidential Suite | No | No | | |
| 119 | Apple Notes of Expenses | No | No | | |
| 120 | Instagram Message from Hunter re Fraud Alert | No | No | | |
| 121 | Zoe Kestan Photos - All | No | No | | |
| 121A | Zoe Kestan Photos - All - REDACTED | No | No | | |
| 122 | Zoe Kestan Photos - 2 | No | No | | |
| 122A | Zoe Kestan Photos - 2 - REDACTED | No | No | | |
| 123 | Booking Details for Car Rental for Robert Biden | Yes | No | | |
| 123A | Booking Details for Car Rental for Robert Biden - REDACTED | Yes | No | | |
| 124 | Columbia University Payment Receipt for Naomi Biden | Yes | No | | |
| 124A | Columbia University Payment Receipt for Naomi Biden - REDACTED | Yes | No | | |
| 125 | Hallie Biden 2018 W-4 Tax Form | Yes | No | | |
| 125A | Hallie Biden 2018 W-4 Tax Form - REDACTED | Yes | No | | |

| 126 | Hallie Biden 2018 Earnings Record | Yes | No | | |
| 127 | Email from Katie Dodge to Patricia Maguire re: Motorized Wage Letter | Yes | No | | |
| 128 | Owasco PC Employee Election Form - Hallie Biden | Yes | No | | |
| 128A | Owasco PC Employee Election Form - Hallie Biden - REDACTED | Yes | No | | |
| 129 | Tax Form W-4 (2018) Elizabeth Secundy | Yes | No | | |
| 129A | Tax Form W-4 (2018) Elizabeth Secundy | Yes | No | | |
| 130 | Elizabeth Secundy 2018 Tax form W-4 | Yes | No | | |
| 130A | Elizabeth Secundy 2018 Tax form W-4 - REDACTED | Yes | No | | |
| 131 | 2018 Tax Form W-4 - Lunden Roberts | Yes | No | | |
| 131A | 2018 Tax Form W-4 - Lunden Roberts - REDACTED | Yes | No | | |
| 132 | Owasco Employee Election Form - Lunden Roberts | Yes | No | | |
| 132A | Owasco Employee Election Form - Lunden Roberts - REDACTED | Yes | No | | |
| 133 | Erin Straughter - Earnings Record Owasco PC | Yes | No | | |
| 134 | Erin Straughter Spreadsheet - 2018 W2 and 1099 | | No | | |
| 135 | Erin Straughter Wires $10K Wire to Erin Straughter on 6/12/18 $2K Wire to Erin Straughter on /6/18/187 | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| | $18K Wire to Erin Straughter on 7/6/18 (10K "Golf Member dep" 8K wage) $10K Wire to Erin Straughter on 9/28/18 $6,500 Wire to Erin Straughter on 10/2/2018 | | | | |
| 135A | Erin Straughter Wires $10K Wire to Erin Straughter on 6/12/18 $2K Wire to Erin Straughter on /6/18/187 $18K Wire to Erin Straughter on 7/6/18 (10K "Golf Member dep" 8K wage) $10K Wire to Erin Straughter on 9/28/18 $6,500 Wire to Erin Straughter on 10/2/2018 - REDACTED | Yes | No | | |
| 136 | Email from United Airlines to rhb@rspdc.com re: Your United Reservation for Washington, DC, US (IAD - Dulles) is Processing | Yes | No | | |
| 137 | Chase Bank Statement - Acct# 0168 - Erin Straughter | Yes | No | | |
| 137A | Chase Bank Statement - Acct# 0168 - Erin Straughter - REDACTED | Yes | No | | |
| 138 | Multiple Emails | Yes | No | | |
| 138A | Multiple Emails - REDACTED | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 139 | Erin Straughter - 2018 Form W-2 and 1099 | Yes | No | | |
| 140 | Bank of America Wire Acct# 5142 | Yes | No | | |
| 140A | Bank of America Wire Acct# 5142 - REDACTED | Yes | No | | |
| 141 | Multiple Emails from Erin Straughter re: Malibu Listings | No | No | | |
| 142 | Bank of America Acct# 2692 - Signature Card - Erin Straughter | Yes | No | | |
| 142A | Bank of America Acct# 2692 - Signature Card - Erin Straughter - REDACTED | Yes | No | | |
| 143 | Email from Erin Straughter to Katie Dodge re: Insurance & Job Status Inquiries | Yes | No | | |
| 144 | Text Messages from Hunter Biden to Erin Straughter | Yes | No | | |
| 144A | Text Messages from Hunter Biden to Erin Straughter - REDACTED | Yes | No | | |
| 145 | 7/24/2018 Lehua Jordan money transfer $4000.08; 8/27/2018 money transfer $2000.00 | Yes | No | | |
| 145A | 7/24/2018 Lehua Jordan money transfer $4000.08; 8/27/2018 money transfer $2000.00 - REDACTED | Yes | No | | |
| 146 | Venmo | No | No | | |
| 147 | Kathleen Buhle Biden v. Robert Hunter Biden - | Yes | No | | |

| | | Complaint for Absolute Divorce and Other Relief | | | | |
|---|---|---|---|---|---|---|
| | 147A | Kathleen Buhle Biden v. Robert Hunter Biden - Complaint for Absolute Divorce and Other Relief - REDACTED | Yes | No | | |
| | 148 | Kathleen Buhle Biden v. Robert Hunter Biden - Court Docket | Yes | No | | |
| | 149 | Email from Kathleen Biden to Hunter Biden re: Medical Bills | Yes | No | | |
| | 150 | Kathleen Biden and Robert Hunter Biden Marital Settlement Agreement | Yes | No | | |
| | 150A | Kathleen Biden and Robert Hunter Biden Marital Settlement Agreement - REDACTED | Yes | No | | |
| | 151 | Kathleen Buhle Biden v. Robert Hunter Biden Findings of Fact, Conclusion of Law and Judgment of Absolute Divorce | Yes | No | | |
| | 151A | Kathleen Buhle Biden v. Robert Hunter Biden Findings of Fact, Conclusion of Law and Judgment of Absolute Divorce - REDACTED | Yes | No | | |
| | 152 | Text Messages between Hunter Biden's Old Phone and Kathleen Biden | Yes | No | | |
| | 153 | Text messages from Kathleen Buhle to Hunter Biden | Yes | No | | |
| | 154 | Text Messages between Hunter Biden and Kathleen Buhle | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 154A | Text Messages between Hunter Biden and Kathleen Buhle - REDACTED | Yes | No | | |
| 155 | Text Messages between Kathleen Buhle and Katie Dodge | Yes | No | | |
| 156 | Email from Kathleen Biden to Hunter Biden re: Tax Lien | Yes | No | | |
| 157 | Email from Kathleen Biden to rhbdc@icloud.com re: Taxes, Mortgage and Loan From My Parents | Yes | No | | |
| 158 | Email from Kathleen Biden to Chris D'Amato and Amy D'Amato re: Call with George | Yes | No | | |
| 159 | Kathleen Buhle Biden v. Robert Hunter Biden Order re: Status Hearing 2/26/2020 | Yes | No | | |
| 160 | Kathleen Buhle (formerly Kathleen Buhle Biden) v. Robert Hunter Biden re: Second Motion to Enforce Marital Settlement Agreement and Enforcement of January 2, 2020 Order | Yes | No | | |
| 161 | Letter from The Law Office of Rebekah Sullivan to Sarah Mancinelli. | Yes | No | | |
| 162 | Letter from The Law Office of Rebekah Sullivan to George Mesires and Sarah Mancinelli re: Notice of Default - Marital Settlement Agreement Dated 3/27/2017 | Yes | No | | |
| 163 | Email from Rebekah Sullivan (attorney for Kathleen Biden) to George Mesires and Sarah Mancinelli re: Biden Matter | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 164 | Email from Rebekah Sullivan (attorney for Kathleen Biden) to George Mesires and Sarah Mancinelli re: Biden Matter | Yes | No | | |
| 165 | Kathleen Buhle Biden v. Robert Hunter Biden Motion to Enforce Marital Settlement Agreement | Yes | No | | |
| 166 | 11.11.2019 H. Biden contract D. Jubera (JuberaDOJ0011) | Yes | No | | |
| 167 | SSDOJ0009 - Executed Contract with Simon & Schuster - 2019.11.25 | Yes | No | | |
| 168 | Email from Kevin Morris to RHB LA re chaps | Yes | No | | |
| 169 | Troy Schmidt's Billing Diary | No | No | | |
| 170 | Summary of Estimated Tax Liabilities 2015-2019 | Yes | No | | |
| 171 | Edward White & Co., LLP Billing Statements | Yes | No | | |
| 172 | Summary of a Telephone Conversation with IRS Agent Mr. Turner | No | No | | |
| 173 | Email from Troy Schmidt to George Mesires CC Jeffrey Gelfound re: 2018 Draft Corporate Schedules | Yes | No | | |
| 174 | Email from rhbla@protonmail.com to Troy Schmidt re: Meeting | Yes | No | | |
| 175 | Email from rhbla@protonmail.com to Multiple People re: Progress | Yes | No | | |
| 176 | Email from Troy Schmidt to Kevin Moris cc multiple people re: 2017 and 2018 Draft Tax Returns | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 177 | Robert Hunter Biden and Edward White & Co., LLC Executed Engagement Letter | Yes | No | | |
| 177A | Robert Hunter Biden and Edward White & Co., LLC Executed Engagement Letter - REDACTED | Yes | No | | |
| 178 | Notes | No | No | | |
| 179 | Owasco Open Items 2017 Tax Returns | No | No | | |
| 180 | 2017 Individual Tax Return R. Hunter Biden | No | No | | |
| 180A | 2017 Individual Tax Return R. Hunter Biden - REDACTED | No | No | | |
| 181 | Owasco PC 2018 Tax Return Open Items | No | No | | |
| 182 | Chase Consulting Fee Wires Acct# 5142 | Yes | No | | |
| 182A | Chase Consulting Fee Wires Acct# 5142 - REDACTED | Yes | No | | |
| 183 | Owasco LLC Wells Fargo Bank Account marks up by RHB | No | No | | |
| 183A | Owasco LLC Wells Fargo Bank Account markup by RHB - REDACTED | No | No | | |
| 184 | Robert Hunter Biden 2018 Wells Fargo Bank Acct# 4929 markup by RHB | No | No | | |
| 184A | Robert Hunter Biden 2018 Wells Fargo Bank Acct# 4929 markup by RHB - REDACTED | No | No | | |
| 185 | Billing Schedules - Jeffrey Gelfound | No | No | | |
| 186 | Miscellaneous Tax Documents - Robert and Kathleen Biden | No | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 186A | Miscellaneous Tax Documents - Robert and Kathleen Biden - REDACTED | No | No | | |
| 187 | Email from Jeffrey Gelfound to George Mesires CC Troy Schmidt re: 2017 Tax Returns - Owasco PC | Yes | No | | |
| 188 | Owasco, PC 2017 Tax Returns Notes as of December 12, 2019 | No | No | | |
| 188A | Owasco, PC 2017 Tax Returns Notes as of December 12, 2019 - REDACTED | No | No | | |
| 189 | Email from George Mesires to Jeffrey Gelfound CC Troy Schmidt re: Attorney Work Product - RE: RHB 2017 Tax Returns | Yes | No | | |
| 190 | Email from George Mesires to Jeffrey Gelfound CC R. Hunter Biden re: Hudson West | Yes | No | | |
| 191 | Email from George Mesires to Jeffrey Gelfound re: 2017 & 2018 Tax Returns | Yes | No | | |
| 192 | 2018 EWC Workpapers | No | No | | |
| 192A | 2018 EWC Workpapers - REDACTED | No | No | | |
| 193 | Meeting Notes January 28, 2020 | No | No | | |
| 194 | Letter from Edward White & Co, LLP Certified Public Accountants to Hunter Biden C/O Owasco PC re 2018 Tax Documents | Yes | No | | |
| 194A | Letter from Edward White & Co, LLP Certified Public Accountants to Hunter Biden C/O Owasco PC re 2018 Tax Documents - REDACTED | Yes | No | | |

21

| 195 | Email from Sara Biden to Jeffrey Gelfound re: 2018 Consulting Fees | Yes | No | | |
| 196 | 6.10.2020 EWC Meeting Agenda | Yes | No | | |
| 197 | Owasco PC Working Papers | No | No | | |
| 197A | Owasco PC Working Papers - REDACTED | No | No | | |
| 198 | Email from George Mesires to Multiple People re: Privileged and Confidential | Yes | No | | |
| 199 | Jeffrey Gelfound Billing Schedules | No | No | | |
| 200 | 2014 Owasco PC 1120 | Yes | No | | |
| 200A | 2014 Owasco PC 1120 - REDACTED | Yes | No | | |
| 201 | 2014 Robert Hunter Biden and Kathleen B. Biden 1040 | Yes | No | | |
| 201A | 2014 Robert Hunter Biden and Kathleen B. Biden 1040 - REDACTED | Yes | No | | |
| 202 | 2015 Owasco PC 1120 | Yes | No | | |
| 202A | 2015 Owasco PC 1120 - REDACTED | Yes | No | | |
| 203 | 2015 Robert Hunter Biden and Kathleen B. Biden 1040 | Yes | No | | |
| 203A | 2015 Robert Hunter Biden and Kathleen B. Biden 1040 - REDACTED | Yes | No | | |
| 204 | 2016 Owasco PC 1120 | Yes | No | | |
| 204A | 2016 Owasco PC 1120 - REDACTED | Yes | No | | |
| 205 | 2016 Robert Hunter Biden 1040 | Yes | No | | |
| 205A | 2016 Robert Hunter Biden 1040 - REDACTED | Yes | No | | |

| 206 | 2016 Robert Hunter Biden Individual Account Transcript | Yes | No | | |
|---|---|---|---|---|---|
| 206A | 2016 Robert Hunter Biden Individual Account Transcript - REDACTED | Yes | No | | |
| 207 | 2016 Robert Hunter Biden Individual Income Return Transcript | Yes | No | | |
| 207A | 2016 Robert Hunter Biden Individual Income Return Transcript - REDACTED | Yes | No | | |
| 208 | 2017 Owasco PC 1120 | Yes | No | | |
| 208A | 2017 Owasco PC 1120 - REDACTED | Yes | No | | |
| 209 | 2017 Robert Hunter Biden 1040 | Yes | No | | |
| 209A | 2017 Robert Hunter Biden 1040 - REDACTED | Yes | No | | |
| 210 | 2017 Robert Hunter Biden Individual Account Transcript | Yes | No | | |
| 210A | 2017 Robert Hunter Biden Individual Account Transcript - REDACTED | Yes | No | | |
| 211 | 2017 Robert Hunter Biden Individual Income Return Transcript | Yes | No | | |
| 211A | 2017 Robert Hunter Biden Individual Income Return Transcript - REDACTED | Yes | No | | |
| 212 | 2018 Owasco PC 1120 | Yes | No | | |
| 212A | 2018 Owasco PC 1120 - REDACTED | Yes | No | | |
| 213 | 2018 Robert Hunter Biden 1040 | Yes | No | | |
| 213A | 2018 Robert Hunter Biden 1040 - REDACTED | Yes | No | | |
| 214 | 2018 Robert Hunter Biden Individual Account Transcript | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 214A | 2018 Robert Hunter Biden Individual Account Transcript - REDACTED | Yes | No | | |
| 215 | 2019 Owasco PC 1120 | Yes | No | | |
| 216 | 2019 Robert Hunter Biden 1040 | Yes | No | | |
| 216A | 2019 Robert Hunter Biden 1040 - REDACTED | Yes | No | | |
| 217 | 2019 Robert Hunter Biden 4868 Application for Automatic Extension | Yes | No | | |
| 217A | 2019 Robert Hunter Biden 4868 Application for Automatic Extension - REDACTED | Yes | No | | |
| 218 | 2019 Robert Hunter Biden Individual Account Transcript | Yes | No | | |
| 218A | 2019 Robert Hunter Biden Individual Account Transcript - REDACTED | Yes | No | | |
| 219 | 2019 Robert Hunter Biden Individual Income Tax Form 1040 Transcript | Yes | No | | |
| 219A | 2019 Robert Hunter Biden Individual Income Tax Form 1040 Transcript - REDACTED | Yes | No | | |
| 220 | Email from Bill Morgan to hbiden@rosemontseneca.com and rhbdc@icloud.com | Yes | No | | |
| 221 | Email from Bill Morgan to hbiden@rosemontseneca.com and rhbdc@icloud.com re: 2017 Tax Returns | Yes | No | | |
| 222 | Email from Bill Morgan to hbiden@rosemontseneca.com and rhbdc@icloud.com | Yes | No | | |
| 223 | Email from Bill Morgan to hbiden@rosemontseneca.com | Yes | No | | |

| | | | | | |
|---|---|---|---|---|---|
| | and rhbdc@icloud.com re: IRS notice | | | | |
| 224 | Email from Bill Morgan to George Mesires and Robert Biden cc hbiden@rosemontseneca.com | Yes | No | | |
| 225 | Email from Bill Morgan to Robert Hunter and George Mesires | Yes | No | | |
| 226 | AT&T Wireless Subscriber Information | Yes | No | | |
| 226A | AT&T Wireless Subscriber Information - REDACTED | Yes | No | | |
| 227 | Beautiful Things, A Memoir by Hunter Biden - Chapter 9 | Yes | No | | |
| 228 | Robert Walker Funds Analysis | Yes | No | | |
| 229 | Owasco Line of Credit with Wells Fargo | Yes | No | | |
| 229A | Owasco Line of Credit with Wells Fargo - REDACTED | Yes | No | | |
| 230 | Wells Fargo Transaction Report | Yes | No | | |
| 230A | Wells Fargo Transaction Report - REDACTED | Yes | No | | |
| 231 | Venmo Response of Robert Hunter Biden User Activity | | No | | |
| 232 | Email from Eric Schwerin to Joan Mayer re: Thoughts | Yes | No | | |
| 233 | Text Messages from Hunter Biden to Elizabeth Secundy | Yes | No | | |
| 233A | Text Messages from Hunter Biden to Elizabeth Secundy - REDACTED | Yes | No | | |
| 234 | Master Card Statement Showing Payments from Business Line of Credit to M Street Management | Yes | No | | |

Case 2:23-cr-00599-MCS   Document 150   Filed 07/31/24   Page 26 of 27   Page ID #:3422

| 235 | Robert Hunter Biden Receipts Provided by M Street Management | No | No | | |
| 236 | 1006 Summary Chart of First Republic Accounts #4563 and #9170 Spending from January 1, 2020 to June 30, 2020 | Yes | No | | |
| 237 | 1006 Summary Chart of Funds Available in Robert Hunter Biden's Bank Accounts | Yes | No | | |
| 238 | 1006 Summary Chart of Selected Sources of Income in March and April of 2019 | Yes | No | | |
| 239 | 1006 Summary Chart of Payments from Burisma Holdings Limited | Yes | No | | |
| 240 | 1006 Summary Chart of Funds Received from John Walker and Robinson Walker LLC | Yes | No | | |
| 241 | 1006 Summary Chart Owasco PC 2018 Payroll Details from April 21, 2018 to December 14, 2018 | Yes | No | | |
| 242 | 1006 Summary Chart of Approximate Expenses Made from Owasco PC, Owasco LLC and the Robert Hunter Biden's Bank Accounts 2016-2019 | Yes | No | | |
| 243 | 1006 Summary Chart - Sources of Funds for Robert Hunter Biden and Owasco | Yes | No | | |
| 244 | Bryony Gordon Mad World Podcast 2021-05-03 Excerpt | Yes | No | | |
| 245 | Email from Eric Schwerin to Hunter Biden re: Burisma/Auto-Pays | Yes | No | | |
| 246 | Email from Joan Mayer to Robert Hunter Biden cc Eric | Yes | No | | |

26

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Schwerin re: Weekly Bill Update - Please Read |  |  |  |  |
| 247 | Email from Joan Mayer to Robert Hunter Biden re: Weekly Bill Update | Yes | No |  |  |
| 248 | Email from Joan Mayer to Robert Hunter Biden re: Weekly Bill Update | Yes | No |  |  |
| 249 | Moby Podcast Episode 25 2023-12-08 Excerpt | Yes | No |  |  |
| 250 | Beautiful Things Book Excerpts updated | Yes | No |  |  |
| 251 | Audio Book - Chapter 9 Page 187-193 |  | No |  |  |
| 252 | Audio Book - Chapter 9 Page 194-199 |  | No |  |  |
| 253 | Yan Cellebrite phone 3 | Yes | No |  |  |
| 254 | Hotel Photos | Yes | No |  |  |
| 255 | Howard Kittle CPA - Promissory Note and Schedule of Expenditures for RHB's benefit |  | No |  |  |
| 256 | 1/24/2019, D.C. Account Emailed Robert Hunter Biden Advising the 2018 Tax Return for Owasco, PC is Due April 15, 2019 |  | No |  |  |