# DECLARATION OF LEO J. WISE

I, Leo J. Wise, declare as follows:

1. I am Principal Senior Assistant Special Counsel and represent the government in *United States of America v. Robert Hunter Biden*, No. CR 23-cr-00599-MCS.

2. This declaration is submitted in support of the government's sixth motion in limine to exclude the delinquent payment of defendant's taxes.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Washington Post article entitled, "Hunter Biden confirms he is under federal investigation," dated December 9, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of July, 2024, in Baltimore, M.D.

/s/
LEO J. WISE
Principal Senior Assistant Special Counsel