DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530
Telephone:        (771) 217-6091
E-mail:           LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-cr-00599-MCS |
|---|---|
| Plaintiff, | |
| v. | **JOINT PROPOSED VOIR DIRE QUESTIONS** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | September 5, 2024 |
| | 9:00 a.m. |
| | Courtroom of the |
| | Hon. Mark Scarsi |

  Plaintiff United States of America, by and through its counsel of record, and defendant Robert Hunter Biden, by and through his counsel of record, respectfully request the Court ask the jury panel the following voir dire questions.

Dated: July 31, 2024

Respectfully submitted,

DAVID C. WEISS
Special Counsel

/s/
LEO J. WISE
Principal Senior Assistant Sp. Counsel
DEREK E. HINES
Senior Assistant Special Counsel

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/
MARK J. GERAGOS, ESQ.
GERAGOS & GERAGOS, P.C.
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017
Telephone (213) 625-3900
Facsimile (213) 232-3255

Angela Machala (SBN:22496)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted PHV*)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

Counsel for Robert Hunter Biden

**JOINT REQUESTED VOIR DIRE QUESTIONS**

1. [*Court Describes Trial Schedule*]. Does the schedule that I have just mentioned present a special problem to any of you?

2. [*Court Reads Statement of the Case*]. Have you heard or read anything about this case or the underlying investigation from the news, social media, or any other source?

3. Have you formed any opinions about this case that would prevent you from being a fair and impartial juror?

4. Is there anything about the nature of the charges in this case that would prevent you from being a fair and impartial juror?

5. The lawyers who are and who have been involved in this case are: Leo Wise and Derek Hines, of the United States Department of Justice, who represent the United States, and Mark Geragos, Tina Glandian, and Setara Qassim of Geragos & Geragos, and Abbe Lowell, Christopher Man, and Angela Machala of Winston & Strawn LLP, who represent the defendant, Robert Hunter Biden. Do you or your immediate family, such as spouse, child, parent, or sibling, know any of the attorneys I have just named?

6. Have you or any member of your immediate family had any business dealings with, or been employed by, any of these attorneys or their offices?

7. I will be the presiding judge in this case. Do you or anyone close to you know me, my family, or any of the court staff?

8. Are you, any member of your immediate family, or close friends acquaintances with Robert Hunter Biden or any member of his family?

9. The potential witnesses in this case are:
[*Read from Witness Lists Provided to Court by the Parties*]
Are you familiar with any of these potential witnesses?

10. The law enforcement agencies involved in this case are:
   i. The Internal Revenue Service, Criminal Investigations, and
   ii. The Federal Bureau of Investigation (FBI)

Would the fact that those agencies investigated this case interfere with your ability to be a fair and impartial juror?

11. Have you, any member of your immediate family, or close friends ever been employed by, or investigated by, any law enforcement agency, including: state or local police, the IRS, the California Franchise Tax Board, the FBI, ATF, DEA, the Secret Service, U.S. Marshals, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, the Bureau of Prisons, any state or federal prosecutor's office, or any state or local prison system?

12. Do you believe that you will give more or less weight to the testimony of a law enforcement officer, simply because he or she is employed as a law enforcement officer?

13. Have you or any member of your immediate family ever been (a) a victim of a crime, (b) a witness in a criminal case, or (c) arrested for a crime, not including minor traffic offenses?

14. Do you have any opinions about the criminal justice system that would make it difficult for you to be a fair and impartial juror in this case?

15. Are you, any member of your immediate family or a close friend studying, planning to or currently working in a legal profession (e.g., lawyer, paralegal, legal secretary)?

16. Do you have any training, education, or work experience in law enforcement or investigations?

*Taxes*

17. Do you have any training, education or work experience in bookkeeping, accounting, auditing, tax preparation, or tax advising?

18. Do you have any negative opinions or feelings about the tax laws of the United States or the Internal Revenue Service (IRS)?

19. Are you strongly against having to pay taxes at all?

20. Do you have any strong negative views about individuals who file or pay

their taxes late or do not file or pay their taxes at all?

21. Have you, your family member or relative, or your close personal friend or acquaintance affiliated with or a member of any group or organization, formal or informal, that is engaged in the study of federal tax laws or federal tax policy in general?

22. Have you, your family member or relative, or your close personal friend or acquaintance engaged in protest against tax laws or tax policy in general or do you believe that the tax laws are unconstitutional?

23. Have you, your family member or relative, or your close personal friend or acquaintance affiliated with or a member of any group or organization, formal or informal, that is engaged in protest against tax laws or tax policy in general or believe that the tax laws are unconstitutional?

24. Have you been involved in any tax audit or judicial or administrative proceedings with the Internal Revenue Service or any other agency of the United States Government, or of any state or local government, with regard to tax matters?

25. Have you or a family member ever entered into a payment plan or offer in compromise with the IRS or CA Franchise Tax Board?

26. Have you or a family member ever been the subject of a collection action by the IRS or the CA Franchise Tax Board for unpaid taxes, such as having had the IRS place a federal tax lien against them their property, levied their bank account, garnished their wages, or seized their property."

27. Does someone other than you personally prepare and/or file your individual taxes?

28. Have you used a tax preparer to help prepare your tax returns?

29. Have you or a family member ever prepared or filed taxes on behalf of a business?

30. Have you or a close a family member ever failed to pay your taxes, or been late in filing or paying your taxes?

31. Have you ever contacted the IRS or the CA Franchise Tax Board (via phone, e-mail, letter, or fax) regarding concerns or issues with your or a family member's taxes?

32. Have you or a family member ever received a Notice or Tax Lien from the IRS or the CA Franchise Tax Board about a tax delinquency or failure to file or pay?

33. Have you, a family member, or very close friend ever been charged with any tax crime(s)?

*Politics*

34. If you were eligible to vote in any election(s) in which Joseph R. Biden was a candidate, would that fact prevent you from maintaining an open, impartial mind until all of the evidence is presented, and the instructions of the Court are given?

35. Have you ever donated money to a political campaign?

36. Have you ever been actively involved in a political campaign, political organization, or any organization that is associated with a political party?

37. Have you, or any member of your immediate family or household ever run for, sought, or held any elected or appointed political office?

38. Do your views regarding the 2024 election or of any of the candidates for president, or former candidates for president, in any way prevent you from being a fair and impartial juror in this case?

39. Do you believe the United States Department of Justice, the IRS, the FBI, the CA Franchise Tax Board, or any other law enforcement agency investigates and prosecutes individuals because of politics?

40. Do you believe Robert Hunter Biden is being prosecuted in this case because his father is the President of the United States and was until recently a candidate for President?

41. Do you believe Robert Hunter Biden is not being prosecuted for other crimes because his father is the President of the United States and was until recently a candidate for President?

42. Do you agree that the law should apply equally to all, including the son of

the President?

*Addiction Matters*

43. Do you have any education, training or work experience in addiction treatment or counseling?

44. Have you, a family member or a close friend ever suffered from drug or alcohol abuse, or been addicted to drugs or alcohol in any way?

45. Have you, any member of your family or a close friend ever sought treatment, professional counselling, entered a rehab program, gone to Alcoholics Anonymous, or tried other forms of addiction treatment or therapy?

46. Do you have any strong <u>negative</u> views about past users of controlled substances, narcotics, or alcohol?

47. Do you believe someone who is addicted to drugs should not be charged with a crime?

48. Do you have any opinions about addiction to drugs or alcohol that would prevent you from maintaining an open, impartial mind until all of the evidence is presented, and the instructions of the Court are given?

*General Questions*

49. If you are selected to sit as a juror in this case, would you be unable to render a verdict solely on the evidence presented at trial?

50. If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you?

51. If you are chosen to sit as a juror in this case, you will be instructed that you will not be able to do any research or investigation, including on the Internet, on any issues in the case or communicate with others about your jury service. Is this an instruction that you will not be able to follow?

52. Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty

following this rule?

53. A fundamental principle of our legal system is that when a person is charged with a crime, he is presumed to be innocent unless and until the Government proves guilt beyond a reasonable doubt. If you are selected to sit as a juror in this case, will you have difficulty following this rule of law?

54. Robert Hunter Biden, as the defendant in this case, may choose not to testify in his own defense, and I instruct you that the choice not to testify, if that is Robert Hunter Biden's choice, may not be held against him. If you are selected as a juror in this case, will you have difficulty following this instruction?

55. Testimony may be presented in this case by a witness who has received a grant of immunity. I will instruct you on how to carefully evaluate such an immunized witness's testimony. If you are selected as a juror in this case, will you have difficulty following that instruction?

56. Have you served on a jury in a criminal case before?

57. Have you served on a grand jury before?

58. Have you ever been a witness in a civil or criminal matter, or been a plaintiff or defendant in any case?

59. Is there anything, such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

60. This is the last question. Is there anything else, including something that you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this case?