Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00599-MCS-1 |
| Plaintiff, | *Hon. Mark C. Scarsi* |
| v. | **UNOPPOSED EX PARTE APPLICATION TO FILE AN OVERSIZED BRIEF IN SUPPORT OF DEFENDANT'S REPLY TO THE OPPOSITION TO MOTIONS TO DISMISS FOR LACK OF JURISDICTION; DECLARATION OF MARK GERAGOS** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | Date: August 5, 2024<br>Time: 3:00 PM<br>Place: Courtroom 7C |

1

The Defendant, Robert Hunter Biden, by and through his counsel of record, hereby files this unopposed Ex Parte Application for an Order permitting the defendant to file an oversized brief in Reply to the government's Opposition to the defendant's Motion to Dismiss for Lack of Jurisdiction, [ECF 142] . Specifically, the defendant requests permission from this Court to file a ten page memorandum of points and authorities, exceeding the five page limit set by the Court's standing order. *Initial Standing Order for Criminal Cases Assigned to Judge Mark C. Scarsi, Section F*. This application is based on the attached declaration of Mark J. Geragos. Undersigned counsel informed the Special Counsel that it intended to file this ex parte application seeking permission to file an oversize brief. Special Counsel indicated that it has no opposition to the relief sought here.

Dated: July 31, 2024

Respectfully submitted,
GERAGOS & GERAGOS, APC

By: */s/ Mark Geragos*
  MARK J. GERAGOS
  TINA GLANDIAN
  SETARA QASSIM
  *Attorneys for Defendant,*
  ROBERT HUNTER BIDEN

## DECLARATION OF MARK J. GERAGOS

I, Mark J. Geragos, declare as follows:

1. I am the Principal of Geragos & Geragos APC, counsel for Defendant Robert Hunter Biden in the above-captioned matter. I am licensed to practice before all of the Courts of the State of California and am admitted to practice before the United States District Court for the Central, Eastern and Northern Districts of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify to such matters.

2. I submit this declaration in support of Defendant's application for an order permitting the defense to file an oversized reply brief of memorandum of points and authorities not to exceed 10 pages.

3. The government filed an opposition to Mr. Biden's Motion to Dismiss (ECF 142) totaling 15 pages, upon application by the government to file an oversized brief, which was unopposed by the defendant. [ECF 141 and 141-1.] The Court granted the government's application to file an oversized brief on July 29, 2024. [ECF 143]

4. As the government noted in its' application to file an oversized brief, the defendant's motion to dismiss raised complex legal issues that would benefit from thorough briefing. The defendant echoes the government's sentiment that the oversized briefing is not intended to burden the Court.

5. On July 31, 2024 I contacted the Leo Wise of the Office of the Special Counsel who informed me that the government does not oppose the request. *See Exhibit A.*

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct based on my personal knowledge.

Executed on this 31st day of July, 2024 in Los Angeles, California.

                    /s/ *Mark Geragos*
                    MARK GERAGOS

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I filed the foregoing Unopposed Ex Parte Application to File an Oversized Brief in Support of Defendant's Reply to the Opposition to Motions to Dismiss For Lack of Jurisdiction; Declaration of Mark Geragos with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Mark Geragos*
Mark Geragos
*Counsel for Robert Hunter Biden*