UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS<br><br>**[PROPOSED] ORDER** |

The Court having considered the Defendant's Unopposed Ex Parte Application to File an Oversized Brief in Support of Defendant's Reply to the Government's Opposition to Defendant's Motions to Dismiss for Lack of Jurisdiction submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application to File Oversized Brief is GRANTED. The Defense may file a reply to the opposition to the defendant's Motions to Dismiss for Lack of Jurisdiction not to exceed 10 pages.

IT IS SO ORDERED.

_____    _____
DATE                                                              THE HONORABLE MARK. C. SCARSI
                                                                          UNITED STATES DISTRICT JUDGE