# Exhibit "A"

Mark Geragos <mark@geragos.com>

## U.S. v. Biden, Cr. No. 23-599

**LJW (JWPT)** <LJW@usdoj.gov>  Wed, Jul 31, 2024 at 3:46 PM
To: Mark Geragos <mark@geragos.com>
Cc: "DEH (JWPT)" <DEH@usdoj.gov>, "JAM (JWPT)" <JAM@usdoj.gov>, "Kolansky, David A." <DKolansky@winston.com>, "Lowell, Abbe" <ADLowell@winston.com>, "Markarian, Lara" <LMarkarian@winston.com>, Setara Qassim <qassim@geragos.com>, Tina Glandian <tina@geragos.com>, "amachala@winston.com" <AMachala@winston.com>

No objection.

---

**From:** Mark Geragos <mark@geragos.com>
**Sent:** Wednesday, July 31, 2024 6:42 PM
**To:** LJW (JWPT) <LJW@usdoj.gov>
**Cc:** DEH (JWPT) <DEH@usdoj.gov>; JAM (JWPT) <JAM@usdoj.gov>; Kolansky, David A. <DKolansky@winston.com>; Lowell, Abbe <ADLowell@winston.com>; Markarian, Lara <LMarkarian@winston.com>; Setara Qassim <qassim@geragos.com>; Tina Glandian <tina@geragos.com>; amachala@winston.com
**Subject:** Re: [EXTERNAL] Re: U.S. v. Biden, Cr. No. 23-599

Counsel, We intend to file an ex parte application to exceed the 5 page limit in response to your opposition to the motion to dismiss (Doc 142). We plan to ask for permission to file a 10 page memorandum of points and authorities, exceeding the 5-page limit set by the Court's standing order. Your anticipated cooperation is appreciated and we will file this evening.


On Mon, Jul 29, 2024 at 11:21 AM Mark Geragos <mark@geragos.com> wrote:

> If you're asking if we have any opposition to your request to exceed the page limit by 5 pages we do not.
>
> Mark J. Geragos, Esq.
>
> GERAGOS & GERAGOS, P.C.
>
> Historic Engine Co. No. 28
> 644 South Figueroa Street
> Los Angeles, California 90017
> Telephone (213) 625-3900
> Facsimile (213) 232-3255
>
> www.geragos.com
> ----------------------------------------------
> This e-mail, including attachments, contains information that is confidential and it may be protected by the attorney/client and other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this e-mail, including attachments, and notify me by return mail or e-mail, or call me at (213) 625-3900.
>
>
> On Mon, Jul 29, 2024 at 11:14 AM LJW (JWPT) <LJW@usdoj.gov> wrote:

As I said below, we're filing today. The filing will be 15 pages, so we will be exceeding the limit by 5 pages.

---

**From:** Mark Geragos <mark@geragos.com>
**Sent:** Monday, July 29, 2024 2:08 PM
**To:** LJW (JWPT) <LJW@usdoj.gov>
**Cc:** DEH (JWPT) <DEH@usdoj.gov>; JAM (JWPT) <JAM@usdoj.gov>; Kolansky, David A. <DKolansky@winston.com>; Lowell, Abbe <ADLowell@winston.com>; Markarian, Lara <LMarkarian@winston.com>; Setara Qassim <qassim@geragos.com>; Tina Glandian <tina@geragos.com>; amachala@winston.com
**Subject:** [EXTERNAL] Re: U.S. v. Biden, Cr. No. 23-599

Good Day.  Depending on the specific request, we might be willing to stipulate or to borrow a page from DOJ, be unopposed. Can you please let us know how many pages your opposition will exceed the page limit and would the request encompass what date you intend to file your opposition?

Mark J. Geragos, Esq.

GERAGOS & GERAGOS, P.C.

Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017
Telephone (213) 625-3900
Facsimile (213) 232-3255

www.geragos.com
----------------------------------------------
This e-mail, including attachments, contains information that is confidential and it may be protected by the attorney/client and other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this e-mail, including attachments, and notify me by return mail or e-mail, or call me at (213) 625-3900.

On Mon, Jul 29, 2024 at 9:51 AM LJW (JWPT) <LJW@usdoj.gov> wrote:
> Counsel,
>
> We intend to file an ex parte application to exceed the page limit in response to your most recent motion to dismiss (ECF 133 & 140).  Please provide us with your position.
>
> We will file this evening.  Your deadline will be 24 hours from the time of filing.
>
> Thank you.

--

Mark J. Geragos, Esq.

GERAGOS & GERAGOS, P.C.

Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017
Telephone (213) 625-3900
Facsimile (213) 232-3255

www.geragos.com
-----------------------------------------------
This e-mail, including attachments, contains information that is confidential and it may be protected by the attorney/client and other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this e-mail, including attachments, and notify me by return mail or e-mail, or call me at (213) 625-3900.