DAVID C. WEISS
Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel
Derek E. Hines
Senior Assistant Special Counsel
UNITED STATES DEPARTMENT OF JUSTICE
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:       DEH@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-599-MCS |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF ELIZABETH SECUNDY PURSUANT TO TITLE 18 U.S.C § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID C. WEISS; EXHIBIT; [PROPOSED] ORDER |
| v. | |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

     The Special Counsel hereby applies to this Honorable Court for an order compelling Elizabeth Secundy to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

     1.    Elizabeth Secundy has been subpoenaed to testify before this Court during the trial beginning on September 5, 2024;

     2.    Counsel for Elizabeth Secundy has advised that if Elizabeth Secundy is called to the stand she will at that time refuse to answer questions, invoking the constitutional privilege against self-incrimination;

     3.    In the judgment of the Special Counsel, the testimony of Elizabeth Secundy may be necessary to the public interest; and

4.     Acting Deputy Assistant Attorney General Stuart M. Goldberg, an authorized Deputy Assistant Attorney General of the United States, has approved this application for an order instructing Elizabeth Secundy to testify pursuant to 18 U.S.C. § 6002 and 28 C.F.R. § 0.175(a).

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 <u>et seq.</u>, the Special Counsel requests that the Court order Elizabeth Secundy to give testimony relating to all matters within her knowledge about which she may be interrogated in this matter.

In support of this motion, the Special Counsel submits herewith the attached declaration of DAVID C. WEISS, exhibit, and proposed order.

Dated: July 31, 2024                    Respectfully submitted,

                                        David C. Weiss
                                        Special Counsel


                                        /s/
                                        _____
                                        Leo J. Wise
                                        Principal Senior Assistant Special Counsel
                                        Derek E. Hines
                                        Senior Assistant Special Counsel

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness before the Court in this matter. Section 6003(b) provides that the Special Counsel may request such an order when in his judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination. The attached Declaration of DAVID C. WEISS, the Special Counsel, establishes that in his judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of her privilege against self-incrimination. Section 6003(a) provides that "the United States district court . . . shall issue . . . an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination." The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.