## **DECLARATION OF DAVID C. WEISS**

I, David C. Weiss, declare as follows:

1. I am the Special Counsel and am authorized to prosecute matters in the Central District of California.

2. I have been advised by Senior Assistant Special Counsel Derek E. Hines that Rita Glavin, counsel for Elizabeth Secundy has advised that if Elizabeth Secundy is called to the stand before the Court in this matter, she will refuse to answer certain questions, invoking the constitutional privilege against self-incrimination.

3. Senior Assistant Special Counsel Derek E. Hines has presented the facts of the investigation to me, and in my judgment, the testimony of Elizabeth Secundy may be necessary to the public interest.

4. An authorized Deputy Assistant Attorney General of the United States has approved the application for an order instructing Elizabeth Secundy to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a). A true copy of the letter from Stuart M. Goldberg, Deputy Assistant Attorney General, Tax Division, Department of Justice, expressing said approval is attached as Exhibit 1.

5. Senior Assistant Special Counsel Derek E. Hines has advised me of the following matters:

   a. Trial is currently pending in this matter and the government will require the testimony of Elizabeth Secundy.

//
//
//
//
//
//
//
//

b. Senior Assistant Special Counsel Derek E. Hines is available to consult with the court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: This 31st day of June, 2024.

_____
DAVID C. WEISS
Special Counsel