

U.S. Department of Justice

Tax Division
Washington, D.C. 20530

SMG: MFD
DJ 5-16-5079
CMN 2019200832

Mr. David C. Weiss, Special Counsel
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530

Attn: Mssrs. Leo J. Wise and Derek E. Hines

    *In re: United States v. Robert Hunter Biden*, No. 23-CR-599 (C.D. Cal.)

Dear Mr. Weiss,

    Reference is made to the request seeking approval for you to apply, pursuant to 18 U.S.C. § 6003, for an order compelling testimony and the production of information by Elizabeth Secundy, a prospective witness in the above-captioned proceeding, the subject matter of which is within the cognizance of the Tax Division.

    In accordance with the authority provided in 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(b), a determination has been made to approve your making the application requested. The Criminal Division has advised that it has no objection to the proposed grant of immunity.

    Accordingly, you are hereby authorized, with discretion, to make an application, pursuant to 18 U.S.C. § 6003, for an order compelling the above-named witness to give testimony and to produce information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, in accordance with the provisions of 18 U.S.C. § 6002(1).

    Sincerely,

    STUART M. GOLDBERG
    Acting Deputy Assistant Attorney General
    Tax Division