Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:  (213) 625-3900
Facsimile:  (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>     vs.<br><br>ROBERT HUNTER BIDEN,<br><br>           Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S FIRST MOTION *IN LIMINE* TO EXCLUDE STATEMENTS HE MADE AT THE JULY 26, 2023 HEARING IN DELAWARE**<br><br>Hearing Date:  August 21, 2024<br>Hearing Time: 1:00 p.m.<br>Courtroom:    7C |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Robert Hunter Biden, by and through his counsel of record, hereby files this Motion *in Limine* to exclude any statements made by Mr. Biden at the July 26, 2023 hearing in the District of Delaware. These statements are inadmissible, as they were made in connection with a plea colloquy or negotiation that was later withdrawn. Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410(a). On May 17, 2024, Mr. Biden's counsel asked the Special Counsel for his position on this motion *in limine*. The Special Counsel has indicated he does not intend to introduce such statement in his case-in-chief.

Dated: July 31, 2024                              Respectfully submitted,

                                                  */s/ Angela M. Machala*
                                                  Angela M. Machala

                                                  */s/ Mark Geragos*
                                                  Mark J. Geragos
                                                  Tina Glandian
                                                  Setara Qassim

                                                  Abbe David Lowell
                                                  Christopher D. Man

                                                  *Attorneys for Robert Hunter Biden*

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Biden moves to exclude any statements he made at the July 26, 2023 hearing in the District of Delaware (*United States v. Biden*, No. 23-cr-00061-MN-1 (D. Del.)). Such statements, made as part of a plea colloquy or negotiations—and which do not result in a guilty plea or which result in a plea that is later withdrawn—are plainly inadmissible under Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410(a). *United States v. Sayakhom*, 186 F.3d 928, 935–36 (9th Cir. 1999) (statements made during plea negotiations inadmissible), *amended by* 197 F.3d 959 (9th Cir. 1999). The July 26, 2023 Delaware hearing involved a plea colloquy, which Mr. Biden fully understood and appreciated to be part of the plea process. *United States v. Leon Guerrero*, 847 F.2d 1363, 1367 (statements are made in the course of plea discussions if the individual has an actual, reasonable, subjective expectation that they are in the process of plea negotiations); *United States v. Ventura-Cruel*, 356 F.3d 55, 63–64 (1st Cir. 2003) (defendant's statements made in reliance on plea that was later withdrawn inadmissible at trial).

On May 17, 2024, Mr. Biden's counsel asked the Special Counsel for his position on this motion *in limine*. Special Counsel responded, "We do not intend to introduce his statements from the July 26, 2024 hearing outside of the bounds of Fed. R. Crim. Pro 11(f) and F.R.E. 410." Accordingly, Mr. Biden respectfully requests that the Court exclude any statements made by Mr. Biden at the July 26, 2023 hearing in the District of Delaware.

Date: July 31, 2024

Respectfully submitted,

By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071

Tel.: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

Mark J. Geragos
Tina Glandian
Setara Qassim
GERAGOS & GERAGOS, APC
644 S. Figueroa Street
Los Angeles, CA  90017-3411
Telephone: (213) 625-3900
Facsimile:  (213) 232-3255

*Attorneys for Robert Hunter Biden*