Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:  (213) 625-3900
Facsimile:  (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ROBERT HUNTER BIDEN,<br><br>                    Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S SECOND MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO MR. BIDEN'S ADMINISTRATIVE DISCHARGE FROM THE NAVY**<br><br>Hearing Date:  August 21, 2024<br>Hearing Time:  1:00 p.m.<br>Courtroom:     7C |

1
2
3
4
5
6
7
8
9

Defendant Robert Hunter Biden, by and through his counsel of record, hereby files this Motion *in Limine* to exclude reference to his 2014 administrative discharge from the Navy. This evidence should be excluded under the Federal Rules of Evidence 403 balancing test, as the risk of unfair prejudice is significantly outweighed by any marginal probative value. On May 17, 2024, Mr. Biden's counsel asked for the Special Counsel's position on this proposed motion *in limine*. The Special Counsel indicated he does not intend to introduce such evidence or testimony in his case-in-chief.

10
11

Dated: July 31, 2024                                    Respectfully submitted,

12
13

*/s/ Angela M. Machala*
Angela M. Machala

14
15
16

*/s/ Mark Geragos*
Mark J. Geragos
Tina Glandian
Setara Qassim

17
18

Abbe David Lowell
Christopher D. Man

19

*Attorneys for Robert Hunter Biden*

20
21
22
23
24
25
26
27
28

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Biden moves to exclude any reference to his administrative discharge from the Navy in 2014. Such "other bad acts" type of evidence could be offered for no permissible purpose and is plainly inadmissible under Federal Rules of Evidence 403 and 404(b). *See United States v. Bettencourt*, 614 F.2d 214, 218 (9th Cir. 1980) (prior bad act evidence should have been excluded because of its minimal probative value compared to the risk of unfair prejudice).

The Special Counsel has indicated that he will not raise this topic in his case-in-chief unless Mr. Biden testifies in this case or opens the door to it. Even then, it is unclear how the topic would be relevant to the tax charges in this prosecution, or how its probative value would outweigh its highly prejudicial effect. The administrative discharge occurred in 2014, two years prior to the relevant tax years (2016–2019) in the Indictment and is wholly unrelated to the charges brought against Mr. Biden, making its probative value marginal at best. *See United States v. Hitt*, 981 F.2d 422, 424 (9th Cir. 1992) ("Where the evidence is of very slight (if any) probative value, it's an abuse of discretion to admit it if there's even a modest likelihood of unfair prejudice or a small risk of misleading the jury.").

Accordingly, should he testify, Mr. Biden reserves the right to object to argument or questioning related to his 2014 Navy discharge. As to its case-in-chief, the Special Counsel should be precluded from raising the issue given its unfair prejudice to Mr. Biden beyond any probative value in this case. Accordingly, Mr. Biden respectfully requests that the Court exclude any reference at trial to Mr. Biden's administrative discharge from the Navy.

Date: July 31, 2024

Respectfully submitted,
By: */s/ Angela M. Machala*
Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP

333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 615-1924
Fax: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

Mark J. Geragos
Tina Glandian
Setara Qassim
GERAGOS & GERAGOS, APC
644 S. Figueroa Street
Los Angeles, CA  90017-3411
Telephone: (213) 625-3900
Facsimile:  (213) 232-3255

*Attorneys for Robert Hunter Biden*