**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT HUNTER BIDEN<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cr−00599−MCS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 7/31/2024

Document No.: 155

Title of Document: In Camera Filing by defendant Biden

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice: Manual Filing (G−92)

The cited event corresponds to the form Used.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: August 1, 2024

By: */s/ Linda Chai Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS