UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT HUNTER BIDEN,

Defendant.

Case No. 2:23-cr-00599-MCS-1

**ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE EXCESS PAGES AS TO THE REPLY (ECF No. 154)**

The Court having considered the Defendant's Unopposed Ex Parte Application to File an Oversized Brief in Support of Defendant's Reply to the Government's Opposition to Defendant's Motions to Dismiss for Lack of Jurisdiction submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application to File Oversized Brief is GRANTED. The Defense may file a reply to the opposition to the defendant's Motions to Dismiss for Lack of Jurisdiction not to exceed 10 pages.

IT IS SO ORDERED.

August 1, 2024
_____
DATE

_____
HONORABLE MARK. C. SCARSI
UNITED STATES DISTRICT JUDGE