UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS<br><br>**[PROPOSED] ORDER** |

The Court having considered the United States' Unopposed Ex Parte Application to File a Supplement to its First Motion in Limine to Preclude Proposed Defense Expert Joshua Lee submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application is GRANTED. The United States may file a supplement to its First Motion in Limine to Preclude Proposed Defense Expert Joshua Lee. The defendant may file its response to the First Motion in Limine to Preclude Proposed Defense Expert Joshua Lee on or before August 12, 2024, and the United States may file its reply in support of its motion on or before August 16, 2024.

IT IS SO ORDERED.

_____   _____

DATE                                                           THE HONORABLE MARK. C. SCARSI
                                                               UNITED STATES DISTRICT JUDGE