# Exhibit 1

| | |
|---|---|
| **From:** | Tina Glandian |
| **To:** | LJW (JWPT) |
| **Cc:** | DEH (JWPT); JAM (JWPT); Kolansky, David A.; Lowell, Abbe; Markarian, Lara; Setara Qassim; amachala@winston.com; mark@geragos.com |
| **Subject:** | [EXTERNAL] Re: U.S. v. Biden, Cr. No. 23-599 |
| **Date:** | Wednesday, July 31, 2024 2:41:11 PM |

Thank you. We will review and get back to you on this. To answer your question about the experts, we still intend to call Bishop but we intend to substitute Lee for the expert that was substituted for Lee in DE, Dr. Elie G. Aoun. We are working on and will send an updated disclosure notice for both experts (Bishop and Aoun) so we believe any motion to preclude would be premature.

TINA GLANDIAN
ATTORNEY AT LAW
*ADMITTED IN NY, CA, NV & FL



256 5TH AVENUE
NEW YORK, NEW YORK 10001
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
WWW.GERAGOS.COM
-----------------------------------------------
This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client and other privileges.  If you are not an intended recipient, please delete this e-mail, including any attachments, and notify me by return mail or e-mail.

On Wed, Jul 31, 2024 at 9:29 PM LJW (JWPT) <LJW@usdoj.gov> wrote:

> Counsel,
>
> Attached please find a proposed filing containing agreed upon and disputed jury instructions, including a redline that compares the two.  Please let us know if we can add your signature for filing today.
>
> Thank you.

**From:** LJW (JWPT)
**Sent:** Tuesday, July 30, 2024 9:03 PM
**To:** Kolansky, David A. <DKolansky@winston.com>; Lowell, Abbe <ADLowell@winston.com>; Markarian, Lara <LMarkarian@winston.com>; Setara Qassim <qassim@geragos.com>; Tina Glandian <tina@geragos.com>; amachala@winston.com; mark@geragos.com
**Cc:** DEH (JWPT) <DEH@usdoj.gov>; JAM (JWPT) <JAM@usdoj.gov>
**Subject:** U.S. v. Biden, Cr. No. 23-599

Counsel,

On Thursday, July 18, 2024, we provided you with an exhibit list pursuant to paragraph (G)(6)(a) of the Court's Initial Standing Order for Criminal Cases and Local Rule 16-6.1 and the exhibits contained on that list.  On July 24, 2024, you wrote a letter to us but it did not indicate your positions on an exhibit-by-exhibit basis.  Please mark the first two columns in the exhibit list that we need to provide to the court tomorrow.  We have attached an updated exhibit list to this email.  We have added exhibits 232 to 254.  We will provide you with a USAfx link that includes the added exhibits.

On May 15, 2024, we filed a proposed statement of the case.  ECF 91.  The joint statement of the case you emailed to us today is not acceptable to the United States.  Attached is a proposed "Disputed Joint Statement of the Case" filing, per paragraph G(1) of the Court's Standing Order.  Please let us know if we can add your signature so that we can file it tomorrow.

On May 15, 2024, we filed our proposed verdict form.  ECF 90.  We do not agree to the version you have proposed in your email yesterday.  Attached is a proposed "Competing Verdict Forms" document, per paragraph G(5) of the standing order.  Please let us know if we can add your signature so that we can file it tomorrow.

On July 1, 2024, the Court issued an order stating, "Like the jury questionnaire used in Mr. Biden's case in the District of Delaware, the parties' proposed questionnaire must propose yes/no questions formatted such that an affirmative answer will prompt the Court to ask further individualized question on the subject to a prospective juror." ECF 125.  The version you sent earlier today contains questions that are not in a yes/no format as the Court directed.  Attached is a proposed joint filing which tracks the yes/no questions that were asked in Delaware and adds yes/no questions related to the charges in this case.  Please let us know your position.

On July 17, 2024, we provided you with the government's proposed jury instructions. Since that date, we have received two letters from you with defense positions on certain jury instructions. In order to comply with the Court's standing order ¶ G(5), we have been consolidating your stated positions into a single proposed joint filing and intend to send you this draft tomorrow morning.

Please advise us by noon tomorrow whether you still intend to call Bishop and Lee as witnesses. If so, please confirm you intend to oppose motions to exclude them. We also intend to file a motion in limine to preclude statements by defense counsel about facts that are not offered into evidence. Please advise your position on this motion as well.

We are available to meet and confer tomorrow, if that would be helpful.

Thank you.