# Exhibit 2

| | |
|---|---|
| **From:** | Setara Qassim |
| **To:** | LJW (JWPT); DEH (JWPT) |
| **Cc:** | Mark Geragos; Tina Glandian; Lowell, Abbe; Machala, Angela M.; Markarian, Lara; Kolansky, David A.; Madison Khorrami |
| **Subject:** | [EXTERNAL] Re: U.S. v. Biden, Cr. No. 23-599 - Expert Disclosure |
| **Date:** | Friday, August 2, 2024 6:38:05 PM |
| **Attachments:** | 2024.07.31 Thomas Bishop Disclosure.pdf<br>Dr. Joshua Lee Disclosure-.pdf<br>CV LeeJD 02AUG2024.pdf |

Hello, Please find the signed disclosures and Joshua Lee's CV.

Thank you

On Wed, Jul 31, 2024 at 7:44 PM Setara Qassim <qassim@geragos.com> wrote:
> Counsel,
> I have attached our updated expert disclosures for Joshua Lee and Tom Bishop as well as Mr. Bishop's most updated CV.
>
> We will provide the signed versions along with Lee's most recent CV tomorrow.
>
> Thank you
> --
> Setara Qassim, Esq.
>
> GERAGOS & GERAGOS, A.P.C.
> Engine Co. No. 28
> 644 South Figueroa Street
> Los Angeles, California 90017
> Telephone (213) 625-3900
> Facsimile (213) 625-1600
> www.geragos.com


--
Setara Qassim, Esq.

GERAGOS & GERAGOS, A.P.C.
Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017
Telephone (213) 625-3900
Facsimile (213) 625-1600
www.geragos.com