# Exhibit 1

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 232-3255
Geragos@Geragos.com

July 31, 2024

**VIA E-MAIL**
Leo J. Wise, Esq.
Derek E. Hines, Esq.
Special Assistant United States Attorneys
Office of the Special Counsel
1313 North Market Street
Wilmington, DE 19801

Re:   *United States v. Robert Hunter Biden*, 23-cr-00599-MCS-1 (C.D. Cal.)

Dear Counsel:

Although not required by the rules of this Court, to assist in your preparation, Defense counsel is providing the following expert disclosure notice pursuant to Fed. R. Crim. P. 16(b)(1)(c). Defense counsel reserves the right to designate additional expert witnesses, as well as to substitute expert witnesses, in order to address the government's proffered testimony and evidence and will timely advise the government of any changes or additional disclosures. Nothing in this Notice is intended to constitute a waiver of Mr. Biden's ability to challenge or limit the scope of any of the government's expert witnesses prior to trial. Mr. Biden reserves the right to revise this disclosure prior to these experts' testimony based on a number of factors, including the evidence and testimony introduced by the government at trial.

1. Dr. Joshua D. Lee

Dr. Lee is expected to provide, among other things, opinions and related testimony along the following lines:

1. A description for the jury about the scope of substance use disorders.

2. A description for the jury about how individuals with substance use disorders, especially during periods of heavy alcohol and drug use, plan

      for and view future obligations and how they may function in life in some ways but not others.

3. An analysis of certain statements made by Mr. Biden in text message conversations and in his memoir, *Beautiful Things*, as to his following Dr. Lee's view of how persons with substance use disorders behave while in active addiction.

4. An analysis of rehabilitation, drug therapy, and other alcohol and substance use treatment programs that Mr. Biden enrolled in or attended between 2010 and 2019 as to his following Dr. Lee's view of the cycle of addiction.

5. An analysis of the impact of substance use disorders on mental health, including the relationship between substance use disorders and depression.

6. An analysis of how individuals, like Mr. Biden, who have experienced significant personal trauma, are at an increased risk of developing drug and alcohol use disorders.

7. An analysis of how family members of persons with substance use disorders typically continue to question a person's sobriety, even when they actually are not using drugs, creating an atmosphere of distrust, and further compromising the person's recovery.

8. An analysis of how the cycles of sobriety, recovery, and rehabilitation also impact a substance abuser's view that they are not "addicts" at any given time.

      Since 2005, Dr. Lee, MD, MSc, has served as a Professor of Population Health and Medicine/General Internal Medicine and Clinical Innovation at NYU's Grossman School of Medicine and Director of the ACGME-accredited Addiction Medicine Fellowship.  He is a clinician–researcher focused on addiction pharmacotherapies in primary care and criminal justice populations.  He has conducted multiple NIH clinical trials examining the use of naltrexone and buprenorphine opioid and alcohol treatments in community criminal justice involved adults, at release from jail, and within community primary care settings.  In addition, Dr. Lee leads the NYU Langone 'Hub' of the National Institute on Drug Abuse Justice and Community Outcomes and Innovation Network.  Dr. Lee's research focuses on, among other topics, medical treatments for opioid and alcohol use disorders in criminal justice populations, and addiction treatments in primary care

Page 3
July 31, 2024

and criminal justice settings. Dr. Lee has a BA from Princeton University, earned his MD from the University of Tennessee, did his residency training at NYU/Bellevue Hospital, Internal Medicine, and did his postdoctoral training at Weill Cornell Medicine, where he earned a fellowship in Health Service Research and Clinical Epidemiology.

Dr. Lee's qualifications as an expert as to the matters addressed herein are set forth further in his CV attached to this Notice as Exhibit A. Dr. Lee's testimony is expected to be based on his career of academic and clinical research in the field of addiction medicine, and treatment of patients for addiction and other drug, opioid, and alcohol abuse. This includes through standard academic research methods such as: (a) study of the relevant peer-reviewed academic literature; (b) clinical research trials; (c) secondary data research; and (d) medical education.

Sincerely,

*/s/ Mark Geragos*

Mark Geragos
GERAGOS & GERAGOS

Encl.

Approved as to Form and Content: _____
Dr. Joshua Lee