# Exhibit 2



1901 L Street, N.W.
Washington, D.C. 20036
+1 202-282-5000
+1 202-282-5100

ABBE DAVID LOWELL
Partner
202-282-5000

May 26, 2024

**VIA E-MAIL**

Leo J. Wise, Esq.
Derek E. Hines, Esq.
Special Assistant United States Attorneys
Office of the Special Counsel
1313 North Market Street
Wilmington, DE 19801

Re:  *United States v. Robert Hunter Biden*, No. 23-cr-00061-MN (D. Del.)

Dear Counsel:

We write to follow up on our May 17, 2024 and May 21, 2024 expert disclosure notices. As stated in our previous letters, this disclosure is not intended to, and expressly does not, concede the relevance or admissibility of the government's proffered expert testimony.

Sincerely,

Abbe David Lowell

cc:  Christopher D. Man, Esq.
Bartholomew Dalton, Esq.
David Kolansky, Esq.

**I. Opinions, Bases, and Reasons**

Pursuant to defendant's obligations under Federal Rule of Criminal Procedure 16(b), the following is a complete statement of all opinions Mr. Biden intends to elicit from Dr. Elie G. Aoun, M.D., M.R.O., in his case in chief and the bases and reasons for them. Dr. Aoun may also offer testimony in response to government experts.

Dr. Aoun is an assistant professor of clinical psychiatry at Columbia University and practicing general, addiction, and forensic psychiatrist. Based on his training, experience, treatment of thousands patients with drug and alcohol abuse issues over 10 years and review of evidence in discovery (including Mr. Biden's the text message communications provided by the government in discovery, Mr. Biden's memoir, interview memos of potential government witnesses also provided in discovery), Dr. Aoun is expected to testify regarding (a) the various manifestations and characterological traits associated with drug and alcohol use of people in general and Mr. Biden's in specific, as well as the language used to describe it; (b) an individual's state of denial about their own substance use disorder is one of the most common characteristics of substance use disorders; (c) the various clinical traits, including those seen in high-functioning professionals with active drug or alcohol use contributing to that person in general (and what it appears to be the same for Mr. Biden's) view that they are not addicted; (d) the effects and impacts of rehabilitation, therapy, and other types of treatment programs on affected individuals and their efforts at achieving a state of recovery; (e) how the cyclical patterns of alcohol and drug use followed by periods of recovery and rehabilitation also contributes to a user's view of themselves as not being addicted; (f) the effects and impacts of significant personal and family traumas on persons with drug and alcohol use disorders; (g) the difference between the clinical or legal understanding of the terms "controlled substance," "addict," and "substance abuse" differs from the general public's understanding of those same terms; (h) how a person's interactions with their loved ones changes after they develop a drug use disorder; and (i) the impact of addiction on traits of character pathology.

Dr. Aoun is expected to offer the following opinions:

- Individuals, like Mr. Biden, who have experienced significant personal trauma are at an increased risk of developing drug and alcohol use disorders.
- A state of denial is commonly observed in individuals with substance abuse disorder, such as Mr. Biden. Individuals, like Mr. Biden, who are high-functioning professionals often struggle to come to terms with their own addiction.
- Individuals, like Mr. Biden, who have spent time in rehabilitation programs may view themselves as no longer being "addicts" under the term's general understanding. The terms "addict" and "user" do not have a universal clinical or scientific definition in medicine.
- The lay understanding of the term "controlled substance" is prescription medications with addictive potential, while the academic and clinical definition relates to the Controlled Substance Act and refers to chemical compounds (including prescription medications and illicit drugs) with addictive properties.
- The cycles of sobriety, recovery, and rehabilitation also impact a substance abuser's view that they are not "addicts" at any given time.

- Certain of Mr. Biden's communications are consistent with traits of character pathology, which can be spurred or heightened by periods of intense stress, trauma, and drug or alcohol use.
- Family members of persons with substance use disorders typically continue to question a person's sobriety, even when they actually are not using drugs, creating an atmosphere of distrust, and further compromising the person's recovery.

## II. Qualifications and Cases

Dr. Aoun's qualifications and publications for the previous ten years are contained in his curriculum vitae, previously produced on May 21, 2024. To the best of Dr. Aoun's recollection, his testimony as an expert at trial or by deposition is identified in his forensic testimony case log, also previously produced on May 23, 2024. We reattach both documents here for ease of reference.

**Date:** May 26, 2024          **Approved By:** _____
                                                                                              Dr. Elie Aoun