# Exhibit 3

| | |
|---|---|
| **From:** | Tina Glandian |
| **To:** | LJW (JWPT) |
| **Cc:** | Mark Geragos; Setara Qassim; Kolansky, David A.; Lowell, Abbe; Markarian, Lara; amachala@winston.com; DEH (JWPT); JAM (JWPT) |
| **Subject:** | [EXTERNAL] Re: U.S. v. Biden, Cr. No. 23-599 |
| **Date:** | Tuesday, August 6, 2024 11:33:46 AM |

We have no objection so long as we have additional time to respond to the supplemented motions in limine.  We would request you add a sentence in your ex parte application that advises the Court that we do not object if we can have until August 12 to respond.

Thank you,

TINA GLANDIAN
ATTORNEY AT LAW
*ADMITTED IN NY, CA, NV & FL



256 5TH AVENUE
NEW YORK, NEW YORK 10001
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
WWW.GERAGOS.COM
-----------------------------------------------
This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client and other privileges.  If you are not an intended recipient, please delete this e-mail, including any attachments, and notify me by return mail or e-mail.


On Tue, Aug 6, 2024 at 10:57 AM LJW (JWPT) <LJW@usdoj.gov> wrote:

> Counsel,
>
> We intend to make ex parte applications to file supplements to our motions in limine to exclude Lee and Bishop. Please provide us with your position.
>
> We will file this application today.  Your deadline will be 24 hours from the time of filing.
>
> Thank you.