# Exhibit 1

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 South Figueroa Street
Los Angeles, California  90017-3411
Telephone  (213) 625-3900
Facsimile  (213) 232-3255
Geragos@Geragos.com

July 31, 2024

**VIA E-MAIL**
Leo J. Wise, Esq.
Derek E. Hines, Esq.
Special Assistant United States Attorneys
Office of the Special Counsel
1313 North Market Street
Wilmington, DE 19801

Re:   *United States v. Robert Hunter Biden*, 23-cr-00599-MCS-1 (C.D. Cal.)

Dear Counsel:

     Although not required by the rules of this Court, to assist in your preparation, Defense counsel is providing the following expert disclosure notice pursuant to Fed. R. Crim. P. 16(b)(1)(c).  Defense counsel reserves the right to designate additional expert witnesses, as well as to substitute expert witnesses, in order to address the government's proffered testimony and evidence and will timely advise the government of any changes or additional disclosures.  Nothing in this Notice is intended to constitute a waiver of Mr. Biden's ability to challenge or limit the scope of any of the government's expert witnesses prior to trial.  Mr. Biden reserves the right to revise this disclosure prior to these experts' testimony based on a number of factors, including the evidence and testimony introduced by the government at trial.

1. Thomas E. Bishop CFE, EA

    a. Statements of Opinions, Bases and Reasons

     The following is a complete statement of opinions that Mr. Biden intends, at this time, to elicit from Thomas E. Bishop, former (retired) IRS Special Agent and Certified Fraud Examiner, along with the bases and reasons for them.

Page 2
July 31, 2024

Mr. Bishop may testify about the following: (1) the overall pattern of Mr. Biden's tax compliance prior to tax year 2016; (2) the typical role of accountants, tax consultants, preparers, and/or tax attorneys in the preparation of an individual's and a corporation's taxes; and (3) the competence of the accountants, tax consultants, preparers, and/or tax attorneys who prepared Mr. Biden's and/or Owasco's taxes from tax year 2016 through 2019.

In addition, Mr. Bishop may testify that based on his review of the documentary evidence, including personal and business financial records, income tax returns, bank records, and other related records: (1) $1 million in income received by Mr. Biden in 2017, for the legal representation of Patrick Ho, was erroneously reported in his taxes as income for 2018 instead of 2017; (2) in 2018, Edward White & Company ("EWC") mistakenly double counted $157,000 in income reported by Owasco PC on the individual tax return of Mr. Biden; and (3) the double counting of $157,000 in income to Owasco P.C. in 2018, as well as the reporting of $1 million for the legal representation of Patrick Ho in 2017 instead of 2018, resulted in the overreporting of income and tax due and paid by Mr. Biden for the 2018 tax year.

Mr. Bishop may also testify that his review of Mr. Biden's 2018 tax and bank records did not reveal any classic badges of fraud such as double sets of books, false invoices, concealed records, concealment of assets, or destruction of records. In his testimony, he may compare examples of Mr. Biden's classification of 2018 personal and business expenses and demonstrate that the manner in which Mr. Biden classified these items was inconsistent and haphazard. He may also testify that based on the high-profile nature of the client, the quality of the source documentation, and the manner in which the business records were maintained, EWC had an enhanced due diligence requirement to make further inquiries to verify the accuracy and completeness of the information being provided to them by Mr. Biden, specifically Mr. Biden's classification of 2018 personal and business expenses.

Mr. Bishop's testimony is further based on various codified regulations and publications including Treasury Reg 1.451-2 [Constructive Receipt of Income], IRS Publication 538 [Accounting Periods and Methods], and Treasury Circular No. 230 [Regulations Governing Practice before the Internal Revenue Service].

Mr. Bishop's testimony is further based on his experience as a Special Agent with the Internal Revenue Service's Criminal Investigation Division ("IRS-CID"), where he served for more than 25 years. During that time, Mr. Bishop worked as

Page 3
July 31, 2024

both an IRS-CID field agent and a Supervisory Special Agent, eventually retiring as the Director of International Field Operation. As an IRS-CID agent, Mr. Bishop participated in hundreds of investigations into tax-related crimes and money laundering, including oversight IRS-CID's investigation into the Panama Papers. As part of these investigations, Mr. Bishop was required to, among other things, review banking information to identify and characterize transactions, including determining whether the expenses should be determined to be personal or business expenses. To aid him in performing these functions, Mr. Bishop also received training from IRS-CID about how to characterize expenses.

In arriving at his opinions, Mr. Bishop reviewed financial records (including bank statements, tax returns, accountants workpapers, emails, and other records produced in discovery) for Mr. Biden, Owasco P.C., Owasco LLC, Hudson West III.

b. Qualifications

Mr. Bishop's qualifications as an expert as to the matters addressed herein are set forth in his CV attached to this Notice as Exhibit B.

Mr. Bishop is a former (retired) IRS Special Agent, a Certified Fraud Examiner, an Enrolled Agent certified to practice before the IRS, and eligible to receive NYS Court appointments. Mr. Bishop focuses predominantly on tax advocacy and controversy and white-collar litigation consulting services to attorneys with clients involved in civil and criminal matters. Mr. Bishop has over 30 years of combined federal law enforcement and private sector experience and recently established his firm, Bishop, Muriel, & Weirauch, LLC. Mr. Bishop has a B.S., Accounting from Pennsylvania State University and is a graduate of the Federal Law Enforcement Training Center.

Mr. Bishop served in the Internal Revenue Service's Criminal Investigation unit for over two decades, including serving as the Assistant Special Agent in Charge of the New York field office, where he headed the IRS International Financial Fraud Task Force. Mr. Bishop's latest role in IRS Criminal Investigations division was as the Director of International Field Operations overseeing global investigations. Mr. Bishop frequently lectures and presents on federal criminal tax and white-collar investigative matters to industry organizations including the American Bar Association, New York Bar Associations, Nassau County Bar Association, Suffolk

Page 4
July 31, 2024

County Bar Association, New York State Society of CPAs, the Florida International Bankers Association, and the Practising Law Institute.

      c. List of cases

Mr. Bishop has been qualified to testify in, among others, the following matters:

- Trial Testimony for the Government
    - US District Court, Eastern District of NY & Southern District of NY
        - *US v. Meneilly, et al.*
        - *US v. Isernio, et al.*
        - *US v. Friemann*

- Trial Testimony for the Defense
    - *US v. Wedd, et al.* (SDNY) – April 2017, August 2017 and November 2017
    - *US v. Gyetvay* (Middle District of Florida) – March 2023
    - *US v. Khwaja* (EDNY) – April 2023
    - *US v. Guo* (SDNY) – July 2024

    Mr. Bishop's testimony is expected to be based on his career in the tax, financial investigative, and law enforcement fields. Several cases Mr. Bishop has previously participated in are reflected in his CV (page 2).

Sincerely,

*/s/ Mark Geragos*

Mark Geragos
GERAGOS & GERAGOS

Encl.

**Approved as to Form and Content:** _____
                                                                     Mr. Thomas E. Bishop