# Exhibit 2



# U.S. Department of Justice

*Office of Special Counsel David C. Weiss*

May 20, 2024

**Via Email**
Abbe David Lowell
Angela M. Machala
Christopher Man
David Kolansky
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

**Re:**   *United States v. Robert Hunter Biden*, **Cr. No. 23-599-MCS**

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Rules 702, 703 and 705 of the Federal Rules of Evidence, the United States hereby serves notice that it may call Internal Revenue Service Revenue Agent Michael Welch as an expert witness during the government's case in chief and/or in rebuttal. *See* Fed. R. Crim. P. 16(a)(1)(G).

We are providing them today per our agreement that both sides will exchange expert disclosures on or by May 20, 2024.

Respectfully submitted,

DAVID C. WEISS
Special Counsel
United States Department of Justice

By:

Leo J. Wise
Principal Senior Assistant Special Counsel

Derek E. Hines
Senior Assistant Special Counsel

Attachments

1

**Disclosure as to Expert Witness Michael Welch**

May 20, 2024

## I.     Statement of Opinions, Bases, and Reasons

The following is a complete statement of opinions that the United States will elicit from Internal Revenue Service Revenue Agent Michael Welch, either in its case-in-chief or during its rebuttal to counter testimony that the defendant intends to offer, along with the bases and reasons for them.

Revenue Agent Welch will testify about the following for 2018: (1) the tax code requirements for reporting individual income on a U.S. Individual Income Tax Return ("Form 1040"); (2) the tax code requirements for reporting a corporation's income and expenses on a U.S. Corporation Income Tax Return ("Form 1120"); (3) the tax consequences of including corporate income on a Form 1040; (4) the Internal Revenue Service's use of information provided in individual income tax returns and corporate income tax returns for the purpose of tabulating and collecting income tax due and owing; (5) the Defendant's income for 2018 based on the evidence introduced at trial; and (6) the federal income tax due and owing by the Defendant for 2018, as supported by the evidence introduced at trial.

In addition, Revenue Agent Welch will: (1) testify about the total income reported on the defendant's filed 2018 Form 1040, (2) compare the reported amount of total income contained in the filed 2018 Form 1040 to the amounts supported by other testimony and evidence at trial', and (3) explain the additional tax due and owing by the defendant for 2018 based on the testimony and evidence at trial, and that this differential would influence the Internal Revenue Service's tabulation and collection of federal income tax for 2018.  Specifically, Revenue Agent Welch will testify that the defendant's 2018 Form 1040 reported on line 6 total income in the amount of $2,187,286, whereas the defendant's income was greater because he had claimed false business deductions on Owasco, PC's Form 1120 that were in fact additional income to him.

Revenue Agent Welch will testify about expenses claimed on the Owasco, PC 2018 Form 1120, specifically:

a.      line 26 and in Statement 3 in the return and elsewhere including but not limited to the following:

i.      Claiming false "Travel, Transportation and Other" deductions including, but not limited to, luxury vehicle rentals, house rentals for his then-girlfriend, hotel expenses, and New York City apartment rent for his daughter;

ii.      Claiming false "Office and Miscellaneous" deductions, including, but not limited to, the purchase of luxury clothing, payments to escorts and dancers, and payments for his daughter's college advising services;

iii.      Claiming false "Legal Professional and Consulting" deductions, including, but not limited to, payment of his daughter's law school tuition and his personal life insurance policy;

1

iv.      Claiming false deductions for payments from Owasco, PC's account to
pay off the business line of credit, specifically by allocating 80 percent to "Travel
Transportation and Other" and 20 percent to "Meals," when in truth and in fact most of
the business line of credit expenses were personal, including to a website providing
pornographic content, payments at a strip club, and additional rent payments for his
daughter; and

v.      Claiming false deductions for payments from Owasco, PC's account to JP
Morgan Chase, specifically that these were for "consulting," when in truth and in fact,
these transfers included payments to various women who were either romantically
involved with or otherwise performing personal services for the Defendant, including a
$10,000 payment for the Defendant's membership in a sex club.

b.      on line 13, specifically, claiming false payroll deductions, including, deductions
for "wages" paid to women with whom he had personal relationships including a woman who
was then pregnant with his child.

Revenue Agent Welch will testify that because these false business deductions were in
fact payments of the Defendant's personal expenses, they should have been categorized as
income to him from Owasco, PC which he, in turn, would have had to report on his 2018 Form
1040 and pay tax on that income.  Because these personal expenses were falsely categorized by
the Defendant as business expenses, he falsely underreported his income from Owasco, PC, on
line 6 of his 2018 Form 1040 and self-assessed a lower amount of tax due and owing than was
accurate.

Revenue Agent Welch will present summary charts about the following for 2018: (1)
Robert Hunter Biden's tax due and owing; (2) Owasco, PC's tax due and owing; (3) Robert
Hunter Biden Items Changing Corporate Income and Expenses; (4) Robert Hunter Biden
Additional Miscellaneous Income to Owner; (5) Robert Hunter Biden Computation of Total
Income Not Reported; (6) Robert Hunter Biden Reduction in Additional Miscellaneous Income
to Owner; (7) Robert Hunter Biden Additional Miscellaneous Income to Owner Business Line of
Credit Payments; (8) Robert Hunter Biden Additional Miscellaneous Income to Owner Salaries
and Wages; (9) Robert Hunter Biden Additional Miscellaneous Income to Owner Payroll Taxes;
(10) Robert Hunter Biden Additional Miscellaneous Income to Owner Legal, Professional and
Consulting; (11) Robert Hunter Biden Additional Miscellaneous Income to Owner Meals; (12)
Robert Hunter Biden Additional Miscellaneous Income to Owner Office and Miscellaneous
Expenses; (13) Robert Hunter Biden Additional Miscellaneous Income to Owner Outside
Services; and (14) Robert Hunter Biden Additional Miscellaneous Income to Owner Other
Deduction: Travel, Transportation and Other.

Drafts of these summary charts are attached as Exhibit MW 1.  These charts are subject to
revision prior to admission in evidence at trial based on a number of factors, including the
testimony and evidence introduced in evidence at trial and additional testimony or evidence
related to any defense your client may raise.

Revenue Agent Welch's testimony is further based on various codified sections of law including:

| IRC 1 | Tax Imposed. |
|---|---|
| IRC 61 | Gross Income Defined. |
| IRC 62 | Adjusted Gross Income Defined. |
| IRC 63 | Taxable Income Defined. |
| IRC 162 | Trade or Business Expenses. |
| IRC 262 | Personal, Living, and Family Expenses. |
| IRC 274 | Disallowance of certain entertainment, etc., expenses |
| IRC 6012 | Persons required to make returns of income. |
| IRC 6072 | Time for filing income tax returns. |

Revenue Agent Welch's testimony is also based on the instructions provided by the IRS for Forms 1040 and 1120 in 2018. The complete Form 1040 and Form 1120 Instruction Booklets can be found at the following hyperlinks:

https://www.irs.gov/pub/irs-prior/i1040gi--2018.pdf

https://www.irs.gov/pub/irs-prior/i1120--2018.pdf

## II.    Qualifications

Revenue Agent Welch's qualifications are contained in his curriculum vitae, attached hereto as Exhibit MW 2.

## III.    List of Publications

Revenue Agent Welch has not authored any publications in the previous ten years.

## IV.    List of Cases

A list of cases where Revenue Agent Welch has testified as an expert at trial or by deposition within the last four years is included in Exhibit MW 2.

Approved:    Michael J. Welch
Digitally signed by Michael J. Welch
Date: 2024.05.20 18:38:40 -04'00'

**Michael Welch**

3

DRAFT
DRAFT

# Exhibit MW 1

**Prepared By:**

**Michael Welch**
**Internal Revenue Agent**

# Robert Hunter Biden
# Summary of Tax Due and Owing

### For the Calendar Year 2018

| | 2018 |
|---|---|
| Owasco, PC | (3,332) |
| Robert H. Biden, Form 1040 | 79,313 |
| **Total Tax Due and Owing:** | **75,981** |

# Owasco, PC
# Computation of Tax Due and Owing

### For the Calendar Year 2018

| | **2018** |
|---|---|
| **Adjustment to Tax Return** | |
| Meals  (Business Line of Credit) | (7,412) |
| Ridgewood Savings Expense Account (Meals) | (8,456) |
| Subtotal: | (15,868) |
| Add: Taxable Income per Return as Filed | 20,224 |
| **Total Corrected Taxable Income:** | **4,356** |
| Tax on Corrected Taxable Income | 915 |
| Less: Total Tax per Tax Return as Filed | (4,247) |
| **Tax Due and Owing:** | **(3,332)** |

# Robert Hunter Biden
## Items Changing Corporate Income and Expenses
### Tax Return Line Item
#### For the Calendar Year 2018

|  | 2018 | |  |
| --- | --- | --- | --- |
| **Adjustment to Tax Return** | **Debit** | **Credit** |  |
| **INCOME ITEMS:** | | | |
| Income Double Reported: Line 1a | 126,035 | | Decrease Income Reported |
| Misc. Income to Owner | | 126,035 | Decrease Expense Reported |
| | | | |
| **EXPENSE ITEMS:** | | | |
| Meals: Ridgewood Savings Account (Same as 2017) | 8,456 | | Increase Expense Reported |
| Non-Deductible Meals: Ridgewood Savings | | 8,456 | Decrease Non-Deductible Expense Reported |
| | | | |
| Misc. Income to Owner | 46,500 | | Increase Expense Reported |
| Salaries and wages | | 46,500 | Decrease Expense Reported |
| | | | |
| Misc. Income to Owner | 3,716 | | Increase Expense Reported |
| Payroll Taxes | | 3,716 | Decrease Expense Reported |
| | | | |
| Misc. Income to Owner | 49,496 | | Increase Expense Reported |
| Legal, Professional and Consulting | | 49,496 | Decrease Expense Reported |
| | | | |
| Misc. Income to Owner | 14,823 | | Increase Expense Reported |
| Meals | | 7,411 | Decrease Expense Reported |
| Non-Deductible Meals | | 7,412 | Decrease Non-Deductible Expense Reported |
| | | | |
| Misc. Income to Owner | 21,138 | | Increase Expense Reported |
| Ofice and Miscellaneous Expenses | | 21,138 | Decrease Expense Reported |
| | | | |
| Misc. Income to Owner | 28,400 | | Increase Expense Reported |
| Outside Services | | 28,400 | Decrease Expense Reported |
| | | | |
| Misc. Income to Owner | 191,400 | | Increase Expense Reported |
| Travel, Transportation and Other | | 191,400 | Decrease Expense Reported |
| | | | |
| | **489,963** | **489,964** | |

# Robert Hunter Biden
## Additional Misc Income to Owner

### Ridgewood Savings Expense

#### For the Calendar Year 2018

| Date | Type | Amount | Reference |
|------|------|--------|-----------|
| | | 84,561.42 | Total Expense |
| | AJE-6 | 67,649.14 | 80% to Travel Transportation Other |
| | AJE-6 | 16,912.28 | 20% to Meals |
| | | 84,561.42 | Total Expense |
| | | 8,456.14 | 1/2 Meals is Deductible |
| | | 8,456.14 | 1/2 Meals is Non-Deductible |
| | | 16,912.28 | Total Meals |
| **Total:** | | 8,456.00 | Reclassify Non-Deductible Expense to Deductible Expense |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3:52 PM 01/29/20 | | | Owasco, PC Transaction Detail By Account January through December 2018 | | | |
| **Type** | **Date** | **Name** | **Split** | **Debit** | **Credit** | **Balance** |
| **Ridgewood Saving Expense** | | | | | | |
| Check | 01/24/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,001.46 | | 21,001.46 |
| Check | 02/23/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,150.00 | | 42,151.46 |
| Check | 03/28/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,199.96 | | 63,351.42 |
| Check | 04/19/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,210.00 | | 84,561.42 |
| Total Ridgewood Saving Expense | | | | 84,561.42 | 0.00 | 84,561.42 |
| **TOTAL** | | | | **84,561.42** | **0.00** | **84,561.42** |



# Robert Hunter Biden
# Computation of Total Income Not Reported

### For the Calendar Year 2018

|  | 2018 |
|---|---|
| **Total Income per Tax Return, Line 6:** | **2,187,286** |
| Reduction to Misc Income to Owners, Form 1120 | (126,035) |
| Reduction to Schedule C Gross Receipts | (31,222) |
| Salaries and Wages | 46,500 |
| Payroll Taxes | 3,716 |
| Legal, Professional and Consulting | 49,496 |
| Meals | 14,823 |
| Ofice and Miscellaneous Expenses | 21,138 |
| Outside Services | 28,400 |
| Travel, Transportation and Other | 191,400 |
| **Corrected Total Income, Line 6:** | **2,385,502** |
| Less: Total Income Reported, Tax Return, Line 6 | (2,187,286) |
| **Total Income Not Reported:** | **198,216** |

# Robert Hunter Biden
# Computation of Tax Due and Owing

## For the Calendar Year 2018

|  | 2018 |
|---|---|
| **Adjustment to Tax Return** | |
| Reduction to Misc Income to Owners, Form 1120 | (126,035) |
| Reduction to Schedule C Gross Receipts | (31,222) |
| Salaries and Wages | 46,500 |
| Payroll Taxes | 3,716 |
| Legal, Professional and Consulting | 49,496 |
| Meals | 14,823 |
| Ofice and Miscellaneous Expenses | 21,138 |
| Outside Services | 28,400 |
| Travel, Transportation and Other | 191,400 |
| Subtotal: | 198,216 |
| Less: One-Half Self Employment Tax Deduction | (2,654) |
| Add: Taxable Income per Return as Filed | 1,688,495 |
| **Total Corrected Taxable Income:** | **1,884,057** |
| Tax on Corrected Taxable Income | 660,977  (See Next Page) |
| Less: General Business Credit | (94) |
| Plus: Self Employment Tax | 59,340 |
| Plus: Net Investment Income Tax | 409 |
| Plus: Additional Medicare Tax | 18,047 |
| Corrected Total Tax: | 738,679 |
| Less: Total Tax per Tax Return as Filed | (659,366) |
| **Tax Due and Owing:** | **79,313** |

# 2018
# Tax Rate
# Schedules



*The Tax Rate Schedules are shown so you can see the tax rate that applies to all levels of taxable income. Don't use them to figure your tax. Instead, see the instructions for line 11a.*

**Schedule X—If your filing status is Single**

| If your taxable income is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,525 | . . . . . . . . . **10%** | $0 |
| 9,525 | 38,700 | **$952.50 + 12%** | 9,525 |
| 38,700 | 82,500 | **4,453.50 + 22%** | 38,700 |
| 82,500 | 157,500 | **14,089.50 + 24%** | 82,500 |
| 157,500 | 200,000 | **32,089.50 + 32%** | 157,500 |
| 200,000 | 500,000 | **45,689.50 + 35%** | 200,000 |
| 500,000 | . . . . . . . . . | **150,689.50 + 37%** | 500,000 |

# Robert Hunter Biden
# Reduction in Additional Misc Income to Owner

## For the Calendar Year 2018

| Date | Type | Amount | Form 1120 Items | Form 1040 Items | Reference |
|------|------|--------|-----------------|-----------------|-----------|
| 02/05/18 | | 35.00 | 35.00 | | Owasco PC to Owasco LLC |
| 05/04/18 | | 99,000.00 | 99,000.00 | | Owasco PC to Owasco LLC |
| 09/04/18 | | 10,000.00 | | 10,000.00 | Personal Account to Owasco LLC |
| 09/05/18 | | 10,000.00 | | 10,000.00 | Personal Account to Owasco LLC |
| 09/07/18 | | 10,000.00 | 10,000.00 | | Owasco PC to Owasco LLC |
| 10/03/18 | | 2,500.00 | 2,500.00 | | Owasco PC to Owasco LLC |
| 10/11/18 | | 3,721.50 | | 3,721.50 | Skaneateles, LLC to Owasco PC |
| 11/05/18 | | 3,000.00 | 3,000.00 | | Owasco PC to Owasco LLC |
| 11/21/18 | | 7,500.00 | | 7,500.00 | Personal Account to Owasco LLC |
| 11/27/18 | | 10,000.00 | 10,000.00 | | Owasco PC to Owasco LLC |
| 12/20/18 | | 1,500.00 | 1,500.00 | | Owasco PC to Owasco LLC |
| | **Total:** | **157,256.50** | **126,035.00** | **31,221.50** | |
| | | | Reduction to Misc Income to Owner on Form 1120 | Decrease to Schedule C Gross Receipts on Form 1040 | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 01/07/18 | Visa Card | 2,310.00 | 6 Columbus Circle Hotel (NY) | |
| 01/07/18 | Visa Card | 606.44 | 6 Columbus Circle Hotel (NY) | |
| 01/07/18 | Visa Card | 35.93 | 6 Columbus Circle Hotel (NY) | |
| 01/22/18 | Visa Card | 181.38 | District Hotel (DC) | |
| 01/22/18 | Visa Card | 90.69 | District Hotel (DC) | |
| 01/30/18 | Visa Card | 947.10 | District Hotel (DC) | |
| 02/11/18 | Visa Card | 3,373 | Expedia-Four Seasons | |
| 08/24/18 | Visa Card | 514.80 | ████████ | |
| 08/28/18 | Visa Card | 221.54 | ████████ | |
| 08/30/18 | Visa Card | 360.45 | ████████ | |
| 09/05/18 | Visa Card | 411.90 | ████████ | |
| 02/07/18 | Visa Card | 1,713 | Hotel Park (NY) | |
| 01/11/18 | Visa Card | 2,450.00 | M Street Management | |
| 01/11/18 | Visa Card | 594.00 | M Street Management | |
| 01/21/18 | Visa Card | 534.00 | M Street Management | |
| 01/30/18 | Visa Card | 369.00 | M Street Management | |
| 01/05/18 | Visa Card | 7,813.90 | Morningside Apartments | |
| 02/01/18 | Visa Card | 3,906.95 | Morningside Apartments | |
| 03/01/18 | Visa Card | 3,906.95 | Morningside Apartments | |
| 04/01/18 | Visa Card | 3,906.95 | Morningside Apartments | |
| 01/19/18 | Visa Card | 442.38 | Primp in Home | |
| 01/19/18 | Visa Card | 124.50 | Primp in Home | |
| 1/18/1/8 | Visa Card | 3,941 | Rag & Bone | |
| 01/20/18 | Visa Card | 1,636.06 | Soho Grand Hotel (NY) | |
| 01/21/18 | Visa Card | 1,913.05 | Soho Grand Hotel (NY) | |
| 01/21/18 | Visa Card | 943.95 | Soho Grand Hotel (NY) | |
| 03/25/18 | Visa Card | 450.00 | Soho Grand Hotel (NY) | |
| 03/25/18 | Visa Card | 150.00 | Soho Grand Hotel (NY) | |
| 03/25/18 | Visa Card | 32.26 | Soho Grand Hotel (NY) | |
| 04/02/18 | Visa Card | 300.00 | Soho Grand Hotel (NY) | |
| 04/01/18 | Venmo | 773 | Soldelina Tolentino | |
| 01/30/18 | Visa Card | 469 | Watergate Hotel (DC) | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 01/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 01/02/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 41.97 | Streamray.com | |
| 01/20/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 01/23/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/24/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/24/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/24/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/25/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 01/27/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/02/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/07/18 | Visa Card | X | 1,000.00 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 02/07/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 400.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 50.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 32.97 | Streamray.com | |
| 02/07/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/08/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/08/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/10/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 02/11/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/11/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/11/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/15/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/17/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/20/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/20/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/20/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/21/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/21/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/21/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/23/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/23/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/23/18 | Visa Card | X | 32.97 | Streamray.com | |
| 02/24/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/24/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/25/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|-------|-------|-----------|
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 41.97 | Streamray.com | |
| 02/25/18 | Visa Card | X | 32.97 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/02/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 03/02/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 50.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 50.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/03/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/03/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/04/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 03/04/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/04/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/11/18 | Visa Card | X | 200.00 | Streamray.com | |
| 03/11/18 | Visa Card | X | 10.99 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 03/12/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/16/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/16/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/17/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/18/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/19/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 03/20/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/21/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/22/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/22/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/24/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 13.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/07/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/10/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/10/18 | Visa Card | X | 32.97 | Streamray.com | |
| 04/11/18 | Visa Card | X | 10.99 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 04/13/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/13/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/18/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 04/18/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/18/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/19/18 | Visa Card | X | 300.00 | Streamray.com | |
| 04/19/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/20/18 | Visa Card | X | 50.00 | Streamray.com | |
| 04/20/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/21/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/22/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/24/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/28/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 04/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/28/18 | Visa Card | X | 32.97 | Streamray.com | |
| 04/28/18 | Visa Card | X | 26.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 400.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 32.97 | Streamray.com | |
| 04/29/18 | Visa Card | X | 20.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/29/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/29/18 | Visa Card | X | 14.99 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 04/30/18 | Visa Card | X | 500.00 | Streamray.com | |
| 05/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 13.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/07/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/07/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/12/18 | Visa Card | X | 10.99 | Streamray.com | |

**Total:** 72,739.09

Posted 80% to travel, transportation and other; and
20% to meals

**58,191**    **Posted to Travel, etc.**

**14,548**    **Posted to Meals**

# Robert Hunter Biden
# Additional Misc Income to Owner

## Salaries and Wages

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 2018 | Payroll | 11,000 | Elizabeth Secundy, W-2 Box 1 Wages | |
| 2018 | Payroll | 13,000 | Erin Straughter, W-2 Box 1 Wages | |
| 2018 | Payroll | 11,000 | Hallie O. Biden, W-2 Box 1 Wages | |
| 2018 | Payroll | 22,500 | Lunden A. Roberts, W-2 Box 1 Wages | |
| | **Total:** | **46,500** | | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Payroll Taxes

### For the Calendar Year 2018

| Year | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 2018 | Payroll Tax | 682 | Elizabeth Secundy, W-2 Box 4 | |
| 2018 | Payroll Tax | 159 | Elizabeth Secundy, W-2 Box 6 | |
| 2018 | Payroll Tax | 806 | Erin Straughter, W-2 Box 4 | |
| 2018 | Payroll Tax | 189 | Erin Straughter, W-2 Box 6 | |
| 2018 | Payroll Tax | 682 | Hallie O. Biden, W-2 Box 4 | |
| 2018 | Payroll Tax | 159 | Hallie O. Biden, W-2 Box 6 | |
| 2018 | Payroll Tax | 1,395 | Lunden A. Roberts, W-2 Box 4 | |
| 2018 | Payroll Tax | 326 | Lunden A. Roberts, W-2 Box 6 | |

Total:     3,716

# Robert Hunter Biden
# Additional Misc Income to Owner

## Legal, Professional and Consulting

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 06/12/18 | Wire | 10,000.00 | Erin Straughter | |
| 06/18/18 | Wire | 2,000.00 | Erin Straughter | |
| 07/06/18 | Wire | 10,000.00 | Erin Straughter | |
| 07/06/18 | Wire | 8,000.00 | Erin Straughter | |
| 09/28/18 | Wire | 8,000.00 | Erin Straughter | |
| 10/02/18 | Wire | 6,500.00 | Erin Straughter | |
| 10/23/18 | Check | 8,995.75 | John Hancock | |
| 07/25/18 | Check | 4,000.08 | Lehua Alma Jordan | |
| 08/28/18 | Wire | 2,000.00 | Lehua Alma Jordan | |
| | **Total:** | **49,496** | | |

This item is part of "Consulting Fees" in the books.

DRAFT                                                                                                          DRAFT

# Robert Hunter Biden
# Additional Misc Income to Owner

## Meals

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 04/12/18 | Visa Card | 275.00 | NOBU | |
| | | 14,547.82 | From Business Line of Credit | |
| | **Total:** | **14,823** | | |
| | | 7,412 | Additonal Corporate Expense | |

# Robert Hunter Biden
## Additional Misc Income to Owner
## Office and Miscellaneous Expenses
### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 05/21/18 | Check | 975.00 | Crutch Card | |
| 05/25/18 | Check | 8,000.00 | Gulnora Djamalitdnova | |
| 05/25/18 | Check | 3,500.00 | Gulnora Djamalitdnova | |
| 04/19/18 | Check | 463.00 | Luggage Forward | |
| 08/28/18 | Check | 3,450.00 | P & P Matters Inc. | |
| 10/31/18 | Check | 2,312.50 | P & P Matters Inc. | |
| 03/13/18 | Check | 499.61 | Sermoneta Gloves | |
| 05/18/18 | Credit Card | 438.00 | Shinola | |
| 08/14/18 | Check | 1,500.00 | VENMO | |

**Total:** **21,138**

# Robert Hunter Biden
# Additional Misc Income to Owner

## Outside Services

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 09/12/18 | Check | 30,000.00 | Columbia University | |
| 01/16/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 01/17/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 01/19/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 02/12/18 | Transfer | 1,000.00 | Elizabeth Secundy | |
| 03/06/18 | Transfer | 2,000.00 | Elizabeth Secundy | |
| 03/17/18 | Transfer | 1,400.00 | Elizabeth Secundy | |
| 04/03/18 | Transfer | 1,000.00 | Elizabeth Secundy | |
| 04/10/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 07/03/18 | Transfer | 10,000.00 | Elizabeth Secundy | |
| 07/03/18 | Transfer | 5,000.00 | Elizabeth Secundy | |
| 07/09/18 | Transfer | 2,000.00 | Elizabeth Secundy | |

**Total:** 28,400

# Robert Hunter Biden
# Additional Misc Income to Owner

## Other Deduction: Travel, Transportation and Other

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 05/15/18 | Check | 2,961.94 | Air BNB | |
| 05/29/18 | Check | 4,253.31 | Air BNB | |
| 09/10/18 | Visa Card | 1,248.20 | Alaska Airlines | |
| 02/06/18 | Check | 1715.77 | Borgata Hotel (NJ) | |
| 08/13/18 | Visa Card | 1,055.43 | Caesars Hotel (NV) | |
| 08/13/18 | Visa Card | 905.91 | Caesars Hotel (NV) | |
| 08/13/18 | Visa Card | 510.60 | Caesars Hotel (NV) | |
| 08/14/18 | Visa Card | 1,874.98 | Caesars Hotel (NV) | |
| 04/10/18 | Check | 13,640.00 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 13,002.70 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 6,900.00 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 4,058.27 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 2,519.18 | Chateau Marmont Hotel | |
| 05/17/18 | Check | 2,279.49 | Chateau Marmont Hotel | |
| 05/17/18 | Check | 1,292.89 | Chateau Marmont Hotel | |
| 05/30/18 | Visa Card | 681.90 | District Hotel (DC) | |
| 06/19/18 | Visa Card | 227.30 | District Hotel (DC) | |
| 06/19/18 | Visa Card | 113.65 | District Hotel (DC) | |
| 09/10/18 | Check | 3,965.00 | Enclave Apartments | |
| 10/02/18 | Check | 3,795.00 | Enclave Apartments | |
| 11/05/18 | Check | 3,795.00 | Enclave Apartments | |
| 05/17/18 | Visa Card | 1,406.65 | Hollywood Roosevelt (CA) | |
| 05/17/18 | Visa Card | 433.65 | Hollywood Roosevelt (CA) | |
| 05/17/18 | Visa Card | 78.85 | Hollywood Roosevelt (CA) | |
| 05/22/18 | Visa Card | 6,088.98 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 1,458.11 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 1,146.73 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 520.33 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 400.00 | Jeremy Hotel (CA) | |
| 05/30/18 | Visa Card | 5,595.27 | Jeremy Hotel (CA) | |
| 05/30/18 | Visa Card | 1,269.59 | Jeremy Hotel (CA) | |
| 05/30/18 | Visa Card | 495.96 | Jeremy Hotel (CA) | |
| 07/25/18 | Visa Card | 1,123.22 | Kimpton La Peer Hotel (CA) | |
| 07/26/18 | Visa Card | 4,846.89 | Kimpton La Peer Hotel (CA) | |
| 07/30/18 | Visa Card | 2,699.77 | Kimpton La Peer Hotel (CA) | |
| 10/30/18 | Visa Card | 823.74 | Kimpton La Peer Hotel (CA) | |
| 04/09/18 | Visa Card | 3,154.25 | Ledgend Car Rental | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Other Deduction: Travel, Transportation and Other

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 04/09/18 | Visa Card | 697.37 | Ledgend Car Rental | |
| 04/17/18 | Check | 945.17 | Ledgends Car Rental | |
| 04/23/18 | Check | 781.63 | Ledgends Car Rental | |
| 07/13/18 | Visa Card | 760.25 | London West Hotel (CA) | |
| 07/16/18 | Visa Card | 2,665.77 | London West Hotel (CA) | |
| 07/16/18 | Visa Card | 577.85 | London West Hotel (CA) | |
| 07/05/18 | Visa Card | 2,477.88 | Marmont Hotel | |
| 07/05/18 | Visa Card | 2,000.00 | Marmont Hotel | |
| 06/28/18 | Check | 2,100.00 | Nomad Hotel (CA) | |
| 07/03/18 | Check | 100.00 | Nomad Hotel (CA) | |
| 06/12/18 | Visa Card | 963.67 | Roxy Hotel (NY) | |
| 06/19/18 | Visa Card | 490.63 | Roxy Hotel (NY) | |
| 06/19/18 | Visa Card | 381.06 | Roxy Hotel (NY) | |
| 12/11/18 | Visa Card | 1,025.63 | Roxy Hotel (NY) | |
| 06/12/18 | Check | 717.04 | Sixty Beverly Hills Hotel (CA) | |
| 06/21/18 | Visa Card | 1,646.50 | Sixty Beverly Hills Hotel (CA) | |
| 06/22/18 | Visa Card | 408.08 | Sixty Beverly Hills Hotel (CA) | |
| 06/26/18 | Visa Card | 2,627.12 | Sixty Beverly Hills Hotel (CA) | |
| 07/12/18 | Visa Card | 5,145.34 | Sixty Beverly Hills Hotel (CA) | |
| 07/12/18 | Visa Card | 624.16 | Sixty Beverly Hills Hotel (CA) | |
| 01/03/18 | Visa Card | 738.72 | The 1 Hotel Park (NY) | |
| 04/02/18 | Check | 1,698.20 | Virgin America | |
| 04/05/18 | Check | 1,298.20 | Virgin America | |
| | | 58,191.27 | From Business Line of Credit | |

**Total:**     **191,400**

**Exhibit MW 2**

# Curriculum Vitae
## for
## Michael Welch

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

**Date of Birth:**           December 07, 1960

## Education:

| | |
|---|---|
| **1994** | Special Enforcement Training |
| **1993** | Expert Witness Training |
| **1984 -1990** | Revenue Agent Training Phase I-V, Basic Instructor Training |
| **1983 - 1984** | Southern Illinois University, Master's Degree: Accounting-Taxation |
| **1979 - 1983** | Southern Illinois University, B.S. Degree: Accounting |

## Experience:

### A. Technical

**2015 – Present**    **Revenue Agent, Special Enforcement Program, Fraud Specialist, Chicago, IL**
Assist Special Enforcement Program revenue agents in their development of fraud cases.  Subject matter expert for offshore cases worked in the Special Enforcement Program for various states.  Subject matter expert for Foreign Bank Account Reporting (FBARs), for Formal Whistleblower cases, for Criminal Restitution, and for other subject areas for various states located in the Midwest.

**1993 – Present**    **Revenue Agent, Special Enforcement Program, Chicago, IL**
Assist grand jury investigations and subsequent criminal trials.  Assisted investigation and criminal trial preparation on cases resolved before trial.  Served as summary / expert / fact witness in U.S. Tax Court and U.S. District Court.

**1987 - 1993**    **Revenue Agent, Quality Review Staff, Chicago, IL**
Perform reviews of a wide range of closed audit files to determine their completeness and technical accuracy.  Preparation of statutory notice of deficiency letters.

## Curriculum Vitae
## for
## Michael Welch

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

**1985 - 1987**     **Revenue Agent, Special Enforcement Program, Chicago, IL**
Conducted detailed examinations of program-selected individuals and
corporations to determine a substantially correct tax liability and
substantial tax law compliance.

**1984 - 1985**     **Revenue Agent, Training/General Program, Chicago, IL**
Conducted detailed examinations of individuals, corporations &
partnerships to determine a substantially correct tax liability.

**B. Trial**

**2023**           **U.S. vs. Anthony Sabaini – False Statements, Title 18, Section
1001; False Tax Returns, Title 26, Section 7206(1); Structuring
Cash Deposits, Title 31, Section 5324**
Testified as an expert witness at trial.  Testified about cash deposits into
bank accounts.  Computed unreported Cash Income using the Indirect
Cash Method.  Computed unreported Taxable Income using the Indirect
Net Worth Method.  Computed tax due and owing using the Indirect
Cash Method.  Judge Andrea R. Wood, United States District Court for
the Northern District of Illinois.

# Curriculum Vitae
# for
# Michael Welch

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

**2023**          **U.S. vs. Michael Abramson – False Tax Returns, Title 26, Section
7206(1)**
Testified as an expert witness at trial.  Testified regarding characteristics
of loans, ordinary and necessary business deductions (commission),
entries into the QuickBooks database file, corporate tax computations,
and individual tax computations.  Judge Virginia J. Kendall, United
States District Court for the Northern District of Illinois.

**2023**          **U.S. vs. Alex Acevedo – False Tax Returns, Title 26, Section
7206(1)**
Testified as a summary witness at trial.  Testified regarding Income, Tax
Filing requirements & Tax Return due dates, Forms 1099 & Forms W-2,
and tax due and owing to the government.  Judge Edmond E. Chang,
United States District Court for the Northern District of Illinois.

**2022**          **U.S. vs. Michael Abramson – False Tax Returns, Title 26, Section
7206(1)**
Testified at a Daubert Hearing regarding potential expert testimony at
upcoming trial.  Judge Virginia J. Kendall, United States District Court
for the Northern District of Illinois.

**2022**          **U.S. vs. Mingqing Xiao – False Tax Returns, Title 26, Section
7206(1); Failure to File Reports of Foreign Bank and Financial
Accounts, Title 31, Sections 5313 & 5322**
Testified as an expert witness at trial.  Testified regarding reporting of
foreign bank accounts of federal tax return Form 1040, Schedule B and
testified regarding reporting of foreign bank accounts with balance over
$10,000 on Form FinCEN 114.  Judge Staci M. Yandle, United States
District Court for the Southern District of Illinois.

**Curriculum Vitae
for
Michael Welch**

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

**2021**        **U.S. vs. Yousef Abdallah – False Tax Returns, Title 26, Section
7206(1)**
Testified as an expert witness at sentencing.  Testified regarding
analysis of the filing of multiple business and personal tax returns
covering three plus years.  Judge Joe Billy McDade, United States
District Court for the Central District of Illinois.

**2018**        **U.S. vs. Paul J. Manafort, Jr. – False Tax Returns, Title 26, Section
7206(1); Failure to File Reports of Foreign Bank and Financial
Accounts, Title 31, Sections 5314 & 5322(a), Title 18, Sections 2 &
3551; Bank Fraud Conspiracy, Title 18, Sections 1349 and 3551;
Bank Fraud, Title 18, Sections 1344, 2, and 3551**
Testified as an expert witness at trial.  Testified regarding analysis of
multiple foreign bank accounts, unreported income computations, and
filing requirements requiring the filing of an FBAR.  Expert testimony
was based on documents and witness testimony at trial.  Judge T. S.
Ellis, III, United States District Court for the Eastern District of Virginia.

**2016**        **U.S. vs. Christopher Jansen – Wire Fraud, Title 18, Section 1343;
Tax Evasion, Title 26, Section 7201**
Testified as an expert witness at defendant's sentencing hearing.
Testified regarding the corporate tax returns, individual tax computation,
S Corporation Election procedures, and other related tax topics.  Judge
Frederick J. Kapala, United States District Court for the Northern District
of Illinois.

**2014**        **U.S. vs. Ronald Kelly – Wire Fraud, Title 18, Section 1343; Money
Laundering – Title 18 Sections 1956(a)(1)(B)(I) and 1957; False Tax
Returns, Title 26, Section 7206(1)**
Testified as an expert witness at defendant's sentencing hearing.
Testified regarding the many corporate tax returns and corporate
issues, corporate ledgers, return of capital theories, loans to / from
shareholders, reporting of personal stock sales, stock issued by
corporations, and other related tax topics.  Judge Joe Billy McDade,
United States District Court for the Central District of Illinois.

**Curriculum Vitae
for
Michael Welch**

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

| | |
|---|---|
| **2014** | **U.S. vs. Alfred Gerebizza – Mail Fraud, Title 18, Section 1341; False Tax Returns, Title 26, Section 7206(1)** Testified as a summary witness.  Testified regarding summary schedules of foreign bank accounts and money movement.  Testified regarding summary schedule of unreported income which was moved through IRS undercover agents.  Summary testimony was based on documents and testimony at trial.  Judge James B. Zagel, United States District Court for the Northern District of Illinois. |
| **2012** | **U.S. vs. Gregory Callegari – False Tax Returns, Title 26, Section 7206(1)** Testified as a summary witness.  Testified regarding Schedule E and rental income / loss.  Testified regarding computation of tax due and owing.  Summary testimony was based on documents and testimony at trial.  Judge Milton I. Shadur, United States District Court for the Northern District of Illinois. |
| **2010** | **U.S. vs. Mark Polchan, Samuel Volpendesto, Michael Sarno, Anthony Volpendesto, and Casey Szaflarski – RICO Conspiracy, Illegal Gambling, Use of a Destructive Device, Obstruction of Justice, Possession of Stolen Goods, Title 18, Sections 2, 659, 844, 924, 1512, 1955, and 1962; False Tax Returns and Failure to File Returns, Title 26, Sections 7206(1) and 7203** Testified as a summary witness.  Testified regarding summary schedules showing the amounts of unreported gold sales and the amounts of unreported revenue from the Illegal Gambling Machines. Judge Ronald A. Guzman, United States District Court for the Northern District of Illinois. |

# Curriculum Vitae
## for
## Michael Welch

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

**2010**      **U.S. vs. James A. Simon – False Tax Returns, Title 26, Section
7206(1), Foreign Bank Account Reporting, Title 31, Sections 5314
and 5322, Mail Fraud, Title 18, Sections 2 and 1341, Federal
Financial Aid Fraud, Title 20, Section 1097**
Testified as a summary witness.  Testified regarding summary
schedules showing monies received that were booked as loans and
receivables.  Testified about summary schedules detailing specific
financial transactions of monies received by controlled companies and
the two or three subsequent transfers immediately following tracing
the money into the personal account.  Testified at the sentencing hearing in
March 2011.  Robert L. Miller Jr., United States District Court for the
Northern District of Indiana.

**2008**      **Laura Baxter vs. U.S.  – Motion to vacate, set aside, or correct
sentence, Title 28, Section 2255**
Testified as an expert witness.  Testified regarding IRS civil tax audits,
review of audit work papers, revenue agent audit procedures and tax
loss for federal sentencing guideline purposes.  Judge James F.
Holderman, United States District Court for the Northern District of
Illinois.

**2008**      **U.S. vs. Michael Vallone, Edward Bartoli, Robert Hopper, Timothy
Shawn Dunn, William Cover, and Michael Dowd – Tax Conspiracy,
Title 18, Section 371, Tax Evasion, Title 26, Section 7201, False
Returns, Title 26, Section 7206(1)**
Testified as a summary witness.  Testified regarding the overall tax loss
from the AEGIS trust scheme.  Testified about the unreported income
and resulting tax loss for the individual tax counts against Vallone,
Bartoli, and Dunn.  Judge Charles R. Norgle, United States District
Court for the Northern District of Illinois.

## Curriculum Vitae
## for
## Michael Welch

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

| | |
|---|---|
| **2007** | **U.S. vs. James Marcello, Joseph Lombardo, Frank Calabrese, Sr., Paul Schiro, and Anthony Doyle – Tax Conspiracy, Title 18, Section 371**<br>Testified as a summary witness.  Testified regarding calculations of the unreported income ("skim") of the illegal video gambling business and the tax due and owing for each year 1996 to 2003.  Judge James B. Zagel, United States District Court for the Northern District of Illinois. |
| **2007** | **U.S. vs. Paul Meegan – Tax Evasion, Title 26, Section 7201**<br>Testified as an expert witness regarding an individual's tax return filing requirements.  Testified regarding summary schedules of the defendant's income, deductions, tax credits, itemized deductions, taxable income, and tax due and owing for each year 1998 to 2002. Judge Harry D. Leinenweber, United States District Court for the Northern District of Illinois. |
| **2006** | **U.S. vs. Robert J. Kelliher – Tax Evasion, Title 26, Section 7201, False Claim, Title 18, Section 287**<br>Testified as a summary witness regarding an individual's tax return filing requirements.  Testified regarding summary schedules of the defendant's wages, interest income, capital gains, itemized deductions, taxable income, and tax due and owing for each year 1995 to 2001. Testified regarding the defendant's moving assets into the names of other entities.  Judge Rebecca R. Pallmeyer, United States District Court for the Northern District of Illinois. |

# Curriculum Vitae
## for
## Michael Welch

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

| | |
|---|---|
| 2002 | **U.S. vs. Loren-Maltese - False Return, Title 26, Section 7206(1)**<br>Testified as a summary witness regarding specific transfer/movement of monies from the defendant's committeeman fund to the investment in a golf course and purchase of automobile.  Testified regarding Illinois State Forms D-2s.  Judge John Grady, United States District Court for the Northern District of Illinois. |
| 2002 | **U.S. vs. Bette Pree - Failure to File, False Returns, Title 26, Sections 7203 and 7206(1)**<br>Testified as a summary witness regarding the filing requirements for Head of Household for tax year 1994.  Testified regarding basis of stock received as compensation, gift, and upon death.  Testified regarding failure to report stock sales is material to the computation of taxable income and the tax on that income.  Judge Jeanne E. Scott, United States District Court for the Central District of Illinois. |
| 2002 | **U.S. vs. Spano Sr., J. LaGiglio, Loren-Maltese, Schullo, DeChicio, Spano Jr., B. LaGiglio, and Schneider – RICO Conspiracy, Wire Fraud, Mail Fraud, Money Laundering, Bank Fraud, and Klein Conspiracy, Title 18, Sections: 2, 371, 1341, 1343, 1344, 1956, and 1962(d), False Returns, Title 26, Section 7206(1)**<br>Testified as a summary witness regarding the flow of the money from the Town of Cicero to Specialty Risk Consultants (SRC) and subsequent diversion of the money from SRC.  Testified about other complex financial transactions.  Testified regarding the false return counts of the indictment.  Judge John Grady, United States District Court for the Northern District of Illinois. |
| 2002 | **U.S. vs. Spano, Inendino, and Schullo – Klein Conspiracy, Title 18, Section 371**<br>Testified as a summary witness regarding the sources and types of income reported on defendant's tax returns (1040s and 1120S), analysis of bank deposits of the corporation, and filing requirements of Form 1099-MISC.  Judge Ruben Castillo, United States District Court for the Northern District of Illinois. |

**Curriculum Vitae
for
Michael Welch**

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

**2000**          **State of IL vs. Kim, Yung & Hwa – False State Return, IL-1040**
Testified as an expert witness for the State of Illinois regarding
reconstruction of income based on purchases and the adjusted gross
income resulting from the reconstruction of income.  Judge Ronald
Himel, State of Illinois, Cook County Criminal Court.

**2000**          **U.S. vs. Liebhart – False Returns, Title 26 Section 7206(1)**
Testified as a summary witness regarding attribution of income,
definition of income, and definition of gross receipts.  Prepared
Summary Schedules to calculate Total Corrected Gross Receipts for
each of the three years.  Judge Joe Billy McDade, United States District
Court for the Central District of Illinois.

**1999**          **Estate of Robert H. Lurie vs. Internal Revenue Service – Estate Tax,
Inclusion in Gross Estate**
Prepared Summary Report covering multiple complex transactions
between 1969 and 1990.  Testified as a summary witness regarding the
summary report.  Judge John Colvin, United States Tax Court.

**1998**          **U.S. vs. Reeves – Mail Fraud, Title 18, Section 1341**
Testified as a summary witness regarding tax returns filed with Internal
Revenue Service, tax returns not filed with Internal Revenue Service,
and embezzled income not reported on tax returns.  Judge James B.
Zagel, United States District Court for the Northern District of Illinois.

**1997**          **U. S. vs. McCaffrey – Failure to File, Title 26, Section 7203**
Testified as summary witness regarding 1040 filing requirements, self-
employment tax return filing requirements, and bank deposits by
defendant.  Judge Arlander Keys, United States District Court for the
Northern District of Illinois.

**Curriculum Vitae**
**for**
**Michael Welch**

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

## C. Teaching

| | |
|---|---|
| **2019** | Special Enforcement Program Basic Classroom Training (TEGE), Lead Instructor, Ogden, Utah; June |
| **2019** | Special Enforcement Program Expert Witness Classroom Training, Instructor, New York, New York; April |
| **2017** | Special Enforcement Program Basic Classroom Training, Lead Instructor, Jacksonville, Florida; August |
| **2017** | Special Enforcement Program Basic Classroom Training, Lead Instructor, Jacksonville, Florida; May |
| **2017** | Traveled to Barbados to participate as a teacher for a financial investigation technique class for members of the Barbados Police, Barbados Revenue Authority Senior Auditors, Prosecutors, and FinCEN related employees. |
| **2016** | Special Enforcement Program Basic Classroom Training, Lead Instructor, Indianapolis, Indiana |
| **2016** | Various Special Enforcement Program Continuing Professional Education topics. |
| **2015** | Special Enforcement Program Basic Classroom Training, Kansas City, Missouri |
| **2014** | Traveled to Serbia to participate as a teacher for a financial investigation technique class for members of the Serbian Police, Tax Police, Prosecutors and, FinCEN related employees. |

**Curriculum Vitae
for
Michael Welch**

230 S. Dearborn Street, 4505 CHI
Chicago, IL  60604

Internal Revenue Agent

(Continued)

| | |
|---|---|
| **2008 – 2009** | Worked as part of a team to develop and teach a pilot course entitled <u>Basic</u> <u>Government</u> <u>Witness</u>.  Course was designed to give a general overview of testifying in court for general Internal Revenue Service employees |
| **1987 – 1993** | Various in-house Continuing Professional Education topics.  Various in-house group meetings relating to case quality |
| **1990 – 1993** | Vita Outreach Programs at local high schools and libraries |
| **1991** | Revenue Agent Phase I & II |

**D. Volunteer**

| | |
|---|---|
| **09/2021 to 05/2023** | Member, School Board, Riverside Brookfield High School District 208, Cook County, Illinois. |
| **05/2015 to 04/2017** | Member and School Board President, Riverside Brookfield High School District 208, Cook County, Illinois. |
| **04/2011 to 04/2016** | Guest speaker for Economics class each spring at Trinity Christian College, Palos Heights, Illinois on behalf of Professor Todd Barre. |
| **05/2009 to 05/2015** | Member, School Board, Riverside Brookfield High School District 208, Cook County, Illinois. |
| **11/2003 to 12/2010** | Member, Board of Directors, Riverside Swim Club, Inc., an IRC 501 (c) (7) organization. |
| **11/2003 to 01/2008** | Treasurer, acting-Treasurer, Riverside Swim Club, Inc., an IRC 501 (c) (7) organization. |
| **07/2004 to 01/2008** | Member, Board of Directors and Treasurer, Riverside Brookfield Swim Club, a USA Swimming © age group swim team. |