# Exhibit 3

DRAFT

DRAFT

Exhibit MW 1

# Prepared By:


# Michael Welch
# Internal Revenue Agent

# Robert Hunter Biden
# Summary of Tax Due and Owing

## For the Calendar Year 2018

|                                | 2018      |
| ------------------------------ | --------- |
| Owasco, PC                     | (3,332)   |
| Robert H. Biden, Form 1040     | 99,994    |
| **Total Tax Due and Owing:**   | **96,662**|

# Owasco, PC
# Computation of Tax Due and Owing

### For the Calendar Year 2018

|  | 2018 |
|---|---|
| **Adjustment to Tax Return** | |
| Meals  (Business Line of Credit) | (7,412) |
| Ridgewood Savings Expense Account (Meals) | (8,456) |
| Subtotal: | (15,868) |
| Add: Taxable Income per Return as Filed | 20,224 |
| **Total Corrected Taxable Income:** | **4,356** |
| Tax on Corrected Taxable Income | 915 |
| Less: Total Tax per Tax Return as Filed | (4,247) |
| **Tax Due and Owing:** | **(3,332)** |

# Robert Hunter Biden
## Items Changing Corporate Income and Expenses
### Tax Return Line Item
### For the Calendar Year 2018

|  | 2018 | |  |
| --- | --- | --- | --- |
| **Adjustment to Tax Return** | **Debit** | **Credit** |  |
| **INCOME ITEMS:** | | | |
| Income Double Reported: Line 1a | 126,035 | | Decrease Income Reported |
| Misc. Income to Owner | | 126,035 | Decrease Expense Reported |
| **EXPENSE ITEMS:** | | | |
| Meals: Ridgewood Savings Account (Same as 2017) | 8,456 | | Increase Expense Reported |
| Non-Deductible Meals: Ridgewood Savings | | 8,456 | Decrease Non-Deductible Expense Reported |
| Misc. Income to Owner | 57,500 | | Increase Expense Reported |
| Salaries and wages | | 57,500 | Decrease Expense Reported |
| Misc. Income to Owner | 4,398 | | Increase Expense Reported |
| Payroll Taxes | | 4,398 | Decrease Expense Reported |
| Misc. Income to Owner | 59,496 | | Increase Expense Reported |
| Legal, Professional and Consulting | | 59,496 | Decrease Expense Reported |
| Misc. Income to Owner | 14,823 | | Increase Expense Reported |
| Meals | | 7,411 | Decrease Expense Reported |
| Non-Deductible Meals | | 7,412 | Decrease Non-Deductible Expense Reported |
| Misc. Income to Owner | 21,138 | | Increase Expense Reported |
| Ofice and Miscellaneous Expenses | | 21,138 | Decrease Expense Reported |
| Misc. Income to Owner | 58,400 | | Increase Expense Reported |
| Outside Services | | 58,400 | Decrease Expense Reported |
| Misc. Income to Owner | 191,400 | | Increase Expense Reported |
| Travel, Transportation and Other | | 191,400 | Decrease Expense Reported |
| | **541,646** | **541,646** | |

# Robert Hunter Biden
## Additional Misc Income to Owner
### Ridgewood Savings Expense
### For the Calendar Year 2018

| Date | Type | Amount | Reference |
|------|------|--------|-----------|
| | | 84,561.42 | Total Expense |
| | | | |
| | AJE-6 | 67,649.14 | 80% to Travel Transportation Other |
| | AJE-6 | 16,912.28 | 20% to Meals |
| | | 84,561.42 | Total Expense |
| | | | |
| | | 8,456.14 | 1/2 Meals is Deductible |
| | | 8,456.14 | 1/2 Meals is Non-Deductible |
| | | 16,912.28 | Total Meals |
| | | | |
| | Total: | 8,456.00 | Reclassify Non-Deductible Expense to Deductible Expense |

| | | | Owasco, PC | | | |
|---|---|---|---|---|---|---|
| 3:52 PM | | | **Transaction Detail By Account** | | | |
| 01/29/20 | | | January through December 2018 | | | |
| **Type** | **Date** | **Name** | **Split** | **Debit** | **Credit** | **Balance** |
| **Ridgewood Saving Expense** | | | | | | |
| Check | 01/24/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,001.46 | | 21,001.46 |
| Check | 02/23/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,150.00 | | 42,151.46 |
| Check | 03/28/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,199.96 | | 63,351.42 |
| Check | 04/19/2018 | Ridgewood Savings | Wells Fargo Advisors 1208 | 21,210.00 | | 84,561.42 |
| **Total Ridgewood Saving Expense** | | | | 84,561.42 | 0.00 | 84,561.42 |
| **TOTAL** | | | | 84,561.42 | 0.00 | 84,561.42 |



# Robert Hunter Biden
# Computation of Total Income Not Reported

## For the Calendar Year 2018

|  | 2018 |
|---|---|
| **Total Income per Tax Return, Line 6:** | **2,187,286** |
| Reduction to Misc Income to Owners, Form 1120 | (126,035) |
| Reduction to Schedule C Gross Receipts | (31,222) |
| Salaries and Wages | 57,500 |
| Payroll Taxes | 4,398 |
| Legal, Professional and Consulting | 59,496 |
| Meals | 14,823 |
| Ofice and Miscellaneous Expenses | 21,138 |
| Outside Services | 58,400 |
| Travel, Transportation and Other | 191,400 |
| **Corrected Total Income, Line 6:** | **2,437,184** |
| Less: Total Income Reported, Tax Return, Line 6 | (2,187,286) |
| **Total Income Not Reported:** | **249,898** |

# Robert Hunter Biden
# Computation of Tax Due and Owing

## For the Calendar Year 2018

|  | 2018 |
|---|---|
| **Adjustment to Tax Return** | |
| Reduction to Misc Income to Owners, Form 1120 | (126,035) |
| Reduction to Schedule C Gross Receipts | (31,222) |
| Salaries and Wages | 57,500 |
| Payroll Taxes | 4,398 |
| Legal, Professional and Consulting | 59,496 |
| Meals | 14,823 |
| Ofice and Miscellaneous Expenses | 21,138 |
| Outside Services | 58,400 |
| Travel, Transportation and Other | 191,400 |
| Subtotal: | 249,898 |
| Less: One-Half Self Employment Tax Deduction | (3,347) |
| Add: Taxable Income per Return as Filed | 1,688,495 |
| **Total Corrected Taxable Income:** | **1,935,046** |
| Tax on Corrected Taxable Income | 679,843  (See Next Page) |
| Less: General Business Credit | (94) |
| Plus: Self Employment Tax | 60,725 |
| Plus: Net Investment Income Tax | 409 |
| Plus: Additional Medicare Tax | 18,477 |
| Corrected Total Tax: | 759,360 |
| Less: Total Tax per Tax Return as Filed | (659,366) |
| **Tax Due and Owing:** | **99,994** |

# 2018 Tax Rate Schedules



*The Tax Rate Schedules are shown so you can see the tax rate that applies to all levels of taxable income. Don't use them to figure your tax. Instead, see the instructions for line 11a.*

**Schedule X—If your filing status is Single**

| If your taxable income is: | | The tax is: | of the amount |
|---|---|---|---|
| Over— | But not over— | | over— |
| $0 | $9,525 | .......... 10% | $0 |
| 9,525 | 38,700 | $952.50 + 12% | 9,525 |
| 38,700 | 82,500 | 4,453.50 + 22% | 38,700 |
| 82,500 | 157,500 | 14,089.50 + 24% | 82,500 |
| 157,500 | 200,000 | 32,089.50 + 32% | 157,500 |
| 200,000 | 500,000 | 45,689.50 + 35% | 200,000 |
| 500,000 | .......... | 150,689.50 + 37% | 500,000 |

# Robert Hunter Biden
# Reduction in Additional Misc Income to Owner

### For the Calendar Year 2018

| Date | Type | Amount | Form 1120 Items | Form 1040 Items | Reference |
|---|---|---|---|---|---|
| 02/05/18 | | 35.00 | 35.00 | | Owasco PC to Owasco LLC |
| 05/04/18 | | 99,000.00 | 99,000.00 | | Owasco PC to Owasco LLC |
| 09/04/18 | | 10,000.00 | | 10,000.00 | Personal Account to Owasco LLC |
| 09/05/18 | | 10,000.00 | | 10,000.00 | Personal Account to Owasco LLC |
| 09/07/18 | | 10,000.00 | 10,000.00 | | Owasco PC to Owasco LLC |
| 10/03/18 | | 2,500.00 | 2,500.00 | | Owasco PC to Owasco LLC |
| 10/11/18 | | 3,721.50 | | 3,721.50 | Skaneateles, LLC to Owasco PC |
| 11/05/18 | | 3,000.00 | 3,000.00 | | Owasco PC to Owasco LLC |
| 11/21/18 | | 7,500.00 | | 7,500.00 | Personal Account to Owasco LLC |
| 11/27/18 | | 10,000.00 | 10,000.00 | | Owasco PC to Owasco LLC |
| 12/20/18 | | 1,500.00 | 1,500.00 | | Owasco PC to Owasco LLC |
| | **Total:** | **157,256.50** | **126,035.00** | **31,221.50** | |
| | | | Reduction to Misc Income to Owner on Form 1120 | Decrease to Schedule C Gross Receipts on Form 1040 | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 01/07/18 | Visa Card | 2,310.00 | 6 Columbus Circle Hotel (NY) | |
| 01/07/18 | Visa Card | 606.44 | 6 Columbus Circle Hotel (NY) | |
| 01/07/18 | Visa Card | 35.93 | 6 Columbus Circle Hotel (NY) | |
| 01/22/18 | Visa Card | 181.38 | District Hotel (DC) | |
| 01/22/18 | Visa Card | 90.69 | District Hotel (DC) | |
| 01/30/18 | Visa Card | 947.10 | District Hotel (DC) | |
| 02/11/18 | Visa Card | 3,373 | Expedia-Four Seasons | |
| 08/24/18 | Visa Card | 514.80 | ████████ | |
| 08/28/18 | Visa Card | 221.54 | ████████ | |
| 08/30/18 | Visa Card | 360.45 | ████████ | |
| 09/05/18 | Visa Card | 411.90 | ████████ | |
| 02/07/18 | Visa Card | 1,713 | Hotel Park (NY) | |
| 01/11/18 | Visa Card | 2,450.00 | M Street Management | |
| 01/11/18 | Visa Card | 594.00 | M Street Management | |
| 01/21/18 | Visa Card | 534.00 | M Street Management | |
| 01/30/18 | Visa Card | 369.00 | M Street Management | |
| 01/05/18 | Visa Card | 7,813.90 | Morningside Apartments | |
| 02/01/18 | Visa Card | 3,906.95 | Morningside Apartments | |
| 03/01/18 | Visa Card | 3,906.95 | Morningside Apartments | |
| 04/01/18 | Visa Card | 3,906.95 | Morningside Apartments | |
| 01/19/18 | Visa Card | 442.38 | Primp in Home | |
| 01/19/18 | Visa Card | 124.50 | Primp in Home | |
| 1/18/1/8 | Visa Card | 3,941 | Rag & Bone | |
| 01/20/18 | Visa Card | 1,636.06 | Soho Grand Hotel (NY) | |
| 01/21/18 | Visa Card | 1,913.05 | Soho Grand Hotel (NY) | |
| 01/21/18 | Visa Card | 943.95 | Soho Grand Hotel (NY) | |
| 03/25/18 | Visa Card | 450.00 | Soho Grand Hotel (NY) | |
| 03/25/18 | Visa Card | 150.00 | Soho Grand Hotel (NY) | |
| 03/25/18 | Visa Card | 32.26 | Soho Grand Hotel (NY) | |
| 04/02/18 | Visa Card | 300.00 | Soho Grand Hotel (NY) | |
| 04/01/18 | Venmo | 773 | Soldelina Tolentino | |
| 01/30/18 | Visa Card | 469 | Watergate Hotel (DC) | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 01/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 01/02/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 99.00 | Streamray.com | |
| 01/03/18 | Visa Card | X | 41.97 | Streamray.com | |
| 01/20/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 01/23/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/24/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/24/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/24/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/25/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 01/27/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 500.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 100.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 01/30/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/02/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/07/18 | Visa Card | X | 1,000.00 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 02/07/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 400.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 50.00 | Streamray.com | |
| 02/07/18 | Visa Card | X | 32.97 | Streamray.com | |
| 02/07/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/08/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/08/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/10/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 02/11/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/11/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/11/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/15/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/17/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/20/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/20/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/20/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/21/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/21/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/21/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/23/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/23/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/23/18 | Visa Card | X | 32.97 | Streamray.com | |
| 02/24/18 | Visa Card | X | 14.99 | Streamray.com | |
| 02/24/18 | Visa Card | X | 10.99 | Streamray.com | |
| 02/25/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 500.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|-------|-------|-----------|
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 100.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 41.97 | Streamray.com | |
| 02/25/18 | Visa Card | X | 32.97 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 20.00 | Streamray.com | |
| 02/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/02/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 03/02/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 50.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 50.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/03/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/03/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/04/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 03/04/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/04/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/11/18 | Visa Card | X | 200.00 | Streamray.com | |
| 03/11/18 | Visa Card | X | 10.99 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 03/12/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/16/18 | Visa Card | X | 500.00 | Streamray.com | |
| 03/16/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/17/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/18/18 | Visa Card | X | 100.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 32.97 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/18/18 | Visa Card | X | 20.00 | Streamray.com | |
| 03/19/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 03/20/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/21/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/22/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/22/18 | Visa Card | X | 14.99 | Streamray.com | |
| 03/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/24/18 | Visa Card | X | 10.99 | Streamray.com | |
| 03/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/03/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 13.99 | Streamray.com | |
| 04/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/07/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/10/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/10/18 | Visa Card | X | 32.97 | Streamray.com | |
| 04/11/18 | Visa Card | X | 10.99 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner
## Business Line of Credit Payments
### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 04/13/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/13/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/18/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 04/18/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/18/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/19/18 | Visa Card | X | 300.00 | Streamray.com | |
| 04/19/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/20/18 | Visa Card | X | 50.00 | Streamray.com | |
| 04/20/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/21/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/22/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/22/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/22/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/24/18 | Visa Card | X | 10.99 | Streamray.com | |
| 04/25/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/28/18 | Visa Card | X | 1,000.00 | Streamray.com | |
| 04/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/28/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/28/18 | Visa Card | X | 32.97 | Streamray.com | |
| 04/28/18 | Visa Card | X | 26.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 500.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 400.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 100.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 32.97 | Streamray.com | |
| 04/29/18 | Visa Card | X | 20.00 | Streamray.com | |
| 04/29/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/29/18 | Visa Card | X | 14.99 | Streamray.com | |
| 04/29/18 | Visa Card | X | 14.99 | Streamray.com | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Business Line of Credit Payments

### For the Calendar Year 2018

| Date | Type | | Amount | Payee | Reference |
|------|------|---|--------|-------|-----------|
| 04/30/18 | Visa Card | X | 500.00 | Streamray.com | |
| 05/01/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 13.99 | Streamray.com | |
| 05/03/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/05/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/07/18 | Visa Card | X | 14.99 | Streamray.com | |
| 05/07/18 | Visa Card | X | 10.99 | Streamray.com | |
| 05/12/18 | Visa Card | X | 10.99 | Streamray.com | |

**Total:** 72,739.09

Posted 80% to travel, transportation and other; and 20% to meals

**58,191**  **Posted to Travel, etc.**

**14,548**  **Posted to Meals**

# Robert Hunter Biden
# Additional Misc Income to Owner

## Salaries and Wages

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 2018 | Payroll | 11,000 | Elizabeth Secundy, W-2 Box 1 Wages | |
| 2018 | Payroll | 13,000 | Erin Straughter, W-2 Box 1 Wages | |
| 2018 | Payroll | 11,000 | Hallie O. Biden, W-2 Box 1 Wages | |
| 2018 | Payroll | 22,500 | Lunden A. Roberts, W-2 Box 1 Wages | |
| | Total: | 57,500 | | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Payroll Taxes

### For the Calendar Year 2018

| Year | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 2018 | Payroll Tax | 682 | Elizabeth Secundy, W-2 Box 4 | |
| 2018 | Payroll Tax | 159 | Elizabeth Secundy, W-2 Box 6 | |
| 2018 | Payroll Tax | 806 | Erin Straughter, W-2 Box 4 | |
| 2018 | Payroll Tax | 189 | Erin Straughter, W-2 Box 6 | |
| 2018 | Payroll Tax | 682 | Hallie O. Biden, W-2 Box 4 | |
| 2018 | Payroll Tax | 159 | Hallie O. Biden, W-2 Box 6 | |
| 2018 | Payroll Tax | 1,395 | Lunden A. Roberts, W-2 Box 4 | |
| 2018 | Payroll Tax | 326 | Lunden A. Roberts, W-2 Box 6 | |

|  | Total: | 4,398 | | |

# Robert Hunter Biden
## Additional Misc Income to Owner
### Legal, Professional and Consulting
### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 06/12/18 | Wire | 10,000.00 | Erin Straughter | |
| 06/18/18 | Wire | 2,000.00 | Erin Straughter | |
| 07/06/18 | Wire | 10,000.00 | Erin Straughter | |
| 07/06/18 | Wire | 8,000.00 | Erin Straughter | |
| 09/28/18 | Wire | 8,000.00 | Erin Straughter | |
| 10/02/18 | Wire | 6,500.00 | Erin Straughter | |
| 10/23/18 | Check | 8,995.75 | John Hancock | |
| 07/25/18 | Check | 4,000.08 | Lehua Alma Jordan | |
| 08/28/18 | Wire | 2,000.00 | Lehua Alma Jordan | |

**Total:** 59,496

This item is part of "Consulting Fees" in the books.

# Robert Hunter Biden
# Additional Misc Income to Owner

## Meals

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 04/12/18 | Visa Card | 275.00 | NOBU | |
| | | 14,547.82 | From Business Line of Credit | |
| | **Total:** | **14,823** | | |
| | | 7,412 | Additonal Corporate Expense | |

# Robert Hunter Biden
# Additional Misc Income to Owner

## Office and Miscellaneous Expenses

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|-------:|-------|-----------|
| 05/21/18 | Check | 975.00 | Crutch Card | |
| 05/25/18 | Check | 8,000.00 | Gulnora Djamalitdnova | |
| 05/25/18 | Check | 3,500.00 | Gulnora Djamalitdnova | |
| 04/19/18 | Check | 463.00 | Luggage Forward | |
| 08/28/18 | Check | 3,450.00 | P & P Matters Inc. | |
| 10/31/18 | Check | 2,312.50 | P & P Matters Inc. | |
| 03/13/18 | Check | 499.61 | Sermoneta Gloves | |
| 05/18/18 | Credit Card | 438.00 | Shinola | |
| 08/14/18 | Check | 1,500.00 | VENMO | |

**Total:** **21,138**

# Robert Hunter Biden
# Additional Misc Income to Owner

## Outside Services

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 09/12/18 | Check | 30,000.00 | Columbia University | |
| 01/16/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 01/17/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 01/19/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 02/12/18 | Transfer | 1,000.00 | Elizabeth Secundy | |
| 03/06/18 | Transfer | 2,000.00 | Elizabeth Secundy | |
| 03/17/18 | Transfer | 1,400.00 | Elizabeth Secundy | |
| 04/03/18 | Transfer | 1,000.00 | Elizabeth Secundy | |
| 04/10/18 | Transfer | 1,500.00 | Elizabeth Secundy | |
| 07/03/18 | Transfer | 10,000.00 | Elizabeth Secundy | |
| 07/03/18 | Transfer | 5,000.00 | Elizabeth Secundy | |
| 07/09/18 | Transfer | 2,000.00 | Elizabeth Secundy | |

**Total:** 58,400

# Robert Hunter Biden
# Additional Misc Income to Owner

## Other Deduction: Travel, Transportation and Other

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 05/15/18 | Check | 2,961.94 | Air BNB | |
| 05/29/18 | Check | 4,253.31 | Air BNB | |
| 09/10/18 | Visa Card | 1,248.20 | Alaska Airlines | |
| 02/06/18 | Check | 1715.77 | Borgata Hotel (NJ) | |
| 08/13/18 | Visa Card | 1,055.43 | Caesars Hotel (NV) | |
| 08/13/18 | Visa Card | 905.91 | Caesars Hotel (NV) | |
| 08/13/18 | Visa Card | 510.60 | Caesars Hotel (NV) | |
| 08/14/18 | Visa Card | 1,874.98 | Caesars Hotel (NV) | |
| 04/10/18 | Check | 13,640.00 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 13,002.70 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 6,900.00 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 4,058.27 | Chateau Marmont Hotel | |
| 05/15/18 | Check | 2,519.18 | Chateau Marmont Hotel | |
| 05/17/18 | Check | 2,279.49 | Chateau Marmont Hotel | |
| 05/17/18 | Check | 1,292.89 | Chateau Marmont Hotel | |
| 05/30/18 | Visa Card | 681.90 | District Hotel (DC) | |
| 06/19/18 | Visa Card | 227.30 | District Hotel (DC) | |
| 06/19/18 | Visa Card | 113.65 | District Hotel (DC) | |
| 09/10/18 | Check | 3,965.00 | Enclave Apartments | |
| 10/02/18 | Check | 3,795.00 | Enclave Apartments | |
| 11/05/18 | Check | 3,795.00 | Enclave Apartments | |
| 05/17/18 | Visa Card | 1,406.65 | Hollywood Roosevelt (CA) | |
| 05/17/18 | Visa Card | 433.65 | Hollywood Roosevelt (CA) | |
| 05/17/18 | Visa Card | 78.85 | Hollywood Roosevelt (CA) | |
| 05/22/18 | Visa Card | 6,088.98 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 1,458.11 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 1,146.73 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 520.33 | Hollywood Roosevelt (CA) | |
| 05/23/18 | Visa Card | 400.00 | Jeremy Hotel (CA) | |
| 05/30/18 | Visa Card | 5,595.27 | Jeremy Hotel (CA) | |
| 05/30/18 | Visa Card | 1,269.59 | Jeremy Hotel (CA) | |
| 05/30/18 | Visa Card | 495.96 | Jeremy Hotel (CA) | |
| 07/25/18 | Visa Card | 1,123.22 | Kimpton La Peer Hotel (CA) | |
| 07/26/18 | Visa Card | 4,846.89 | Kimpton La Peer Hotel (CA) | |
| 07/30/18 | Visa Card | 2,699.77 | Kimpton La Peer Hotel (CA) | |
| 10/30/18 | Visa Card | 823.74 | Kimpton La Peer Hotel (CA) | |
| 04/09/18 | Visa Card | 3,154.25 | Ledgend Car Rental | |

# Robert Hunter Biden
## Additional Misc Income to Owner

### Other Deduction: Travel, Transportation and Other

### For the Calendar Year 2018

| Date | Type | Amount | Payee | Reference |
|------|------|--------|-------|-----------|
| 04/09/18 | Visa Card | 697.37 | Ledgend Car Rental | |
| 04/17/18 | Check | 945.17 | Ledgends Car Rental | |
| 04/23/18 | Check | 781.63 | Ledgends Car Rental | |
| 07/13/18 | Visa Card | 760.25 | London West Hotel (CA) | |
| 07/16/18 | Visa Card | 2,665.77 | London West Hotel (CA) | |
| 07/16/18 | Visa Card | 577.85 | London West Hotel (CA) | |
| 07/05/18 | Visa Card | 2,477.88 | Marmont Hotel | |
| 07/05/18 | Visa Card | 2,000.00 | Marmont Hotel | |
| 06/28/18 | Check | 2,100.00 | Nomad Hotel (CA) | |
| 07/03/18 | Check | 100.00 | Nomad Hotel (CA) | |
| 06/12/18 | Visa Card | 963.67 | Roxy Hotel (NY) | |
| 06/19/18 | Visa Card | 490.63 | Roxy Hotel (NY) | |
| 06/19/18 | Visa Card | 381.06 | Roxy Hotel (NY) | |
| 12/11/18 | Visa Card | 1,025.63 | Roxy Hotel (NY) | |
| 06/12/18 | Check | 717.04 | Sixty Beverly Hills Hotel (CA) | |
| 06/21/18 | Visa Card | 1,646.50 | Sixty Beverly Hills Hotel (CA) | |
| 06/22/18 | Visa Card | 408.08 | Sixty Beverly Hills Hotel (CA) | |
| 06/26/18 | Visa Card | 2,627.12 | Sixty Beverly Hills Hotel (CA) | |
| 07/12/18 | Visa Card | 5,145.34 | Sixty Beverly Hills Hotel (CA) | |
| 07/12/18 | Visa Card | 624.16 | Sixty Beverly Hills Hotel (CA) | |
| 01/03/18 | Visa Card | 738.72 | The 1 Hotel Park (NY) | |
| 04/02/18 | Check | 1,698.20 | Virgin America | |
| 04/05/18 | Check | 1,298.20 | Virgin America | |
| | | 58,191.27 | From Business Line of Credit | |

**Total:** 191,400