UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS-1<br><br>**ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENT TO GOVERNMENT'S FIRST MOTION IN LIMINE TO PRECLUDE PROPOSED DEFENSE EXPERT JOSHUA LEE (ECF No. 172)** |

The Court having considered the United States' Unopposed Ex Parte Application to File a Supplement to its First Motion in Limine to Preclude Proposed Defense Expert Joshua Lee submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Unopposed Ex Parte Application is GRANTED. The United States may file a supplement to its First Motion in Limine to Preclude Proposed Defense Expert Joshua Lee. The defendant may file its response to the First Motion in Limine to Preclude Proposed Defense Expert Joshua Lee on or before

August 12, 2024, and the United States may file its reply in support of its motion on or before August 16, 2024.

   IT IS SO ORDERED.

| | |
|---|---|
| August 7, 2024 | *Mark C. Scarsi* |
| _____ | _____ |
| DATE | THE HONORABLE MARK. C. SCARSI<br>UNITED STATES DISTRICT JUDGE |