1   DAVID C. WEISS
    Special Counsel
2   LEO J. WISE
    Principal Senior Assistant Special Counsel
3   DEREK E. HINES
    Senior Assistant Special Counsel
4
         950 Pennsylvania Avenue NW, Room B-200
5        Washington, D.C. 20530
         Telephone:    (771) 217-6091
6        E-mail:       LJW@USDOJ.GOV, DEH@USDOJ.GOV
7
8   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        No. CR 23-cr-00599-MCS

14          Plaintiff,               GOVERNMENT'S UNOPPOSED *EX
                                     PARTE* APPLICATION FOR ORDER
15          v.                       SEALING GOVERNMENT'S EXHIBIT 1

16  ROBERT HUNTER BIDEN,             Hearing Date:  August 21, 2024
                                     Hearing Time:  1:00 p.m.
17          Defendant.               Location:      Courtroom of the
                                                    Hon. Mark Scarsi
18

19

20

21          The government hereby applies ex parte for an order that seals Exhibit 1, which is

22  a transcript of Business Associate 1 and is relevant to the Government's Response to the

23  defendant's fourth motion *in limine* to exclude reference to alleged improper political

24  influence and/or corruption. (Dkt. 163) (the "Motion").  The justification for the sealing

25  the exhibit is that the transcript is a sealed record under Fed. R. Crim. P. 6(e)(6) and the

26  government may not disclose such a matter pursuant to Fed. R. Crim. P. 6(e)(2).  *See*

27  *also Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Times*

28  *Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir. 1989).

On August 6, 2024, undersigned counsel emailed counsel for the defendant for his position on this motion to seal. Ms. Tina Glandian, counsel for the defendant, responded and indicated that the defendant does not oppose the motion to seal.

This ex parte application is made pursuant to Local Criminal Rule 49-1.2(b)(3).


Dated: August 7, 2024                    Respectfully submitted,

                                         DAVID WEISS
                                         Special Counsel

                                         /s/
                                         _____
                                         LEO J. WISE
                                         Principal Senior Assistant Special Counsel

                                         DEREK E. HINES
                                         Senior Assistant Special Counsel