UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING GOVERNMENT'S EXHIBIT 1 |
| v. | |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), Exhibit 1 is hereby ordered sealed.

_____
DATE

_____
The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____   _____
DATE                          The Honorable Mark C. Scarsi
                              UNITED STATES DISTRICT JUDGE