# Exhibit 1

*PROPOSED FOR FILING UNDER SEAL*