UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS-1<br><br>ORDER ON APPLICATION FOR LEAVE TO FILE SEALED DOCUMENT (GOVERNMENT'S EXHIBIT 1) (ECF No. 180) |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), Exhibit 1 is hereby ordered sealed.

*Mark C. Scarsi* (signature)

August 7, 2024
DATE

The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

1