1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             CENTRAL DISTRICT OF CALIFORNIA

10  | UNITED STATES OF AMERICA, | Case No. 2:23-cr-00599-MCS-1 |
11  |                           |                              |
    |        Plaintiff,         | **ORDER REQUIRING            |
12  |                           | GOVERNMENT TO LODGE          |
13  |           v.              | TRANSCRIPTS IN CONNECTION    |
    |                           | WITH MOTION IN LIMINE (ECF   |
14  | ROBERT HUNTER BIDEN,      | NO. 156)**                   |
15  |                           |                              |
    |        Defendant.         |                              |
16
17
18
...
28

1

The Government filed a motion in limine to preclude Defendant Robert Hunter Biden from offering improper statements, testimony by counsel, and argument regarding facts not in evidence. (Gov't MIL No. 7, ECF No. 156.) The Government argues that in a criminal proceeding against Mr. Biden in the United States District Court for the District of Delaware, "defense counsel made numerous arguments to the jury about facts the defense claimed that he intended to present but then failed to do so. Defense counsel should be prevented from doing the same in the trial in this case." (*Id.* at 3.)[1] The transcript of the trial proceedings in the District of Delaware is not publicly available on that court's docket and has not been lodged or filed in connection with the Government's motion, notwithstanding numerous citations and direct quotes of the trial transcript. (*E.g.*, *id.* at 3–5.)

To assist the Court in evaluating the Government's motion, the Court orders the Government to lodge, within seven days, the complete transcripts of trial proceedings in the District of Delaware case from June 3 to June 11, 2024. If official transcripts are not available, the Government may lodge rough transcripts.

**IT IS SO ORDERED.**

Dated: August 7, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

---

[1] Pinpoint citations refer to the pagination assigned by CM/ECF.

2