Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:   (213) 625-3900
Facsimile:    (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:    (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | *Hon. Mark C. Scarsi* |
| vs. | **MR. BIDEN'S OPPOSITION TO THE SPECIAL COUNSEL'S THIRD MOTION *IN LIMINE* TO EXCLUDE ALLEGED DEFECTS IN THE INSTITUTION OF THE PROSECUTION** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |
| | Hearing Date:   August 21, 2024 |
| | Hearing Time:   10:00 a.m. |
| | Courtroom:        7C |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Robert Hunter Biden, by and through his counsel of record, hereby opposes the Special Counsel's Third Motion *in Limine* to exclude alleged defects in the institution of the prosecution. (D.E. 146.) The Special Counsel requested Mr. Biden's position on this proposed Motion *in Limine*. On May 15, 2024, Mr. Biden's counsel indicated that he does not intend to make such arguments to the jury, but the underlying aspects of such claims may arise in the course of witness examination.

Dated: August 7, 2024                      Respectfully submitted,

                                   By:   /s/ *Mark J. Geragos*
                                         Mark J. Geragos
                                         Tina Glandian
                                         Setara Qassim

                                         Angela M. Machala
                                         Abbe David Lowell
                                         Christopher D. Man

                                         *Attorneys for Robert Hunter Biden*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **MEMORANDUM OF POINTS AND AUTHORITIES**

The Special Counsel seeks to exclude argument or questioning related to alleged defects in the institution of the prosecution in this matter, including the following areas: (1) issues raised in Mr. Biden's pre-trial motion for vindictive and selective prosecution; (2) alleged outrageous government conduct with respect to the actions of two IRS agents; (3) suggesting this prosecution is somehow due to or part of a Russian malign influence campaign; (4) claiming Mr. Biden was singled out for prosecution in this matter or that other taxpayers were not or are not prosecuted for similar conduct; (5) suggesting Mr. Biden's conduct should have been subject to an audit or civil proceeding rather than criminal prosecution; and (6) selective prosecution claims on Count 9 in light of certain COVID-19 relief programs.  (D.E. 146 at 1–2.)

As to categories (1), (2), and (6) that were the subject of certain of Mr. Biden's pretrial motions to dismiss, as Mr. Biden's counsel indicated to the Special Counsel on May 15, 2024, we agree not to argue or pursue questions on those legal arguments at trial.  However, underlying aspects of these issues (for example, if a witness made an extrajudicial statement) may go to a witness's competence, credibility, or bias.  As to (3) concerning claims that the prosecution is part of a Russian malign influence campaign, Mr. Biden also agrees not to argue or pursue questions on this issue at trial.

As to (4) that Mr. Biden was singled out for prosecution in this matter or that other taxpayers are not prosecuted for similar conduct, Mr. Biden does not plan to argue that other taxpayers have not been investigated or prosecuted, but the issue of what investigative work the government's witnesses or agents, or Mr. Biden's experts, have done to support this case (or their prior work) may come up during the course of examinations of those witnesses, and would be permissible subject to rules of relevance and probativeness.

Finally, as to (5) that Mr. Biden's conduct should have been subject to an audit or civil proceeding rather than criminal investigation and prosecution, Mr. Biden does

Mr. Biden's Opposition to the Special Counsel's Third Motion *in Limine*
CASE NO. 2:23-CR-00599-MCS-1

not plan to argue this issue before the jury, but again the issue of the work the government's witnesses or agents, or Mr. Biden's witnesses, have done to support this case (or their prior work) may come up during the course of examinations of those witnesses, and would be permissible subject to rules of relevance and probativeness.

Date: August 7, 2024                    Respectfully submitted,


By:     /s/ *Mark J. Geragos*
        Mark J. Geragos (SBN 108325)
        Tina Glandian (SBN 251614)
        Setara Qassim (SBN 283552)
        GERAGOS & GERAGOS APC
        644 South Figueroa Street
        Los Angeles, CA 90017-3411
        Telephone: (213) 625-3900
        Facsimile: (213) 232-3255

        Angela M. Machala (SBN: 224496)
        AMachala@winston.com
        WINSTON & STRAWN LLP
        333 S. Grand Avenue, 38th Fl.
        Los Angeles, CA 90071-1543
        Telephone: (213) 615-1700
        Facsimile: (213) 615-1750

        Abbe David Lowell (*admitted pro hac vice*)
        AbbeLowellPublicOutreach@winston.com
        Christopher D. Man
        CMan@winston.com
        WINSTON & STRAWN LLP
        1901 L Street NW
        Washington, DC 20036
        Telephone: (202) 282-5000
        Facsimile: (202) 282-5100

        *Attorneys for Robert Hunter Biden*