Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:   (213) 625-3900
Facsimile:   (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S RESPONSE TO THE SPECIAL COUNSEL'S FOURTH MOTION *IN LIMINE* TO PRECLUDE DEFENSE OF RELIANCE ON ADVICE OF COUNSEL**<br><br>Hearing Date:　August 21, 2024<br>Hearing Time:　10:00 a.m.<br>Courtroom:　　7C |

|   |   |
|---|---|
| 1 | |

Defendant Robert Hunter Biden, by and through his counsel of record, does not oppose the Special Counsel's Fourth Motion *in Limine* to preclude Mr. Biden from asserting a reliance on advice of counsel defense (D.E. 147). However, Mr. Biden wishes to make clear that individuals who helped gather tax materials, assisted with the tax forms, and reviewed the forms (for example) may provide factual testimony at trial. The Special Counsel asked for Mr. Biden's position on this proposed Motion *in Limine*. On May 15, 2024, Mr. Biden's counsel stated he does not anticipate presenting an advice of counsel defense and will give the Special Counsel prompt notice if that changes.

Dated: August 7, 2024

Respectfully submitted,

By:  /s/ *Mark J. Geragos*
Mark J. Geragos
Tina Glandian
Setara Qassim

Angela M. Machala
Abbe David Lowell
Christopher D. Man

*Attorneys for Robert Hunter Biden*,

## MEMORANDUM OF POINTS AND AUTHORITIES

The Special Counsel seeks to preclude Mr. Biden from asserting a reliance on advice of counsel defense. (D.E. 147.) As Mr. Biden's counsel indicated to the Special Counsel on May 15, 2024, the defense does not oppose this Motion, but reiterated that individuals involved in the preparation of Mr. Biden's taxes, including gathering materials, filling out forms, and reviewing forms, may provide factual testimony at trial. Should Mr. Biden's position change with regard to an advice of counsel defense, counsel will promptly inform the Special Counsel.

For the foregoing reasons, Mr. Biden does not oppose the Special Counsel's Fourth Motion *in Limine*, but notes that fact witnesses may testify to their role in the preparation and filing of Mr. Biden's taxes.

Date: August 7, 2024                             Respectfully submitted,

By:    /s/ *Mark J. Geragos*
Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP

1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

*Attorneys for Robert Hunter Biden*