Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:   (213) 625-3900
Facsimile:   (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT HUNTER BIDEN,<br><br>  Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**REPLY IN SUPPORT OF MR. BIDEN'S SECOND MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO MR. BIDEN'S ADMINISTRATIVE DISCHARGE FROM THE NAVY**<br><br>Hearing Date:  August 21, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom:     7C |

Defendant Robert Hunter Biden, by and through his counsel of record, hereby files this Reply in support of his Motion *in Limine* to exclude reference to his 2014 administrative discharge from the Navy. The Special Counsel opposes defendant's motion stating that the government does not intend to present the evidence in the government's case in chief, but that if defendant takes the stand and falsely denies his cocaine use while in the Navy, that the government may reference his administrative discharge.

Defendant requests that the Court require the government to raise the issue before the Court outside the presence of the jury, in the event the Special Counsel believes this scenario occurs and it intends to reference the evidence.

Dated: August 11, 2024                                    Respectfully submitted,

                                               */s/ Mark Geragos*
                                               Mark J. Geragos
                                               Tina Glandian
                                               Setara Qassim

                                               Angela M. Machala
                                               Abbe David Lowell
                                               Christopher D. Man

                                               *Attorneys for Robert Hunter Biden*