Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:   (213) 625-3900
Facsimile:   (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT HUNTER BIDEN,<br><br>            Defendant. | **Case No. 2:23-CR-00599-MCS-1**<br><br>*Hon. Mark C. Scarsi*<br><br>**DECLARATION OF MARK GERAGOS AND SUPPORTING EXHIBIT**<br><br>Date:   August 21, 2024<br>Time:  10:00 a.m.<br>Place:  Courtroom 7C |
|---|---|

# DECLARATION OF MARK J. GERAGOS

I, Mark J. Geragos, declare as follows:

1. I am the Principal of Geragos & Geragos APC, counsel for Defendant Robert Hunter Biden in the above-captioned matter. I am licensed to practice before all of the Courts of the State of California and am admitted to practice before the United States District Court for the Central, Eastern and Northern Districts of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify to such matters.

2. I submit this declaration in support of Defendant's Reply in Support of his First Motion *in Limine* to Exclude Statements Made at the July 26, 2023 Hearing in Delaware.

3. Attached hereto as Exhibit A is a true and correct copy of the reporter's transcript of the May 24, 2024 pretrial conference hearing and proceedings in *United States v. Biden*, No. 23-cr-00061-MN-1 (D. Del.), with the portions cited in Mr. Biden's Reply highlighted.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct based on my personal knowledge.

Executed on this 11th day of August, 2024 in Los Angeles, California.

/s/ *Mark Geragos*
MARK GERAGOS