# Exhibit A

AGREEMENT

This Agreement is entered into by and between Edward White & Co., LLP (herein "White") on the one hand, and Robert Hunter Biden and his spouse, Melissa, and their related entities on the other hand (herein "Biden").

White hereby agrees to render tax, financial, accounting, consulting services and potentially business management services to Biden on the terms and conditions set forth herein.

1. <u>Term of Agreement</u>.  The term of this Agreement will commence when fully executed and shall continue thereafter until terminated by either party.  Either party shall have the right to terminate this Agreement at any time upon giving written notice to the other party in the manner provided in Paragraph 10 hereof, and this Agreement shall terminate sixty days after the giving of such notice.

2. <u>Services To Be Performed by White</u>.  During the term of this Agreement, White agrees to render tax, financial, accounting, consulting services and potentially business management services to Biden as follows:

   Tax Related Services

       Corporate, fiduciary, individual and other appropriate tax planning
       Preparation of all foreign, federal and state tax returns

   Financial and Accounting Related Services

       Budgeting and cash control
       Analysis of cash and investments
       Preparation of cash flow forecasts
       Maintenance of complete corporate and personal general ledgers
       Preparation of financial statements
       Consult with attorneys regarding acquisitions and dispositions
       Consult with attorneys regarding business and contract matters
       Consult with agent and personal managers
       Plan and coordinate communications with taxing authorities

   Business Management Related Services (If Requested)

       Analysis of invoices
       Payment of invoices
       Collection of all economic entitlements and receivables
       Review of insurance requirements and interaction with insurance brokers
       Monthly reporting of cash activity and balances
       Payroll services (if necessary) including tax deposits and related tax filings

3. <u>No Exclusivity</u>.  The arrangement between the parties is to be non-exclusive. Specifically, it is acknowledged that White can and does represent other individuals and and that Biden can engage other professionals (even if the services performed by such other professionals may be duplicative of the services required to be performed by White under Paragraph 2 above).



23-cr-00599-MCS
GOVERNMENT'S EXHIBIT
**177A**

DOJ-03-00202499

4. <u>Personnel to Perform Services</u>. The personnel to perform the services rendered by White shall be in the sole discretion of White, except that if any services are performed by persons other than White, such services shall be supervised by White.

5. <u>Compensation</u>. White shall be entitled to a fee for services based on White's standard hourly rates. White's current hourly rates range from $100 to $135 for bookkeepers, from $110 to $135 for staff accountants, $170 for supervisors, $345 for managers, $440 for partners and our senior partner's, Edward White, rate is $650. White's hourly rates are subject to annual adjustments. White will receive a $10,000 retainer payment at the commencement of its engagement.

6. <u>Reimbursement for Out-of-Pocket Expenses</u>. White will be reimbursed for the actual amount of its out-of-pocket expenses incurred in performing the services required to be performed by it hereunder (for example, but not limited to, reimbursement for messengers, storage, outside consultants, software costs dedicated only for the use by Biden, long distance telephone charges, travel expenses, etc.)

7. <u>Confidentiality</u>. White agrees that all financial and other information of Biden are strictly confidential. If Biden requires additional confidentiality covenants, White agrees to enter into a separate confidentiality agreement.

8. <u>Termination</u>. Upon the termination of this Agreement, as provided in Paragraph 1, White agrees to immediately turn over all accounting information and records to such persons who may be designated by Biden. White may retain for its files copies of any information and records as required by the professional accounting and legal standards on the date of termination.

9. <u>Notices</u>. Any notice hereunder shall be in writing and shall be deemed to have been duly given if hand delivered or mailed by registered or certified mail, return receipt requested, addressed to the respective address of each party hereinafter set forth, or to such other address as each party may designate by a notice pursuant hereto, which change of address shall be effective upon receipt thereof.

If to White:

Edward White & Co., LLP
21700 Oxnard Street, Suite 400
Woodland Hills, California 91367

If to Biden:

<u>Robert Hunter Biden</u>
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Los Angeles California 90068

10. Miscellaneous Provisions.

    A.    This Agreement shall be binding on the parties hereto and their heirs, successors and assigns.

    B.    This Agreement shall be governed by California law.

    C.    The parties to execute such other and further documents as may be necessary or desirable to implement this Agreement, including service specific engagement letters as may be required by professional standards

IN WITNESS WHEREOF, the parties have executed this Agreement this ___8th___ day of __November__, 2019.

EDWARD WHITE & CO., LLP

By: _Edward White_
EDWARD WHITE
Senior Partner

_[signature]_
ROBERT HUNTER BIDEN

_[signature]_
MELISSA COHEN-BIDEN