# Exhibit C

Filed
D.C. Superior Court
01/02/2020 17:58PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY COURT
### DOMESTIC RELATIONS BRANCH

| | | |
|---|---|---|
| **KATHLEEN BUHLE BIDEN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 2016 DRB 4433 |
| v. | : | Judge Steven Wellner |
| | : | Status Hearing: February 26, 2020 |
| **ROBERT HUNTER BIDEN,** | : | |
| | : | |
| Defendant. | : | |

### ORDER

This matter came before the court on December 18, 2019, on Plaintiff, Kathleen Buhle's (formerly Biden) ("Plaintiff") Motion to Enforce Marital Settlement Agreement following this Court's ruling that Defendant, Robert Hunter Biden ("Defendant"), had been properly served with Plaintiff's Motion. Defendant failed to file any response to Plaintiff's Motion.

In her Motion, Plaintiff alleged that Defendant was in breach of certain provisons of their March 27, 2017, Marital Settlement Agreement ("MSA"), specifically for his failure to pay spousal support and produce his tax returns and other documents required under parapgraph 16 e. In addition, Plaintiff argued that she was entitled to attorney fees and costs for Defendant's breach as required under paragraph 22 b. of the MSA.

Plaintff, her counsel, and Defendant's counsel appeared personally. Defendant appeared telephonically, after this Court granted his request that he be permitted to do so. Defendant admitted that he was in arrears for failure to pay spousal support and, as a result of his breach of the parties' MSA, he was responsible for payment of Plaintiff's attorney fees. At the hearing, the parties each had an opportunity to be heard. They agreed to submit a proposed consent order to resolve their immediate dispute.



23-cr-00599-MCS
GOVERNMENT'S
EXHIBIT
159

On December 30 and 31, 2019, Plaintiff and Defendant, respectively, submitted separate proposed orders, with minor grammatical and compositional differences and little or no explanation, implying that they wished the Court to resolve the discrepancies to reflect most accurately the agreement stated on the record. The Court has done so here.

Therefore, upon consideration of the arguments, the pleadings and the record herein, it is this 2nd day of January 2020, **ORDERED** as follows:

1. Defendant is in breach of paragraph 16 of the parties' MSA for failure to pay Plaintiff, Thirty-Seven Thousand Dollars ($37,000) a month in spousal support for the months of June, July, August, September, October, November, and December 2019, for a total of Two Hundred Fifty-Nine Thousand Dollars ($259,000).

2. Spousal Support arrears in the amount of $259,000, plus the judgement rate of interst (6%) is owed to Plaintiff and Judgment against Defendant in the amount of $259,000 plus interest for spousal support arrears is entered. Defendant shall pay the spousal support arrears to Plaintiff in three installments as follows:

    i. $86,334 plus interest on February 15, 2020;

    ii. $86,333 plus interest on March 15, 2020; and

    iii. $86,333 plus interest on April 15, 2020.

3. Defendant shall produce his tax returns for 2017 and 2018, and all other documents required under paragreaph 16 e. of the MSA to Plaintiff not later than January 17, 2020. Upon receipt and review of Defendant's documents, the parties shall determine if spousal support payments for the months of November and December 2019 should be modified, and if so, the amount of any arrearages for those two months, in accordance with paragraph 16 f. (i) and (ii). Any adjustment will be reflected in the April 15, 2020, payment.

4.      Defendant shall pay Plaintiff's attorney fees and costs in the amount of Seventeen Thousand Six Hundred-Twenty Dollars and Seventy-Six Cents ($17,620.76) by February 3, 2020.

5.      The parties shall appear for a hearing on **February 26, 2020, at 11:00 a.m.**, in **Courtroom 101.**

**SO ORDERED**.

_____
Associate Judge Steven M. Wellner
Superior Court for the District of Columbia

Copies via CaseFileXpress to:

Wendy H. Schwartz, Esquire
Wendy H. Schwartz and Associates, PLLC
*Counsel for Plaintiff*

Sarah E. Mancinelli, Esquire
Ain & Bank, P.C.
*Counsel for Defendant*