1  DAVID C. WEISS
   Special Counsel
2  LEO J. WISE
   Principal Senior Assistant Special Counsel
3  DEREK E. HINES
4  Senior Assistant Special Counsel
5      950 Pennsylvania Avenue NW, Room B-200
       Washington, D.C. 20530
6      Telephone:  (771) 217-6091
7      E-mail:     LJW@USDOJ.GOV, DEH@USDOJ.GOV
8  Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S NOTICE OF LODGING OF TRANSCRIPTS PURSUANT TO THE COURT'S ORDER OF AUGUST 7, 2024 (ECF 184)** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | PTC Date:       August 21, 2024<br>Hearing Time: 1:00 p.m.<br>Location:        Courtroom of the Hon. Mark Scarsi |

**PLEASE TAKE NOTICE** that in response to the Court's order of August 7, 2024, the government respectfully lodges for *in camera* review the final transcripts of the defendant's firearms trial which have been docketed in the District of Delaware in *United States v. Robert Hunter Biden*, 23-CR-61-MN, consisting of seven volumes covering June 3 to June 11, 2024. These transcripts were referenced in the government's motion in limine to preclude the defendant from offering improper statements, testimony by counsel, and

1

argument regarding facts not in evidence (Gov't. MIL No. 7, ECF No. 156), as well as the government's reply in support thereof (Gov't. Reply Re MIL No. 7, ECF No. 196).

Dated: August 12, 2024                    Respectfully submitted,

                                                        DAVID WEISS
Special Counsel

/s/
LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel