1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          Case No. 2:23-cr-00599-MCS-1

11                 Plaintiff,           **ORDER RE: VOIR DIRE**
                                        **QUESTIONNAIRE**
12

13          v.

14   ROBERT HUNTER BIDEN,

15                 Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1          Based on the discussion at the pretrial conference, the Court proposes the

2    following voir dire questionnaire. To facilitate preparation and administration of the

3    questionnaire, by August 30, 2024, the parties must file a joint statement either

4    consenting to the proposed questionnaire or proposing further modifications and, if the

5    parties cannot agree on the proposed modifications, setting forth the parties' respective

6    positions thereon. The Court will not entertain proposals to modify questions to which

7    the parties previously agreed in their proposed questionnaire or to add questions not

8    presented in the parties' proposal. The Court will finalize the questionnaire after

9    reviewing the parties' joint statement without hearing further argument.

10

11    **IT IS SO ORDERED.**

12

13     Dated: August 26, 2024

14                    MARK C. SCARSI
                UNITED STATES DISTRICT JUDGE

15

16    ///

17

18

19

20

21

22

23

24

25

26

27

28

2

1   Thank you for performing your civic duty and participating in jury service today.

2   Please answer the following questions to the best of your ability. If you are unsure how

3   to respond to a question, please mark YES as your response.

| No. | Question | Response | |
|---|---|---|---|
| 1 | The Court has read you a statement of the case. Have you heard or read anything about this case or the underlying investigation from the news, social media, or any other source? | ___ YES | ___ NO |
| 2 | Have you formed any opinions about this case that would prevent you from being a fair and impartial juror? | ___ YES | ___ NO |
| 3 | Is there anything about the nature of the charges in this case that would prevent you from being a fair and impartial juror? | ___ YES | ___ NO |
| 4 | The lawyers who are and who have been involved in this case are: Leo Wise and Derek Hines of the United States Department of Justice, who represent the United States; and Mark Geragos, Tina Glandian, and Setara Qassim of Geragos & Geragos, and Abbe Lowell, Christopher Man, and Angela Machala of Winston & Strawn LLP, who represent the defendant, Robert Hunter Biden. Do you or a member of your immediate family, such as a spouse, significant other, child, parent, or sibling, know any of these attorneys? | ___ YES | ___ NO |
| 5 | Have you or any member of your immediate family had any business dealings with, or been employed by, any of the attorneys or offices listed in Question 4? | ___ YES | ___ NO |

3

| 6 | The presiding judge in this case is Mark C. Scarsi. Do you or anyone close to you know Judge Scarsi, his family, or any of the court staff? | ___ YES | ___ NO |
|---|---|---|---|
| 7 | Are you, any member of your immediate family, or any of your close friends acquaintances with Robert Hunter Biden or any member of his family? | ___ YES | ___ NO |
| 8 | The Court has provided you a list of potential witnesses. Are you familiar with any of them? | ___ YES | ___ NO |
| 9 | The law enforcement agencies involved in this case are (a) the Internal Revenue Service, Criminal Investigations, and (b) the Federal Bureau of Investigation (FBI). Would the fact that these agencies investigated this case interfere with your ability to be a fair and impartial juror? | ___ YES | ___ NO |
| 10 | Have you, any member of your immediate family, or any of your close friends ever been employed or investigated by any law enforcement agency, including: state or local police, the Internal Revenue Service (IRS), the California Franchise Tax Board, the FBI, ATF, DEA, the Secret Service, U.S. Marshals Service, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, the Bureau of Prisons, any state or federal prosecutor's office, or any state or local prison system? | ___ YES | ___ NO |
| 11 | Do you believe that you will give more or less weight to the testimony of a law enforcement officer simply because he or she is employed as a law enforcement officer? | ___ YES | ___ NO |

4

| 12 | Have you or any member of your immediate family ever been (a) a victim of a crime, (b) a witness in a criminal case, or (c) arrested for a crime, not including minor traffic offenses? | ___ YES | ___ NO |
|----|----|----|----|
| 13 | Do you have any opinions about the criminal justice system that would make it difficult for you to be a fair and impartial juror in this case? | ___ YES | ___ NO |
| 14 | Are you, any member of your immediate family, or any of your close friends studying, planning to work in, or currently working in a legal profession (e.g., as a lawyer, paralegal, or legal secretary)? | ___ YES | ___ NO |
| 15 | Do you have any training, education, or work experience in law enforcement or investigations? | ___ YES | ___ NO |
| 16 | Do you have any training, education, or work experience in bookkeeping, accounting, auditing, tax preparation, or tax advising? | ___ YES | ___ NO |
| 17 | Do you have any negative or positive opinions or feelings about the tax laws or policies of the United States or about the IRS? | ___ YES | ___ NO |
| 18 | Do you have any negative or positive opinions or feelings about payment of taxes, late payment of taxes, or nonpayment of taxes? | ___ YES | ___ NO |
| 19 | Have you been involved in any tax audit or judicial or administrative proceedings with the IRS, any other agency of the United States Government, or of any state or local government, with regard to tax matters? | ___ YES | ___ NO |

| 20 | Have you or a family member ever entered into a payment plan or offer in compromise with the IRS or California Franchise Tax Board? | ___ YES | ___ NO |
|---|---|---|---|
| 21 | Have you or a family member ever been the subject of a collection action by the IRS or the California Franchise Tax Board for unpaid taxes, such as having had the IRS place a federal tax lien against them or their property, levied their bank account, garnished their wages, or seized their property? | ___ YES | ___ NO |
| 22 | Does someone other than you personally prepare and/or file your individual taxes? | ___ YES | ___ NO |
| 23 | Have you used a tax preparer, not including software or an online service such as TurboTax, to help prepare your tax returns? | ___ YES | ___ NO |
| 24 | Have you or a family member ever prepared or filed taxes on behalf of a business? | ___ YES | ___ NO |
| 25 | Have you ever experienced any significant personal issues or difficulties with the payment of taxes? | ___ YES | ___ NO |
| 26 | Have you ever contacted the IRS or the California Franchise Tax Board via phone, email, letter, or fax regarding concerns or issues with your or a family member's taxes? | ___ YES | ___ NO |
| 27 | Have you or a family member ever received a Notice of Tax Lien from the IRS or the California Franchise Tax Board about a tax delinquency or failure to file or pay? | ___ YES | ___ NO |
| 28 | Have you, a family member, or close friend ever been charged with any tax crimes? | ___ YES | ___ NO |

6

| 29 | If you were eligible to vote in any election in which Joseph R. Biden was a candidate, would that fact prevent you from maintaining an open, impartial mind until all of the evidence is presented and the Court gives you instructions? | ___ YES | ___ NO |
|---|---|---|---|
| 30 | Have you ever donated money to a political campaign? | ___ YES | ___ NO |
| 31 | Have you ever been actively involved in a political campaign, political organization, or any organization that is associated with a political party? | ___ YES | ___ NO |
| 32 | Have you or any member of your immediate family ever run for, sought, or held any elected or appointed political office? | ___ YES | ___ NO |
| 33 | Do your views regarding the 2024 election, any candidates for President, or any former candidates for President in any way prevent you from being a fair and impartial juror in this case? | ___ YES | ___ NO |
| 34 | Do you believe government law enforcement agencies make decisions on whether to investigate and prosecute individuals based on politics? | ___ YES | ___ NO |
| 35 | Do you believe Robert Hunter Biden is being prosecuted in this case or is not being prosecuted in other cases because his father is the President of the United States and was until recently a candidate for President? | ___ YES | ___ NO |
| 36 | Do you have any education, training, or work experience in addiction treatment or counseling? | ___ YES | ___ NO |

7

| 37 | Have you or a family member ever had significant issues with the use of controlled substances, narcotics, or alcohol? | ___ YES | ___ NO |
|----|---|---|---|
| 38 | Do you have any strong positive or negative views about past users of controlled substances, narcotics, or alcohol? | ___ YES | ___ NO |
| 39 | Do you believe someone who is addicted to drugs or alcohol should not be charged with a crime? | ___ YES | ___ NO |
| 40 | Do you have any opinions about addiction to drugs or alcohol that would prevent you from maintaining an open, impartial mind until all of the evidence is presented and the Court gives you instructions? | ___ YES | ___ NO |
| 41 | Would you have difficulty reaching a verdict solely based on the evidence presented at trial? | ___ YES | ___ NO |
| 42 | Are you aware of any reason why you would not be able to follow the law as instructed by the Court? | ___ YES | ___ NO |
| 43 | The Court will instruct you that you cannot do any research or investigation, including on the Internet, on any issues in the case, and that you cannot communicate with others about your jury service. Would you have any difficulty following this rule? | ___ YES | ___ NO |
| 44 | Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the Government. If a defendant does not testify, you cannot consider that fact in any way in reaching a decision. In other words, if Robert Hunter Biden chooses not to testify, you may not hold that against him. Would you have any difficulty following this rule? | ___ YES | ___ NO |

| 45 | A fundamental principle of our legal system is that when a person is charged with a crime, he or she is presumed to be innocent unless and until the Government proves guilt beyond a reasonable doubt. Would you have any difficulty following this rule? | ___ YES | ___ NO |
|----|----|----|----|
| 46 | Testimony may be presented in this case by a witness who has received a grant of immunity. The Court will instruct you on how to carefully evaluate an immunized witness's testimony. Would you have any difficulty following that instruction? | ___ YES | ___ NO |
| 47 | Have you served on a jury in a criminal case before? | ___ YES | ___ NO |
| 48 | Have you served on a grand jury before? | ___ YES | ___ NO |
| 49 | Have you ever been a witness in a civil or criminal case, or have you ever been a plaintiff or defendant in a case? | ___ YES | ___ NO |
| 50 | Is there anything else, including anything related to any other question, that you would like to tell the Court in connection with your service as a juror in this case? | ___ YES | ___ NO |

Please keep this questionnaire with you. The judge will ask you which questions you answered with a YES. If you answered any questions with a YES, please write down the numbers of those questions here. _____

_____

9