Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:   (213) 625-3900
Facsimile:    (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:    (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROBERT HUNTER BIDEN,<br><br>                    Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**SUPPLEMENTAL GLOSSARY OF TERMS** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       Pursuant to the Court's standing order, on August 29, 2024, the parties met and conferred by email regarding a glossary of terms for the court reporter. Counsel for Defendant Robert Hunter Biden, provided a list of twenty-two names to include on the list (D.E. 212). In response, Special Counsel expressed he was "concerned that adding some of them indicates that the defense intends to violate the Court's rulings on the motions in limine," highlighted the names he believed fell in that category, and requested an explanation of how those names will come up at trial. *See* Exhibit A, Meet & Confer Email, Aug. 29, 2024. Counsel for Defendant replied explaining that the court reporter will be transcribing matters both in front of and outside the presence of the jury, therefore the names could very likely come up in proceedings outside the presence of the jury, without any intention on the part of defense counsel to violate any court orders. *Id*. Special Counsel proceeded to file the glossary without including the names, but did state in the government's filing that the government believed defense counsel intended to violate the Court's rulings on the motions in limine. (D.E. 212 at Pg. 1). Special counsel did not include in the filing defense counsel's position that the terms could be used in matters that may be raised outside the presence of the jury. Special counsel used an otherwise uneventful trial document as an opportunity to cast defense counsel in a negative light and prejudice the defendant before this Court by implying that the defense would intentionally violate this Court's orders. Defense counsel has no intention of violating the Court's Order by the inclusion of these names.

SUPPLEMENTAL GLOSSARY OF TERMS

1

2

3

4          Accordingly, counsel for defendant provides the following supplemental list

5   which were excluded from the government's filing and attaches the written meet and

6   confer communications between counsel regarding the glossary.

7   Dated: August 30, 2024                    Respectfully submitted,

8                                             _/s/ Mark Geragos_
9                                             Mark J. Geragos
10                                            Tina Glandian
                                              Setara Qassim
11

12                                            Angela M. Machala
                                              Abbe David Lowell
13                                            *Attorneys for Robert Hunter Biden*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL GLOSSARY OF TERMS

1

## Supplemental Glossary of Terms

2

Alexander Smirnov
3
Chris Clark
4   Christopher Walter (FBI Special Agent)
David Weiss (Special Counsel)
5   Joshua Lee (MD, MSC)
Konstantin Kulyk
6   Lesley Wolf
Lev Parnas
7
Merrick Garland (U.S. Attorney General)
8   Rudy Giuliani

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28