Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90071-3411
Telephone:   (213) 625-3900
Facsimile:   (213) 625-1600

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | Case No. 2:23-CR-00599-MCS-1<br><br>*Hon. Mark C. Scarsi*<br><br>**DECLARATION OF MARK GERAGOS AND SUPPORTING EXHIBIT RE SUPPLEMENTAL GLOSSARY OF TERMS** |

# DECLARATION OF MARK J. GERAGOS

I, Mark J. Geragos, declare as follows:

1. I am the Principal of Geragos & Geragos APC, counsel for Defendant Robert Hunter Biden in the above-captioned matter. I am licensed to practice before all of the Courts of the State of California and am admitted to practice before the United States District Court for the Central, Eastern and Northern Districts of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify to such matters.

2. I submit this declaration in support of Defendant's *SUPPLEMENTAL GLOSSARY OF TERMS AND SUPPORTING EXHIBIT*.

3. Attached hereto as *Exhibit A* is a true and correct copy of the email meet and confer communications between the parties regarding the glossary of terms to be submitted to the court reporter.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct based on my personal knowledge.

Executed on this 30th day of August, 2024 in Los Angeles, California.

/s/ *Mark Geragos*
MARK GERAGOS

# EXHIBIT A

**Glossary of Terms**

**Mark Geragos** <mark@geragos.com>                                                          Thu, Aug 29, 2024 at 8:12 PM
To: "LJW (JWPT)" <LJW@usdoj.gov>
Cc: Tina Glandian <tina@geragos.com>, "abbelowellpublicoutreach@winston.com" <abbelowellpublicoutreach@winston.com>, "Machala, Angela M." <AMachala@winston.com>, "setara@geragos.com" <setara@geragos.com>, "glandian@geragos.com" <glandian@geragos.com>, "Kolansky, David A." <DKolansky@winston.com>, "DEH (JWPT)" <DEH@usdoj.gov>, "Daly, Mark F. (TAX)" <Mark.F.Daly@usdoj.gov>, "JAM (JWPT)" <JAM@usdoj.gov>

"Per the standing order: 7. Glossary/Notice. At least one week before trial, the parties much confer and file a glossary of terms for the court reporter that includes applicable medical, scientific, or technical terms, gang terms, slang, the names, and spellings of names likely to be cited, and any other case-specific terminology."

What about a list of names says that we intend to violate any court order. Please include them as the Court reporter will be transcribing matters both in front of and outside the presence of the jury.

Mark J. Geragos, Esq.

GERAGOS & GERAGOS, P.C.
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017
Telephone (213) 625-3900
Facsimile (213) 232-3255
www.geragos.com
-----------------------------------------
This e-mail, including attachments, contains information that is confidential and it may be protected by the attorney/client and other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify me by return mail or e-mail, or call me at (213) 625-3900.

On Thu, Aug 29, 2024 at 7:51 PM LJW (JWPT) <LJW@usdoj.gov> wrote:
> Tina,
>
> We understand adding some of the names below but not others. In particular, we are concerned that adding some of them indicates that the defense intends to violate the Court's rulings on the motions in limine. *See* highlighted names. Please provide us with an explanation of how these names will come up at trial. Absent that, we do not intend to include them.
>
> Thank you.
>
> ---
>
> **From:** Tina Glandian <tina@geragos.com>
> **Sent:** Thursday, August 29, 2024 10:24 PM
> **To:** JAM (JWPT) <JAM@usdoj.gov>
> **Cc:** abbelowellpublicoutreach@winston.com; Machala, Angela M. <AMachala@winston.com>; mark@geragos.com; setara@geragos.com; glandian@geragos.com; Kolansky, David A. <DKolansky@winston.com>; DEH (JWPT) <DEH@usdoj.gov>; LJW (JWPT) <LJW@usdoj.gov>; Daly, Mark F. (TAX) <Mark.F.Daly@usdoj.gov>
> **Subject:** [EXTERNAL] Re: Glossary of Terms
>
> Hi Julie,
>
> Please add the following to your list:
>
> Mark Geragos
> Tina Glandian
> Setara Qassim
> Abbe Lowell
> Angela Machala
> David Kolansky
> <mark>Special Counsel David Weiss</mark>
> <mark>Attorney General Merrick Garland</mark>
> <mark>Rudy Giuliani</mark>
> <mark>Alexander Smirnov</mark>
> <mark>Lev Parnas</mark>
> <mark>Konstantin Kulyk</mark>
> Louis Freeh
> Robinson Walker
> Devon Archer
> <mark>Chris Clark</mark>
> <mark>Leslie Wolf</mark>
> <mark>FBI Special Agent Christopher Walter</mark>
> FBI Special Agent Joshua Wilson
> Beau Biden
> Thomas Bishop
> <mark>Dr. Joshua Lee</mark>
>
> Thanks,
> Tina
>
> **Tina Glandian**
> Attorney at Law
> *admitted in NY, CA, NV & FL
>
> 
>
> 256 5th Avenue
> New York, New York 10001
> Telephone (213) 625-3900
> Facsimile (213) 232-3255
>
> www.geragos.com
> -----------------------------------------
> This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client and other privileges. If you are not an intended recipient, please delete this e-mail, including any attachments, and notify me by return mail or e-mail.
>
> On Thu, Aug 29, 2024 at 7:22 PM JAM (JWPT) <JAM@usdoj.gov> wrote:
>> Counsel,
>>
>> Per the standing order: 7. Glossary/Notice. At least one week before trial, the parties much confer and file a glossary of terms for the court reporter that includes applicable medical, scientific, or technical terms, gang terms, slang, the names, and spellings of names likely to be cited, and any other case-specific terminology.
>>
>> Please let us know if you have any additions so we can file this today.
>>
>> Thanks,
>> Julie