DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | No. CR 23-cr-00599-MCS<br><br>**<u>NOTICE REGARDING GOVERNMENT'S EXHIBIT 227</u>**<br><br>Trial Date:    September 5, 2024<br>Trial Time:    9:00 a.m.<br>Location:     Courtroom of the<br>                    Hon. Mark Scarsi |

    The United States of America, by and through its counsel of record, hereby files this Notice Regarding the Government's Exhibit 227, pursuant to the Court's Order Re: Motions in Limine, ECF 211 in which, at page 21, the Court ordered "the parties to meet and confer and to file with the Court by September 4, 2024, a table of designations and counter-designations of the portions of Mr. Biden's memoir that the parties seek to admit at trial, including any legal argument for the counter-designations and replies thereto."

    On Tuesday, September 3, 2024, the government sent an email to counsel for the

1

defendant to determine whether they would be providing counter designations to the excerpts the government had provided on July 31, 2024. As of the time of this filing, counsel for the defendant still has not supplied any counter-designations of the portions of the memoir sought to be admitted.

Dated:   September 4, 2024

Respectfully submitted,

DAVID C. WEISS
Special Counsel

s/_____
LEO J. WISE
Principal Senior Assistant Sp. Counsel
DEREK E. HINES
Senior Assistant Special Counsel

Attorneys for Plaintiff
UNITED STATES OF AMERICA