DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-cr-00599-MCS |
|---|---|
| Plaintiff, | **GOVERNMENT'S CONSENT TO PROPOSED VOIR DIRE QUESTIONNAIRE** |
| v. | |
| ROBERT HUNTER BIDEN, | Trial Date: September 5, 2024 |
| Defendant. | Trial Time: 9:00 a.m. |
| | Location: Courtroom of the Hon. Mark Scarsi |

      The United States of America, by and through its counsel of record, the Special Counsel David C. Weiss, Principal Senior Assistant Counsel Leo J. Wise, and Senior Assistant Special Counsel Assistant Derek E. Hines, pursuant to this Court's Order of August 26, 2024, ECF 210, submits this consent to the Court's proposed voir dire

questionnaire. Counsel for the government provided a draft proposed joint consent to counsel for the defendant, but received no response as of the time of filing.

Dated:   September 4, 2024

Respectfully submitted,

DAVID C. WEISS
Special Counsel

 /s/ _____
LEO J. WISE
Principal Senior Assistant Sp. Counsel
DEREK E. HINES
Senior Assistant Special Counsel

Attorneys for Plaintiff
UNITED STATES OF AMERICA