Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:  (213) 625-3900
Facsimile:   (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S COUNTER-DESIGNATIONS FROM HIS MEMOIR**<br><br>Hearing Date:  September 5, 2024<br>Hearing Time:  9:00 a.m.<br>Courtroom:       7C |

1     Defendant Robert Hunter Biden, by and through his counsel of record, hereby submits his counter-designations related to the government's Exhibit 227 containing excerpts of Mr. Biden's memoir, *Beautiful Things*. In its notice, the Special Counsel misrepresents the events surrounding the defense's counter-designation of statements in the memoir and intentionally omits the fact that on September 3, 2024, Mr. Biden's counsel informed the Special Counsel that "we intend to offer counter-designations" and requested that the Special Counsel provide a table with their designations. D.E. 227.

    At the final pretrial conference, the Court advised: "In order to streamline that process, I'm wondering whether we couldn't have the government identify for the defense, maybe in a table form, all the statements you're intending to admit of the defendant, and then ask the defendant to respond to that with the statements the defendant believes ought to come in for the rule of completeness. And then the Court can make rulings prior to getting started." Aug. 21, 2024 Tr. 102:9-15. The Special Counsel represented to the Court that they had already done this, *id.* 102:18 (MR. WISE: "Your Honor, we already did this."), although the defense has never received anything in table form like the Court suggested on August 21st. Instead, to date, the Special Counsel has only provided excerpts of the pages from the memoir in several iterations culminating in one composite exhibit (Exhibit 227).

    Despite the order of events suggested by the Court, in their September 3, 2024 email, the Special Counsel asked the defense to first provide its counter-designations in a table form so that the Special Counsel "can create a table." The Special Counsel then filed a notice telling the Court that the defense has not submitted any counter-designations of the memoir. D.E. 227.

    The defense created the attached table including certain statements from Exhibit 227 and cross-designated additional statements which should be included under the "rule of completeness" and Federal Rule of Evidence 106. In the third column, the defense provided an explanation for the requested cross-designations. At

1  approximately 8:30 p.m. on September 4th, defense counsel emailed this table to the
2  Special Counsel requesting their position on the cross-designations. The Special
3  Counsel responded that they cannot complete this by the end of tonight. Therefore, the
4  table is being provided without the Special Counsel's position on the cross-
5  designations.
6      Additionally, the page numbers used by the defense and the Special Counsel
7  differ in certain places by a few pages because it appears that the Special Counsel might
8  be referring to the hardback of the memoir whereas the defense is referring to the
9  paperback version; any discrepancies in the page numbers can be adjusted for
10 consistency once the Court rules on the statements.

Dated: September 4, 2024          Respectfully submitted,

                                         */s/ Mark Geragos*
                                         Mark J. Geragos
                                         Tina Glandian
                                         Setara Qassim

                                         Angela M. Machala
                                         Abbe David Lowell
                                         Christopher D. Man

                                         *Attorneys for Robert Hunter Biden*

| Government's Designations | Defendant's Counter-Designations | Reason for Counter-Designations | Government's Position |
|---|---|---|---|
| I'm also an alcoholic and a drug addict. I've bought crack cocaine on the streets of Washington, DC, and cooked up my own inside a hotel bungalow in Los Angeles. I've been so desperate for a drink that I couldn't make the one-block walk between a liquor store and my apartment without uncapping the bottle to take a swig. In the last five years alone, my two-decades-long marriage has dissolved, guns have been put in my face, and at one point I dropped clean off the grid, living in $59-a-night Super 8 motels off I-95 while scaring my family even more than myself.<br><br>P. 5 | That deep descent came not long after I hugged my brother, Beau, the best friend I've ever had and the person I loved most in the world, as he took his last breath. Beau and I talked virtually every day of our lives. While we argued as adults as much as we laughed, we never ended a conversation without one of us saying, "I love you," and the other responding, "I love you, too." After Beau died, I never felt more alone. I lost hope. I've since pulled out of that dark, bleak hole.<br><br>It's an outcome that was unthinkable in early 2019. My recovery never could have happened without the unconditional love of my father and the everlasting love of my brother, which has carried on after his death. The love between me and my father and Beau—the most profound love I've ever known—is at the heart of this memoir. . .<br><br>My dad has often said that Beau was his soul and I am his heart. That about nails it. I thought of those words often as they related to my life. Beau was my soul, too. I've learned that it's conceivable to go on living without a soul as long as | To provide a timeline and context for the peak of Mr. Biden's substance abuse and addiction which is discussed in great detail in Chapter Nine (almost the entirety of which the Special Counsel seeks to admit). | |

| | | | |
|---|---|---|---|
| | your heart is still beating. But figuring out how to live when your soul has been ripped from you—when it has been so thoroughly extinguished that you find yourself buying crack in the middle of the night behind a gas station in Nashville, Tennessee, or craving the tiny liquor bottles in your hotel minibar while sitting in a palace in Amman with the king of Jordan—well, that's a more problematic process.<br><br>P. 5-6 | | |
| As I began writing this book from the relative calm of my home office, in November 2019. . ."<br><br>P. 1 | When I was not quite a year sober, as I worked on the early parts of this book, crack remained the first thing I thought about every morning when I woke up. I became like some feverish war reenactor, meticulously going through the rituals of my addiction, pathetic step by pathetic step—minus the drug, and with Melissa asleep beside me. I reached an arm over to the side table next to the bed and fumbled around for a piece of crack. I imagined finding one, then imagined inserting it into a pipe, drawing it to my lips, igniting it with a lighter, and then experiencing the sensation of complete and utter well-being.<br><br>Pp. 7-8 | To explain Mr. Biden's state of mind as he regained his sobriety in 2019 and to show that he still struggled with his past addiction during this time. | |
| | Beau was Delaware's two-term attorney general and father of a young daughter and son when doctors | To provide a timeline of Beau's illness | |

4

DEFENDANT'S COUNTER-DESIGNATIONS FROM HIS MEMOIR
CASE NO. 2:23-CR-00599-MCS-1

|  |  |  |  |
|---|---|---|---|
|  | diagnosed him with glioblastoma multiforme—brain cancer. It likely had incubated inside him for at least the previous three years. In the fall of 2010, about a year after he returned from deployment in Iraq, Beau complained of headaches, numbness, and paralysis. At the time, doctors attributed his symptoms to a stroke. We monitored Beau's progress after that. Something seemed off.<br><br>Pp. 12-13 | which resulted in his death in 2015. |  |
| I walked straight to my car and slipped inside. I was shaking and ashamed. Then I lit up. Thirty seconds later, I was numbed and flying and no longer ashamed at all—until the next time.<br><br>For months and months afterward—for most of the next year—there was always a next time.<br><br>P. 191 | It has taken me more than forty years to acknowledge that original loss, address that original trauma, recognize that original pain. And it has taken that long for me to understand that my doing so isn't a betrayal of those who tried their mightiest to save Beau and me from the worst of it.<br><br>P. 56<br><br>. . . The drinking was a revelation. It seemed to solve every unanswered question about why I felt the way I felt. It took away my inhibitions, my insecurities, and often my judgment. It made me feel complete, filling a hole I didn't even realize was there—a feeling of loss and my sense of not being understood or fitting in.<br><br>P. 71 | To explain why Mr. Biden sought out alcohol and drugs and felt a need to be "numbed." |  |

5

DEFENDANT'S COUNTER-DESIGNATIONS FROM HIS MEMOIR
CASE NO. 2:23-CR-00599-MCS-1

| | | | |
|---|---|---|---|
| I was smoking crack every fifteen minutes. They'd live off me until I said otherwise. As long as they didn't touch my drugs—or interfere with my ability to use, or create a scene that cut short my ability to stay at the hotel—I didn't give a damn. Most of them came with their own drugs and focused on their own addictions: heroin, meth, drinking themselves to death. If I ran low on mine, I joined in with theirs. Misery really does love company.<br><br>P. 197<br><br>Yet I was so lost in my addiction that I watched the crowd rob me blind and didn't care enough to stop them-not as long as the cycle of drugs, sex, exhaustion, and exhilaration repeated itself over and over.<br><br>P. 199 | I looked into my dad's yes and saw an expression of despair, an expression of fear, even—fear that I wasn't going to be able to save myself. I knew he wouldn't leave until I agreed to do something—that at this point he'd take control physically in some way if he had to. I wanted to avoid that at all costs. I was in no shape to have an emotional discussion about Beau or my pain or his pain or the utter depression and hopelessness I felt. I knew he was right—I was anything but fucking okay. I was locked in an unrelenting drinking binge that was not in any way sustainable.<br><br>P. 115<br><br>. . . I'd attempt to fade to black through alcoholism or drug addiction . . . Disappearing was the most profound betrayal of the love that existed between us. It's what I tried instead of suicide.<br><br>P. 116<br><br>Walking into a park in a high-crime neighborhood to buy crack at 4 a.m. was no different than playing Russian roulette with two shells in the chamber. In some places, it was like playing with five shells— and still, I was willing to spin the chamber again and again. | To explain why Mr. Biden was "so lost in [his] addiction" and the extent of the pain he was experiencing at the time. | |

| | | | |
|---|---|---|---|
| | P. 154 | To demonstrate that even when he was smoking crack, Mr. Biden participated in certain business activities and to also demonstrate what Mr. Biden means by "odyssey," which is the chapter which the Special Counsel seeks to admit almost the entirety of. | |
| I was smoking crack every fifteen minutes.<br><br>P. 197 | I would turn on the TV, sit on the couch, drink, pass out. Even drunk—especially drunk—I never slept in my bed. I'd watch the TV nearly comatose, staring at it without really being aware of what was on. Other times, I'd cry for hours without realizing I was crying. I hardly ate. I phoned it in at work, with the five employees in my office taking up the slack. I sat in on some conference calls, canceled meetings, didn't go to the office. I scratched all business trips. The only calls I took were from my daughters and my dad, who called incessantly. He'd ask how I was. I'd say fine, hang up, pass out, wake up, drink more.<br><br>P. 107<br><br>Of course, it's all delusional and self-defeating—but not at the moment. At the moment, you can do crack around the clock, every day, and still make your meetings (sometimes), still return your calls (sometimes), still pay your bills (sometimes).<br><br>P. 143<br><br>Now Rhea was living with me. I was gone much of the time, traveling for family, or business, or just trying to disappear. But when I was home, the two of us | | |

| | | | |
|---|---|---|---|
| | interacted like a deranged, crack-addled version of *The Odd Couple*, her Felix Unger neatnik habits crashing against my slobbier Oscar Madison tendencies.  P. 147  In October 2016, I set out on a crack-fueled, cross-country odyssey. . . But I was also traveling for work constantly. My drug use accelerated in tandem with my stress. Smoking crack cocaine every three days soon became smoking every two days, then every other day—then every hour of every day. While still fairly new to the around-the-clock use of crack—and still learning how to be a functional abuser at that enhanced scale of addiction; still learning how to excuse myself in the middle of meetings every twenty or thirty minutes to light up in the men's room—I knew I needed to do something before it spun out of control. At least that's what I told myself.  P. 151-52 | | |
| I used my superpower—finding crack anytime, anywhere—less than a day after landing at LAX in the spring of 2018.  P. 187 | By now, I possessed a new superpower: the ability to find crack in any town, at any time, no matter how unfamiliar the terrain. It was easy—risky, often frustrating, always stupid and stupendously dangerous, yet relatively simple if you didn't give | To explain the "superpower" which is referenced later in Chapter Nine and to demonstrate Mr. Biden's state of mind while he | |

| | | | |
|---|---|---|---|
| | much of a shit about your own well-being and were desperate enough to have an almost limitless appetite for debasement.<br><br>P. 155 | was smoking crack. | |
| I walked straight to my car and slipped inside. I was shaking and ashamed. Then I lit up. Thirty seconds later, I was numbed and flying and no longer ashamed at all—until the next time.<br><br>For months and months afterward—for most of the next year—there was always a next time.<br><br>P. 191 | After my many failed rehab attempts, I was certain that my getting clean depended on more than just being told addiction is a disease and that it requires 100 percent abstinence. While that works for many people, and at times has worked for me, I felt sure that underlying trauma was something that I needed to address, especially in the wake of Beau's death.<br><br>P. 199<br><br>Originally developed as an animal tranquilizer and later used for surgical anesthesia during the Vietnam War, ketamine has become widely known for its illegitimate use as a club drug—Special K. Medical researchers have found it to be effective in treating depression and post-traumatic stress disorder. As an extension of that, it has also been used to help break the cycle of drug dependence. Its effect can be mind-bending and hallucinatory, though in a cogent, manageable way. You talk your way through whatever you're experiencing or seeing. For me, fears and past traumas surfaced vividly: Beau and | To explain that the reason "there was always a next time" was because Mr. Biden had not addressed the underlying trauma he struggled with. | |

| | | | |
|---|---|---|---|
| | me staying up late as kids, afraid that we'd wake in the morning to find Dad gone. . . The therapy's results were disastrous. I was in no way ready to process the feelings it unloosed or prompted by reliving past physical and emotional traumas. So I backslid.<br><br>Pp. 200-201 | | |
| It sounds absurd now, given that first day, but I came to California for a fresh start. I wanted a new place to be lost in and a certain level of anonymity. I wanted to get away from Washington and every bad reminder and influence there. I wanted to go someplace that wasn't always gray. I wanted a do-over. I planned to find a rental, settle in, and stay. Instead, I holed up inside the Chateau for the first six weeks and learned how to cook crack.<br><br>P. 191 | Subconsciously, it was the beginning of me falling in love with the California I love now, the one with untamed hollows and feral creatures tucked all around. Even in my ludicrous state, I kept those images in the back of my mind, noting that this could someday be a refuge. This was a place full of beautiful things, if only I could keep my eyes open long enough to appreciate them. Sometimes I stopped and composed hurried letters about it to Beau:<br><br>*Dear Beau:*<br>*It's different here than either of us thought it would be. It's not all just Beverly Hills on the beach. It's horse country and mountains. There's a real feeling of ancient wilderness that still exists here. You'd be amazed by the green of the city and how beautiful the Hollywood Hills are. Did you know there are mountain lions and coyotes here? I mean RIGHT HERE? I wish we'd both* | The government is seeking to admit almost the entirety of Chapter Nine: California Odyssey, but has omitted three paragraphs on page 193. The defense seeks to admit these three paragraphs from page 193 to show that despite a brief "plan" to settle in and stay in California in 2018, Mr. Biden did not see this through at the time and instead thought of California as a place that "could someday be a refuge." | |

| | | | |
|---|---|---|---|
| | | *learned to surf. I remember when we used to say that you, me, and Dad were going to ride motorcycles up and down the Pacific Coast Highway. I regret we never did. Love, Hunter* | |
| | | Then I'd head back to West Hollywood to cook and smoke, cook and smoke. | |
| | | P. 193 | |
| | It sounds absurd now, given that first day, but I came to California for a fresh start. I wanted a new place to be lost in and a certain level of anonymity. I wanted to get away from Washington and every bad reminder and influence there. I wanted to go someplace that wasn't always gray. I wanted a do-over. I planned to find a rental, settle in, and stay. Instead, I holed up inside the Chateau for the first six weeks and learned how to cook crack. P. 191 | By the time my plane touched down in Los Angeles in March 2019, I had no plan beyond the moment-to-moment demands of the crack pipe. I was committed to one thing: vanishing for good. That was my lone, next-level goal. No matter how low I'd been before, a voice deep inside had always fought to pull me out of my nosedive. It's why I'd allowed my uncle Jimmy to haul me from a West Hollywood hotel room months earlier and escort me to a rehab center. That turned out to be an unsuccessful three-week stab at sobriety, but it still left me with a glimmer of hope and striving to climb out of my ditch. It's why I sought out something as fraught and audacious as ketamine therapy when I drove up to cold, gray Massachusetts that winter, as botched and pathetic as the attempt turned out to be. I would take one step forward and ten steps back—but I was still taking | To demonstrate that Mr. Biden did not stay in California after his 2018 "odyssey" and to show his state of mind in early 2019 when he returned to California. | |

steps. I didn't want to drown in addiction's quicksand. I did not want those attempts to fail. I just couldn't make them work. . . .

During the nearly four years of active addiction that preceded this trip to California, which included a half dozen rehab attempts, that's what I told myself after each failure. As bad as it got, I believed what Beau had believed: good or bad, it was all part of the process. Stepping off the plane this time at LAX, however, it was clear that all of the options I once clung to were now pipe dreams. I consciously stopped even pretending I would get better. I dove headfirst into the void. . .

Disappearing was the only thing that gave me solace. It meant an end to pain. It meant I didn't need to think about how much I was disappointing my brother, even though I knew Beau would never think of it that way. I quit writing him letters, feeling as if I didn't have anything authentic to communicate to him anymore. Disappearing meant freedom from feeling. Thinking that you have something to live for obligates you to muster the courage and energy to fight. I didn't want to fight. I finally silenced the dialogue that I'd kept up inside my

| | | head about getting clean and rebuilding my life. It was ridiculously easy; I just drowned it out with more and more drugs. Now I never thought, as I always had at some point in the midst of my previous binges, *I'm just going to do this until* . . . I no longer said *until*. I no longer finished the sentence. I gave up on everything. I stopped trying to fool others into thinking I was okay. I stopped trying to fool myself. . .<br><br>My first call off the plane was to a drug connection. . . The next month and a half is a drug-befuddled blur. That's not a dodge or a lapse in memory. Everything that followed my return to L.A. was a genuine, dictionary-definition blur of complete and utter debauchery. I was doing nothing but drinking and drugging.<br><br>Pp. 212-215 | | |

Dated: September 4, 2024                    Respectfully submitted,

                                             */s/ Mark Geragos*
                                             Mark J. Geragos
                                             Tina Glandian
                                             Setara Qassim


                                             Angela M. Machala
                                             Abbe David Lowell
                                             Christopher D. Man

                                             *Attorneys for Robert Hunter Biden*

13
DEFENDANT'S COUNTER-DESIGNATIONS FROM HIS MEMOIR
CASE NO. 2:23-CR-00599-MCS-1