UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:23-cr-00599-MCS-1 |
| Date | September 5, 2024 |
| Present: The Honorable | MARK C. SCARSI, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Stephen Montes Kerr | CourtSmart and Myra Ponce | Leo J. Wise, DOJ and Derek E. Hines, DOJ |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Abbe D. Lowell | X | | X |
| | | | | Angela M. Machala | X | | X |
| | | | | Mark G. Geragos | X | | X |
| | | | | Tina Glandian | X | | X |
| Robert Hunter Biden | X | | X | Setara Qassim | X | | X |

**Proceedings:** JURY TRIAL (Day 1 – Not Held) and CHANGE OF PLEA

Jury trial is not held. Instead, counsel address the Court on a possible Alford plea. For reasons stated on the record, the defendant elects to proceed with a straight change of plea to an Indictment.

Defendant is sworn.

Defendant enters a new and different plea of GUILTY to Counts 1-9.

The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently, and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **December 16, 2024, at 3:00 p.m.** for sentencing.

The Court vacates the jury trial date for this defendant.

The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

Jury panel is excused.

| | 2 | : | 41 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |

cc: USPO