# EXHIBIT A

Case 2:23-cr-00599-MCS   Document 236-1   Filed 12/01/24   Page 1 of 3   Page ID #:4533

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HUNTER BIDEN, <br><br> Defendant. | Case No. 2:23-cr-00599-MCS-1 <br><br> *Hon. Mark C. Scarsi* <br><br> **DECLARATION OF ROBERT HUNTER BIDEN IN SUPPORT OF DEFENDANT'S NOTICE OF PARDON** |

# DECLARATION OF ROBERT HUNTER BIDEN

I, Robert Hunter Biden, declare as follows:

1. On December 1, 2024, the President of the United States of America, Joseph R. Biden Jr., granted me a full and unconditional pardon for, inter alia, the offenses specified in the Indictment in this case, No. 2:23-cr-00599.

2. On December 1, 2024, I received and formally accepted the President's grant of a pardon.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2024 in Washington, D.C.

*[signature]*

Robert Hunter Biden