1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | Case No. 2:23-CR-00599-MCS-1 |
|---|---|
| Plaintiff, | *Hon. Mark C. Scarsi* |
| v. | **[PROPOSED] ORDER DISMISSING INDICTMENT WITH PREJUDICE AND ADJOURNING ALL FUTURE PROCEEDINGS** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |

The Court, having received Defendant's Notice of Pardon and his declaration of receipt and acceptance, hereby enters the following order:

IT IS HEREBY ORDERED that the Indictment in this matter is dismissed with prejudice and all future proceedings in this matter are adjourned.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                             HON. MARK C. SCARSI
                                             U.S. DISTRICT COURT JUDGE