Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Counsel for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | **Case No. 2:23-CR-00599-MCS-1**<br><br>*Hon. Mark C. Scarsi*<br><br>**DEFENDANT'S REPLY IN SUPPORT OF HIS NOTICE OF PARDON** |

The Special Counsel paradoxically claims that Mr. Biden's notice is "without any legal support" in suggesting that his pardon[1] means that the Court should dismiss the Indictment, at the same time the Special Counsel acknowledges that "'the majority of courts, when faced with such a decision, have *chosen* to dismiss an indictment.'" DE237 at 3-4 (quoting *United States v. Bannon*, No. 20 Cr. 412 (AT), DE117). The Special Counsel's admission that this is the practice of the "majority of courts" certainly provides legal support to Mr. Biden's claim that dismissal is warranted.

Further undermining the Special Counsel's claim is his reliance upon an argument that he acknowledges has already been rejected. The Special Counsel repeats the very argument that the government made in *Bannon*, that the Court should administratively terminate the case, rather than dismiss the Indictment. But the Special Counsel acknowledges that the *Bannon* court rejected that argument and dismissed the indictment as to him. This Court should reject that same argument and dismiss the Indictment as well.

While it is true that some courts have merely terminated proceedings against a defendant, rather than dismiss the indictment—the course the Special Counsel favors in this case—the "majority" rule in favor of dismissal that the Special Counsel acknowledges is the better course here. The Special Counsel's contrary argument that the fact of Mr. Biden's Indictment remains true despite the pardon is no reason not to dismiss the Indictment. DE237 at 7. The fact that Mr. Biden has been indicted will still remain true even with a dismissal of the Indictment, just as it would remain true even if Mr. Bident had been acquitted at trial. Neither a dismissal nor an acquittal eliminates the fact of indictment; they merely reflect that an indictment has been resolved. The pardon here before sentencing prevents this case from running its course

---

[1] The Special Counsel claims not to have a copy of Mr. Biden's pardon, which is surprising. Our understanding was that the Pardon Attorney sent the Special Counsel a copy of the pardon and, in any event, the pardon is publicly available on the U.S. Department of Justice's own website. *See* https://www.justice.gov/d9/2024-12/biden_warrant.pdf. A copy of the pardon is attached. (Ex. A.)

1  based on the Indictment that was filed.  The Court should reflect that by dismissing the
2  Indictment and indicating—accurately—that is due to the pardon.
3     The cases cited by the Special Counsel from this district are not to the contrary,
4  but instead reflect different circumstances and time in the proceedings where a
5  defendant has been pardoned *after* the defendant had been sentenced—often years later
6  and after the sentence already had been served.  DE237 at 5.  By contrast, and as in
7  *Bannon*, Mr. Biden has not been sentenced and no judgment has been entered in this
8  case.  Because no judgment has been or will be entered in this case, the appropriate
9  resolution is to dismiss the Indictment while noting that is due to a pardon.

Dated: December 2, 2024                Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

/s/ *Angela M. Machala*
Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

*Counsel for Robert Hunter Biden*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Angela M. Machala*
Angela M. Machala

*Counsel for Robert Hunter Biden*