# Executive Grant of Clemency

# JOSEPH R. BIDEN, JR.

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### ROBERT HUNTER BIDEN

#### A FULL AND UNCONDITIONAL PARDON

**FOR THOSE OFFENSES** against the United States which he has committed or may have committed or taken part in during the period from January 1, 2014 through December 1, 2024, including but not limited to all offenses charged or prosecuted (including any that have resulted in convictions) by Special Counsel David C. Weiss in Docket No. 1:23-cr-00061-MN in the United States District Court for the District of Delaware and Docket No. 2:23-CR-00599-MCS-1 in the United States District Court for the Central District of California.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the Pardon to be recorded with the Department of Justice.

*Done at the City of Washington this 1st day of December in the year of our Lord Two Thousand and Twenty-four and of the Independence of the United States the Two Hundred and Forty-ninth.*

*Joseph R. Biden Jr.*

**JOSEPH R. BIDEN, JR.**
**President**